IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action No. 04-1532-KAJ<br>) |
| GAMELOGIC, INC. And SCIENTIFIC GAMES CORPORATION, | )<br>)<br>) |
| Defendants. | ) |

### ORDER

At Wilmington this 7th day of **March, 2005,**

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **March 10, 2005 at 4:30 p.m.** is hereby rescheduled to **March 10, 2005 at 9:30 a.m.** Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE