222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

# THE BAYARD FIRM

A  T  T  O  R  N  E  Y  S

ΠΤ MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4226
tkovach@bayardfirm.com

March 7, 2005

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

> **Re:** ***Ingenio, Filiale De Loto-Quebec, Inc. v.***
> ***GameLogic, Inc. and Scientific Games Corporation***
> ***C.A. No. 04-1532 (KAJ)***
> ***Proposed Scheduling Order***

Dear Judge Jordan:

Pursuant to the Court's February 11, 2005 Order in the above-captioned matter, the parties submit the enclosed jointly proposed scheduling order in advance of the scheduling conference to be held on March 10, 2005.

Respectfully,

Thomas H. Kovach

THK/sdp
Enclosure
30389-2

cc:    Clerk of the Court
       Jack B. Blumenfeld, Esquire (via hand delivery)
       Richard L. Horowitz, Esquire (via hand delivery)
       Gary M. Hnath, Esquire

578693v1