IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, <br><br> Defendants. | C.A. No. 04-1532 (KAJ) <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT GAMELOGIC, INC.'S
### MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Defendant GameLogic, Inc. hereby respectfully moves this Court for an order granting it summary judgment of non-infringement of U.S. Patent No. 5,569,082 ("the '082 patent") and U.S. Patent No. 5,709,603 ("the '603 patent").

This Motion is based upon the accompanying Brief and exhibits thereto, the Declaration of Dow K. Hardy, any reply brief in support of the Motion filed by GameLogic, such argument of counsel as the Court may allow, and on all the pleadings and papers of record in this matter.

OF COUNSEL:

Gary M. Hnath
Susan Baker Manning
Star-shemah Bobatoon
BINGHAM MCCUTCHEN LLP
1120 20th Street, NW
Suite 800
Washington, D.C. 20036
(202) 778-6150
(202) 778-6155 (facsimile)

Dated: March 8, 2005

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore!@potteranderson.com

*Attorneys for Defendant*
*GameLogic, Inc.*

673026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, <br><br> Defendants. | C.A. No. 04-1532 (KAJ) <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT GAMELOGIC, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Upon consideration of Defendant GameLogic, Inc.'s Motion for Summary Judgment of Non-infringement, the parties' briefs, declarations and exhibits relating to that motion, and any the arguments of counsel, it is hereby ORDERED AND ADJUDGED that GameLogic, Inc. does not directly infringe, contributorily infringe or induce the infringement of any claim of U.S. Patent No. 5,569,082 or U.S. Patent No. 5,709,603.

It is further ORDERED that GameLogic, Inc.'s Motion for Summary Judgment of Non-infringement is hereby GRANTED.

Dated: _____, 2005    _____
                                    United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 8, 2005, I electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Edmond D. Johnson | Jack B. Blumenfeld |
| Thomas H. Kovach | Roger D. Smith |
| The Bayard Firm | Morris Nichols Arsht & Tunnell |
| 222 Delaware Avenue, Suite 900 | Chase Manhattan Centre, 18th Floor |
| P.O. Box 25130 | 1201 North Market Street |
| Wilmington, DE 19899 | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |

I hereby certify that on March 8, 2005, I have Federal Expressed the documents to the following non-registered participants:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006

By: /s/ 
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672965