The compatible game will then instruct the player about how to claim the actual prize, if any is due, at block 55.

Referring to Figures 8-13, software flow charts are illustrated for the present game. The program begins at the start block 110 where the player

5  starts the program. The program will run as a stair computer program. The program is loaded into memory, and will set up program variables and display a "welcome" screen.

The system will request at least one Destiny Code from the player at block 112. In order for the player to access this program, the player will be

10  required to enter a Destiny Code. This Destiny Code is stored in a separate location. The Destiny Code, for example, can be located on a plastic piece that is attached to the floppy diskette or CD ROM which stores the program. The plastic piece, in order for the disk to be used, must be broken off. Once the plastic piece is broken off, the piece can be

15  opened like a book to reveal the Destiny Code.

The Destiny Code includes encoded control information for security purposes, such as, for example, manufacturer's code, lot number, game type, version number of the game and information. Program information includes whether the program is a winner or a loser; the amount of money

20  that the program wins; the minimum prize for this game; the maximum prize for this game; and related game details. This Destiny Code will be the actual number that can be entered at a redemption site to indicate   -  whether or not the Game Medium contains a winning game, independent of whether or not the game is played. The Destiny Code is the control

25  number that is kept separate and physically off the disk.

At block 112, the Destiny Code is requested. There will be a check at block 114 to see if that Destiny Code is valid. If there is a missing

15

GL00210

number, or if the number is not within the range of valid numbers, then the program will go back and request the number again. This loop can be expanded by adding a feature that after a certain number of entries of the Destiny Code the diskette is wiped clean so that if a player is just trying to

5    find out which Destiny Codes win and lose they will be thwarted.

If the Destiny Code is valid, the program will then read a history file at block 116. In this history file will be information as to the number of times the Game Medium was played, information about how many times this particular player has played, information about different habits that

10   this player has during play, and general information as to what has transpired during the game. The serial numbers of the computer's BIOS from the different computers that the Game Medium was used will be stored so when a winner comes to claim a prize, the gaming authorities could process that disk and see how many different computers the disk was

15   played on and then check for fraud. The history file will be used to check for security. The history file can also be used for the player to display their wins and losses so the player can keep track for tax purposes.

Block 118 is a decision block identified as "game encrypted because lotto was played". To increase sales, a lottery operator may wish to have

20   the games run only once. If this is the case, after the lotto game is played the Game Medium is rendered unusable through encryption. The status of the game at that point is checked. If the game is a winner, a screen will be displayed that shows it is a winner. If the game is a loser, the final results will be displayed and the player cannot play that game again. This is a

25   security measure. If the game has been encrypted, then the path will display an error at block 120 along with the final status of the game. The game cannot be played anymore and the program exits at block 122. If the

16

GL00211

game has not been encrypted, that means that this is the first time the game has been played or the game has not been completed.

Block 124 displays the "Introduction Screen Directions, Video Music And Credits". This would be the main welcome screen. At this

5    point, the program will display information, including, for example, a video describing the different games that are available. The video may include scenes of the old west or a space theme. If the game is a puzzle, elements of the puzzle would be described. The program will wait for a key to be pressed or some button to be pressed at block 126. As soon as the key is

10    pressed, the program proceeds to block 128 to display the main Game Menu and to allow for game selection. The menu could be in the form of a picture of a street, a horse track and race field, a casino, and a lottery redemption center. Games including horses, block 130; Play 21, block 134; and Play Lotto, block 132, are for illustration purposes and are just

15    examples of a few types of games that can be used with the present invention.

At this point in the game, the player can be brought into the game. Displays can illustrate a city with a road map or the actual visuals that the player can click to get to different places. The player can play the game

20    like an interactive adventure game. The ultimate extreme allows the player to actually play the game and get involved in the game. If the game is a murder mystery of some type, the player may find clues and then play Sherlock Holmes, once the player solves the crime, the player would win Fictitious Awards that allow him to gain additional Fictitious chances for

25    the lotto drawing at the end of this game.

Referring to Figure 9, if the player selects the Play 21 game, block 134 (Figure 8), the program will check at block 138 to see if the player has

17

money. If the player has more than zero dollars, then the player can continue with the game. If the player does not have any money, the program will display a no money message at block 140 and the player will go back to the display game menu, block 128 (Figure 8).

5        If the player has more than zero dollars, the 21 game screen is displayed at block 142. The 21 game screen can display a dealer, in progress with a person watching as in a casino in the year 1995, or if the game is based on an old west casino theme, the display could include music playing in the background, and girls dancing on a stage with a dirty

10   old cowboy dealing.

After the 21 Game screen is displayed, the program requests a bet at block 144. The player places a wager. At block 146, a decision is made; if the bet is greater than the money the player has, an error is displayed at block 148 and another bet is requested. If the bet is less than the money

15   that the player has, the bet is accepted at block 150, and an operation performed to subtract the bet amount from the money variable (the money the player has) and to increase the bet variable by the bet amount. For example, if the player has $10 in his money variable, and he makes a $5 bet, the bet variable would increase by $5 and the money would decrease

20   from $10 to $5.

At block 152, the system and player history files are updated. The history file is a detailed security file. The player's history file will have information about playing statistics; for example, how many hands the player won and how many hands the player lost. The game's history file

25   will have more detailed information, for instance, if the program was terminated by a debugging program or modified by some type of non-

18

GL00213

standard means, and it will keep track of these incidences to help ferret out fraud.

At block 154, a decision is made to determine if the main menu button was pressed. The player may begin a hand and may decide that

5    before the hand is dealt he wants to go back to the main menu. If the player gets to that point and places the bet, the player can click the "Go To Main Menu" button at the bottom of the screen. At that point the program will reverse his bet block 156, for example, take $5 out of the bet variable and add it to the money variable. This will return the program

10    back to block 128 (Figure 8).

If the player did not press the "Go To Main Menu" button, block 154, he will then play one hand of 21 at block 158. The program can flow as follows. The program deals cards. The house will be the computer in this game. The player will play against the computer.

15    If the outcome at block 160 is that the player won, then the winnings get added to the money variable at block 162, so if the player hand is a 10 and a Jack, and the dealer has a 10 and a 7 the player wins. The $10 winnings would be added to the money variable and the bet variable would be zeroed out.

20    If the player loses at block 164, then the bet variable is zeroed out and the house's winnings are increased by $5. If the hand results in a push at block 166, meaning that both the player and the house had the same hand and the dealer could not take another card, for example both have a 10 and an 8, then the bet is added back to the players money account and

25    no gain or loss is incurred.

GL00214

The history file is updated at block 168. The player can then decide to continue play again at block 170 or return to the main menu, block 128 (Figure 8).

Referring to Figure 10, the program for the play horses block 130 (Figure 8) is illustrated. At block 174, the system checks to see if the player has more money than zero dollars. If the money variable is not greater than zero, block 176 displays a message and the player continues to the game menu block 128 (Figure 8). If the player's money variable is greater than zero, the Horse Race screen is displayed at block 178 and a bet is requested at block 180. If the bet is greater than the money available, determined at block 182, an error will be displayed at block 184 and another bet will be requested. If the bet is not greater than the money available, the bet will be accepted at block 186 and then subtracted from the money variable and then added to the bet variable. If the player has $100 and bets $10 on horse #2, the amount bet on horse #2 is increased by $10.

The history file and the player's history file are updated at block 188.

At block 190, the "Go To Main Menu" button status is checked. If the button is pressed, the bet will be reversed at block 192 and the player will return to the game menu at block 128 (Figure 8).

If the main menu button is not pressed, the horse race is run at block 194 and the outcome is displayed at block 196. The display of the race at block 194 can show actual video of horses or a computer animated screen. The player could even play a jockey and run the race.

If the player loses, the bet is subtracted at block 198 and the history file and the player's history file are updated at block 200. If the player

20

wins, the winnings are calculated at block 202. At block 204, the player
can continue play or return to game menu block 128 (Figure 8).

Referring simultaneously to Figures 11, 12, and 13, a third game,
Play Lotto, block 132 (Figure 8), is illustrated for use with the present

5    invention. A welcome screen is displayed at block 208. The system checks
to see if the player's money variable contains greater than zero dollars at
block 210. If the money variable does not contain more than the price of a
single lotto ticket, the system will give the player the price of a single lotto
ticket or any predetermined amount at block 212.

10    At block 214, the system checks to determine if the money variable
is greater than zero to determine if the purchase of more lotto tickets is
possible. There are methods in which you can purchase lottery tickets. At
decision block 216, the player selects either a random pick ticket, in which
the computer selects at block 218 all of the lotto numbers for the player,

15    or the player can select numbers at block 220.

At block 222, a check is made to determine if this ticket is a
duplicate. If the ticket is a duplicate, a duplicate ticket error is displayed
at block 224 and the program returns to block 214. For the random
ticket, if a duplicate ticket is determined, the computer re-selects a number

20    until no duplicate is selected. If this ticket is not a duplicate at block 228,
a charge for the ticket is made by decreasing the money variable by the
cost of the ticket.

Referring to Figure 12, the system will then display the purchased
ticket at block 230. A decision is made at block 232 to determine if

25    money variable contains more than zero dollars. If the money variable
does, the program returns to block 214 (Figure 11) and the program

21

continues purchasing tickets until the player has used all dollars in the money variable.

The program calculates its predetermined outcome at block 234 using the Destiny Code that has already been decrypted and decoded at block 112 (Figure 8). The outcome may be determined, for example, by comparing the Destiny Code to a lookup table to determine if the number is a loser or a winner and the size of the prize, if any. For example, if the series of digits in the Destiny Code indicates that the game is a $75 winner, then the system will set up a winning lotto drawing.

The decision is made at block 236. If the card is not a winner, then the computer will randomly select a set of losing numbers at block 238. The computer will select a set of numbers randomly, and then check to see if any of the cards match that set of numbers in a winning manner. If none of the cards match in a winning manner, that set of numbers will be displayed at block 240 in an exciting and interesting lotto like display. The set of numbers could be displayed by spinning a wheel or by picking a ball from an air filled Lucite cage. This will give the appearance of randomness even though the outcome was predetermined at the time the Destiny Code was created.

If this card is a winner, then the system will select at least one of the lottery tickets to be the winner at block 242.

At block 244, the system will take into consideration the payout schedules when making the winning number selection. For example, if the Destiny Code contains a $75 winner, the computer can let one lotto ticket win $75.00 or 3 lotto tickets, win $25 each, if the player has three lotto tickets. This is the main reason for not allowing duplicate tickets. If a player had $11, and selected 11 of the same tickets and this card was a

22



winner, there might not be a pleasing way to award a $75 prize out of 11 different tickets that have the same sequence of numbers on them. The reason that a player is given one ticket, is because if the card is a winner, the program must have at least one lotto ticket to show the outcome of the Destiny Code. Block 240 now displays the numbers one at a time as though they were just randomly selected.

Referring to Figure 13, at block 246, the program saves the player's statistical and historical data to a player selected location so the player can track his game play. At block 248, this file is copied to the Game Medium so that the organization that runs the game can track the player's habits as well.

A standard format can be used, for example, on the player's computer one PC file can track the history of every game played. This file can be copied to the Game Medium to develop a complete historical makeup of the different things that this player has been doing and this information can be used for marketing and security purposes.

Block 250 allows the player to print out the results of the game and other statistics. If a printout is desired, at block 252 a ticket with encrypted control data is printed. Inquiry is made at block 254 to ensure the ticket has printed properly. If the game is designed to run only once, the Game Medium is encrypted at block 256. At block 258, a decision by the player is made to end the game or return to the game menu, block 128 (Figure 8).

If the player decides to end game, a screen will be displayed that tells the player how to redeem his prize, if any is due.

Game Medium is brought to a redemption center. The redemption center processes the Destiny Code and awards any prizes that are due.

23

GL00218

Referring now to Figure 14, the present method will now be described with respect to using gaming pieces in the form of casino chips or tokens containing Destiny Codes to allow a player to simulate wagering games with cash. A series of Destiny Codes are generated at step 300

5    based upon a specification set by an operator. These Destiny Codes can be created at a single time, and then stored in an inventory of Destiny Codes, or the Codes can be created on the fly. If the Destiny Codes are generated at a single time, the operator has control over the lottery game's odds and would be able to determine the profit from a full game in the event that all

10   Destiny Codes were sold.

If the Destiny Codes are generated one at a time by an operator, the operator can adjust the odds of winning the lottery game by setting certain parameters or by allowing the present system to operate randomly. Both such systems have advantages. The system that uses parameters

15   would allow for a set number of winners or a set number or value of prizes. Before the actual Destiny Codes would be established, the system could check to determine if a maximum prize to give away amount has been exceeded. If the maximum prize has been exceeded, the system would generate non-winning Destiny Codes. If the maximum prize had not yet

20   been awarded, the system would randomly generate winning or non-winning Destiny Codes. The game operator would control the value of the prizes to be awarded, but would not know which gaming piece contained winning Destiny Codes. This system requires re-initialization so that all prizes could be available again. Alternatively, the system could make new

25   prizes available based upon some outside event, for example, the passing of a certain number of days, or the reaching of a certain level of game piece ticket sales.

24



An additional way to accomplish prize control is to set the odds of winning specific prizes and then allow the system to randomly generate Destiny Codes, each with the same set of odds. For example, if the odds of winning the top prize are 1 in 25,000, and to win the top prize a match of a specific number, like 15,000 is required, the computer could randomly select a number between 1 and 25,000, and if the selected number equals 15,000, a grand prize winning Destiny Code would be generated. This system provides the advantage that any player can win, and there is no limit to the Destiny Codes that can be created.

Referring again to Figure 14, once created, the Destiny Codes are sorted, stored, and copied at step 302 onto write-once or write-many tickets/tokens. This storage is done in a fashion that precludes players and gaming personnel from knowing which gaming piece has which value. One method of storing Destiny Codes is utilizing an integrated circuit memory which will subsequently be described with respect to Figure 15.

The gaming pieces are distributed and acquired by players at step 304. At step 306, the present amusement+actualization system accepts the gaming pieces from a player. This acceptance may be in the form of insertion of a gaming piece into a receptacle, such as present in a conventional slot machine. At step 306, the amusement+actualization game system reads the Destiny Code contained on the gaming piece. The reading operation takes place by a processor which reads the Destiny Code stored in the memory device contained on the gaming piece.

At step 308, once the Destiny Code has been read and verified, the system acknowledges the reading of a valid Destiny Code by displaying a credit for play by a player. At step 310, the system can either change the Destiny Code stored on the Game Media, or leave the Destiny Code read

25

by the system. The system can also retain the gaming piece to be dispersed randomly at a later time or disperse the gaming piece with a new Destiny Code or the same Destiny Code with a new value.

At step 312, the game player then plays the amusement game to discover the actual value of the gaming piece. The player has the option to select the amusement game to be played, or the gaming piece or system may determine the type of amusement game to be played. The system can randomly select an amusement game to be played, or each token gaming piece may include a code that allows the gaming piece to be played with a unique type of amusement game. For example, a gaming piece can act as a coin as a player selects a game to play, for example, video poker, keno, or bingo. This selection aspect of the present invention will be subsequently described with respect to Figure 16. The gaming piece may also act like an admission token to allow a player to play a single game like bingo.

Once a gaming piece Destiny Code is read by the amusement+actualization game processor at step 310, the system copies the Destiny Codes from the gaming piece and can replace those copied Destiny Codes with new Destiny Codes, or simply place the gaming piece into a hopper so that the gaming piece can be randomly distributed at a later time. The amusement+actualization game now shows a credit equal to the value of the gaming piece denomination. For example, as illustrated in Figure 15, if a gaming piece is a $5.00 token with a denomination value of $1.00, the system will show five credits. If the $5.00 token has a denomination value of $0.25, the system will show twenty credits. Alternatively, a token can store both and use the appropriate denomination where necessary.

26

GL00221

During play of the amusement game at step 312, the system functions like a standard coin operated video or amusement game. Player credits are controlled by the Destiny Code which control the outcome of the amusement game. As previously described with respect to Figures 1-13, the player does not realize that the outcome of the game is controlled by the Destiny Code and not player actions. The player, however, will believe that the gaming pieces operate like cash or coins because the system accepts such gaming pieces in an analogous manner to coins. The player will play each credit and can win or lose more credits. The credits are symbols for and represent the number of Destiny Codes owned or controlled by the game player.

At step 314, a decision is made at the conclusion of playing the amusement game whether the player is a winner or loser. If the player is a winner, at step 316, the system will increase the player's credits by the amount won, and will set aside new Destiny Codes for the player. If the player is not a winner, at step 318, the system will place the Destiny Codes into a Destiny Code prize pool, stored within the system or written directly onto gaming pieces if the tokens are designated write-many. If the Destiny Code is a non-winning code, at step 318, a credit will be deducted from the player's credits and the Destiny Code will be moved to the Destiny Code inventory and/or the gaming piece will be dropped into a hopper for random distribution at a later time. It is preferred that the gaming piece's value or Destiny Code is changed so that players cannot subsequently identify winning and non-winning gaming pieces.

At step 320, the player determines whether the player wishes to play the amusement game again with increased or decreased credits and the system returns to step 306. If the player decides against playing again, the

27

player can "cash out" and be given gaming pieces that have the same number of Destiny Codes and/or credits at the time of cash out at step 322. The player can now select a new game at step 324 and return to step 306 or alternatively, the player can exchange the gaming pieces for cash at step 326.

     Figure 15 illustrates an embodiment of a gaming piece of the present invention, generally identified by the numeral 340 in the form of casino chip. Gaming piece 340 includes indicia indicating a token value, such as for example, $5.00. Included on gaming piece 340 is an integrated circuit memory device 342 which stores Destiny Codes. Integrated circuit memory device 342 is selectively programmable to store multiple Destiny Codes, and is electronically erasable to store new Destiny Codes and may include, for example, a random access memory device. Integrated circuit 342 may also include a processor 344 for accessing, securing and reading Destiny Codes stored in memory 342. Terminals 346 and 348 interconnect memory 342 to the present system for reading and programming Destiny Codes into memory 342, and can be read from any angle and on either side. It therefore can be seen that gaming piece 340 simulates the play of a casino type slot machine utilizing tokens or coins.

     Referring now to Figure 16, an embodiment of the present invention in which a player has an option of playing one or multiple different amusement games will now be described. At step 360, the amusement+actualization gaming system reads a gaming piece. At step 362, the system decodes the gaming piece's Destiny Codes to learn the gaming piece's value. The system now knows whether the player will win or lose the lottery type game, as well as whether the player will win or lose the amusement game to be played by the player. The player now has the

GL00223

ability to select the type of amusement game to be played in order to learn the value of the gaming piece, controlled by the Destiny Code.

At step 364, a game player is given the option to select the amusement game or games to be played. The player can select from one or more games such as, for example, keno at step 366, bingo at step 368, or poker at step 370. Fewer or more amusement games can be provided as an option to the player. Once play of the selected game has concluded, a player will learn of the outcome of the ticket's played Destiny Code at step 372. The system can write on the gaming piece a code which will indicate which Destiny Code has been played or the amusement+actualization system can store the Destiny Code for a period of time and not allow the Destiny Code to be replayed for a period of time. This action will stop players from trying to play a Destiny Code more than once. At step 374, the player can redeem the gaming piece to collect winnings.

Referring now to Figure 17, a network of gaming systems used to simulate cash with write-many gaming pieces is illustrated. A main computer 380 maintains Destiny Codes in an inventory. A network 382 allows multiple amusement+actualization systems 384, which receive gaming pieces from multiple players, to interact with main computer 380. Each amusement+actualization system 384 has an associated Destiny Code storage device 386. The network allows each amusement+actualization system to operate in real time, near real time, or allows the system to maintain a Destiny Code inventory to operate in a batch mode. Each amusement+actualization system receives Destiny Codes via a gaming piece in the form of a chip or token as describe with respect to Figure 15. In the network system illustrated in Figure 17, the system players will use gaming pieces that can be written to at least once,

29

and the system will track players' wins and losses. Wins are stored by writing to the memory of a gaming piece new Destiny Codes, each symbolizing a credit, and losses are noted by erasing Destiny Codes from the memory of a gaming piece in which case the Destiny Code may be

5     stored in an inventory for future use, security and accounting.

Referring now to Figure 18, the present game for use in a fund raising system is illustrated. Many organizations wish to raise money through charitable gaming. Such gaming has been an accepted method to raise money; however, such a system may be costly. Utilizing the present

10     system, a charitable organization can enter parameters at step 400, including, such as for example, the amount of money to be raised, and the number of gaming pieces to be sold. Utilizing these initial parameters, the system will generate a series of Destiny Codes to meet the requirements of the input parameters at step 402. For example, if the organization desired

15     to raise $10,000, and wanted to sell gaming pieces for $1.00 each, parameters would generate a run of, for example, 20,000 Destiny Codes. The Destiny Codes would award $10,000 in prizes, leaving the charitable organization $10,000.

The Destiny Codes are randomly scrambled at step 404 and are

20     printed on paper gaming pieces or coded electronically or magnetically on gaming pieces. Alternatively, the game operator may purchase 20,000 preprinted gaming pieces, and the system would assign winning and losing values to the preprinted Destiny Codes. Once the winning and non-winning Destiny Codes are calculated by the system at step 406, disks are

25     created that are compatible with the preprinted or to be printed Destiny Codes. At step 408, the gaming pieces are sold to game players. Game pieces can be sold with the disk or without a disk. At step 410, purchasers

30

of the gaming pieces can play the amusement game in their own home utilizing a personal computer or at the organized charity facility. Players redeem the gaming pieces to collect their winnings at step 412. The present system allows gaming pieces to be validated so that game players

5      cannot forge a gaming piece. This system integrity can be performed by maintaining a series of security numbers along with Destiny Codes, and then requiring both to be entered. Entering the Destiny Code and the security number into the main computer that created the Destiny Codes at step 402 will increase security.

10          Using Destiny Codes on gaming pieces instead of cash makes the present system more secure against fraud and theft. Since the gaming pieces must be redeemed at a specific location where trained employees can examine the gaming pieces, security is maintained. The system can also function as a cash-less game. Since the gaming pieces are purchased at

15      specific locations, all cash is handled at these specific locations. Establishments that allow cash and coins to be accepted by a machine which dispenses gaming pieces must spend time collecting cash and coins from these machines and/or adding cash and coins to these machines. The present system provides for the moving of Destiny Codes, but the cash is

20      maintained at one secure location.

Because the present system is based on Destiny Codes, and because Destiny Codes can be generated in many different patterns, the system can be used to create lottery games as opposed to casino play. Lottery games require that each player play against other players and not the "house" or

25      lottery game operator. Lottery games that use the present gaming pieces can provide more exciting games to players.

GL00226

Because the player's winnings will be returned in the form of gaming pieces, a player will have a sense of excitement when a player wins, because the amusement+actualization system can pay out gaming pieces in an exciting manner. A player could buy ten gaming pieces and if the player wins one hundred gaming pieces, the player will be able to see, feel and hear the additional gaming pieces being paid out simulating the operation of a conventional slot machine. This payout will provide an exciting and real opportunity to handle additional gaming pieces.

Referring now to Figure 19, to further enhance the interest of the present lottery type and raffle type games, the gaming piece may be linked to an external event. Not only must a player have a winning gaming piece, the player must also select the winner of an external event, such as, for example, the winner of a football game. Figure 19 illustrates gaming pieces 420 and 422. If a player purchases gaming piece 420, in order to win the player requires the winning Destiny Code as well as the blue team to win the football game. If the red team won on gaming piece 420, gaming piece 420 would be a losing game even if the Destiny Code was a winning number. When a player buys a gaming piece from a vendor, the player must inform the vendor of which team the player expects to win. If the player expects the blue team to win, the number to be played in the lottery type game or raffle type game will be printed in the area 424 of the blue team portion of gaming piece 420. Alternatively, the number can be erased from the area 426 of the red team portion of gaming piece 420.

Once the player purchases the gaming piece 420 or 422, the player can only win by receiving the correct winning Destiny Code and by selecting the correct outcome of the external event. The external event can be of any type, for example, sporting events, the selection of the best actor

32

GL00227

or movie award, or an event such as predicting the average temperature for geographical area. The type of event is irrelevant for use with the present lottery type game; the linking of the external event with the Destiny Code creates an exciting feature of the present invention.

5        Alternatively, the linking of the external event could increase or change the prize. So if a player had gaming piece 420 and this gaming piece held the winning number or Destiny Code, the gaming piece could win, for example, $1,000,000. But, if the gaming piece was a winner and the player selected the correct external link, for example, on gaming piece 420 the player selected BLUE TEAM and BLUE TEAM won, the prize

10      could be changed or increased. So winning and selecting the correct team is worth $2,000,000.

        Whereas the present invention has been described with respect to specific embodiments thereof, it will be understood that various changes and modifications will be suggested to one skilled in the art and it is

15      intended to encompass such changes and modifications as fall within the scope of the appended claims.

GL00228



CLAIMS:

1.    A method for playing a lottery type game comprising the steps of:

5        acquiring by a player a gaming piece, the gaming piece including a code which includes data indicating whether the player wins or loses the lottery type game and an amusement game, the data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game;

10        reading the code by a processor;

the processor generating the amusement game on a display for play by the player;

the processor controlling whether the player will win or lose the amusement game based upon the code; and

15        providing on the display an indication to the player of the amusement game win or game loss based upon the code.


2.    The method of Claim 1 wherein the gaming piece includes a programmable memory for storing the code.


3.    The method of Claim 1 and further including the step of the player inserting the gaming piece into a data reader for reading the code.


4.    The method of Claim 1 and further including the step of awarding gaming pieces to the player when the player wins the amusement game, the number of gaming pieces awarded being based upon the code.

GL00229

5.    A method for playing a lottery type game comprising the steps of:

acquiring by a player a gaming piece, the gaming piece including a code which includes data indicating whether the player wins or loses the

5    lottery type game and an amusement game, the data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game;

inserting the gaming piece into a data reader for reading the code; inputting the code into a processor

10    the processor generating a plurality of amusement games on a display for play by the player, the player selecting at least one of the plurality of amusement games to be played;

the processor controlling whether the player will win or lose the selected amusement game based upon the code; and

15    providing on the display an indication to the player of the selected amusement game win or loss based upon the code.


6.    The method of Claim 5 wherein the gaming piece includes a programmable memory for storing the code.

35

GL00230

7.     A lottery type game comprising:

a gaming piece, said gaming piece including a programmable memory for storing a code which includes data indicating whether a player wins or loses the lottery type game and an amusement game, said data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game;

a processor for reading said code from said memory prior to amusement game play;

said processor generating the amusement game on a display for play by the player;

said processor determining whether the player will win or lose the amusement game based upon said code; and

said display providing an indication to the player of the amusement game win or loss based upon said code.

8.     The lottery type game of Claim 7 wherein said processor generates a plurality of amusement games.

36



9.    A lottery type game comprising:

a plurality of gaming pieces, each of said gaming pieces including a programmable memory for storing a code which includes data indicating whether a player wins or loses the lottery type game and an amusement game, said data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game;

input means for inputting codes into said programmable memory of said plurality of gaming pieces;

a processor for reading said codes from said memory;

said processor generating the amusement game on a display for play by the player;

said processor determining whether the player will win or lose the amusement game based upon said code; and

said display providing an indication to the player of the amusement game win or loss based upon said code.

10.    The lottery type game of Claim 9 and further including means for controlling the number of winning codes stored in said programmable memory of said plurality of gaming pieces.

GL00232

11.   A lottery type game comprising:

a plurality of gaming pieces, each of said gaming pieces including a programmable memory for storing a code which include data indicating whether a player wins or loses the lottery type game and an amusement

5   game, said data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game;

a plurality of game terminals, each of said terminals including means for receiving gaming pieces and a display;

10   a processor at each of said terminals for reading said code from said memory of gaming pieces played at said terminals;

each of said processors generating the amusement game on said terminal display for play by the player;

each of said processors determining whether the player will win or

15   lose the amusement game based upon said code; and

each of said displays providing an indication to the player of the amusement game win or loss based upon said code.

12.   The system of Claim 11 and further including means for storing codes at each of said terminals.

13.   The system of Claim 11 and further including means for interconnecting said plurality of terminals and for transferring codes between said plurality of terminals.

38



GL00233

14.    A lottery type game comprising:

a gaming piece, said gaming piece including a code which includes data indicating whether a player wins or loses; and

a processor for reading said code, the player winning or losing the lottery game based upon said code and the occurrence of an event.

15.    The lottery type game of Claim 14 wherein said event is controlled by the player.

16.    The lottery type game of Claim 14 wherein said event is not controlled by the player.

17.    The lottery type game of Claim 14 wherein said code indicates whether the player wins or loses an amusement game to be played by the player, and said processor controls whether the player will win or lose the amusement game based upon said code.

GL00234

GL00235

PATENT

/24,914

## VERIFIED STATEMENT CLAIMING
## SMALL ENTITY STATUS -- INDEPENDENT INVENTOR

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9 (c) for purposes of paying reduced fees under section 41 (a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled "PERSONAL COMPUTER LOTTERY GAME" described in the specification filed herewith.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9 (c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9 (d) or a nonprofit organization under 37 CFR 1.9 (e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

NONE

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28 (b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

Perry Kaye

10·24·96
Date

KAYE-24,914

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name, that I believe I am the original, first and sole inventor, or with my coinventors, the original, first and joint inventors, of the subject matter which is claimed and for which a patent is sought on the invention, design or discovery entitled:

## PERSONAL COMPUTER LOTTERY GAME

the specification of which is attached hereto; that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above; that I do not know and do not believe that said invention, design or discovery was ever known or used in the United States of America before my invention or discovery thereof, or patented or described in any printed publication in any country before my invention or discovery thereof, or more than one year prior to this application, or in public use or on sale in the United States of America more than one year prior to this application; that said invention, design or discovery has not been patented or made the subject of an inventor's certificate issued prior to the date of this Application in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns; and that I acknowledge my duty to disclose information of which I am aware which is material to patentability of this application in accordance with 37 C.F.R. §1.56.

I hereby claim foreign priority benefits under 35 U.S.C. §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified any foreign application(s) for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

## NONE

I hereby claim the benefit under 35 U.S.C. § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application(s) in the manner provided by the first paragraph of 35 U.S.C § 112, I acknowledge the duty to disclose material information as defined 37 C.F.R. § 1.56 (a) which occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application:

U.S. Serial No. 08/418,011, filed April 6, 1995

2

I hereby appoint:

#5

> Monty L. Ross, Reg. No. 28,899
> Roger C. Clapp, Reg. No. 24,868
> Martin Korn, Reg. No. 28,317.
> John W. Montgomery, Reg. No. 31,124
> F. Lindsey Scott, Reg. No. 26,230

all of the firm ROSS, CLAPP, KORN & MONTGOMERY, L.L.P., my attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith, and to file and prosecute any international patent applications based thereon in any foreign country or before any international authorities under the Patent Cooperation Treaty.

Send Correspondence To:             Direct Telephone Calls To:

ROSS, CLAPP, KORN &                 Martin Korn
   MONTGOMERY, L.L.P.               at  (972) 661-0102
14651 Dallas Parkway                FAX (972) 661-0675
Suite 102                           Atty. Docket No. KAYE-24,914
Dallas, Texas 75240-7477

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of the sole inventor:

1-00          SCOTT

Perry           NMN                      Kaye
First          Middle                   Last

Inventor's Signature _____

Date   10·24·96

Residence (City, County, State) Cooper City,   BROWARD  County  , Florida
Citizenship   United States of America          FU
Post Office Address   10167 S.W. 53 Court
                 Cooper City, Florida 33328

PRINT OF DRAWINGS
AS ORIGINALLY FILED

463
T7

1/16

08/738317

330
1-16



SECURE SYSTEM FOR
GENERATING DESTINY CODES — 10

SECURE SYSTEM FOR
STORING DESTINY CODES — 11

SECURE MEDIUM FOR
TRANSPORTING DESTINY CODES — 12

SECURE AND ACCURATE METHOD
FOR DECRYPTING DESTINY CODES — 13

AMUSEMENT GAME FOR
EXCITEMENT AND FICTITIOUS AWARDS — 14

ACTUALIZATION GAME TO SHOW
OUTCOME OF DESTINY CODE
USING FICTITIOUS AWARDS — 15

REDEEM WINNINGS
OR
THROW OUT TICKET — 16

*FIG. 1*

PERSON ACQUIRES AT LEAST 1
DESTINY CODE WHICH IS STORED
ON GAME MEDIUM
17

PERSON BRINGS GAME MEDIUM
WHICH CONTAINS DESTINY CODE(S)
TO A SELF CONTAINED
AMUSEMENT+ACTUALIZATION
MACHINE
18

AMUSEMENT+ACTUALIZATION
MACHINE DISPLAYS OUTCOME
OF THE GAME, CONCEALED IN
THE DESTINY CODE, IN
AN EXCITING FASHION
19

AMUSEMENT+ACTUALIZATION MACHINE
CAN EITHER REDEEM THE GAME MEDIUM
AND PAY THE WINNER
OR
IT COULD JUST INSTRUCT THE PLAYER
OF THE OUTCOME AND HOW
TO REDEEM WINNINGS IF ANY
20

*FIG. 2*

GL00238

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317

2/16



FIG. 3

PRINT OF DRAWINGS
AS ORIGINALLY FILED

3/16

08/738317



FIG. 4

FIG. 5

GL00240

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317



FIG. 6



FIG. 7

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738

5/16



FIG. 8

GL00242

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/73

6/16



FIG. 9

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317

7/16



*FIG. 10*

GL00244

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317

8/16



FIG. 11

GL00245

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317

9/16

FROM BLOCK 228
FIG 11

230

DISPLAY
PURCHASED TICKET

232

IS
MONEY
> 0
?

YES → TO BLOCK 214
FIG 11

NO

CALCULATE PREDETERMINED
OUTCOME CONTAINED IN THE
DESTINY CODE

234

236

IS
THIS CARD
A WINNER
?

NO

YES

SELECT A SET OF LOSING
NUMBERS (EX. A SET OF
NUMBERS THAT DOES NOT
MATCH ANY OF THE
TICKETS IN A WINNING
MANNER)

238

SELECT AT LEAST ONE
OF THE USERS CARDS
TO BE A WINNER.

242

MATCH THE PRIZE TO THE CARDS IN SUCH
A WAY AS TO CAUSE THE WINNINGS
TO MATCH THE DESTINY CODE'S
PREDETERMINED OUTCOME (EX. IF THE CARD IS
SUPPOSED TO WIN $75.00 THEN YOU COULD
HAVE ONE CARD MATCH 4 NUMBERS FOR A
$50.00 PRIZE AND A SECOND CARD MATCH 3
NUMBERS FOR A $25.00 PRIZE.

244

DISPLAY THE NUMBERS
ONE AT TIME
AS THOUGH THEY
WERE JUST
RANDOMLY SELECTED

240

TO BLOCK 246
FIG 13

*FIG. 12*

GL00246

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317

10/16



FROM BLOCK 240
FIG 12

246

SAVE TO A USER SELECTED DRIVE
STATISTICAL AND HISTORICAL DATA
SO THE USER CAN TRACK THEIR GAME PLAY

COPY THIS FILE TO THE GAME MEDIA,
SO THAT THE ORGANIZATION THAT RUNS
THE GAME CAN TRACK THE
USER'S HABITS AS WELL    248

250    DOES
USER WANT A    YES    PRINT OUT A TICKET
PRINTOUT    WITH ENCRYPTED
?    CONTROL DATA.

252    254

NO    IS
PRINT OUT    NO
OK
?

YES

IF PROGRAM HAS BEEN DEVELOPED
TO RUN ONLY ONCE ENCRYPT THE
DATA AND PROGRAMS ON THE    256
GAME MEDIUM TO RENDER IT
UNUSABLE AND TO ENCODE THE
HISTORY AND OUTCOME FOR
TRACKING PURPOSES.

IF
ALLOWED    258
ASK USER IF THEY    YES    TO GAME MENU
WANT TO CONTINUE    BLOCK 128
PLAY    FIG 8
?

NO

TELL PLAYER HOW TO REDEEM
PRIZE IF ANY IS DUE    260

PROGRAM END

FIG. 13

GL00247

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317

11/16



**A Series of Destiny Codes Are Generated and Stored as a Game Run. <OR> Destiny Codes Are Generated on the fly.** — 300

**Destiny Codes are Copied to Tickets/Chips. (Original Game Run Can Be Kept For Security.)** — 302

**Tickets/Chips are acquired by players.** — 304

**Player allows or causes Ticket/Chip's Destiny Codes to be Read by an Amusement + Actualization Game System or Machine.** — 306

**Amusement + Actualization Game System or Machine Acknowledges Reading of Ticket/Chip by showing and storing same Destiny Code as Credit for play by A Player.** — 308

310 — **Amusement + Actualization Game System or Machine Can Change the Ticket/Chip's Destiny Codes or Leave its' Current Destiny Codes. The System Can also keep the chip or Dispose it, or different ones, at an appropriate time.**

**Player Plays an Amusement + Actualization Game to Discover the Value of a Destiny Code.** — 312

314 — **Winner?**

No / YES — 316

**Credit is Deducted from The Amusement + Actualization Machine's Credit Memory.** — 318

**The Won Credits are added to the Amusement + Actualization Machine's Credit Memory <OR> Paid Out As Tickets/Chips.**

YES / **Play Again?** — 320 No

FIG. 14

**Player "Cashes Out" Credits From Machine And Gets Tickets/Chips in Return.** — 322

324 — **Play a Different Game?**

YES / No

**Player Exchanges Tickets/Chips Won and/or Bought For Cash.** — 326

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317

12/16



FIG. 15

GL00249