PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317

13/16



FIG. 16

GL00250

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/738317

14/16



FIG. 17

GL00251

PRINT OF DRAWINGS
AS ORIGINALLY FILED

15/16                    08/738317



FIG. 18

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 / 738317

16/16





FIG. 19

GL00253

KAYE-24,914

Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:        Perry Kaye

Serial No.:        08/738,317

Filed:        October 25, 1996

For:        PERSONAL COMPUTER LOTTERY GAME

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

### CHANGE OF ADDRESS

Effective immediately, kindly direct all papers pertaining to the above-captioned patent application to the following address:

Martin Korn
Gardere & Wynne, L.L.P.
1601 Elm Street, Suite 3000
Dallas, Texas 75201

and all telephone calls should be directed to Martin Korn at (214) 999-4664.

Respectfully submitted,

GARDERE & WYNNE, L.L.P.
Attorneys for Applicant

By: _____
Martin Korn
Registration No. 28,317

Date: December 30, 1996

GW04:247759

GL00254

#3



67369 U. P17166 1001 (KAYE-24,914)                                    PATENT

01/14/97

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING

In re Application of:        Perry S. Kaye

Serial Number:              08/738,317

Filing Date:                October 25, 1996

Group:                      3304

For:                        PERSONAL COMPUTER LOTTERY GAME

I ... 'y certify that this correspondence is being deposited with the United States ... Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on
January 10, 1997
(Date)
Janie Fagan
(Printing or typed name of the person signing the certificate.)
(Signature of the person signing the certificate)
January 10, 1997
(Date of Signature)

Assistant Commissioner for Patents
Washington, D.C: 20231

Dear Sir:

RECEIVED

JAN 27 1997

**INFORMATION DISCLOSURE STATEMENT** GROUP 3300

        Pursuant to the duty of disclosure under 37 C.F.R. §1.56, Applicant submits this statement.

This submittal is made in accordance with 37 C.F.R. §§1.97 and 1.98 and § 609 of the Manual of

Patent Examining Procedure. The U.S. Patents and Foreign Patents discussed herein are listed

below and on the attached Form PTO-1449. Copies of references cited by or submitted in the prior

application of which this is a continuation-in-part have previously been sent. Copies of new cited

references accompanies this statement.

**Serial No.: 08/418,011**

| U.S. PATENT NO. | PATENTEE | ISSUE DATE |
|---|---|---|
| 4,108,361 | Krause | August, 1978 |
| 4,288,077 | Rose et al. | September, 1981 |
| 4,575,622 | Pellegrini | March, 1986 |
| 4,582,324 | Koza et al. | April, 1986 |
| 4,652,998 | Koza et al. | March, 1987 |
| 4,689,742 | Troy et al. | August, 1987 |
| 4,760,247 | Keane et al. | July, 1988 |
| 4,784,666 | Bergeron | August, 1988 |

-2-

| U.S. PATENT NO. | PATENTEE | ISSUE DATE |
|---|---|---|
| 4,832,341 | Muller et al. | May, 1989 |
| 4,882,473 | Bergeron et al. | November, 1989 |
| 4,996,705 | Entenmann | February, 1991 |
| 5,069,453 | Koza et al. | December, 1991 |
| 5,083,272 | Walker et al. | January, 1992 |
| 5,112,050 | Koza et al. | May, 1992 |
| 5,212,368 | Hara | May, 1993 |
| 5,223,698 | Kapur | June, 1993 |
| 5,282,620 | Keesee | February, 1994 |
| 5,326,104 | Pease et al. | July, 1994 |
| 5,327,485 | Leaden | July, 1994 |
| 5,330,185 | Wells | July, 1994 |
| 5,331,141 | Kaneko | July, 1994 |
| 5,342,047 | Heidel et al. | August, 1994 |
| 5,348,299 | Clapper, Jr. | September, 1994 |
| 5,365,575 | Katz | November, 1994 |
| 5,377,975 | Clapper, Jr. | January, 1995 |
| 5,398,932 | Eberhardt et al. | March, 1995 |
| 5,407,199 | Gumina | April, 1995 |
| 5,411,258 | Wilson et al. | May, 1995 |
| 5,415,416 | Seagnelli et al. | May, 1995 |
| 5,417,424 | Snowden et al. | May, 1995 |
| 5,429,361 | Raven et al. | July, 1995 |
| 5,569,082 | Kaye | October, 1996 |

**Serial No.: 08/738,317**
(Copies of new cited references attached)

| U.S. PATENT NO. | PATENTEE | ISSUE DATE |
|---|---|---|
| 5,373,440 | Cohen et al. | December, 1994 |

| FOREIGN PATENTS | COUNTRY | DATE |
|---|---|---|
| WO 91/06931 | PCT | May, 1991 |
| WO 94/03873 | PCT | February, 1994 |

## REMARKS

Applicant hereby expressly reserves the right to swear behind the effective dates of any of the

GL00256

-3-

herein, in whole, in part, or in combination, subsequent to filing this Information Disclosure Statement.

The Commission is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account No. 07-0153.

Respectfully submitted,

GARDERE & WYNNE, L.L.P.

By: _____

Martin Korn
Registration No. 28,317

DATED: January 10, 1997
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 999-3000
(214) 999-4664
KAYE/24914ids.ltr

GL00258

FORM 9B-3

Sheet -1- of -4-.

| FORM PTO-1449 (Rev. 2-32) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | ATTY. DOCKET NO. 117158-1001 (KAYE-24,914) | | SERIAL NO. 08/738,317 |
|---|---|---|---|---|---|
| 67369 U.S. PT | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | APPLICANT Perry S. Kaye | | |
| 01/14/99 | (use several sheets if necessary) | | FILING DATE October 25, 1996 | | GROUP 3304 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| MOB | 4,108,361 | 08/1978 | Krause | 364 | 412 | |
| | 4,286,077 | 09/1981 | Rose et al. | 273 | 138 R | |
| | 4,575,622 | 03/1986 | Pellegrini | 364 | 410 | |
| | 4,582,324 | 04/1986 | Koza et al. | 273 | 138 A | |
| | 4,652,998 | 03/1987 | Koza et al. | 364 | 412 | |
| | 4,689,742 | 08/1987 | Troy et al. | 273 | 138 A | |
| | 4,760,247 | 07/1988 | Keane et al. | 364 | 412 | |
| | 4,764,666 | 08/1988 | Bergeron | 273 | 139 | |
| | 4,832,341 | 05/1989 | Muller et al. | 273 | 138 A | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES    NO |
|---|---|---|---|---|---|---|
| MOB | WO 91/06931 | 05/1991 | PCT | 17 | 32 | |
| | WO 94/03873 | 02/1994 | PCT | 15 | 00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER | | DATE CONSIDERED | 2/28/97 |
|---|---|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

GL00259

FORM 98-3

Sheet -2- of -4-.

| FORM PTO-1449 (Rev. 2-32) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | ATTY. DOCKET NO. 117158-1001 | | SERIAL NO. 08/738,317 |
|---|---|---|---|---|
| | | APPLICANT Perry S. Kaye | | |
| | | FILING DATE October 25, 1996 | | GROUP 3304 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| *M.C.B.* | | 4,882,473 | 11/1989 | Bergeron et al. | 235 | 380 | |
| | | 4,996,705 | 02/1991 | Entenmann | 364 | 412 | |
| | | 5,069,453 | 12/1991 | Koza et al. | 273 | 139 | |
| | | 5,083,272 | 01/1992 | Walker et al. | 364 | 412 | |
| | | 5,112,050 | 05/1992 | Koza et al. | 273 | 139 | |
| | | 5,212,368 | 05/1993 | Hara | 235 | 375 | |
| | | 5,223,698 | 06/1993 | Kapur | 364 | 412 | |
| | | 5,282,620 | 02/1994 | Keesee | 273 | 138 A | |
| | | 5,326,104 | 07/1994 | Pease et al. | 273 | 138 A | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES    NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER | *M.C.B.* | DATE CONSIDERED | 2/28/97 |
|---|---|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

GL00260

FORM 98-3

Sheet -3- of -4-.

| FORM PTO-1449<br>(Rev. 2-32) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE<br><br>INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT<br><br>(Use several sheets if necessary) | ATTY. DOCKET NO.<br>117158-1001 (KAYE-24,914) | | SERIAL NO.<br>08/738,317 |
| --- | --- | --- | --- | --- |
| | | APPLICANT<br>Perry S. Kaye | | |
| | | FILING DATE<br>October 25, 1996 | | GROUP<br>3304 |

### U.S. PATENT DOCUMENTS

| EXAMINER<br>INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE<br>IF<br>APPROPRIATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| MAP | | 5,327,485 | 07/1994 | Leaden | 379 | 95 | |
| | | 5,330,165 | 07/1994 | Wells | 364 | 412 | |
| | | 5,331,141 | 07/1994 | Kaneko | 235 | 462 | |
| | | 5,342,047 | 08/1994 | Heidel et al. | 273 | 138 A | |
| | | 5,348,299 | 09/1994 | Clapper, Jr. | 273 | 138 A | |
| | | 5,365,575 | 11/1994 | Katz | 379 | 92 | |
| | | 5,373,440 | 12/1994 | Cohen et al. | 364 | 410 | |
| | | 5,377,975 | 01/1995 | Clapper, Jr. | 273 | 138 A | |
| | | 5,398,932 | 03/1995 | Eberhardt et al. | 273 | 138 A | |
| | | 5,407,199 | 04/1995 | Gumina | 273 | 138 R | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION<br>YES    NO |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER | | DATE CONSIDERED | 2/28/97 |
| --- | --- | --- | --- |

EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation
if not in conformance and not considered.  Include copy of this form with next communication to applicant.

GL00261

FORM 9B-3

| FORM PTO-1449 (Rev. 2-32) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | ATTY. DOCKET NO. 117158-1001 (KAYE-24,914) | SERIAL NO. 08/738,317 |
|---|---|---|---|
| | | APPLICANT Perry S. Kaye | |
| | | FILING DATE October 24, 1996 | GROUP 3304 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| MAX | | 5,411,258 | 05/1995 | Wilson et al. | 364 | 410 | |
| | | 5,415,416 | 05/1995 | Seagnelli et al. | 273 | 138 A | |
| | | 5,417,424 | 05/1995 | Snowden et al. | 364 | 412 | |
| | | 5,429,361 | 07/1995 | Raven et al. | 273 | 138 A | |
| | | 5,569,082 | 10/1996 | Kaye | 463 | 17 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES    NO |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | |
| | |
| | |

| EXAMINER | MAX | DATE CONSIDERED | 2/28/97 |
|---|---|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

RCOV/105 RCOV/105



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/738,317 | 10/25/96 | KAYE | P KAYE24.914 |

F3M1/0305

MARTIN KORN
GARDERE AND WYNNE, L.L.P.
1601 ELM STREET
SUITE 3000
DALLAS TX 75201

| EXAMINER |
|---|
| SAGER, M. |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3304 | 4 |

DATE MAILED:

03/05/97

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☒ Responsive to communication(s) filed on ___Jan. 14, 1997___

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___Three (3)___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) ___1-17___ is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☒ Claim(s) ___1-4 and 7-13___ is/are allowed.

☒ Claim(s) ___5-6 and 14-17___ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of Reference Cited, PTO-892.

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___3 (4 pages)___

☐ Interview Summary, PTO-413.

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ Notice of Informal Patent Application, PTO-152.

GL00262

— SEE OFFICE ACTION ON THE FOLLOWING PAGES —

PTOL-326 (Rev. 10/93)

GL00263

Serial Number: 08/738,317                    Paper No. 4
Art Unit: 3304                               Page No. 2

### Claim Rejections - 35 USC § 112

1.   Claims 5-6 and 14-17 are rejected under 35 U.S.C. 112,

second paragraph, as failing to set forth the subject matter

which applicant(s) regard as their invention.

> The phrase  "to be" is indefinite for not clearly claiming
> the metes and bounds of the invention.
> The phrase "the lottery" and "the occurrence" each either
> lack antecedent basis, are inconsistent with prior claim language
> or are indefinite for not clearly claiming the metes and bounds
> of the invention.

### Claim Rejections - 35 USC § 102

2.   The following is a quotation of the appropriate paragraphs

of 35 U.S.C. 102 that form the basis for the rejections under

this section made in this Office action:

> A person shall be entitled to a patent unless --
>
> (b) the invention was patented or described in a printed publication in
> this or a foreign country or in public use or on sale in this country, more
> than one year prior to the date of application for patent in the United
> States.
> (e) the invention was described in a patent granted on an application for
> patent by another filed in the United States before the invention thereof
> by the applicant for patent, or on an international application by another
> who has fulfilled the requirements of paragraphs (1), (2), and (4) of
> section 371(c) of this title before the invention thereof by the applicant
> for patent.

3.   Claims 14-16 are rejected under 35 U.S.C. 102(b) as being

clearly anticipated by Bergeron.  Bergeron shows a lottery game

clearly comprising features of instant claims, as broadly

claimed.  This rejection is made only to demonstrate breadth of

instant claims reads on most lottery systems; especially systems

where a player selects their numbers.

4.   Claims 14-17 are rejected under 35 U.S.C. 102(e) as being

anticipated by Sludikoff et al.  Sludikoff shows a lottery game

(3:20 - 5:21, Figs. 1-4) comprising a gaming piece (30, 52)

GL00264

Serial Number: 08/738,317                                  Paper No. 4
Art Unit: 3304                                             Page No. 3

including a code which includes data indicating whether a player

wins or loses (4, 20 or 40), a processor for reading said code

(lottery machines inherently include processors for reading

player input numbers or gaming piece codes/serial numbers) where

the player wins or loses based upon said code and occurrence of

an event (game start/player selection of numbers for player

controlled event or lottery system selection of win/lose as is

inherent in lottery games for non-player controlled event)

wherein said code indicates whether the player wins or loses an

amusement game (Figs. 1-5, refs. 24, 26, 44, 46) and said

processor controls whether the player will win or lose the

amusement game based upon said code, where the code is all

indicia printed on face of ticket (30, 52).

5.    Claims 14-17 are rejected under 35 U.S.C. 102(e) as being

anticipated by Rusnak. Rusnak shows a lottery game comprising a

gaming piece (10), a code (Fig. 3) which includes data indicating

whether a player wins or loses (Figs. 1-3, "YOU HAVE WON" and

refs. 13,14), a processor for reading said code (Figs. 1-4), the

player winning or losing the lottery game based upon said code

and occurrence of an event ("start" game for event controlled by

a player or 3:36-43 for event not controlled by player) wherein

said code indicates whether the player wins or loses an amusement

game (Figs. 1-4) and said processor controls whether the player

will win or lose the amusement game based upon said code, where

the code is all indicia on face of ticket (10) which is

determined based upon odds (3:36-43).

GL00265

Serial Number: 08/738,317                              Paper No. 4
Art Unit: 3304                                          Page No. 4

### Allowable Subject Matter

6.    Claims 5-6 would be allowable if rewritten to overcome the rejection(s) under 35 U.S.C. 112 set forth in this Office action and to include all of the limitations of the base claim and any intervening claims.

7.    Claims 1-4 and 7-13 are allowed.

### Conclusion

8.    The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Haste, III, Marin et al, Evans et al and Mullins each show a lottery game which anticipates claims 14-16 and each could have been used to reject instant claims, as broadly claimed. Barr, Frank et al and Swafford, Jr. et al each disclose devices considered pertinent.

9.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to M. A. Sager whose telephone number is (703) 308-0785. The examiner can normally be reached on M-TH from 0700 to 1700.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ms. Jessica Harrison, can be reached on (703) 308-2217.  The fax phone number for Group 3300 is (703) 305-3590.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 308-0858.

MAS
Feb. 28, 1997

JESSICA HARRISON
SUPERVISORY PATENT EXAMINER
GROUP 3300

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

GL00266

| FORM PTO-892 (REV. 2-02) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 08/738.317 | GROUP ART UNIT 3304 | ATTACHMENT TO PAPER NUMBER 4 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Kaye | | |

**U.S. PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| A | 5 5 8 0 3 1 1 | 12/3/96 | Haste, III | 463 | 016 | 3/17/95 |
| B | 5 4 7 2 1 9 6 | 12/5/95 | Rusnak | 463 | 016 | 3/31/94 |
| C | 5 3 6 2 0 5 1 | 11/8/94 | Swafford, Jr et al | 463 | 016 | |
| D | 5 1 8 6 4 6 3 | 2/16/93 | Marin et al | 463 | 017 | |
| E | 5 1 7 6 3 8 0 | 1/5/93 | Evans et al | 463 | 016 | |
| F | 5 1 5 8 2 9 3 | 10/27/92 | Mullins | 273 | 139 | |
| G | 5 1 1 6 0 4 9 | 5/26/92 | Sludikoff et al | 273 | 139 | |
| H | 5 0 8 8 7 3 7 | 2/18/92 | Frank et al | 273 | 139 | |
| I | 3 5 9 4 0 0 4 | 7/20/71 | Barr | 273 | 139 | |
| J | | | | | | |
| K | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | |
| M | | | | | | | | |
| N | | | | | | | | |
| O | | | | | | | | |
| P | | | | | | | | |
| Q | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER MAS | DATE 2/28/97 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

Form PTO-948 (Rev. 10-94)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. _738 317_

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftpersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) __10/25/__ , are
A. ___ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B. _X_ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ___ Not black solid lines. Fig(s)_____
   ___ Color drawings are not acceptable until petition is granted.
   Fig(s)_____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ___ Photographs are not acceptable until petition is granted.
   Fig(s)_____
   ___ Photographs not properly mounted (must use bristol board or photographic double-weight paper). Fig(s)_____
   ___ Poor quality (half-tone). Fig(s)_____
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ___ Chemical or mathematical formula not labeled as separate figure.
   Fig(s)_____
   ___ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis.
   Fig(s)_____
   ___ Individuals waveform not identified with a separate letter designation adjacent to the vertical axis. Fig(s)_____
4. TYPE OF PAPER. 37 CFR 1.84(e)
   ___ Paper not flexible, strong, white, smooth, nonshiny, and durable.
   Sheet(s)_____
   ___ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds copy machine marks not accepted. Fig(s)_____
   ___ Mylar, velum paper is not acceptable (too thin). Fig(s)_____
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   21.0 cm. by 29.7 cm. (DIN size A4)
   ___ All drawing sheets not the same size. Sheet(s)_____
   ___ Drawing sheet not an acceptable size. Sheet(s)_____
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

   Paper size

   | | 21.6 cm. X 35.6 cm. (8 1/2 X 14 inches) | 21.6 cm X 33.1 cm. (8 1/2 X 13 inches) | 21.6 cm X 27.9 cm. (8 1/2 X 11 inches) | 21.0 cm. X 29.7 cm. (DIN Size A4) |
   |---|---|---|---|---|
   | T | 5.1 cm. (1") | 2.5 cm (1") | 2.5 cm. (1") | 2.5 cm. |
   | L | .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5 cm. |
   | R | .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
   | B | .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

   Margins do not conform to chart above.
   Sheet(s)_____
   ___ Top (T)  _X_ Left (L)  ___ Right (R)  ___ Bottom (B)
7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ___ All views not grouped together. Fig(s)_____
   ___ Views connected by projection lines or lead lines. Fig(s)_____
   ___ Partial views. 37 CFR 1.84(h) 2

   ___ View and enlarged view not labled separately or properly.
   Fig(s)_____
   ___ Sectional views. 37 CFR 1.84 (h) 3
   ___ Hatching not indicated for sectional portions of an object.
   Fig(s)_____
   ___ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)_____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)_____
9. SCALE. 37 CFR 1.84(k)
   ___ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s)_____
   ___ Indication such as "actual size" or scale 1/2" not permitted.
   Fig(s)_____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
   _X_ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings).
   Fig(s) __1 = 2__
11. SHADING. 37 CFR 1.84(m)
   ___ Solid black shading areas not permitted.
   Fig(s)_____
   ___ Shade lines, pale, rough and blurred. Fig(s)_____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
   ___ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(l) Fig(s)_____
   ___ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(l) Fig(s)_____
   ___ English alphabet not used. 37 CFR 1.84(p)(2) Fig(s)_____
   _X_ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3) Fig(s)_____
13. LEAD LINES. 37 CFR 1.84(q)
   ___ Lead lines cross each other. Fig(s)_____
   ___ Lead lines missing. Fig(s)_____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
   ___ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)_____
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
   ___ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)_____
   ___ View numbers not preceded by the abbreviation Fig.
   Fig(s)_____
16. CORRECTIONS. 37 CFR 1.84(w)
   ___ Corrections not made from prior PTO-948
   Fig(s)_____
17. DESIGN DRAWING. 37 CFR 1.152
   ___ Surface shading shown not appropriate. Fig(s)_____
   ___ Solid black shading not used for color contrast.
   Fig(s)_____

COMMENTS:

Pgh 1's obj

GL00267

GL00268

117158-1001

THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:        Perry S. Kaye

Serial No.:                  08/738,317

Filed:                       October 25, 1996

Group:                       3304

Examiner:                    M. Sager

For:                         PERSONAL COMPUTER
                             LOTTERY GAME

Box Non Fee Amendment
Assistant Commissioner
        for Patents
Washington, D.C.  20231

Dear Sir:

### AMENDMENT

In response to the Office Action mailed March 5, 1997, please amend the above-identified application as follows:

### IN THE CLAIMS

Please amend Claims 5, 14, and 17 as follows:

5. (Amended)  A method for playing a lottery type game comprising the steps of:

1

GL00269

acquiring by a player a gaming piece, the gaming piece including a code which
includes data indicating whether the player wins or loses the lottery type game and
5    an amusement game, the data being unrecognizable to the player, such that the
player does not know whether the player will win or lose the games prior to play of
the amusement game;

inserting the gaming piece into a data reader for reading the code;

inputting the code into a processor;

10    the processor generating a plurality of amusement games on a display for play
by the player, the player selecting at least one of the plurality of amusement games
[to be played] for play by the player;

the processor controlling whether the player will win or lose the selected
amusement game based upon the code; and

15    providing on the display an indication to the player of the selected amusement
game win or loss based upon the code.



14. 1/. (Amended)  A lottery type game comprising:

a gaming piece, said gaming piece including a predetermined code which
includes data indicating whether a player wins or loses; and

a processor for reading said code, the player winning or losing the lottery type
5    game based upon said code and [the] occurrence of an event external to operation of
the lottery type game, such that the player does not know whether the player will win
or lose the lottery type game until after the occurrence of the event.

17. 1/. (Amended)  The lottery type game of Claim 14 wherein said code
indicates whether the player wins or loses an amusement game [to be played] for play
by the player, and said processor controls whether the player will win or lose the
amusement game based upon said code.

## REMARKS

This application has been carefully reviewed in light of the Office Action mailed March 5, 1997. Claims 5, 14, and 17 have been amended. Reconsideration and favorable action in this application is respectfully requested.

The Examiner's indication that Claims 1-4 and 7-13 are allowed is noted with appreciation. Further, the Examiner's indication that Claims 5 and 6 would be allowable if written to overcome the rejection under 35 U.S.C. § 112 is also noted with appreciation. Claim 5 has been amended, and it is respectfully submitted that Claims 5 and 6 are now in full compliance with 35 U.S.C. § 112.

Claims 14-17 have been rejected under 35 U.S.C. § 102(b) as being anticipated by Bergeron; under 35 U.S.C. § 102(e) as being anticipated by Sludikoff et al.; and under 35 U.S.C. § 102(e) as being anticipated by Rusnak. Claim 14 has now been amended, and it is respectfully submitted that Claim 14 clearly distinguishes over the cited references.

The present lottery type game as claimed in Claim 14 includes a gaming piece with a predetermined code that includes data indicating whether a player wins or loses the lottery type game. Additionally, in order to win the lottery type game, the occurrence of an external event must occur. Therefore, the combination of the win code as well as the occurrence of the event, external to the lottery type game, must both be present for the player to win. The event external to the lottery type game may include, for example, the identification of a winner of a sporting event.

The events cited by the Examiner with respect to the cited references are all occurrences relating to the play of the game, and not an external event. For example, in Sludikoff et al., the occurrence of the event is the game start/player selection of numbers or win/loss inherent in the lottery game. Similarly, in Rusnak, the event is the "start" game or the predetermined odds of winning. It is therefore respectfully submitted that Claim 14 as amended, clearly distinguishes over the cited references,



and is now in condition for allowance. Claims 15-17, depending from Claim 14, further define the present invention, and it is respectfully submitted that Claims 15-17 are also in condition for allowance.

For the foregoing reasons, full allowance of Claims 1-17 is respectfully requested. If the Examiner has any questions regarding this Amendment, the Examiner is respectfully requested to telephone the undersigned attorney.

Respectfully submitted,

GARDERE & WYNNE, L.L.P.
Attorneys for Applicant

Martin Korn
Registration No. 28,317

MK/jbh

1601 Elm Street, Suite 3000
Dallas, TX  75201-4761

214/999-4664
214/999-4667 (Fax)

June 2, 1997

GL00271



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| | EXAMINER |
|---|---|

| ART UNIT | PAPER NUMBER |
|---|---|
| | 6 |

DATE MAILED:

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to *Amdt rec'd June 3, 1997*

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are *1-17*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received [ ] not been received. [ ] been filed in parent application Serial No. _____ filed on _____

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____ CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☒ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449

- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

JESSICA HARRISON
SUPERVISORY PATENT EXAMINER
GROUP 3300

GL00272

USCOMM-DC 89-5789

GL00273



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

Address: Box ISSUE FEE
ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

F3M1/0815

MARTIN KORN
GARDERE AND WYNNE, L.L.P.
1601 ELM STREET
SUITE 3000
DALLAS TX 75201

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/738,317 | 10/25/96 | 017 | SAGER, M | 3304 | 08/15/97 |

First Named Applicant: KAYE, PERRY G.

TITLE OF INVENTION: PERSONAL COMPUTER LOTTERY GAME

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3 KAYE24.914 | 463-017.000 | Q47 | UTILITY | YES | $645.00 | 11/17/97 |

*THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.*

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as yes, verify your current SMALL ENTITY status:

If the SMALL ENTITY is shown as NO:

A. If the status is changed, pay twice the amount of the FEE DUE shown and notify the Patent and Trademark Office of the change in status, or

A. Pay FEE DUE shown above; or

B. If the status is the same, pay the FEE DUE shown above.

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "6b" of Part B should be completed.

III. All communications regarding this application must give application number and batch number. Please direct all communication prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.*

PATENT AND TRADEMARK OFFICE COPY



117158-1001

## THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                Perry Kaye

Serial No.:                          08/738,317

Filed:                               October 25, 1996

Notice of Allowance Mailed:          August 15, 1997

Issue Batch No.:                     Q47

Group:                               3304

Examiner:                            S. Perry

For:      PERSONAL COMPUTER LOTTERY GAME

Assistant Commissioner
   for Patents
Washington, D.C. 20231

ATTENTION: OFFICE OF PUBLICATIONS

Dear Sir:

### TRANSMITTAL OF FORMAL DRAWINGS

Transmitted herewith are sixteen (16) sheets of formal drawings to be substituted for the informal drawings initially filed in the above-identified application for patent.

Respectfully submitted,

GARDERE & WYNNE, L.L.P.
Attorneys for Applicant

Martin Korn
Registration No. 28,317

MK/jbh
Enclosures
1601 ELM Street, Suite 3000
Dallas, TX  75201-4761
214/999-4664; 214/999-4667 (Fax)
September 18, 1997

GL00274



1/16

5709603

SECURE SYSTEM FOR
GENERATING DESTINY CODES —10

SECURE SYSTEM FOR
STORING DESTINY CODES —11

SECURE MEDIUM FOR
TRANSPORTING DESTINY CODES —12

SECURE AND ACCURATE METHOD
FOR DECRYPTING DESTINY CODES —13

AMUSEMENT GAME FOR
EXCITEMENT AND FICTITIOUS AWARDS —14

ACTUALIZATION GAME TO SHOW
OUTCOME OF DESTINY CODE
USING FICTITIOUS AWARDS —15

REDEEM WINNINGS
OR
THROW OUT TICKET —16

*FIG. 1*

17— PERSON ACQUIRES AT LEAST 1
DESTINY CODE WHICH IS STORED
ON GAME MEDIUM

18— PERSON BRINGS GAME MEDIUM
WHICH CONTAINS DESTINY CODE(S)
TO A SELF CONTAINED
AMUSEMENT+ACTUALIZATION
MACHINE

19— AMUSEMENT+ACTUALIZATION
MACHINE DISPLAYS OUTCOME
OF THE GAME, CONCEALED IN
THE DESTINY CODE, IN
AN EXCITING FASHION

*FIG. 2*

20— AMUSEMENT+ACTUALIZATION MACHINE
CAN EITHER REDEEM THE GAME MEDIUM
AND PAY THE WINNER
OR
IT COULD JUST INSTRUCT THE PLAYER
OF THE OUTCOME AND HOW
TO REDEEM WINNINGS IF ANY

APPROVED O.G. FIG. 1
BY CLASS SUBCLASS
DRAFTSMAN 463 017

GL00275



2/16

FIG. 3



3/16

FIG. 4

FIG. 5

GL00277



*4/16*

APPROVED O.G. FIG. 7
CLASS 463 SUBCLASS 0/2
BY
DRAFTSMAN 463 0/2

46 → ON-LINE SERVICE REQUESTS THE DESTINY CODE AND CHECKS FOR ITS VALIDITY — 47

PLAYER ACQUIRES AT LEAST ONE DESTINY CODE ON A GAME MEDIUM — 43

IF VALID, ON-LINE SERVICE DECRYPTS AND DECODES DESTINY CODE — 48

PLAYER CONNECTS TO AN ON-LINE SERVICE VIA COMPUTER OR INTERACTIVE TV — 44    45

IF VALID, ON-LINE SERVICE INTERACTIVELY PLAYS AMUSEMENT GAME WITH PLAYER — 49

PLAYER REDEEM THE WINNINGS FROM A REDEMPTION CENTER BY PRESENTING THE GAME MEDIA — 51

IF VALID, ON-LINE SERVICE INTERACTIVELY PLAYS THE ACTUALIZATION GAME — 50

*FIG. 6*



PLAYER ACQUIRES AT LEAST ONE COMPATATIABLE DESTINY CODE STORED ON A GAME MEDIUM — 52

PLAYER ACQUIRES, USES, OR PAYS TO USE A COMPATIBLE SOFTWARE PROGRAM, GAME OR GAME PLAYER OF SOME TYPE — 53

PLAYER PLAYS THE COMPATIBLE GAME TO DISCOVER THE OUTCOME CONCEALED IN THE DESTINY CODE — 54

*FIG. 7*

COMPATIBLE PROGRAM INSTRUCTS THE PLAYER ABOUT HOW TO REDEEM THEIR ACTUAL PRIZE IF ANY IS DUE — 55

GL00278

5/16



FIG. 8

*6/16*



*FIG. 9*

GL00280

7/16



FIG. 10

GL00281

8/16



GL00282

*FIG. 11*



9/16

FIG. 12

GL00283



10/16

FROM BLOCK 240
FIG 12

246

SAVE TO A USER SELECTED DRIVE
STATISTICAL AND HISTORICAL DATA
SO THE USER CAN TRACK THEIR GAME PLAY

COPY THIS FILE TO THE GAME MEDIA,
SO THAT THE ORGANIZATION THAT RUNS
THE GAME CAN TRACK THE
USER'S HABITS AS WELL
248

250 DOES
USER WANT A
PRINTOUT
?

YES

PRINT OUT A TICKET
WITH ENCRYPTED
CONTROL DATA.

252

NO

254

IS
PRINT OUT
OK
?

NO

YES

IF PROGRAM HAS BEEN DEVELOPED
TO RUN ONLY ONCE ENCRYPT THE
DATA AND PROGRAMS ON THE
GAME MEDIUM TO RENDER IT
UNUSABLE AND TO ENCODE THE
HISTORY AND OUTCOME FOR
TRACKING PURPOSES.
256

258

IF
ALLOWED
ASK USER IF THEY
WANT TO CONTINUE
PLAY
?

YES

TO GAME MENU
BLOCK 128
FIG 8

NO

TELL PLAYER HOW TO REDEEM
PRIZE IF ANY IS DUE
260

PROGRAM END

FIG. 13

GL00284

GL00285

*11/16*



**300**

A SERIES OF DESTINY CODES ARE GENERATED AND STORED AS A GAME RUN. <OR> DESTINY CODES ARE GENERATED ON THE FLY.

**302**

DESTINY CODES ARE COPIED TO TICKETS/CHIPS. (ORIGINAL GAME RUN CAN BE KEPT FOR SECURITY.)

**304**

TICKETS/CHIPS ARE ACQUIRED BY PLAYERS.

**306**

PLAYER ALLOWS OR CAUSES TICKET/CHIP'S DESTINY CODES TO BE READ BY AN AMUSEMENT+ACTUALIZATION GAME SYSTEM OR MACHINE.

**308**

AMUSEMENT+ ACTUALIZATION GAME SYSTEM OR MACHINE ACKNOWLEDGES READING OF TICKET/CHIP BY SHOWING AND STORING EACH DESTINY CODE AS CREDIT FOR PLAY BY A PLAYER.

**310**

AMUSEMENT+ACTUALIZATION GAME SYSTEM OR MACHINE CAN CHANGE THE TICKET/CHIP'S DESTINY CODES OR LEAVE ITS CURRENT DESTINY CODES. THE SYSTEM CAN ALSO KEEP THE CHIP OR DISPERSE IT, OR DIFFERENT ONES, AT AN APPROPRITE TIME.

**312**

PLAYER PLAYS AN AMUSEMENT +ACTUALIZATION GAME TO DISCOVER THE VALUE OF A DESTINY CODE.

**314**

WINNER ?

NO — **318**

CREDIT IS DEDUCTED FROM THE AMUSEMENT + ACTUALIZATION MACHINE'S CREDIT MEMORY.

YES

**316**

THE WON CREDITS ARE ADDED TO THE AMUSEMENTS+ ACTUALIZATION MACHINE'S CREDIT MEMORY <OR> PAID OUT AS TICKETS/CHIPS.

**320**

YES — PLAY AGAIN ?

NO

**322**

PLAYER "CASHES OUT" CREDITS FROM MACHINE AND GETS TICKETS/CHIPS IN RETURN.

**324**

YES — PLAY A DIFFERENT GAME ?

NO

**326**

PLAYER EXCHANGES TICKETS/CHIPS WON AND/OR BOUGHT FOR CASH.

*FIG. 14*

APPROVED O.G. FIG  CLASS SUBCLASS  BY  DRAFTSMAN

12/16



FIG. 15

GL00286

*13/16*



FIG. 16

GL00287

14/16



FIG. 17

15/16



**400**

OPERATOR ENTERS VITAL INFORMATION INTO SYSTEM. I.E. AMOUNT OF MONEY THEY WISH TO RAISE, NUMBER OF TICKETS THEY WISH TO SELL. ECT.

**402**

SOFTWARE USES THIS INFORMATION TO GENERATE A SERIES OF DESTINY CODES THAT MEET THE REQUIREMENTS OF THE VITAL STATISTICS.

**404**

DESTINY CODES ARE RANDOMLY SCRAMBLED AND THEN PRINTED ON TICKETS OR CHIPS OR STORED ELECTRONICALLY IN SOME FASHION.

**406**

GAME SOFTWARE IS UPDATED OR CREATED THAT WILL READ THE DESTINY CODES.

**408**

TICKETS ARE SOLD, WITH OR WITHOUT GAMES.

**410**

PLAYERS PLAY GAMES TO LEARN VALUE OF TICKETS.

**412**

PLAYERS REDEEM TICKETS TO GET PRIZES.

GL00289

*FIG. 18*

16/16

420



422



FIG. 19

GL00290

GL00291

## PART B—ISSUE FEE TRANSMITTAL

042-645  117158-1001
S161-3D

**MAILING INSTRUCTIONS:** This form should be us__ for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addresses 'entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing, below.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231.
DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

**2. INVENTOR(S) ADDRESS CHANGE** (Complete only if there is a change)
INVENTOR'S NAME  Perry Kaye
Street Address  12696 Northwest 11th Court
City, State and Zip Code  Sunrise, Florida 33323
CO-INVENTOR'S NAME
Street Address
City, State and Zip Code
☐ Check if additional changes are enclosed

**1. CORRESPONDENCE ADDRESS**

MARTIN KORN
GARDERE AND WYNNE,L.L.P.
1601 ELM STREET
SUITE 3000
DALLAS TX 75201

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/738,317 | 10/25/96 | 017 | GAGER, M | 0804 | 06/15/97 |

First Named Applicant  KAYE, PERRY G.

TITLE OF INVENTION  PERSONAL COMPUTER LOTTERY GAME

10/29/1997 HCHOPPER 00000143 08738317
01 FC:142    645.00 OD
03 FC:561    30.00 OP

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3  KAYE24.914 | 463-017.000 | Q47 | UTILITY | YES | $645.00 | 11/17/97 |

**3. Correspondence address change** (Complete only if there is a change)
MARTIN KORN
GARDERE & WYNNE, L.L.P.
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas  75201

**4.** For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.
1  Martin Korn
2
3

**6. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT** (print or type)

(1) NAME OF ASSIGNEE

(2) ADDRESS (CITY & STATE OR COUNTRY)

A. ☐ This application is NOT assigned.
☐ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignment should be directed to Box ASSIGNMENTS.
PLEASE NOTE: Unless an assignee is identified in Block 6, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

**5a.** The following fees are enclosed:
☒ Issue Fee  ☒ Advance Order - # of Copies  10
**5b.** The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER  07-0153
(ENCLOSE A COPY OF THIS FORM)
☐ Issue Fee  ☐ Advance Order - # of Copies
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.
(Authorized Signature)  8/18/97
(Date)
NOTE: The Issue Fee will not be accepted from anyone other than the applicant, a registered attorney or agent, or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Certificate of Mailing**
Note: If this certificate of mailing is used, it can be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers.
Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.
I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

on:_____
_____  (Date)
_____  (Name of person making deposit)
_____  (Signature)
_____  (Date)

GARDERE & WYNNE
AUG 2 0 1997

PTOL-85B (REV. 05-95) Approved for use through 06/01/98. OMB 0651-0033    **1. TRANSMIT THIS FORM WITH FEE**    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DSD



19158-1001

THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. Patent No. 5,709,603

| Inventor: | Perry Kaye |
| Issued:: | January 20, 1998 |
| Title: | PERSONAL COMPUTER LOTTERY GAME : |

RECEIVED
DSD/PTCS
1998 FEB 17 AM 9 50

Assistant Commissioner
for Patents
Washington, D.C. 20231

Dear Sir:

### CHANGE OF ADDRESS

Effective immediately, kindly direct all papers pertaining to the above-captioned patent to the following address:

Martin Korn, Esq.
LOCKE PURNELL RAIN HARRELL
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

and all telephone calls should be directed to Martin Korn at 214/740-8549.

Respectfully submitted,

LOCKE PURNELL RAIN HARRELL P.C.
Attorneys for Applicant

Martin Korn
Registration No. 28,317

MK/jbh

Date: February 4, 1998

GL00292

1



PTO UTILITY GRANT

Paper Number _____

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to an statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Bruce Lehman*
Commissioner of Patents and Trademarks

Attest

### The United States of America

Form PTO-1584 (Rev. 2/97)

GL00293

GL00294

## PATENT APPLICATION FEE DETERMINATION RECORD
Effective October 1, 1996

Application or Docket Number: 08/738.317

### CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | 17 minus 20 = | * | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 6 minus 3 = | 3 | x40= | 120 | OR | x80= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| | | | TOTAL | 505 | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

1-5-1-2-11-16

Form PTO-1150
(REV 2949)

# PACE DATA ENTRY CODING SHEET

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

| | | | DATE | 12 13 96 |
|---|---|---|---|---|

| 1ST EXAMINER | HY |
|---|---|
| 2ND EXAMINER | |
| | DATE |

**APPLICATION NUMBER**
08/738917

| FILING DATE | | |
|---|---|---|
| MONTH | DAY | YEAR |
| 10 | 25 | 96 |

| GROUP ART UNIT | CLASS |
|---|---|
| 3 304 | 2713 |

| SHEETS OF DRAWING |
|---|
| -16 |

| TYPE APPL | 1 |
|---|---|
| SMALL ENTITY? | 1 |

| FILING FEE |
|---|
| 1505 |

| SPECIAL HANDLING | 0 |
|---|---|
| FOREIGN LICENSE | 4 |

ATTORNEY DOCKET NUMBER
KAYEAA-914

| TOTAL CLAIMS | -117 |
|---|---|
| INDEPENDENT CLAIMS | -16 |

## CONTINUITY DATA

| CONT CODE | STATUS CODE | PARENT APPLICATION SERIAL NUMBER | | | | | | | PCT APPLICATION SERIAL NUMBER | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 2 | 0 8 4 1 8 9 1 1 | | P | C | T | / | | | / |
| | | | | P | C | T | / | | | / |
| | | | | P | C | T | / | | | / |
| | | | | P | C | T | / | | | / |
| | | | | P | C | T | / | | | / |

| PARENT PATENT NUMBER | | | | | | | PARENT FILING DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 5 6 9 8 8 2 | | | | | | MONTH | DAY | YEAR |
| | | | | | | 04 | 06 | 95 |

## PCT/FOREIGN APPLICATION DATA

| FOREIGN PRIORITY CLAIMED | | COUNTRY CODE | | PCT/FOREIGN APPLICATION SERIAL NUMBER | | | | | FOREIGN FILING DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | MONTH | DAY | YEAR |