# EXHIBIT

# E

*Ingenio, filiale de Loto-Quebec, Inc. v. GameLogic, Inc., et al.*
U.S. District Court for the District of Delaware (Case No 04-1532)

**Amendments to Patents-in-Suit—U.S. Patent No. 5,569,082**

The '082 patent was amended by the applicant in a March 25, 1996 response to office action. The applicant's amendments are indicated in **red**. *See* Ex. C at GL00129-131.

The '082 patent was further amended by the Examiner prior to issuance. The Examiner's amendments are indicated in **blue**. *See* Ex. C at GL00129-131 & GL00139-140.

| Claim | '082 Patent Text |
|---|---|
| 1 | ~~lottery type~~ ~~interactive~~ **lottery** game comprising the step of: |
| 1(a) | acquiring by ~~the~~ **a** player a game piece, the gaming piece including a ~~predetermined~~ code which includes data indicating whether the player wins or loses the **lottery game and an amusement** game, the data being unrecognizable to the player, such that the player does not know ~~the outcome of~~ **whether the player will win or lose** the game prior to play of the **amusement** game; |
| 1(b) | entering the code by the player into a processor **prior to amusement game play**; |
| 1(c) | the processor ~~presenting a~~ **generating the amusement** game ~~of chance to the player~~ on a display for ~~interactive~~ play by the player, the player controlling game play by inputting game parameters to the processor; |
| 1(d) | ~~controlling by~~ the processor ~~the outcome of the game of chance played by the player~~ **controlling whether the player will win or lose the amusement** game based upon the code entered by the player; and |
| 1(e) | providing on a display an indication to the player of ~~a~~ **the amusement** game win or ~~a game~~ loss based upon the code. |
| 2 | The method of claim 1 wherein the gaming piece includes magnetic media for storing the code. |
| 3 | The method of claim 1 wherein the gaming piece includes laser optical media for storing the code. |
| 4 | The method of claim 1 wherein the gaming piece includes paper media for storing the code. |
| 5 | The method of claim 1 wherein the **amusement** game ~~of chance~~ includes a horse race. |
| 6 | The method of claim 1 wherein the **amusement** game ~~of chance~~ includes a card game. |
| 7 | The method of claim 1 wherein the step of providing to the player of the game an indication of a game win or game loss includes the steps of: |
| 7(a) | selecting by the player a series of random numbers; |
| 7(b) | generating a series of numbers by the processor; and |
| 7(c) | indicating a game win by at least one of the processor generated numbers matching at least one of the player selected numbers. |
| 8 | The method of claim 1 wherein the step of entering the code into a processor includes a processor within a computing device. |
| 9 | The method of claim 1 wherein the step of entering the code into a processor includes a processor within an on-line subscription service. |
| 10 | 10. ~~A system for playing a player~~ ~~An interactive lottery type~~ **A lottery type** game comprising: |
| 10(a) | a gaming piece, said gaming piece including a ~~predetermined~~ code which includes data indicating whether ~~the~~ **a** player wins or loses the **lottery game and an amusement** game, said data being unrecognizable to the player, such that the player does not know ~~the outcome of~~ **whether the player will win or lose** the game**s** prior to play of the **amusement** game; |
| 10(b) | a processor for receiving said code **input by the player prior to amusement game play**; |

---

interactive game comprising." The Examiner rejected the amended language, and further amended the preamble to the language in the claim as issued: "A lottery type game comprising."

| Claim | '082 Patent Text |
|---|---|
| 10(c) | said processor ~~presenting a game of chance to the player~~ <ins>generating the amusement game</ins> on a display for ~~interactive~~ play by the player, ~~the player controlling game play by inputting game parameters to said processor,~~ |
| 10(d) | said processor ~~being operable to~~ ~~control the outcome of the game of change [sic] played by the player~~ <ins>determining determine whether the player will win or lose the amusement game</ins> based upon said code; and |
| 10(e) | a display for providing an indication to the player of ~~a~~ <ins>the amusement</ins> game win or ~~a game~~ loss based upon said code. |
| 11 | The ~~system~~ <ins>lottery type game</ins> of claim 10 wherein said gaming piece includes magnetic media for storing said code. |
| 12 | The ~~system~~ <ins>lottery type game</ins> of claim 10 wherein said gaming piece includes laser optical media for storing said code. |
| 13 | The ~~system~~ <ins>lottery type game</ins> of claim <ins>10</ins> wherein said gaming piece includes a paper media for storing said code. |
| 14 | The ~~system~~ <ins>lottery type game</ins> of claim 10 wherein said <ins>amusement</ins> game ~~of chance~~ includes a horse race. |
| 15 | The ~~system~~ <ins>lottery type game</ins> of claim 10 wherein said <ins>amusement</ins> game ~~of chance~~ includes a card game. |
| 16 | The ~~system~~ <ins>lottery type game</ins> of claim 10 wherein said processor includes a computing device. |
| 17 | The ~~system~~ <ins>lottery type game</ins> of claim 10 wherein said processor includes a processor within an on-line subscription service. |

# EXHIBIT

# F

*Ingenio, filiale de Loto-Quebec, Inc. v. GameLogic, Inc., et al.*
U.S. District Court for the District of Delaware (Case No 04-1532)

**Amendments to Patents-in-Suit—U.S. Patent No. 5,709,603**

The '603 patent was amended by the applicant in a June 2, 1997 response to office action. The applicant's amendments are indicated in **green**. *See* Ex. D at GL00268-269.

| Claim | '603 Patent Text |
|---|---|
| 1 | A method for playing a lottery type game comprising the steps of: |
| 1(a) | acquiring by a player a gaming piece, the gaming piece including a code which includes data indicating whether the player wins or loses the lottery type game and an amusement game, the data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game; |
| 1(b) | reading the code by a processor; |
| 1(c) | the processor generating the amusement game on a display for play by the player; |
| 1(d) | the processor controlling whether the player will win or lose the amusement game based upon the code; and |
| 1(e) | providing on the display an indication to the player of the amusement game win or game loss based upon the code. |
| 2 | The method of claim 1 wherein the gaming piece includes a programmable memory for storing the code. |
| 3 | The method of claim 1 and further including the step of the player inserting the gaming piece into a data reader for reading the code. |
| 4 | The method of claim 1 and further including the step of awarding gaming pieces to the player when the player wins the amusement game, the number of gaming pieces awarded being based upon the code. |
| 5 | A method for playing a lottery type game comprising the steps of: |
| 5(a) | acquiring by a player a gaming piece, the gaming piece including a code which includes data indicating whether the player wins or loses the lottery type game and an amusement game, the data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game; |
| 5(b) | inserting the gaming piece into a data reader for reading the code; |
| 5(c) | inputting the code into a processor; |
| 5(d) | the processor generating a plurality of amusement games on a display for play by the player, the player selecting at least one of the plurality of amusement games ~~to be played~~ **for play by the player**; |
| 5(e) | the processor controlling whether the player will win or lose the selected amusement game based upon the code; and |
| 5(f) | providing on the display an indication to the player of the selected amusement game win or loss based upon the code. |
| 6 | The method of claim 5 wherein the gaming piece includes a programmable memory for storing the code. |
| 7 | A lottery type game comprising: |
| 7(a) | a gaming piece, said gaming piece including a programmable memory for storing a code which includes data indicating whether a player wins or loses the lottery type game and an amusement game, said data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game; |
| 7(b) | a processor for reading said code from said memory prior to amusement game play; |
| 7(c) | said processor generating the amusement game on a display for play by the player; |
| 7(d) | said processor determining whether the player will win or lose the amusement game based upon said code; and |
| 7(e) | said display providing an indication to the player of the amusement game win or loss based upon said code. |
| 8 | The lottery type game of claim 7 wherein said processor generates a plurality of amusement games. |
| 9 | A lottery type game comprising: |

| Claim | '603 Patent Text |
|---|---|
| 9(a) | a plurality of gaming pieces, each of said gaming pieces including a programmable memory for storing a code which includes data indicating whether a player wins or loses the lottery type game and an amusement game, said data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game; |
| 9(b) | input means for inputting codes into said programmable memory of said plurality of gaming pieces; |
| 9(c) | a processor for reading said codes from said memory; |
| 9(d) | said processor generating the amusement game on a display for play by the player; |
| 9(e) | said processor determining whether the player will win or lose the amusement game based upon said code; and |
| 9(f) | said display providing an indication to the player of the amusement game win or loss based upon said code. |
| 10 | The lottery type game of claim 9 and further including means for controlling the number of winning codes stored in said programmable memory of said plurality of gaming pieces. |
| 11 | A lottery type game comprising: |
| 11(a) | a plurality of gaming pieces, each of said gaming pieces including a programmable memory for storing a code which include data indicating whether a player wins or loses the lottery type game and an amusement game, said data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game; |
| 11(b) | a plurality of game terminals, each of said terminals including means for receiving gaming pieces and a display; |
| 11(c) | a processor at each of said terminals for reading said code from said memory of gaming pieces played at said terminals; |
| 11(d) | each of said processors generating the amusement game on said terminal display for play by the player; |
| 11(e) | each of said processors determining whether the player will win or lose the amusement game based upon said code; and |
| 11(f) | each of said displays providing an indication to the player of the amusement game win or loss based upon said code. |
| 12 | The system of claim 11 and further including means for storing codes at each of said terminals. |
| 13 | The system of claim 11 and further including means for interconnecting said plurality of terminals and for transferring codes between said plurality of terminals. |
| 14 | A lottery type game comprising: |
| 14(a) | a gaming piece, said gaming piece including a **predetermined** code which includes data indicating whether a player wins or loses; and |
| 14(b) | a processor for reading said code, the player winning or losing the lottery **type** game based upon said code and ~~the~~ occurrence of an event **external to operation of the lottery type game, such that the player does not know whether the player will win or lose the lottery type game until after the occurrence of the event**. |
| 15 | The lottery type game of claim 14 wherein said event is controlled by the player. |
| 16 | The lottery type game of claim 14 wherein said event is not controlled by the player. |
| 17 | The lottery type game of claim 14 wherein said code indicates whether the player wins or loses an amusement game ~~to be played~~ **for play** by the player, and said processor controls whether the player will win or lose the amusement game based upon said code. |