IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., ) | |
| ) | C.A. No. 04-1532 (KAJ) |
| Plaintiff, ) | |
| ) | DEMAND FOR JURY TRIAL |
| v. ) | |
| ) | |
| GAMELOGIC, INC. and ) | |
| SCIENTIFIC GAMES CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Initial Disclosures Of Defendant Scientific Games Corporation Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on April 4, 2005 upon the following in the manner indicated:

**BY HAND**

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Rodger L. Tate, Esquire
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006

Gary Hnath, Esquire
Bingham McCutchen
1120 20th Street, Suite 800
Washington, DC 20036

MORRIS, NICHOLS, ARSHT & TUNNELL
/s/ Rodger D. Smith II
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendant*
  *Scientific Games Corporation*

April 4, 2005
447719

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on April 4, 2005, caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Edmond D. Johnson, Esquire | Richard L. Horwitz, Esquire |
| The Bayard Firm | Potter Anderson & Corroon LLP |
| 222 Delaware Avenue, Suite 900 | 1313 N. Market Street |
| Wilmington, DE  19801 | Wilmington, DE  19801 |

I also certify that copies were caused to be served on April 4, 2005 upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| Edmond D. Johnson, Esquire | Richard L. Horwitz, Esquire |
| The Bayard Firm | Potter Anderson & Corroon LLP |
| 222 Delaware Avenue, Suite 900 | 1313 N. Market Street |
| Wilmington, DE  19801 | Wilmington, DE  19801 |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Rodger L. Tate, Esquire | Gary Hnath, Esquire |
| Hunton & Williams LLP | Bingham McCutchen |
| 1900 K Street, N.W., Suyite 1200 | 1120 20th Street, Suite 800 |
| Washington, DC  20006 | Washington, DC  20036 |

/s/ Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL
(302) 658-9200
rsmith@mnat.com