IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC.<br><br>Plaintiff,<br><br>v.<br><br>GAMELOGIC, INC. AND SCIENTIFIC GAMES CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. NO. 04-1532 (KAJ)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on April 4, 2005 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Richard L. Horwitz, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Dated: April 4, 2005

**BY E-MAIL & U.S. MAIL**

Gary Hnath, Esquire
Susan Baker Manning, Esquire
Bingham McCutchen
1120 20th Street, Suite 800
Washington, DC 20036

THE BAYARD FIRM

By: _____
Edmond D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(302) 655-5000

Counsel for Plaintiff
Ingenio, Filiale De Loto-Quebec, Inc.

572203v2

## CERTIFICATE OF SERVICE

I, Thomas Kovach, Esquire, do hereby certify that on this 4th day of April, 2005, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed individuals as indicated:

### BY HAND

Richard L. Horwitz, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

### BY U.S. MAIL

Gary Hnath, Esquire
Bingham McCutchen
1120 20th Street, Suite 800
Washington, DC 20036

Thomas H. Kovach (No. 3964)

572203v2