IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1532 (KAJ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant GameLogic, Inc., hereby certifies that copies of (1) Defendant GameLogic Inc.'s First Set of Requests for Production Nos. 1-55) to Plaintiff Ingenio, Filiale de Loto-Quebec, Inc. and (2) Defendant GameLogic Inc.'s First Set of Interrogatories (Nos. 1-27) to Plaintiff Ingenio, Filiale de Loto-Quebec, Inc. were caused to be served on April 7, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Edmond D. Johnson
Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FEDERAL EXPRESS**

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | |
| Gary M. Hnath<br>Susan Baker Manning<br>Star-shemaah Bobatoon<br>Bingham McCutchen LLP<br>1120 20th Street NW, Suite 800<br>Washington, DC  10036<br>(202) 778-6150<br><br>Dated:  April 7, 2005 | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*GameLogic Inc.* |

677292

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 7, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Jack B. Blumenfeld
Roger D. Smith
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on April 7, 2005, I have emailed the documents to the following non-registered participants:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006

By:  /s/ Richard L. Horwitz
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

672965