IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. NO. 04-1532 (KAJ) |
| v. | ) ) | |
| GAMELOGIC, INC. AND SCIENTIFIC GAMES CORPORATION, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *(1) Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s First Set of Requests for Production of Documents to Defendant Scientific Games Corporation and (2) Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s First Set of Interrogatories to Defendant Scientific Games Corporation* were caused to be served on April 15, 2005 upon the following in the manner indicated:

**BY HAND**
Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Dated: April 15, 2005

THE BAYARD FIRM

By: _____
Edmond D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
Counsel for Plaintiff
Ingenio, Filiale De Loto-Quebec, Inc.

572203v3

## CERTIFICATE OF SERVICE

I, Thomas Kovach, Esquire, do hereby certify that on this 15th day of April, 2005, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed individuals as indicated:

### BY HAND

Richard L. Horwitz, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Jack B. Blumenfeld, Esqure
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

### BY U.S. MAIL

Gary Hnath, Esquire
Bingham McCutchen
1120 20th Street, Suite 800
Washington, DC 20036

_____
Thomas H. Kovach (No. 3964)

572203v3