IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   C. A. No. 04-1532-KAJ |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s Objections and Responses to Defendant Gamelogic, Inc.'s First Set of Interrogatories (Nos. 1-6)* were caused to be served on May 9, 2005 upon the upon the following individuals via e-mail:

Jack B. Blumenfeld (JBlumenfeld@MNAT.com)
Rodger D. Smith, II (RSmith@MNAT.com)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 134
Wilmington, DE 19899

Richard L. Horwitz (rhorwitz@potteranderson.com)
David E. Moore (dmoore@potteranderson.com)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Gary M. Hnath (Gary.Hnath@bingham.com)
Susan Baker Manning (susan.manning@bingham.com)
Star-shemaah Bobatoon (star.bobatoon@bingham.com)
Bingham McCutchen LLP
1120 20th Street NW, Suite 800
Washington, DC 10036

587336v1

Dated: May 12, 2005

THE BAYARD FIRM

By: /s/ Thomas H. Kovach
Edmond D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
Counsel for Plaintiff
Ingenio, Filiale De Loto-Quebec, Inc.

587336v1