## CERTIFICATE OF SERVICE

I, Thomas H. Kovach, Esquire, do hereby certify that on this 12th day of May, 2005, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed individuals as indicated:

### BY HAND

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Jack B. Blumenfeld, Esqure
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

### BY U.S. MAIL

Gary Hnath, Esquire
Susan Baker Manning, Esquire
Star-shemaah Bobatoon, Esquire
Bingham McCutchen
1120 20th Street, Suite 800
Washington, DC 20036

_____
Thomas H. Kovach (No. 3964)

587336v1