IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) |
| Plaintiff, | ) C.A. No. 04-1532 (KAJ) ) ) DEMAND FOR JURY TRIAL |
| v. | ) ) |
| GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, | ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant Scientific Games Corporation's Response To Plaintiff's Interrogatory No. 2 were caused to be served on May 16, 2005 upon the following in the manner indicated:

**BY HAND**

Edmond D. Johnson, Esquire
Thomas H. Kovach, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Brian M. Buroker, Esquire
Rodger L. Tate, Esquire
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006

Gary Hnath, Esquire
Susan Baker Manning, Esquire
Star-shemah Bobatoon, Esquire
Bingham McCutchen LLP
1120 20th Street, Suite 800
Washington, DC 20036

2

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Rodger D. Smith II*

        _____
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        rsmith@mnat.com
          *Attorneys for Defendant*
          *Scientific Games Corporation*

May 18, 2005
447719

## **CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on May 18, 2005, caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Edmond D. Johnson, Esquire  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
Wilmington, DE  19801  

Richard L. Horwitz, Esquire  
Potter Anderson & Corroon LLP  
1313 N. Market Street  
Wilmington, DE  19801  

*/s/ Rodger D. Smith II*  
Rodger D. Smith II (#3778)  
MORRIS, NICHOLS, ARSHT & TUNNELL  
(302) 658-9200  
rsmith@mnat.com