IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION <br><br> Defendants. | C. A. No. 04-1532-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s Objections and Responses to Defendant Gamelogic, Inc.'s First Set of Interrogatories (Nos. 1-27)* and *Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s Objections and Responses to Defendant Gamelogic, Inc.'s First Set of Requests for Production (Nos. 1-55)* were caused to be served upon the upon the following individuals on May 31, 2005 by U.S. Mail and June 1, 2005 via e-mail:

Richard L. Horwitz (rhorwitz@potteranderson.com)
David E. Moore (dmoore@potteranderson.com)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Gary M. Hnath (Gary.Hnath@bingham.com)
Susan Baker Manning (susan.manning@bingham.com)
Star-shemaah Bobatoon (star.bobatoon@bingham.com)
Bingham McCutchen LLP
1120 20th Street NW, Suite 800
Washington, DC 10036

589576v1

| | |
|---|---|
| Dated: June 2, 2005 | THE BAYARD FIRM<br><br>By: _/s/ Edmond D. Johnson_<br>Edmond D. Johnson (No. 2257)<br>Thomas H. Kovach (No. 3964)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>Counsel for Plaintiff<br>Ingenio, Filiale De Loto-Quebec, Inc. |

589576v1