IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, <br><br> Defendants. | Civil Action No. 04-1532 (KAJ) |

**DECLARATION OF DOW K. HARDY
IN SUPPORT OF DEFENDANT GAMELOGIC, INC.'S MOTION FOR
LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS**

I, Dow K. Hardy, declare as follows:

1.  I am over 18 years of age. I have personal knowledge of the facts stated herein, except those stated on information and belief, and, if called upon, could and would testify competently to them. I am the Senior Vice President of Technology for GameLogic. I make this declaration in support of defendant GameLogic, Inc.'s Motion for Leave to File Amended Answer and Counterclaims.

2.  Until recently, GameLogic was in the process of negotiating an agreement with the Illinois State Lottery to provide its HomePlay Lottery product to Illinois. GameLogic and the Illinois State Lottery had reached a deal in principle, and Illinois provided a contract to GameLogic for execution. Then, Illinois suddenly changed its mind and refused to do a deal with GameLogic. The Illinois State Lottery provided a "top line" explanation for its actions in correspondence dated October 17, 2005. This letter confirmed what I and others at GameLogic had already suspected: the deal fell through because of outside interference (Ex. E to the Motion).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on October 31, 2005, in Waltham, Massachusetts.

                                                                              */s/ Dow K. Hardy*
                                                                                Dow K. Hardy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 31, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Edmond D. Johnson | Jack B. Blumenfeld |
| Thomas H. Kovach | Roger D. Smith |
| The Bayard Firm | Morris Nichols Arsht & Tunnell |
| 222 Delaware Avenue, Suite 900 | Chase Manhattan Centre, 18th Floor |
| P.O. Box 25130 | 1201 North Market Street |
| Wilmington, DE 19899 | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |

I hereby certify that on October 31, 2005, I have Federal Expressed the documents to the following non-registered participants:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672965