IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., ) ) ) Plaintiff, ) ) v. ) ) GAMELOGIC, INC. and ) SCIENTIFIC GAMES CORPORATION, ) ) Defendants. ) | C.A. No. 04-1532 (KAJ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant GameLogic, Inc., hereby certifies that copies of Defendant GameLogic Inc.'s Third Set of Requests for Production to Plaintiff Ingenio, Filiale De Loto-Quebec, Inc. (Request for Production Nos. 57-65) were caused to be served on October 31, 2005 on the attorneys of record at the following addresses as indicated:

**VIA FACSIMILE AND FIRST CLASS MAIL**

Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA HAND DELIVERY**

Brian M. Buroker
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006

                                                POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: | /s/ David E. Moore |
|---|---|---|
| | | Richard L. Horwitz (#2246) |
| Gary M. Hnath | | David E. Moore (#3983) |
| Susan Baker Manning | | Hercules Plaza, 6th Floor |
| BINGHAM MCCUTCHEN LLP | | 1313 N. Market Street |
| 1120 20th Street NW, Suite 800 | | P.O. Box 951 |
| Washington, DC 10036 | | Wilmington, DE 19899-0951 |
| (202) 778-6150 | | Tel: (302) 984-6000 |
| | | rhorwitz@potteranderson.com |
| Dated: November 1, 2005 | | dmoore@potteranderson.com |
| 705819 / 28749 | | |

                                                  *Attorneys for Defendant GameLogic Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 1, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Jack B. Blumenfeld
Roger D. Smith
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on November 1, 2005, I have Federal Expressed the documents to the following non-registered participants:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672965