IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC,
INC.

        Plaintiff,

v.                                 Civil Action No. 04-1532 (KAJ)

GAMELOGIC, INC. AND
SCIENTIFIC GAMES CORPORATION

        Defendants.

## PLAINTIFF INGENIO'S MOTION
## FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure, Plaintiff Ingenio, Filiale de Loto Quebec, Inc., ("Ingenio"), moves for leave to amend its complaint to add a second product of Defendant Scientific Games Corporation ("Scientific Games") to its already existing assertion of willful patent infringement by Scientific Games. Neither Scientific Games nor Game Logic will be prejudiced by this amendment. This motion is being filed just 10 days after the deadline set by the Court for amending the pleadings due to the recent availability of information sufficient to form a good faith basis for infringement.

608394v1

Dated: November 10, 2005

Respectfully submitted,

THE BAYARD FIRM

By: _____
Edmond M. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone (302) 655-5000
Facsimile (302) 658-6395

Attorneys for Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.

OF COUNSEL:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
Telephone (202) 955-1500
Facsimile (202) 778-2201

## CERTIFICATE OF SERVICE

I, Thomas Kovach, hereby certify that on the 10th day of November, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available to viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Jack B. Blumenfeld
Rodger D. Smith
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

I hereby also certify that on November 10, 2005, I have send the following documents to the following non-registered participants:

Gary Hnath, Esq.
Susan Baker Manning, Esq.
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

By: /s/ Thomas H. Kovach
Edmond M. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

608394v1