IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GAMELOGIC, INC. and )<br>SCIENTIFIC GAMES CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1532 (KAJ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendants to serve and file their Answering Briefs In Opposition To Plaintiff Ingenio's Motion For Leave To File First Amended Complaint (D.I. 53) is extended until November 30, 2005.

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| _/s/ Edmond M. Johnson_<br>Edmond M. Johnson (#2257)<br>Thomas H. Kovach (#3964)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>*Attorneys for Plaintiff Ingenio,*<br>*Filiale de Loto-Quebec, Inc.* | _/s/ David E. Moore_<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>*Attorneys for Defendant GameLogic Inc.* |

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL

_/s/ Rodger D. Smith II_
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Defendant*
  *Scientific Games Corporation*


SO ORDERED this ___ day of _____ 2005.


_____
United States District Court Judge