IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., ) ) ) Plaintiff, ) ) v. ) ) GAMELOGIC, INC. and ) SCIENTIFIC GAMES CORPORATION, ) ) Defendants. ) | C.A. No. 04-1532 (KAJ) |

### SCIENTIFIC GAMES' MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT

Defendant Scientific Games Corporation ("Scientific Games") moves to enforce the terms of the parties' September 13, 2005 Settlement Agreement and to dismiss the claims of plaintiff Ingenio, Filiale de Loto-Quebec, Inc. ("Ingenio") against Scientific Games. Scientific Games also moves for an award of its attorneys' fees incurred in moving to enforce the parties' settlement agreement and in opposing Ingenio's motion to amend. The grounds for this motion are set forth in Scientific Games' Answering Brief In Opposition To Ingenio's Motion For Leave To File First Amended Complaint And Its Opening Brief In Support Of Its Motion To Enforce The Parties' Settlement Agreement, filed herewith.

             MORRIS, NICHOLS, ARSHT & TUNNELL

             */s/ Rodger D. Smith II*
             _____
             Jack B. Blumenfeld (#1014)
             Rodger D. Smith II (#3778)
             Leslie A. Polizoti (#4299)
             1201 North Market Street
             P.O. Box 1347
             Wilmington, DE  19899-1347
             (302) 658-9200
              *Attorneys for Defendant*
              *Scientific Games Corporation*

November 30, 2005

493563

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on November 30, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Edmond D. Johnson, Esquire
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>Wilmington, DE 19801
>
>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I also certify that copies were caused to be served on November 30, 2005, upon the following in the manner indicated:

| BY HAND | BY FEDERAL EXPRESS |
| --- | --- |
| Edmond D. Johnson, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Brian M. Buroker, Esquire<br>Hunton & Williams LLP<br>1900 K Street, N.W., Suite 1200<br>Washington, DC 20006 |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Wilmington, DE 19801 | Gary M. Hnath, Esquire<br>Bingham McCutchen LLP<br>1120 20th Street, N.W., Suite 800<br>Washington, DC 20036 |

>/s/ Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>rsmith@mnat.com