IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-
QUEBEC, INC., 　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
　　　　　　　 Plaintiff, 　　　　 )
　　　　　　　　　　　　　　　　 )　　 C.A. No. 04-1532 (KAJ)
　　　　　　　 v. 　　　　　　　　 )
　　　　　　　　　　　　　　　　 )　　 REDACTED VERSION
GAMELOGIC, INC. and 　　　　　　 )
SCIENTIFIC GAMES CORPORATION, )
　　　　　　　　　　　　　　　　 )
　　　　　　　 Defendants. 　　　　 )

## DECLARATION OF RODGER D. SMITH II

I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell, counsel for defendant Scientific Games Corporation ("Scientific Games") in this matter. I participated in the August 24, 2005 mediation between Scientific Games and plaintiff Ingenio, Filiale de Loto-Quebec, Inc. ("Ingenio") with Magistrate Judge Thynge,

REDACTED

2.

REDACTED

A true and correct copy of that email is attached hereto as Exhibit A.

3.

REDACTED

A true and correct copy of　　 REDACTED 　　.attached hereto as Exhibit B.

4.　　 REDACTED

a true and correct copy of which is attached hereto as Exhibit C.

2.

5.

REDACTED

are attached hereto as Exhibit D.

6.    REDACTED

A true and correct copy of    REDACTED    are

attached hereto as Exhibit E.

7.

REDACTED

8.

REDACTED

A true

and correct copy of the    REDACTED    is attached hereto as Exhibit F.

9.

REDACTED

A true and correct copy of    REDACTED

is attached hereto as Exhibit G.

10.

REDACTED    A true and correct copy of that

email is attached hereto as Exhibit H.

REDACTED

**REDACTED**

12.

**REDACTED**

A true and correct copy of

the **REDACTED** is attached hereto as Exhibit I.

13.

**REDACTED**

14.

**REDACTED**

A true and correct copy of that is attached hereto as Exhibit J.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Rodger D. Smith II

Dated:  November 30, 2005

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on December 6, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Edmond D. Johnson, Esquire
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> Wilmington, DE  19801
>
> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE  19801

I also certify that copies were caused to be served on December 6, 2005, upon the following in the manner indicated:

### BY HAND

Edmond D. Johnson, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Brian M. Buroker, Esquire
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006

Gary M. Hnath, Esquire
Bingham McCutchen LLP
1120 20th Street, N.W., Suite 800
Washington, DC  20036

*/s/  Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

# Exhibit A

Redacted

# Exhibit B

Redacted

# Exhibit C

Redacted

# Exhibit D

Redacted

# Exhibit E

Redacted

Exhibit F

Redacted

# Exhibit G

Redacted

# Exhibit H

Redacted

# Exhibit I

Redacted

Exhibit J

Redacted