IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 04-1532 (KAJ) ) |
| GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, | ) ) **REDACTED VERSION** ) ) |
| Defendants. | ) |

## DECLARATION OF STEVE SAFERIN

1.   I am President of Scientific Games Ventures, a business unit affiliated with Scientific Games Corporation ("Scientific Games"). MDI Entertainment, LLC ("MDI") is an indirect subsidiary of Scientific Games.

I participated in the August 24, 2005 mediation between Scientific Games and plaintiff Ingenio, Filiale de Loto-Quebec, Inc. ("Ingenio") with Magistrate Judge Thynge.

REDACTED

As a result of the mediation, Scientific Games and Ingenio reached a settlement.

REDACTED

4. I attended and participated in the North American Association of State and Provincial Lotteries ("NASPL") conference in Minneapolis, Minnesota on September 13-16, 2005. MDI demonstrated its new ScreenPlay product at that conference. That is the only trade show at which MDI has demonstrated its ScreenPlay product. The Ingenio booth at the NASPL conference was nearby the MDI booth.     **REDACTED**

I declare under penalty of perjury that the foregoing is true and correct.

_____
Steve Saferin

Dated: November 30, 2005

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on December 6, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Edmond D. Johnson, Esquire
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> Wilmington, DE 19801
>
> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801

I also certify that copies were caused to be served on December 6, 2005, upon the following in the manner indicated:

| BY HAND | BY FEDERAL EXPRESS |
|---|---|
| Edmond D. Johnson, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Brian M. Buroker, Esquire<br>Hunton & Williams LLP<br>1900 K Street, N.W., Suite 1200<br>Washington, DC 20006 |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Wilmington, DE 19801 | Gary M. Hnath, Esquire<br>Bingham McCutchen LLP<br>1120 20th Street, N.W., Suite 800<br>Washington, DC 20036 |

*/s/ Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com