IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC. <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC. AND SCIENTIFIC GAMES CORPORATION <br><br> Defendants. | Civil Action No. 04-1532 (KAJ) |

**STIPULATED ORDER EXTENDING TIME FOR BRIEFING**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, and subject to the approval of the Court that:

The time for briefing regarding Plaintiff's Motion For Leave to File First Amended Complaint and Defendant Scientific Games' Motion to Enforce the Parties' Settlement Agreement shall be extended to and including the dates indicated below.

| | |
|---|---|
| Plaintiff's Reply Brief due: | December 12, 2005 |
| Plaintiff's Answering Brief regarding Defendant Scientific Games' Motion | December 12, 2005 |

| THE BAYARD FIRM | POTTER, ANDERSON & CORROON |
|---|---|
| /s/ Thomas H. Kovach <br> Edmond D. Johnson (No. 2257) <br> Thomas H. Kovach (No. 3964) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, Delaware 19899 <br> (302) 655-5000 <br><br> Counsel for Plaintiff, <br> Ingenio, Filiale De Loto-Quebec, Inc. <br><br> December 9, 2005 <br> 610867v1 | /s/ David E. Moore <br> Richard L. Horwitz (No. 2246) <br> David E. Moore (No. 3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br><br> Counsel for Defendant, <br> Gamelogic, Inc. <br><br> December 9, 2005 |

MORRIS, NICHOLS, ARSHT &
  TUNNELL


/s/ Rodger D. Smith
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith, II (No. 3778)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Counsel for Defendant,
Scientific Games Corporation


December 9, 2005


    SO ORDERED this _____ day of _____, 2004


                                        _____
                                                    U.S.D.J.

## CERTIFICATE OF SERVICE

    I, Thomas Kovach, hereby certify that on the 9th day of December, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available to viewing and downloading from CM/ECF:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE  19899-1347

    I hereby also certify that on December 9, 2005, I have sent the following documents to the following non-registered participants:

Gary Hnath, Esq.
Susan Baker Manning, Esq.
Bingham McCutchen LLP, Suite 800
1120 20th Street, NW
Washington, DC  20036

                                                  By: /s/ Thomas H. Kovach
                                                       Edmond M. Johnson (No. 2257)
                                                       Thomas H. Kovach (No. 3964)
                                                       The Bayard Firm
                                                       222 Delaware Avenue, Suite 900
                                                       Wilmington, DE  19801

610867v1