IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC,
INC.

        Plaintiff,

v.

GAMELOGIC, INC. AND
SCIENTIFIC GAMES CORPORATION

        Defendants.

Civil Action No. 04-1532 (KAJ)

CONFIDENTIAL –
FILED UNDER SEAL

**PLAINTIFF INGENIO'S OPPOSITION TO DEFENDANT SCIENTIFIC GAME'S MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT AND REPLY BRIEF IN FURTHER SUPPORT OF INGENIO'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Edmond M. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

OF COUNSEL:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(T) (202) 955-1500
(F) (202) 778-2201

Dated: December 12, 2005

611234v1

**THIS DOCUMENT WAS FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Thomas Kovach, hereby certify that on the 12th day of December, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available to viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard L. Horwitz | Jack B. Blumenfeld |
| David E. Moore | Rodger D. Smith |
| Hercules Plaza, 6th Floor | Morris Nichols Arsht & Tunnell |
| 1313 N. Market Street | Chase Manhattan Centre, 18th Floor |
| Wilmington, DE 19899-0951 | 1201 North Market Street |
| | PO Box 1347 |
| | Wilmington, DE 19899-1347 |

I hereby also certify that on December 12, 2005, I have sent the foregoing document to the above local counsel by hand delivery and to the following non-registered participants via first class mail:

Gary Hnath, Esq.
Susan Baker Manning, Esq.
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

By: /s/ Thomas H. Kovach
Edmond M. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801