# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

December 22, 2005

BY E-FILING

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: Ingenio v. GameLogic and Scientific Games, C.A. 04-1532-KAJ

Dear Judge Jordan:

Briefing has been completed with respect to Scientific Games' Motion To Enforce The Parties' Settlement Agreement (D.I. 62). Pursuant to D. Del. LR 7.1.4, Scientific Games respectfully requests the opportunity to present oral argument concerning this motion.

Respectfully,

Rodger D. Smith

RDS/dal

cc: Clerk of the Court (By E-Filing)
Edmond D. Johnson, Esquire (By E-Filing)
Richard L. Horwitz, Esquire (By E-Filing)
Brian M. Buroker, Esquire (By Facsimile)
Susan Baker Manning, Esquire (By Facsimile)