IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC. | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action No. 04-1532 (KAJ) |
| GAMELOGIC, INC. AND SCIENTIFIC GAMES CORPORATION | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 23, 2005 copies of PLAINTIFF INGENIO'S NOTICE OF DEPOSITION OF DEFENDANT GAMELOGIC, INC. PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE were served via electronic mail and regular mail to:

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951

Jack B. Blumenfeld
Rodger D. Smith
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE  19899-1347

and served via electronic mail and hand delivery to:

Gary Hnath, Esq.
Susan Baker Manning, Esq.
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC  20036

Dated: December 28, 2005

THE BAYARD FIRM

By: _____
Edmond M. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
Telephone (302) 655-5000

Attorneys for Non-Party Loto Quebec, Inc.

612805v1

OF COUNSEL:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC  20006
Telephone (202) 955-1500

612805v1