IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-1532-KAJ ) |
| GAMELOGIC, INC. And SCIENTIFIC GAMES CORPORATION, | ) ) ) |
| Defendants. | ) |

### ORDER

Oral argument on defendant Scientific Games Corporation's motion to enforcement settlement agreement (D.I. 62) in the above-captioned action will be heard on **January 23, 2006** beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Dated:   December 29, 2005
Wilmington, Delaware