

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

December 29, 2005

**VIA EFILE AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
　for the District of Delaware
844 King Street
Wilmington, DE 19801

　　　　Re:　**Ingenio, Filliale de Loto-Quebec, Inc. v. GameLogic, Inc., et al.**
　　　　　　**C.A. No. 04-1532 (KAJ)**

Dear Judge Jordan:

　　　I write on behalf of defendant GameLogic, Inc. ("GameLogic"). We note that Your Honor has scheduled a motion hearing for January 23, 2006 at 09:30 AM (D.I. 81) to hear argument on Scientific Games Corporation's Motion to Enforce the Parties' Settlement Agreement (D.I. 62). We further note that GameLogic's Motion for Leave to File Amended Answer and Counterclaim (D.I. 49) remains pending, and we respectfully request the opportunity to present oral argument on that motion at the scheduled January 23 hearing.

　　　Counsel are available at the Court's convenience if Your Honor has any questions.

　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　*/s/ David E. Moore*

　　　　　　　　　　　　　　　　　David E. Moore

DEM:nmt/713082

cc:  Clerk of the Court (Via Hand Delivery)
　　 Thomas H. Kovach, Esq. (Via Electronic Filing)
　　 Rodger D. Smith, II, Esq. (Via Electronic Filing)
　　 Susan Baker Manning, Esq. (Via Electronic Filing)