IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC, INC.

      Plaintiff,

v.

GAMELOGIC, INC. AND SCIENTIFIC GAMES CORPORATION

      Defendants.

Civil Action No. 04-1532 (KAJ)

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 15, 2006, Plaintiff Ingenio, Filiale de Loto-Quebec, Inc., by and through undersigned counsel, caused to be served *(1) Plantiff Ingenio, Filiale De Loto-Quebec, Inc.'s Expert Report of William K. Bertram, Ph.D.; and (2) Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s Expert Report of Jack D. Grimes, Ph. D.* on counsel in the manner indicated below:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

Jack B. Blumenfeld
Rodger D. Smith
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

614378v1

January 16, 2006                                    THE BAYARD FIRM

                                        By:   /s/ Linda E. Beebe
                                            Edmond D. Johnson (No. 2257)
                                            Linda E. Beebe (No. 4634)
                                            222 Delaware Avenue, Suite 900
                                            P.O. Box 25130
                                            Wilmington, DE 19899
                                            (302) 655-5000

                                            Counsel for Plaintiff
                                            Ingenio, Filiale De Loto-Quebec, Inc.

Of Counsel:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
(T) (202) 955-1894
(F) (202) 778-2201

614378v1                              2

## CERTIFICATE OF SERVICE

I, Linda E. Beebe, hereby certify that on January 16, 2006, the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available to viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Jack B. Blumenfeld
Rodger D. Smith
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

I hereby also certify that on January 16, 2006, I have sent the foregoing document to the above local counsel by hand delivery and to the following non-registered participants via first class mail:

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

By: *Linda E. Beebe*
Edmond M. Johnson (No. 2257)
Linda E. Beebe (No. 4634)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801