IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC, INC.,

        Plaintiff,

v.

GAMELOGIC, INC. AND
SCIENTIFIC GAMES CORPORATION

        Defendants

C.A. No. 04-1532-KAJ

## STIPULATION OF WITHDRAWAL OF PENDING MOTIONS

Plaintiff Ingenio and Defendant Scientific Games Corporation, acting by and through counsel, hereby stipulate, subject to the approval of the Court, that Ingenio's Motion for Leave to File First Amended Complaint (D.I. 53) and Scientific Game's Motion to Enforce the Parties' Settlement Agreement (D.I. 62) are respectfully withdrawn.

**STIPULATED AND AGREED TO:**

THE BAYARD FIRM

*/s/ Linda E. Beebe*
Edmund D. Johnson (#2257)
Linda E. Beebe (#4634)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
    Attorneys for Plaintiff
    Ingenio, Filiale De Loto-Quebec, Inc.

OF COUNSEL:
Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006-1109
(202) 955-1500

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Rodger D. Smith II*
                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                          Attorneys for Defendant
                                          Scientific Games Corporation

**SO ORDERED** this ___ day of January 2006.

_____
United States District Court Judge

502123

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on January 17, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

I also certify that copies were caused to be served on January 17, 2005, upon the following in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Wilmington, DE  19801 | Gary M. Hnath, Esquire<br>Bingham McCutchen LLP<br>1120 20th Street, N.W., Suite 800<br>Washington, DC  20036 |

*/s/ Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com