IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC, INC.,

    Plaintiff,

v.

GAMELOGIC, INC. AND
SCIENTIFIC GAMES CORPORATION

    Defendants

C.A. No. 04-1532-KAJ

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Ingenio and Defendant Scientific Games Corporation, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses or counterclaims as between Ingenio and Scientific Games, is hereby dismissed without prejudice, with each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into in this case, the terms of which are hereby specifically incorporated by reference in this order. In addition, both Ingenio and Scientific Games hereby agree that this Court shall retain jurisdiction over any dispute related to the Settlement Agreement.

**STIPULATED AND AGREED TO:**

        THE BAYARD FIRM

        */s/ Linda E. Beebe*
        Edmund D. Johnson (#2257)
        Linda E. Beebe (#4634)
        222 Delaware Avenue, Suite 900
        Wilmington, DE 19801
        (302) 655-5000
          Attorneys for Plaintiff
          Ingenio, Filiale De Loto-Quebec, Inc.

OF COUNSEL:
Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006-1109
(202) 955-1500

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Rodger D. Smith II*
                        Jack B. Blumenfeld (#1014)
                        Rodger D. Smith II (#3778)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE 19899
                        (302) 658-9200
                            Attorneys for Defendant
                            Scientific Games Corporation

**SO ORDERED** this ___ day of January 2006.

_____
United States District Court Judge

502123

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on January 17, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I also certify that copies were caused to be served on January 17, 2005, upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Gary M. Hnath, Esquire
Bingham McCutchen LLP
1120 20th Street, N.W., Suite 800
Washington, DC 20036

*/s/ Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com