IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 04-1532 (KAJ) ) |
| GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant GameLogic, Inc., hereby certifies that copies of the Expert Report of Christopher L. Brandin was caused to be served on January 15, 2006, on the attorneys of record at the following addresses as indicated:

### VIA ELECTRONIC MAIL

Brian M. Buroker
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006

OF COUNSEL:

Gary M. Hnath
Susan Baker Manning
BINGHAM MCCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 10036
(202) 778-6150

Dated: January 17, 2006
715109 / 28749

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant GameLogic Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 17, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Edmond D. Johnson | Jack B. Blumenfeld |
| The Bayard Firm | Roger D. Smith |
| 222 Delaware Avenue, Suite 900 | Morris Nichols Arsht & Tunnell |
| P.O. Box 25130 | Chase Manhattan Centre, 18th Floor |
| Wilmington, DE 19899 | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |

I hereby certify that on January 17, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
rtate@hunton.com
bburoker@hunton.com
ccuneo@hunton.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672965