

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC, INC.,

    Plaintiff,

v.

                        C.A. No. 04-1532-KAJ

GAMELOGIC, INC. AND
SCIENTIFIC GAMES CORPORATION

    Defendants

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Ingenio and Defendant Scientific Games Corporation, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses or counterclaims as between Ingenio and Scientific Games, is hereby dismissed without prejudice, with each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into in this case, the terms of which are hereby specifically incorporated by reference in this order. In addition, both Ingenio and Scientific Games hereby agree that this Court shall retain jurisdiction over any dispute related to the Settlement Agreement.

**STIPULATED AND AGREED TO:**

                        THE BAYARD FIRM

                        */s/ Linda E. Beebe*
                        Edmund D. Johnson (#2257)
                        Linda E. Beebe (#4634)
                        222 Delaware Avenue, Suite 900
                        Wilmington, DE 19801
                        (302) 655-5000
                            Attorneys for Plaintiff
                            Ingenio, Filiale De Loto-Quebec, Inc.

OF COUNSEL:
Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006-1109
(202) 955-1500

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for Defendant
   Scientific Games Corporation

SO ORDERED this 18th day of January 2006.

_____
United States District Court Judge

502123