IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 04-1532-KAJ<br>) |
| GAMELOGIC, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

### ORDER

For the reasons set forth by the Court during the oral argument today,

IT IS ORDERED that defendant Gamelogic Inc.'s motion for leave to file amended answer and counterclaim (D.I. 49) and motion for summary judgment of non-infringement (D.I. 17) are DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2006
Wilmington, Delaware