IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1532-KAJ |
| GAMELOGIC, INC., | ) ) ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this **25th** day of **January, 2006,**

IT IS ORDERED that the status teleconference presently set for **February 7, 2005 at 4:30 p.m.** is hereby rescheduled to **February 7, 2006 at 4:00 p.m.**

Counsel for Plaintiff shall initiate the call.

/s/ Kent A. Jordan
UNITED STATES DISTRICT JUDGE