IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC. | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1532 (KAJ) |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Goutam Patnaik and Timothy A Molino of Bingham McCutchen LLP, Suite 800, 1120 20th Street, N.W., Washington, DC 20036, to represent defendant GameLogic, Inc., in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000

Dated: January 25, 2006
715915

*Attorneys for Defendant GameLogic, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 25, 2006        Signed: */s/ Goutam Patnaik*
                                     Goutam Patnaik
                                     Bingham McCutchen LLP
                                     Suite 800
                                     1120 20th Street, N.W.
                                     Washington, DC 20036
                                     Telephone: (202) 778-6150

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion


Date: January 25, 2006          Signed: /s/ Timothy A Molino
                                        Timothy A Molino
                                        Bingham McCutchen LLP
                                        Suite 800
                                        1120 20th Street, N.W.
                                        Washington, DC 20036
                                        Telephone: (202) 778-6150

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 25, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Edmond D. Johnson | Jack B. Blumenfeld |
| The Bayard Firm | Roger D. Smith |
| 222 Delaware Avenue, Suite 900 | Morris Nichols Arsht & Tunnell |
| P.O. Box 25130 | Chase Manhattan Centre, 18th Floor |
| Wilmington, DE 19899 | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |

I hereby certify that on January 25, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
rtate@hunton.com
bburoker@hunton.com
ccuneo@hunton.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672965