## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC. | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action No. 04-1532 (KAJ) |
| GAMELOGIC, INC. AND SCIENTIFIC GAMES CORPORATION | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Linda E. Beebe, Esquire, of The Bayard Firm,

shall be substituted as counsel for Plaintiff, in place of Thomas H. Kovach of Pepper

Hamilton LLP.


PEPPER HAMILTON LLP                    THE BAYARD FIRM


/s/ Thomas H. Kovach_____     /s/ Linda E. Beebe_____
Thomas H. Kovach (No. 3964)            Linda E. Beebe (No. 4634)
Hercules Plaza, Suite 5100             222 Delaware Avenue, Suite 900
1313 Market Street                     P.O. Box 25130
P.O. Box 1709                          Wilmington, DE 19899
Wilmington, DE 19899-1709              Telephone (302) 655-5000
Telephone: (302) 777-6502              Facsimile (302) 658-6395
Facsimile (302) 691-4965               Email: Lbeebe@bayardfirm.com


Dated: January 27, 2006

613306v1

## CERTIFICATE OF SERVICE

I, Linda E. Beebe, hereby certify that on January 27, 2006, the foregoing Notice of Substitution of Counsel was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available to viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Jack B. Blumenfeld
Rodger D. Smith
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

I hereby also certify that on January 27, 2006, I have sent the foregoing document to the above local counsel by hand delivery and to the following non-registered participants via first class mail:

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

/s/ Linda E. Beebe_____
Linda E. Beebe (No. 4634)

613306v1