# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395

Writer's Direct Access
302-429-4227
ejohnson@bayardfirm.com

January 30, 2006

VIA ELECTRONIC FILING

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

       Re:    *Loto-Quebec v. GameLogic, Inc. and Scientific Games Corporation*, C.A. No. 04-1532

Dear Judge Jordan:

      This letter shall serve as a Joint Interim Status Report due today under the Scheduling Order entered by the Court in the above-referenced case on March 28, 2005.

Nature of the Matters in Dispute

      As this Court is aware from the recent hearing on January 23, 2006, this is a patent infringement case in which Ingenio has alleged that a GameLogic product offering infringes one or more claims of two Ingenio patents. GameLogic has contended that the patents are not infringed, are invalid and are not enforceable.

Progress of Discovery to Date

      To date, the parties have exchanged written discovery and documents, Ingenio has taken part of a 30(b)(6) deposition of GameLogic and is in the process of working with GameLogic to reschedule the remaining witnesses for the 30(b)(6) topics. GameLogic has noticed several third-party depositions and is working together with Ingenio to find dates to conduct those depositions that work for the parties and the third party witnesses. GameLogic has also served 30(b)(6) deposition notices, for which the parties are working together to schedule the depositions.

      Each party has served its initial expert reports pursuant to the Scheduling Order and each anticipates being able to serve rebuttal expert reports on February 14, 2006 according to the Scheduling Order as well. Both parties believe that the current March 31, 2006 deadline for completion of discovery is reasonable and intend to conduct all of the discovery they need by that date.

615770v1

THE BAYARD FIRM

Honorable Kent A. Jordan
January 30, 2006
Page 2

       The parties are prepared to discuss these and any other issues with the Court at the Status Conference next week.

                            Very truly yours,

                            Edmond D. (Ted) Johnson

EDJ/kw
File No. 30389-2

615770v1