IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC,
INC.

      Plaintiff,

v.                                                                          Civil Action No. 04-1532 (KAJ)

GAMELOGIC, INC.                                                JURY TRIAL DEMANDED

      Defendants.

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 1, 2006, Plaintiff Ingenio, Filiale de Loto-Quebec, Inc., by and through undersigned counsel, caused to be served *Plantiff Ingenio, Filiale De Loto-Quebec, Inc.'s, First Supplemental Objections and Responses to Defendant GameLogic, Inc.'s, Interrogatories (Nos. 1-27)* on counsel in the manner indicated below:

## VIA EMAIL

| | |
|---|---|
| Richard L. Horwitz | Gary Hnath |
| David E. Moore | Susan Baker Manning |
| Potter Anderson & Corrroon | Bingham McCutchen LLP |
| Hercules Plaza, 6th Floor | Suite 800 |
| 1313 N. Market Street | 1120 20th Street, NW |
| Wilmington, DE 19899-0951 | Washington, DC 20036 |

616428v1

February 3, 2006                               THE BAYARD FIRM

                                    By:   */s/ Linda E. Beebe*
                                          Edmond D. Johnson (No. 2257)
                                          Linda E. Beebe (No. 4634)
                                          222 Delaware Avenue, Suite 900
                                          P.O. Box 25130
                                          Wilmington, DE 19899
                                          (302) 655-5000
                                          tjohnson@bayardfirm.com
                                          lbeebe@bayardfirm.com

                                          Counsel for Plaintiff
                                          Ingenio, Filiale De Loto-Quebec, Inc.

Of Counsel:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
(T) (202) 955-1894
(F) (202) 778-2201

616428v1                                  2

## CERTIFICATE OF SERVICE

I, Linda E. Beebe, hereby certify that on February 3, 2006, the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

I hereby also certify that on February 3, 2006, I have sent the foregoing document to the above local counsel by hand delivery and to the following non-registered participants via first class mail:

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

By: /s/ Linda E. Beebe
Edmond M. Johnson (No. 2257)
Linda E. Beebe (No. 4634)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
tjohnson@bayardfirm.com
lbeebe@bayardfirm.com

616428v1                               3