IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC, INC.

    Plaintiff,

v.

GAMELOGIC, INC.

    Defendants.

Civil Action No. 04-1532 (KAJ)

JURY TRIAL DEMANDED

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 3, 2006, Plaintiff Ingenio, Filiale de Loto-Quebec, Inc., by and through undersigned counsel, caused to be served *Plantiff Ingenio, Filiale De Loto-Quebec, Inc.'s Objections to Defendant GameLogic, Inc's Notice of 30(B)(6) Deposition* on counsel in the manner indicated below:

### VIA EMAIL

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

616502v1

February 3, 2006                              THE BAYARD FIRM

                                       By:  *Linda E. Beebe* (signature)
                                              Edmond D. Johnson (No. 2257)
                                              Linda E. Beebe (No. 4634)
                                              222 Delaware Avenue, Suite 900
                                              P.O. Box 25130
                                              Wilmington, DE 19899
                                              (302) 655-5000
                                              tjohnson@bayardfirm.com
                                              lbeebe@bayardfirm.com

                                              Counsel for Plaintiff
                                              Ingenio, Filiale De Loto-Quebec, Inc.

Of Counsel:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
(T) (202) 955-1894
(F) (202) 778-2201

616502v1