## CERTIFICATE OF SERVICE

I, Linda E. Beebe, hereby certify that on February 3, 2006, the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

I hereby also certify that on February 3, 2006, I have sent the foregoing document to the above local counsel by hand delivery and to the following non-registered participants via first class mail:

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

By: _Linda E. Beebe_____
     Edmond M. Johnson (No. 2257)
     Linda E. Beebe (No. 4634)
     The Bayard Firm
     222 Delaware Avenue, Suite 900
     Wilmington, DE 19801
     tjohnson@bayardfirm.com
     lbeebe@bayardfirm.com