## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC,
INC.

           **Plaintiff,**

v.

GAMELOGIC, INC.

           **Defendants.**

Civil Action No. 04-1532 (KAJ)

**JURY TRIAL DEMANDED**

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 14, 2006, Plaintiff Ingenio, Filiale de Loto-Quebec, Inc., by and through undersigned counsel, caused to be served *(1) Plantiff Ingenio, Filiale De Loto-Quebec, Inc.'s Rebuttal Expert Report of Jack D. Grimes, Ph.D. Regarding the Validity of U.S. Patent Nos. 5,569,082 and 5,709,603 and (2) Plantiff Ingenio, Filiale De Loto-Quebec, Inc.'s Expert Report of William K. Bertram, Ph.D., Relating to Patent Validity* on counsel in the manner indicated below:

### VIA EMAIL

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

February 15, 2006

THE BAYARD FIRM

By:  _Linda E. Beebe_____
   Edmond D. Johnson (No. 2257)
   Linda E. Beebe (No. 4634)
   222 Delaware Avenue, Suite 900
   P.O. Box 25130
   Wilmington, DE 19899
   (302) 655-5000
   tjohnson@bayardfirm.com
   lbeebe@bayardfirm.com

   Counsel for Plaintiff
   Ingenio, Filiale De Loto-Quebec, Inc.

Of Counsel:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
(T) (202) 955-1894
(F) (202) 778-2201

617525v1

## CERTIFICATE OF SERVICE

I, Linda E. Beebe, hereby certify that on February 15, 2006, the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

I hereby also certify that on February 15, 2006, I have sent the foregoing document to the above local counsel by hand delivery and to the following non-registered participants via first class mail:

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

By: _Linda E. Beebe_
        Edmond M. Johnson (No. 2257)
        Linda E. Beebe (No. 4634)
        The Bayard Firm
        222 Delaware Avenue, Suite 900
        Wilmington, DE 19801
        tjohnson@bayardfirm.com
        lbeebe@bayardfirm.com

617525v1