IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC.<br><br>      Plaintiff,<br><br>v.<br><br>GAMELOGIC, INC.<br><br>      Defendants. | Civil Action No. 04-1532 (KAJ)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 23, 2006, Plaintiff Ingenio, Filiale de Loto-Quebec, Inc., by and through undersigned counsel, caused to be served *Plantiff Ingenio, Filiale De Loto-Quebec, Inc.'s Second Supplemental Objections and Responses to Defendant GameLogic, Inc.'s, Interogatories (Nos. 1-27)* on counsel in the manner indicated below:

### VIA EMAIL

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

618466v1

February 23, 2006                                    THE BAYARD FIRM

                                                By: _/s/ Linda E. Beebe_____
                                                    Edmond D. Johnson (No. 2257)
                                                    Linda E. Beebe (No. 4634)
                                                    222 Delaware Avenue, Suite 900
                                                    P.O. Box 25130
                                                    Wilmington, DE 19899
                                                    (302) 655-5000
                                                    tjohnson@bayardfirm.com
                                                    lbeebe@bayardfirm.com

                                                    Counsel for Plaintiff
                                                    Ingenio, Filiale De Loto-Quebec, Inc.

Of Counsel:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
(T) (202) 955-1894
(F) (202) 778-2201

618466v1

## CERTIFICATE OF SERVICE

I, Linda E. Beebe, hereby certify that on February 23, 2006, the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

I hereby also certify that on February 23, 2006, I have sent the foregoing document to the above local counsel by hand delivery and to the following non-registered participants via first class mail:

Gary Hnath
Susan Baker Manning
Bingham McCutchen LLP
Suite 800
1120 20th Street, NW
Washington, DC 20036

By: /s/ Linda E. Beebe
Edmond M. Johnson (No. 2257)
Linda E. Beebe (No. 4634)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
tjohnson@bayardfirm.com
lbeebe@bayardfirm.com

618466v1