IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-1532 (KAJ) ) |
| GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant GameLogic, Inc., hereby certifies that copies of (1) GameLogic, Inc.'s Supplemental Claim Construction Issue Identification Statement; and (2) Defendant GameLogic Inc.'s First Set of Requests For Admissions Directed to Plaintiff Ingenio, Filiale De Loto-Quebec, Inc. were caused to be served on March 1, 2006, on the attorneys of record at the following addresses as indicated:

## VIA ELECTRONIC MAIL

Edmond D. Johnson
Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

Roger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006

Jack B. Blumenfeld
Rodger D. Smith
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE  19899

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951

**VIA HAND DELIVERY**

Edmond D. Johnson
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Gary M. Hnath | By: */s/ David E. Moore* |
| Susan Baker Manning | Richard L. Horwitz (#2246) |
| Goutam Patnaik | David E. Moore (#3983) |
| Timothy A Molino | Hercules Plaza, 6th Floor |
| BINGHAM MCCUTCHEN LLP | 1313 N. Market Street |
| 2020 K Street,. NW, Suite 1100 | Wilmington, DE  19899-0951 |
| Washington, DC  20006 | Tel:  (302) 984-6000 |
| (202) 778-6150 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated:  March 2, 2006 | *Attorneys for Defendant GameLogic Inc.* |
| 721992 |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 2, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

I hereby certify that on March 2, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006
rtate@hunton.com
bburoker@hunton.com
ccuneo@hunton.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672965