IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC, INC.

    Plaintiff,

v.

GAMELOGIC, INC. and
SCIENTIFIC GAMES CORPORATION,

    Defendants.

Civil Action No. 04-1532 (KAJ)

JURY TRIAL DEMANDED

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 9, 2006, Plaintiff Ingenio, Filiale de Loto-Quebec, Inc., by and through undersigned counsel, caused to be served *Plantiff Ingenio, Filiale De Loto-Quebec, Inc.'s Objections to Defendant GameLogic, Inc.'s Notice of 30(B)(6) Deposition* on counsel in the manner indicated below:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Gary Hnath
Susan Baker Manning
Goutam Patnaik
Timothy Molino
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006

619780v1

|  |  |
|---|---|
| March 9, 2006 | THE BAYARD FIRM |
|  | By: */s/ Linda E. Beebe* |
|  | Edmond D. Johnson (No. 2257) |
|  | Linda E. Beebe (No. 4634) |
|  | 222 Delaware Avenue, Suite 900 |
|  | P.O. Box 25130 |
|  | Wilmington, DE 19899 |
|  | (302) 655-5000 |
|  | tjohnson@bayardfirm.com |
|  | lbeebe@bayardfirm.com |
|  |  |
|  | Counsel for Plaintiff |
|  | Ingenio, Filiale De Loto-Quebec, Inc. |

Of Counsel:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
(T) (202) 955-1894
(F) (202) 778-2201

619780v1