IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC, INC.

      Plaintiff,

v.

GAMELOGIC, INC. and
SCIENTIFIC GAMES CORPORATION,

      Defendants.

Civil Action No. 04-1532 (KAJ)

JURY TRIAL DEMANDED

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 17, 2006, Plaintiff Ingenio, Filiale de Loto-Quebec, Inc., by and through undersigned counsel, caused to be served *(1) Plaintiff Ingenio's Notice of Deposition of John N. Anastasi and (2) Plaintiff Ingenio's Notice of Deposition of Edward J. Russavage* on counsel in the manner indicated below:

**VIA EMAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Gary Hnath
Susan Baker Manning
Timothy Molino
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006

March 20, 2006                              THE BAYARD FIRM

                                     By:  /s/ Linda E. Beebe
                                          Edmond D. Johnson (No. 2257)
                                          Linda E. Beebe (No. 4634)
                                          222 Delaware Avenue, Suite 900
                                          P.O. Box 25130
                                          Wilmington, DE 19899
                                          (302) 655-5000
                                          tjohnson@bayardfirm.com
                                          lbeebe@bayardfirm.com

                                          Counsel for Plaintiff
                                          Ingenio, Filiale De Loto-Quebec, Inc.

Of Counsel:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
(T) (202) 955-1894
(F) (202) 778-2201

620717v1

## CERTIFICATE OF SERVICE

I, Linda E. Beebe, hereby certify that on March 20, 2006, the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

I hereby also certify that on March 20, 2006, I have sent the foregoing document to the above local counsel by hand delivery and to the following non-registered participants via first class mail:

Gary Hnath
Susan Baker Manning
Goutam Patnaik
Timothy Molino
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006

By: /s/ Linda E. Beebe
Edmond M. Johnson (No. 2257)
Linda E. Beebe (No. 4634)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
tjohnson@bayardfirm.com
lbeebe@bayardfirm.com

620717v1