IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1532 (KAJ) |
| GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant GameLogic, Inc., hereby certifies that copies Defendant GameLogic, Inc.'s First Supplemental Responses to Plaintiff Ingenio, Filiale de Loto-Quebec, Inc.'s First Set of Interrogatories (Nos. 1-16) were caused to be served on March 28, 2006, on the attorneys of record at the following addresses as indicated:

## VIA HAND DELIVERY

Edmond D. Johnson
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

## VIA ELECTRONIC MAIL

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006
Wilmington, DE  19899

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Gary M. Hnath<br>Susan Baker Manning<br>Goutam Patnaik<br>Timothy A Molino<br>BINGHAM MCCUTCHEN LLP<br>2020 K Street,. NW, Suite 1100<br>Washington, DC  20006<br>(202) 778-6150 | By:  */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899-0951<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Dated:  March 28, 2006 | *Attorneys for Defendant GameLogic Inc.* |

725646

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 28, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on March 28, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
rtate@hunton.com
bburoker@hunton.com
ccuneo@hunton.com

By:  */s/ David E. Moore*
  Richard L. Horwitz
  David E. Moore
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, Delaware 19899-0951
  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

672965