IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC.<br><br>Plaintiff,<br><br>v.<br><br>GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION,<br><br>Defendants. | Civil Action No. 04-1532 (KAJ)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 3, 2006, Plaintiff Ingenio, Filiale de Loto-Quebec, Inc., by and through undersigned counsel, caused to be served *Plaintiff Ingenio, Filiale de Loto-Quebec, Inc.'s Third Supplemental Objections and Responses to Defendant Gamelogic, Inc.'s Interrogatories (Nos. 1-27)* on counsel in the manner indicated below:

<u>VIA EMAIL</u>

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Gary Hnath
Susan Baker Manning
Goutam Patnaik
Timothy Molino
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006

622079v1

April 3, 2006                              THE BAYARD FIRM

                                    By: _____/s/_____
                                        Edmond D. Johnson (No. 2257)
                                        222 Delaware Avenue, Suite 900
                                        P.O. Box 25130
                                        Wilmington, DE 19899
                                        (302) 655-5000
                                        tjohnson@bayardfirm.com

                                        Counsel for Plaintiff
                                        Ingenio, Filiale De Loto-Quebec, Inc.

Of Counsel:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
(T) (202) 955-1894
(F) (202) 778-2201

622079v1