## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on April 3, 2006, the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corrroon
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

I hereby also certify that on April 3, 2006, I have sent the foregoing document to the above local counsel by hand delivery and to the following non-registered participants via first class mail:

Gary Hnath
Susan Baker Manning
Goutam Patnaik
Timothy Molino
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006

By: _____
Edmond D. Johnson (No. 2257)

622079v1