IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-1532 (KAJ) ) |
| GAMELOGIC, INC. | ) ) ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED by and among the parties, subject to the approval of the Court, that the Scheduling Order (D.I. 26) shall be amended as follows:

| **Activity** | **Former Date** | **New Date** |
|---|---|---|
| Submission of Joint Claim Construction Chart | April 24, 2006 | May 1, 2006 |
| Opening Briefs for Case Dispositive Motions and Issues of Claim Construction | April 24, 2006 | May 1, 2006 |
| Answering Briefs for Case Dispositive Motions and Issues of Claim Construction | May 8, 2006 | May 15, 2006 |
| Reply Briefs for Case Dispositive Motions | May 15, 2006 | May 22, 2006 |

The remaining dates in the Scheduling Order, including the June 9, 2006 claim construction and summary judgment hearing, shall remain unchanged.

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Edmond D. Johnson* <br> Edmond D. Johnson (#2257) <br> Peter B. Ladig (#3513) <br> 222 Delaware Ave., Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899-5130 <br> Telephone: (302) 655-5000 <br> tjohnson@bayardfirm.com <br> pladig@bayardfirm.com | By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19899-0951 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____, 2006.

_____
United States District Judge

727943