IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-1532 (KAJ) |
| v. | ) ) | |
| GAMELOGIC INC. | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF
<u>INFRINGEMENT AND VALIDITY</u>**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Ingenio, Filiale de Loto-Quebec, Inc. ("Ingenio") respectfully requests that the Court grant Ingenio's Motion For Partial Summary Judgment Of Infringement And Validity. In particular, Ingenio requests that the Court grant partial summary judgment against Defendant GameLogic, Inc. ("GameLogic") as follows:

1. GameLogic's making and offer for sale in the United States of its HomePlay computer-based lottery game infringes claims 1, 4, 6, 8, 9, 10, 13, 15 and 16 of United States Patent No. 5,569,082 and claim 1 of United States Patent No. 5,709,603 under 35 U.S.C. §§271(a) and (b).

2. GameLogic's claims of invalidity of United States Patent Nos. 5,569,082 and 5,709,603 based on lack of enablement under 35 U.S.C. § 112 are dismissed.

624352v1

The bases for this Motion are set forth fully in the accompanying Memorandum in Support and the evidence being filed contemporaneously with this Motion and incorporated herein by reference.

Dated: May 1, 2006

Respectfully submitted,

THE BAYARD FIRM

By: _____
Edmond D. Johnson (No. 2257)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
Telephone (302) 655-5000
Facsimile (302) 658-6395

Attorneys for Plaintiff Ingenio,
Filiale De Loto-Quebec, Inc.

OF COUNSEL:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC  20006
Telephone (202) 955-1500
Facsimile (202) 778-2201