624350v1

# CERTIFICATE OF SERVICE

I, Edmond Johnson, hereby certify that on the 1st day of May, 2006, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available to viewing and downloading from CM/ECF:

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

I hereby also certify that on May 1, 2006, I have sent the following documents to the following non-registered participants:

Gary Hnath, Esq.
Goutam Patnaik, Esq.
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006

By: _____
Edmond D. Johnson (No. 2257)

624350v1