US005709603A

# United States Patent [19]

## Kaye

[11] Patent Number: 5,709,603

[45] Date of Patent: Jan. 20, 1998

[54] **PERSONAL COMPUTER LOTTERY GAME**

[76] Inventor: **Perry Kaye**, 12696 Northwest 11th Ct., Sunrise, Fla. 33323

[21] Appl. No.: **738,317**

[22] Filed: **Oct. 25, 1996**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 418,011, Apr. 6, 1995, Pat. No. 5,569,082.

[51] Int. Cl.$^6$ ................................ A63F 1/00; A63B 71/00
[52] U.S. Cl. ........................ 463/17; 463/10; 463/42; 273/138.2
[58] Field of Search ...................................... 463/1, 16–19, 463/30–31, 9, 40–42, 10–13; 273/139, 138.1, 138.2; 364/410.1, 411.1, 412.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,594,004 | 7/1971 | Barr ........................ 273/139 |
| 4,108,361 | 8/1978 | Krause ..................... 364/412 |
| 4,288,077 | 9/1981 | Rose et al. ............... 273/138 R |
| 4,575,622 | 3/1986 | Pellegrini ................ 364/410 |
| 4,582,324 | 4/1986 | Koza et al. .............. 273/138 A |
| 4,652,998 | 3/1987 | Koza et al. .............. 364/412 |
| 4,689,742 | 8/1987 | Troy et al. ............... 273/138 A |
| 4,760,247 | 7/1988 | Keane et al. ............. 364/412 |
| 4,764,666 | 8/1988 | Bergeron ................. 273/139 |
| 4,832,341 | 5/1989 | Muller et al. ............ 273/138 A |
| 4,882,473 | 11/1989 | Bergeron et al. ........ 235/380 |
| 4,996,705 | 2/1991 | Entenmann ............. 364/412 |
| 5,069,453 | 12/1991 | Koza et al. .............. 273/139 |
| 5,083,272 | 1/1992 | Walker et al. ........... 364/412 |
| 5,088,737 | 2/1992 | Frank et al. ............. 273/139 |
| 5,112,050 | 5/1992 | Koza et al. .............. 273/139 |
| 5,116,049 | 5/1992 | Sludikoff et al. ....... 273/139 |
| 5,158,293 | 10/1992 | Mullins .................. 273/139 |
| 5,176,380 | 1/1993 | Evans et al. ............ 463/16 |
| 5,186,463 | 2/1993 | Marin et al. ............ 463/17 |
| 5,212,368 | 5/1993 | Hara ...................... 235/375 |
| 5,223,698 | 6/1993 | Kapur .................... 364/412 |
| 5,282,620 | 2/1994 | Keesee ................... 273/138 A |

| | | |
|---|---|---|
| 5,326,104 | 7/1994 | Pease et al. ............. 273/138 A |
| 5,327,485 | 7/1994 | Leaden .................... 379/95 |
| 5,330,185 | 7/1994 | Wells ..................... 364/412 |
| 5,331,141 | 7/1994 | Kaneko ................... 235/462 |
| 5,342,047 | 8/1994 | Heidel et al. ........... 273/138 A |
| 5,348,299 | 9/1994 | Clapper, Jr. ............ 273/138 A |
| 5,362,051 | 11/1994 | Swafford, Jr. et al. .. 463/16 |
| 5,365,575 | 11/1994 | Katz ...................... 379/92 |
| 5,373,440 | 12/1994 | Cohen et al. ............ 364/410 |
| 5,377,975 | 1/1995 | Clapper, Jr. ............ 273/138 A |
| 5,398,932 | 3/1995 | Eberhardt et al. ....... 273/138 A |
| 5,407,199 | 4/1995 | Gumina ................... 273/138 R |
| 5,411,258 | 5/1995 | Wilson et al. ........... 364/410 |
| 5,415,416 | 5/1995 | Scagnelli et al. ....... 273/138 A |
| 5,417,424 | 5/1995 | Snowden et al. ........ 364/412 |
| 5,429,361 | 7/1995 | Raven et al. ............ 273/138 A |
| 5,472,196 | 12/1995 | Rusnak ................... 463/16 |
| 5,569,082 | 10/1996 | Kaye ...................... 463/17 |
| 5,580,311 | 12/1996 | Haste, III ............... 463/16 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO 91/06931 | 5/1991 | WIPO | ........................ 17/32 |
| WO 94/03873 | 2/1994 | WIPO | . |

*Primary Examiner*—Jessica Harrison
*Assistant Examiner*—Mark A. Sager
*Attorney, Agent, or Firm*—Martin Korn

[57] **ABSTRACT**

A method and system for playing a lottery type game includes a gaming piece which includes a predetermined code having data indicating whether the player wins or loses the game, the data being unrecognizable to the player, such that the player does not know the outcome of the game prior to play of the game. The code is stored on the gaming piece in a memory device. The gaming piece is reusable with different codes. The code is read by a processor. The processor presents an amusement game on a display for play by the player, and the player controls game play by inputting game parameters to the processor. The processor controls the outcome of the amusement game played by the player based upon the code. A display provides an indication to the player of a game win or a game loss based upon the code.

**17 Claims, 16 Drawing Sheets**





*FIG. 1*



*FIG. 2*

Highly Confidential

**U.S. Patent**         Jan. 20, 1998         Sheet 2 of 16         **5,709,603**



*FIG. 3*

**U.S. Patent**        Jan. 20, 1998        Sheet 3 of 16        **5,709,603**



FIG. 4

FIG. 5

Highly Confidential



U.S. Patent          Jan. 20, 1998          Sheet 4 of 16          5,709,603



FIG. 6



FIG. 7

Highly Confidential                                    PK001167

**U.S. Patent**         Jan. 20, 1998         Sheet 5 of 16         5,709,603



*FIG. 8*

**U.S. Patent**     Jan. 20, 1998     Sheet 6 of 16     **5,709,603**



*FIG. 9*



*FIG. 10*



*FIG. 11*

Highly Confidential



FIG. 12

U.S. Patent          Jan. 20, 1998          Sheet 10 of 16          5,709,603



FIG. 13

Highly Confidential

PK001173



```
                                          ┌──────────────────────┐
                                          │  PLAYER PLAYS AN      │  ┌ 312
                                          │  AMUSEMENT            │
                                          │  +ACTUALIZATION GAME  │
                                          │  TO DISCOVER THE VALUE│
                                          │  OF A DESTINY CODE.   │
                                          └──────────────────────┘
```

**300**

A SERIES OF DESTINY CODES ARE GENERATED AND STORED AS A GAME RUN. <OR> DESTINY CODES ARE GENERATED ON THE FLY.

**314**

WINNER ?

NO — **318**

YES

**302**

DESTINY CODES ARE COPIED TO TICKETS/CHIPS. (ORIGINAL GAME RUN CAN BE KEPT FOR SECURITY.)

CREDIT IS DEDUCTED FROM THE AMUSEMENT + ACTUALIZATION MACHINE'S CREDIT MEMORY.

**316**

**304**

TICKETS/CHIPS ARE ACQUIRED BY PLAYERS.

THE WON CREDITS ARE ADDED TO THE AMUSEMENTS+ ACTUALIZATION MACHINE'S CREDIT MEMORY <OR> PAID OUT AS TICKETS/CHIPS.

**306**

PLAYER ALLOWS OR CAUSES TICKET/CHIP'S DESTINY CODES TO BE READ BY AN AMUSEMENT+ACTUALIZATION GAME SYSTEM OR MACHINE.

YES — PLAY AGAIN ? — **320**

NO

**308**

AMUSEMENT+ ACTUALIZATION GAME SYSTEM OR MACHINE ACKNOWLEDGES READING OF TICKET/CHIP BY SHOWING AND STORING EACH DESTINY CODE AS CREDIT FOR PLAY BY A PLAYER.

**322**

PLAYER "CASHES OUT" CREDITS FROM MACHINE AND GETS TICKETS/CHIPS IN RETURN.

**310**

AMUSEMENT+ACTUALIZATION GAME SYSTEM OR MACHINE CAN CHANGE THE TICKET/CHIP'S DESTINY CODES OR LEAVE ITS CURRENT DESTINY CODES. THE SYSTEM CAN ALSO KEEP THE CHIP OR DISPERSE IT, OR DIFFERENT ONES, AT AN APPROPRITE TIME.

YES — PLAY A DIFFERENT GAME ? — **324**

NO

**326**

PLAYER EXCHANGES TICKETS/CHIPS WON AND/OR BOUGHT FOR CASH.

*FIG. 14*

Highly Confidential



*FIG. 15*

Highly Confidential