## Prosecution File History for U.S. Patent Number 5,709,603

| Tab | Document | Date |
|---|---|---|
| 1. | PTO Inventory Sheets | |
| 2. | U.S. Patent Application, Statement Claiming Small Entity Status, Declaration and Power of Attorney, and Figures | 10/25/96 |
| 3. | Notice of Change of Address | 12/31/96 |
| 4. | Information Disclosure Statement | 01/14/97 |
| 5. | PTO Rejection Notice (Claims 5-16 and 14-17) | 03/05/97 |
| 6. | Amendment (Claims 5, 14, and 17) | 06/03/97 |
| 7. | Notice of Allowability | 08/15/97 |
| 8. | Formal Drawings | 09/19/97 |
| 9. | Notice of Change of Address | 02/09/98 |
| 10. | PTO Utility Grant | 01/20/98 |

IN001265



PTO UTILITY GRANT
Paper Number 8

### The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to an statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Bruce Lehman*
Commissioner of Patents and Trademarks

Attest

The United States Of America

Form PTO-1584 (Rev X/77)

(RIGHT INSIDE)

IN001266

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1996

Application or Docket Number
08/738.317

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | 17 | minus 20 = * | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 6 | minus 3 = * 3 | x40= | 120 | OR | x80= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 505 | OR | TOTAL | |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | | Minus | *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | = | x$11= | | OR | x$22= | |
| Independent | | Minus | | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | = | x$11= | | OR | x$22= | |
| Independent | | Minus | | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

IN001267






US005709603A

# United States Patent [19]

## Kaye

[11] Patent Number: 5,709,603

[45] Date of Patent: Jan. 20, 1998

[54] PERSONAL COMPUTER LOTTERY GAME

[76] Inventor: Perry Kaye, 12696 Northwest 11th Ct., Sunrise, Fla. 33323

[21] Appl. No.: 738,317

[22] Filed: Oct. 25, 1996

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 418,011, Apr. 6, 1995, Pat. No. 5,569,082.

[51] Int. Cl.⁶ .......................... A63F 1/04; A63B 71/00
[52] U.S. Cl. ...................... 463/17; 463/10; 463/42; 273/138.2
[58] Field of Search ...................... 463/1, 16–19, 463/30–31, 9, 40–42, 10–13; 273/139, 138.1, 138.2; 364/410.1, 411.1, 412.1

[56]                  References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,594,004 | 7/1971 | Barr | 273/139 |
| 4,108,361 | 8/1978 | Krause | 364/412 |
| 4,288,077 | 9/1981 | Rose et al. | 273/138 R |
| 4,575,622 | 3/1986 | Pellegini | 364/410 |
| 4,582,324 | 4/1986 | Koza et al. | 273/138 A |
| 4,652,998 | 3/1987 | Koza et al. | 364/412 |
| 4,689,742 | 8/1987 | Troy et al. | 273/138 A |
| 4,760,247 | 7/1988 | Keane et al. | 364/412 |
| 4,764,666 | 8/1988 | Bergeron | 273/139 |
| 4,832,341 | 5/1989 | Muller et al. | 273/138 A |
| 4,882,473 | 11/1989 | Bergeron et al. | 235/380 |
| 4,996,705 | 2/1991 | Entenmann | 364/412 |
| 5,069,453 | 12/1991 | Koza et al. | 273/139 |
| 5,083,272 | 1/1992 | Walker et al. | 364/412 |
| 5,088,737 | 2/1992 | Frank et al. | 273/139 |
| 5,112,050 | 5/1992 | Koza et al. | 273/139 |
| 5,116,049 | 5/1992 | Sludikoff et al. | 273/139 |
| 5,158,293 | 10/1992 | Mullins | 273/139 |
| 5,176,380 | 1/1993 | Evans et al. | 463/16 |
| 5,186,463 | 2/1993 | Marin et al. | 463/17 |
| 5,212,368 | 5/1993 | Hara | 235/375 |
| 5,223,698 | 6/1993 | Kapur | 364/412 |
| 5,282,620 | 2/1994 | Keesce | 273/138 A |

| | | | |
|---|---|---|---|
| 5,326,104 | 7/1994 | Pease et al. | 273/138 A |
| 5,327,485 | 7/1994 | Leaden | 379/95 |
| 5,330,185 | 7/1994 | Wells | 364/412 |
| 5,331,141 | 7/1994 | Kanoho | 235/462 |
| 5,342,047 | 8/1994 | Heidel et al. | 273/138 A |
| 5,348,299 | 9/1994 | Clapper, Jr. | 273/138 A |
| 5,362,051 | 11/1994 | Swafford, Jr. et al. | 463/16 |
| 5,365,575 | 11/1994 | Katz | 379/92 |
| 5,373,440 | 12/1994 | Cohen et al. | 364/410 |
| 5,377,975 | 1/1995 | Clapper, Jr. | 273/138 A |
| 5,398,932 | 3/1995 | Eberhardt et al. | 273/138 A |
| 5,407,199 | 4/1995 | Gumina | 273/138 R |
| 5,411,258 | 5/1995 | Wilson et al. | 364/410 |
| 5,415,416 | 5/1995 | Scagnelli et al. | 273/138 A |
| 5,417,424 | 5/1995 | Snowden et al. | 364/412 |
| 5,429,361 | 7/1995 | Raven et al. | 273/138 A |
| 5,472,196 | 12/1995 | Rasmuk | 463/16 |
| 5,569,082 | 10/1996 | Kaye | 463/17 |
| 5,580,311 | 12/1996 | Haste, III | 463/16 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO 91/06931 | 5/1991 | WIPO | |
| WO 94/03873 | 2/1994 | WIPO | 17/32 |

Primary Examiner—Jessica Harrison
Assistant Examiner—Mark A. Sager
Attorney, Agent, or Firm—Martin Korn

## [57]                  ABSTRACT

A method and system for playing a lottery type game includes a gaming piece which includes a predetermined code having data indicating whether the player wins or loses the game, the data being unrecognizable to the player, such that the player does not know the outcome of the game prior to play of the game. The code is stored on the gaming piece in a memory device. The code is read by a processor. The processor presents an amusement game on a display for play by the player, and the player controls game play by inputting game parameters to the processor. The processor controls the outcome of the amusement game played by the player based upon the code. A display provides an indication to the player of a game win or a game loss based upon the code.

17 Claims, 16 Drawing Sheets





DSD

19158-1001

THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. Patent No. 5,709,603

| | |
|---|---|
| Inventor: | Perry Kaye |
| Issued:: | January 20, 1998 |
| Title: | PERSONAL COMPUTER LOTTERY GAME : |

1998 FEB 17 AM 8:52
DSD/PTICS
RECEIVED

Assistant Commissioner
for Patents
Washington, D.C.  20231

Dear Sir:

### CHANGE OF ADDRESS

Effective immediately, kindly direct all papers pertaining to the above-captioned patent to the following address:

> Martin Korn, Esq.
> LOCKE PURNELL RAIN HARRELL
> 2200 Ross Avenue, Suite 2200
> Dallas, TX  75201-6776

and all telephone calls should be directed to Martin Korn at 214/740-8549.

Respectfully submitted,

LOCKE PURNELL RAIN HARRELL P.C.
Attorneys for Applicant

Martin Korn
Registration No. 28,317

MK/jbh

Date: February 4, 1998

1



117158-1001

THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:           Perry Kaye

Serial No.:                     08/738,317

Filed:                          October 25, 1996

Notice of Allowance Mailed:     August 15, 1997

Issue Batch No.:                Q47

Group:                          3304

Examiner:                       S. Perry

For:         PERSONAL COMPUTER LOTTERY GAME

Assistant Commissioner
 for Patents
Washington, D.C.  20231

ATTENTION:  OFFICE OF PUBLICATIONS

Dear Sir:

### TRANSMITTAL OF FORMAL DRAWINGS

    Transmitted herewith are sixteen (16) sheets of formal drawings to be substituted for the informal drawings initially filed in the above-identified application for patent.

                      Respectfully submitted,

                      GARDERE & WYNNE, L.L.P.
                      Attorneys for Applicant

                      Martin Korn
                      Registration No. 28,317

MK/jbh
Enclosures
1601 ELM Street, Suite 3000
Dallas, TX  75201-4761
214/999-4664; 214/999-4667 (Fax)
September 18, 1997



1/16

5709603

SECURE SYSTEM FOR
GENERATING DESTINY CODES —10

SECURE SYSTEM FOR
STORING DESTINY CODES —11

SECURE MEDIUM FOR
TRANSPORTING DESTINY CODES —12

SECURE AND ACCURATE METHOD
FOR DECRYPTING DESTINY CODES —13

AMUSEMENT GAME FOR
EXCITEMENT AND FICTITIOUS AWARDS —14

ACTUALIZATION GAME TO SHOW
OUTCOME OF DESTINY CODE
USING FICTITIOUS AWARDS —15

REDEEM WINNINGS
OR
THROW OUT TICKET —16

*FIG. 1*

PERSON ACQUIRES AT LEAST 1
DESTINY CODE WHICH IS STORED
ON GAME MEDIUM

17—

PERSON BRINGS GAME MEDIUM
WHICH CONTAINS DESTINY CODE(S)
TO A SELF CONTAINED
AMUSEMENT+ACTUALIZATION
MACHINE

18—

AMUSEMENT+ACTUALIZATION
MACHINE DISPLAYS OUTCOME
OF THE GAME, CONCEALED IN
THE DESTINY CODE, IN
AN EXCITING FASHION

19—

AMUSEMENT+ACTUALIZATION MACHINE
CAN EITHER REDEEM THE GAME MEDIUM
AND PAY THE WINNER
OR
IT COULD JUST INSTRUCT THE PLAYER
OF THE OUTCOME AND HOW
TO REDEEM WINNINGS IF ANY

20—

*FIG. 2*







2/16

FIG. 3



3/16

33

HOW MANY TICKETS
DO YOU WANT TO BUY ?

1 2 3
4 5 6
7 8 9
0

INSERT MONEY AT 1

34

$5,$10,$20,$100

35

WIN/LOSS GAME
TICKETS

APPROVED    O.G. FIG    CLASS 5,902,458
BY
DRAFTSMAN

42

FIG. 4

37                    36        38

$1    $5    $10
$10   $5    $2
$1    $2    $2
$3    $5    $10
$5    $1    $2

WIN/LOSS GAME
TICKETS

PULL
HANDLE

40

$1    1    $1   =  $1  PAYOUT
$2   $2   $2   =  $2  PAYOUT
$3   $3   $3   =  $3  PAYOUT
$5   $5   $5   =  $5  PAYOUT
$10 $10 $10  =  $10 PAYOUT

39

FIG. 5

41

IN001274



4/16

PLAYER ACQUIRES AT LEAST
ONE DESTINY CODE
ON A GAME MEDIUM  — 43

PLAYER CONNECTS TO
AN ON-LINE SERVICE
VIA COMPUTER OR
INTERACTIVE TV  — 44    45

PLAYER REDEEM THE
WINNINGS FROM A REDEMPTION
CENTER BY PRESENTING
THE GAME MEDIA  — 51

46

ON-LINE SERVICE
REQUESTS THE
DESTINY CODE AND
CHECKS FOR ITS
VALIDITY  — 47

IF VALID, ON-LINE
SERVICE DECRYPTS
AND DECODES
DESTINY CODE  — 48

IF VALID, ON-LINE
SERVICE
INTERACTIVELY PLAYS
AMUSEMENT GAME
WITH PLAYER  — 49

IF VALID, ON-LINE
SERVICE
INTERACTIVELY PLAYS
THE ACTUALIZATION
GAME  — 50

*FIG. 6*



PLAYER ACQUIRES AT LEAST ONE
COMPATATIABLE DESTINY CODE
STORED ON A GAME MEDIUM  — 52

PLAYER ACQUIRES, USES, OR
PAYS TO USE A COMPATIBLE
SOFTWARE PROGRAM, GAME
OR GAME PLAYER OF SOME TYPE  — 53

PLAYER PLAYS THE COMPATIBLE
GAME TO DISCOVER THE OUTCOME
CONCEALED IN THE DESTINY CODE  — 54

*FIG. 7*

COMPATIBLE PROGRAM INSTRUCTS
THE PLAYER ABOUT HOW TO
REDEEM THEIR ACTUAL PRIZE
IF ANY IS DUE  — 55

IN001275



5/16



FIG. 8

6/16



FIG. 9

7/16



*FIG. 10*



8/16



FIG. 11

9/16



FIG. 12



*10/16*

FROM BLOCK 240
FIG 12

*246*

SAVE TO A USER SELECTED DRIVE
STATISTICAL AND HISTORICAL DATA
SO THE USER CAN TRACK THEIR GAME PLAY

COPY THIS FILE TO THE GAME MEDIA.
SO THAT THE ORGANIZATION THAT RUNS
THE GAME CAN TRACK THE
USER'S HABITS AS WELL
*248*

*250*
DOES
USER WANT A
PRINTOUT
?
YES → PRINT OUT A TICKET
WITH ENCRYPTED
CONTROL DATA.
*252*
NO

*254*
IS
PRINT OUT
OK
?
NO
YES

IF PROGRAM HAS BEEN DEVELOPED
TO RUN ONLY ONCE ENCRYPT THE
DATA AND PROGRAMS ON THE
GAME MEDIUM TO RENDER IT
UNUSABLE AND TO ENCODE THE
HISTORY AND OUTCOME FOR
TRACKING PURPOSES.
*256*

*258*
IF
ALLOWED
ASK USER IF THEY
WANT TO CONTINUE
PLAY
?
YES → TO GAME MENU
BLOCK 128
FIG 8
NO

TELL PLAYER HOW TO REDEEM
PRIZE IF ANY IS DUE
*260*

PROGRAM END

*FIG. 13*



11/16

PLAYER PLAYS AN
AMUSEMENT
+ACTUALIZATION GAME
TO DISCOVER THE VALUE
OF A DESTINY CODE. ⟶ 312

300
A SERIES OF DESTINY
CODES ARE GENERATED
AND STORED AS A GAME
RUN. <OR> DESTINY
CODES ARE GENERATED ON
THE FLY.

WINNER
? ⟵ 314

318
NO          YES

CREDIT IS DEDUCTED
FROM THE
AMUSEMENT +
ACTUALIZATION MACHINE'S
CREDIT MEMORY.

302
DESTINY CODES ARE
COPIED TO TICKETS/CHIPS.
(ORIGINAL GAME RUN CAN
BE KEPT FOR SECURITY.)

316

304
TICKETS/CHIPS ARE
ACQUIRED BY PLAYERS.

THE WON CREDITS ARE
ADDED TO THE
AMUSEMENTS+
ACTUALIZATION MACHINE'S
CREDIT MEMORY <OR>
PAID OUT AS
TICKETS/CHIPS.

306
PLAYER ALLOWS OR CAUSES
TICKET/CHIP'S DESTINY CODES
TO BE READ BY AN
AMUSEMENT+ACTUALIZATION
GAME SYSTEM OR MACHINE.

YES ⟶    PLAY AGAIN
?   ⟵ 320

NO

308
AMUSEMENT+ ACTUALIZATION
GAME SYSTEM OR MACHINE
ACKNOWLEDGES READING OF
TICKET/CHIP BY SHOWING
AND STORING EACH
DESTINY CODE AS CREDIT
FOR PLAY BY A PLAYER.

322
PLAYER "CASHES OUT"
CREDITS FROM MACHINE
AND GETS TICKETS/CHIPS
IN RETURN.

324
YES ⟵    PLAY A
DIFFERENT
GAME
?

310
AMUSEMENT+ACTUALIZATION
GAME SYSTEM OR MACHINE
CAN CHANGE THE TICKET/CHIP'S
DESTINY CODES OR LEAVE ITS
CURRENT DESTINY CODES.
THE SYSTEM CAN ALSO KEEP
THE CHIP OR DISPERSE IT,
OR DIFFERENT ONES, AT
AN APPROPRITE TIME.

NO

326
PLAYER EXCHANGES
TICKETS/CHIPS WON AND/OR
BOUGHT FOR CASH.

FIG. 14

IN001282

12/16



FIG. 15

13/16



FIG. 16

IN001284

14/16



FIG. 17

*15/16*



*400*

OPERATOR ENTERS VITAL INFORMATION INTO SYSTEM. I.E. AMOUNT OF MONEY THEY WISH TO RAISE, NUMBER OF TICKETS THEY WISH TO SELL. ECT.

*402*

SOFTWARE USES THIS INFORMATION TO GENERATE A SERIES OF DESTINY CODES THAT MEET THE REQUIREMENTS OF THE VITAL STATISTICS.

*404*

DESTINY CODES ARE RANDOMLY SCRAMBLED AND THEN PRINTED ON TICKETS OR CHIPS OR STORED ELECTRONICALLY IN SOME FASHION.

*406*

GAME SOFTWARE IS UPDATED OR CREATED THAT WILL READ THE DESTINY CODES.

*408*

TICKETS ARE SOLD, WITH OR WITHOUT GAMES.

*410*

PLAYERS PLAY GAMES TO LEARN VALUE OF TICKETS.

*412*

PLAYERS REDEEM TICKETS TO GET PRIZES.

*FIG. 18*

16/16





FIG. 19

PART B—ISSUE FEE TRANSMITTAL

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addresses entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing, below.

*Burden Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231.
DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|
| INVENTOR'S NAME    Perry Kaye |
| Street Address    12696 Northwest 11th Court |
| City, State and Zip Code    Sunrise, Florida 33323 |
| CO-INVENTOR'S NAME |
| Street Address |
| City, State and Zip Code |
| ☐ Check if additional changes are enclosed |

1. CORRESPONDENCE ADDRESS

MARTIN KORN
GARDERE & WYNNE, L.L.P.
1601 ELM STREET
SUITE 3000
DALLAS TX 75201

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| First Named Applicant    08/738,317 | 10/25/96 | 017 | SAGER, M | 3304    08/15/97 |

First Named Applicant    KAYE,    PERRY S.

TITLE OF INVENTION    PERSONAL COMPUTER LOTTERY GAME

10/28/1997 SHOPPER 00000144 08738317
01 FC:142    645.00 OP
02 FC:561    30.00 OP

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3   KAYE24.914 | 463-017.000 | Q47 | UTILITY | YES | $645.00 | 11/17/97 |

3. Correspondence address change (Complete only if there is a change)
MARTIN KORN
GARDERE & WYNNE, L.L.P.
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas   75201

4.For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1  Martin Korn

2 _____

3 _____

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE:

(2) ADDRESS: (CITY & STATE OR COUNTRY)

A. ☒ This application is NOT assigned.

☐ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignment should be directed to Box ASSIGNMENTS.
PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee    ☒ Advance Order - # of Copies    10
6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER    07-0153
(ENCLOSE A COPY OF THIS FORM)
☐ Issue Fee    ☐ Advance Order - # of Copies
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____    9/18/97
(Date)

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Certificate of Mailing
Note: If this certificate of mailing is used, it can be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

on: _____ (Date)
_____ (Name of person making deposit)
_____ (Signature)
_____ (Date)

GARDERE & WYNNE
AUG 2 0 1997

PTOL-85B (REV. 03-96) Approved for use through 05/31/99. OMB 0651-0033    1. TRANSMIT THIS FORM WITH FEE    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE




**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| | EXAMINER |
|---|---|
| | |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 6 |

DATE MAILED:

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to Amdt rec'd June 3, 1997

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are 1-17

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [...] been received. [...] not been received. [...] been filed in parent application Serial No. _____ filed on _____

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152. which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No _____. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☒ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**

__ Examiner's Amendment
__ Examiner Interview Summary Record  PTOL-410
__ Reasons for Allowance
__ Notice of References Cited, PTO-892
__ Information Disclosure Citation, PTO-1449

__ Notice of Informal Application, PTO-152
__ Notice re Patent Drawings. PTO-948
__ Listing of Bonded Draftsmen
__ Other

JESSICA HARRISON
SUPERVISORY PATENT EXAMINER
GROUP 3300

PTOL-37 (REV. 4-89) ✱

USCOMM-DC 89-3769

IN001289

 



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address:  Box ISSUE FEE
ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

F3M1/0815

MARTIN KORN
GARDERE AND WYNNE,L.L.P.
1601 ELM STREET
SUITE 3000
DALLAS TX 75201

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/738,317 | 10/25/96 | 017 | SAGER, M | 2201    08/15/9? |

First Named Applicant: KAYE, PERRY B.

TITLE OF INVENTION: PERSONAL COMPUTER LOTTERY GAME

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3    KAYE24.914 | 463-017.000 | D47 | UTILITY | YES | $645.00 | 11/17/9? |

*THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.*

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as yes, verify your
   current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the
      FEE DUE shown and notify the Patent and
      Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown
      above.

If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or

   B. File verified statement of Small Entity Status before, or with,
      payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
    Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
    If you are charging the ISSUE FEE to your deposit account, section "6b" of Part B should be completed.

III. All communications regarding this application must give application number and batch number.
     Please direct all communication prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.*

PTOL-85 (REV. 05-92)(0651-0033)

**3. PATENT AND TRADEMARK OFFICE COPY**

IN001290

*E. Cha...*
*6-10-97*

117158-1001

*fee*
*O.K*   *5*

## THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Perry S. Kaye |
| Serial No.: | 08/738,317 |
| Filed: | October 25, 1996 |
| Group: | 3304 |
| Examiner: | M. Sager |
| For: | PERSONAL COMPUTER LOTTERY GAME |

*97 JUN -3 AM 11:51*
*GROUP 330*

Box Non Fee Amendment
Assistant Commissioner
   for Patents
Washington, D.C. 20231

Dear Sir:

### AMENDMENT

In response to the Office Action mailed March 5, 1997, please amend the
above-identified application as follows:

### IN THE CLAIMS

Please amend Claims 5, 14, and 17 as follows:

5. ~~5~~ (Amended) A method for playing a lottery type game comprising the
steps of:

1

acquiring by a player a gaming piece, the gaming piece including a code which includes data indicating whether the player wins or loses the lottery type game and

5  an amusement game, the data being unrecognizable to the player, such that the player does not know whether the player will win or lose the games prior to play of the amusement game;

inserting the gaming piece into a data reader for reading the code;

inputting the code into a processor;

10  the processor generating a plurality of amusement games on a display for play by the player, the player selecting at least one of the plurality of amusement games [to be played] for play by the player;

the processor controlling whether the player will win or lose the selected amusement game based upon the code; and

15  providing on the display an indication to the player of the selected amusement game win or loss based upon the code.

16. (Amended) A lottery type game comprising:

a gaming piece, said gaming piece including a predetermined code which includes data indicating whether a player wins or loses; and

a processor for reading said code, the player winning or losing the lottery type

5  game based upon said code and [the] occurrence of an event external to operation of the lottery type game, such that the player does not know whether the player will win or lose the lottery type game until after the occurrence of the event.

17. (Amended) The lottery type game of Claim 14 wherein said code indicates whether the player wins or loses an amusement game [to be played] for play by the player, and said processor controls whether the player will win or lose the amusement game based upon said code.

2





## REMARKS

This application has been carefully reviewed in light of the Office Action mailed March 5, 1997. Claims 5, 14, and 17 have been amended. Reconsideration and favorable action in this application is respectfully requested.

The Examiner's indication that Claims 1-4 and 7-13 are allowed is noted with appreciation. Further, the Examiner's indication that Claims 5 and 6 would be allowable if written to overcome the rejection under 35 U.S.C. § 112 is also noted with appreciation. Claim 5 has been amended, and it is respectfully submitted that Claims 5 and 6 are now in full compliance with 35 U.S.C. § 112.

Claims 14-17 have been rejected under 35 U.S.C. § 102(b) as being anticipated by Bergeron; under 35 U.S.C. § 102(e) as being anticipated by Sludikoff et al.; and under 35 U.S.C. § 102(e) as being anticipated by Rusnak. Claim 14 has now been amended, and it is respectfully submitted that Claim 14 clearly distinguishes over the cited references.

The present lottery type game as claimed in Claim 14 includes a gaming piece with a predetermined code that includes data indicating whether a player wins or loses the lottery type game. Additionally, in order to win the lottery type game, the occurrence of an external event must occur. Therefore, the combination of the win code as well as the occurrence of the event, external to the lottery type game, must both be present for the player to win. The event external to the lottery type game may include, for example, the identification of a winner of a sporting event.

The events cited by the Examiner with respect to the cited references are all occurrences relating to the play of the game, and not an external event. For example, in Sludikoff et al., the occurrence of the event is the game start/player selection of numbers or win/loss inherent in the lottery game. Similarly, in Rusnak, the event is the "start" game or the predetermined odds of winning. It is therefore respectfully submitted that Claim 14 as amended, clearly distinguishes over the cited references,



 

and is now in condition for allowance. Claims 15-17, depending from Claim 14, further define the present invention, and it is respectfully submitted that Claims 15-17 are also in condition for allowance.

For the foregoing reasons, full allowance of Claims 1-17 is respectfully requested. If the Examiner has any questions regarding this Amendment, the Examiner is respectfully requested to telephone the undersigned attorney.

Respectfully submitted,

GARDERE & WYNNE, L.L.P.
Attorneys for Applicant

Martin Korn
Registration No. 28,317

MK/jbh

1601 Elm Street, Suite 3000
Dallas, TX  75201-4761

214/999-4664
214/999-4667 (Fax)

June 2, 1997

4

 

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/738,317 | 10/25/96 | KAYE | P   KAYE24.914 |

EXAMINER

F3M1/0305

MARTIN KORN
GARDERE AND WYNNE, L.L.P.
1601 ELM STREET
SUITE 3000
DALLAS TX 75201

| ART UNIT | SAGER PAPER NUMBER |
|---|---|
| 3304 | 4 |

DATE MAILED:
03/05/97

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☒ Responsive to communication(s) filed on _Jan 14, 1997_

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _three (3)_ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _1 - 17_ is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☒ Claim(s) _1-4 and 7-13_ is/are allowed.

☒ Claim(s) _5-6, 7 and 14-17_ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of Reference Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _3_ (4 pages)

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— SEE OFFICE ACTION ON THE FOLLOWING PAGES —

PTOL-326 (Rev. 10/95)

Serial Number: 08/738,317                    Paper No. 4
Art Unit: 3304                               Page No. 2

### Claim Rejections - 35 USC § 112

1.    Claims 5-6 and 14-17 are rejected under 35 U.S.C. 112,

second paragraph, as failing to set forth the subject matter

which applicant(s) regard as their invention.

    The phrase  "to be" is indefinite for not clearly claiming
the metes and bounds of the invention.
    The phrase "the lottery" and "the occurrence" each either
lack antecedent basis, are inconsistent with prior claim language
or are indefinite for not clearly claiming the metes and bounds
of the invention.

### Claim Rejections - 35 USC § 102

2.    The following is a quotation of the appropriate paragraphs

of 35 U.S.C. 102 that form the basis for the rejections under

this section made in this Office action:

    A person shall be entitled to a patent unless --

    (b) the invention was patented or described in a printed publication in
    this or a foreign country or in public use or on sale in this country, more
    than one year prior to the date of application for patent in the United
    States.
    (e) the invention was described in a patent granted on an application for
    patent by another filed in the United States before the invention thereof
    by the applicant for patent, or on an international application by another
    who has fulfilled the requirements of paragraphs (1), (2), and (4) of
    section 371(c) of this title before the invention thereof by the applicant
    for patent.

3.    Claims 14-16 are rejected under 35 U.S.C. 102(b) as being

clearly anticipated by Bergeron.  Bergeron shows a lottery game

clearly comprising features of instant claims, as broadly

claimed.  This rejection is made only to demonstrate breadth of

instant claims reads on most lottery systems; especially systems

where a player selects their numbers.

4.    Claims 14-17 are rejected under 35 U.S.C. 102(e) as being

anticipated by Sludikoff et al.  Sludikoff shows a lottery game

(3:20 - 5:21, Figs. 1-4) comprising a gaming piece (30, 52)

Serial Number: 08/738,317                    Paper No. 4
Art Unit: 3304                               Page No. 3

including a code which includes data indicating whether a player

wins or loses (4, 20 or 40), a processor for reading said code

(lottery machines inherently include processors for reading

player input numbers or gaming piece codes/serial numbers) where

the player wins or loses based upon said code and occurrence of

an event (game start/player selection of numbers for player

controlled event or lottery system selection of win/lose as is

inherent in lottery games for non-player controlled event)

wherein said code indicates whether the player wins or loses an

amusement game (Figs. 1-5, refs. 24, 26, 44, 46) and said

processor controls whether the player will win or lose the

amusement game based upon said code, where the code is all

indicia printed on face of ticket (30, 52).

5.    Claims 14-17 are rejected under 35 U.S.C. 102(e) as being

anticipated by Rusnak.  Rusnak shows a lottery game comprising a

gaming piece (10), a code (Fig. 3) which includes data indicating

whether a player wins or loses (Figs. 1-3, "YOU HAVE WON" and

refs. 13,14), a processor for reading said code (Figs. 1-4), the

player winning or losing the lottery game based upon said code

and occurrence of an event ("start" game for event controlled by

a player or 3:36-43 for event not controlled by player) wherein

said code indicates whether the player wins or loses an amusement

game (Figs. 1-4) and said processor controls whether the player

will win or lose the amusement game based upon said code, where

the code is all indicia on face of ticket (10) which is

determined based upon odds (3:36-43).

IN001297

Serial Number: 08/738,317                    Paper No. 4
Art Unit: 3304                               Page No. 4

### Allowable Subject Matter

6.    Claims 5-6 would be allowable if rewritten to overcome the
rejection(s) under 35 U.S.C. 112 set forth in this Office action
and to include all of the limitations of the base claim and any
intervening claims.

7.    Claims 1-4 and 7-13 are allowed.

### Conclusion

8.    The prior art made of record and not relied upon is
considered pertinent to applicant's disclosure.  Haste, III,
Marin et al, Evans et al and Mullins each show a lottery game
which anticipates claims 14-16 and each could have been used to
reject instant claims, as broadly claimed. Barr, Frank et al and
Swafford, Jr. et al each disclose devices considered pertinent.

9.    Any inquiry concerning this communication or earlier
communications from the examiner should be directed to M. A.
Sager whose telephone number is (703) 308-0785. The examiner can
normally be reached on M-TH from 0700 to 1700.

If attempts to reach the examiner by telephone are unsuccessful,
the examiner's supervisor, Ms. Jessica Harrison, can be reached
on (703) 308-2217.  The fax phone number for Group 3300 is (703)
305-3590.

Any inquiry of a general nature or relating to the status of this
application or proceeding should be directed to the Group
receptionist whose telephone number is (703) 308-0858.

MAS
Feb. 28, 1997

JESSICA HARRISON
SUPERVISORY PATENT EXAMINER
GROUP 3300

IN001298

 

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892 (REV 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 08/738317 | GROUP ART UNIT 3304 | ATTACHMENT TO PAPER NUMBER 4 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Kaye | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| A | | 5 5 8 0 3 1 1 | 12/3/96 | Haste, III | 463 | 016 | 3/17/95 |
| B | | 5 4 7 2 1 9 6 | 12/5/95 | Rusnak | 463 | 016 | 3/31/94 |
| C | | 5 3 6 2 0 5 1 | 11/8/94 | Swafford Jr et al | 463 | 016 | |
| D | | 5 1 8 6 4 6 3 | 2/16/93 | Marin et al | 463 | 017 | |
| E | | 5 1 7 6 3 8 0 | 1/5/93 | Evans et al | 463 | 016 | |
| F | | 5 1 5 8 2 9 3 | 10/27/92 | Mullins | 273 | 139 | |
| G | | 5 1 1 6 0 4 9 | 5/26/92 | Sludikoff et al | 273 | 139 | |
| H | | 5 0 8 8 7 3 7 | 2/18/92 | Frank et al | 273 | 139 | |
| I | | 3 5 9 4 0 0 4 | 7/20/71 | Barr | 273 | 139 | |
| J | | | | | | | |
| K | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | | |
| M | | | | | | | | | |
| N | | | | | | | | | |
| O | | | | | | | | | |
| P | | | | | | | | | |
| Q | | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| R | |
|---|---|
| S | |
| T | |
| U | |

| EXAMINER MAS | DATE 2/28/97 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 [a].)

 

Form PTO-948 (Rev. 10-79)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    738.312

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftpersons review all originally filed drawings regardless of whether they are designated as informal or intended to be formal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8405.

The drawings filed (insert date) __10/25/__ are

A. ____ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ____ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Not black solid lines. Fig(s)
   ____ Color drawings are not acceptable until petition is granted. Fig(s)
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ____ Photographs are not acceptable until petition is granted. Fig(s)
   ____ Photographs not properly mounted (must use bristol board or photographic double-weight paper). Fig(s)
   ____ Poor quality (half-tone). Fig(s)
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ____ Chemical or mathematical formula not labeled as separate figure. Fig(s)
   ____ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis. Fig(s)
   ____ Individual waveform not identified with a separate letter designation adjacent to the vertical axis. Fig(s)
4. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, smooth, nonshiny, and durable. Sheet(s)
   ____ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds copy machine marks not accepted. Fig(s)
   ____ Mylar, velum paper is not acceptable (too thin). Fig(s)
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   21.0 cm. by 29.7 cm. (DIN size A4)
   ____ All drawing sheets not the same size. Sheet(s)
   ____ Drawing sheet not an acceptable size. Sheet(s)
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

Paper size

| | 21.6 cm. X 35.6 cm. (8 1/2 X 14 inches) | 21.6 cm. X 33.1 cm. (8 1/2 X 13 inches) | 21.6 cm. X 27.9 cm. (8 1/2 X 11 inches) | 21.0 cm. X 29.7 cm. (DIN Size A4) |
|---|---|---|---|---|
| T 5.1 cm. (2") | 2.5 cm. (1") | 2.5 cm. (1") | 2.5cm. |
| L .64 cm. (1/4") | .64 cm. (1/4") | | 2.5 cm. |
| R .64 cm. (1/4") | .64 cm. (1/4") | | 1.5 cm. |
| B .64 cm. (1/4") | .64 cm. (1/4") | | 1.0 cm. |

Margins do not conform to chart above.
Sheet(s)
   ____ Top (T) ____ Left (L) ____ Right (R) ____ Bottom (B)

7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ____ All views not grouped together. Fig(s)
   ____ Views connected by projection lines or lead lines. Fig(s)
   ____ Partial views. 37 CFR 1.84(h) 2

   ____ View and enlarged view not labeled separately or properly. Fig(s)
   ____ Sectional views. 37 CFR 1.84 (h) 3
   ____ Hatching not indicated for sectional portions of an object. Fig(s)
   ____ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)
9. SCALE. 37 CFR 1.84(i)
   ____ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s)
   ____ Indication such as "actual size" or scale 1/2" not permitted. Fig(s)
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
   ____ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings). Fig(s)
11. SHADING. 37 CFR 1.84(m)
   ____ Solid black shading areas not permitted. Fig(s)
   ____ Shade lines, pale, rough and blurred. Fig(s)
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
   ____ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(l) Fig(s)
   ____ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(l) Fig(s)
   ____ English alphabet not used. 37 CFR 1.84(p)(2) Fig(s)
   ____ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3) Fig(s)
13. LEAD LINES. 37 CFR 1.84(q)
   ____ Lead lines cross each other. Fig(s)
   ____ Lead lines missing. Fig(s)
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
   ____ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
   ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)
   ____ View numbers not preceded by the abbreviation Fig. Fig(s)
16. CORRECTIONS. 37 CFR 1.84(w)
   ____ Corrections not made from prior PTO-948. Fig(s)
17. DESIGN DRAWING. 37 CFR 1.152
   ____ Surface shading shown not appropriate. Fig(s)
   ____ Solid black shading not used for color contrast. Fig(s)

COMMENTS:
Fig 1's obj

ATTACHMENT TO PAPER NO. __4__    REVIEWER _____    DATE _____

PTO Copy

IN001300

 

#3

67369  U. P17168,1001 (KAYE-24,914)                                    PATENT

01/14/97

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING

I ... ly certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on January 10, 1997.
(Date)
Janie Fagan
(Printed or typed name of the person signing the certificate)
(Signature of the person signing the certificate)
January 10, 1997
(Date of Signature)

In re Application of:      Perry S. Kaye

Serial Number:            08/738,317

Filing Date:              October 25, 1996

Group:                    3304

For:                      PERSONAL COMPUTER LOTTERY GAME

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

RECEIVED

JAN 27 1997

GROUP 3300

INFORMATION DISCLOSURE STATEMENT

Pursuant to the duty of disclosure under 37 C.F.R. §1.56, Applicant submits this statement. This submittal is made in accordance with 37 C.F.R. §§1.97 and 1.98 and § 609 of the Manual of Patent Examining Procedure. The U.S. Patents and Foreign Patents discussed herein are listed below and on the attached Form PTO-1449. Copies of references cited by or submitted in the prior application of which this is a continuation-in-part have previously been sent. Copies of new cited references accompanies this statement.

Serial No.: 08/418,011

| U.S. PATENT NO. | PATENTEE | ISSUE DATE |
|---|---|---|
| 4,108,361 | Krause | August, 1978 |
| 4,288,077 | Rose et al. | September, 1981 |
| 4,575,622 | Pellegrini | March, 1986 |
| 4,582,324 | Koza et al. | April, 1986 |
| 4,652,998 | Koza et al. | March, 1987 |
| 4,689,742 | Troy et al. | August, 1987 |
| 4,760,247 | Keane et al | July, 1988 |
| 4,764,666 | Bergeron | August, 1988 |

-2-

| U.S. PATENT NO. | PATENTEE | ISSUE DATE |
|---|---|---|
| 4,832,341 | Muller et al. | May, 1989 |
| 4,882,473 | Bergeron et al. | November, 1989 |
| 4,996,705 | Entenmann | February, 1991 |
| 5,069,453 | Koza et al. | December, 1991 |
| 5,083,272 | Walker et al. | January, 1992 |
| 5,112,050 | Koza et al. | May, 1992 |
| 5,212,368 | Hara | May, 1993 |
| 5,223,698 | Kapur | June, 1993 |
| 5,282,620 | Keesee | February, 1994 |
| 5,326,104 | Pease et al. | July, 1994 |
| 5,327,485 | Leaden | July, 1994 |
| 5,330,185 | Wells | July, 1994 |
| 5,331,141 | Kaneko | July, 1994 |
| 5,342,047 | Heidel et al. | August, 1994 |
| 5,348,299 | Clapper, Jr. | September, 1994 |
| 5,365,575 | Katz | November, 1994 |
| 5,377,975 | Clapper, Jr. | January, 1995 |
| 5,398,932 | Eberhardt et al. | March, 1995 |
| 5,407,199 | Gumina | April, 1995 |
| 5,411,258 | Wilson et al. | May, 1995 |
| 5,415,416 | Seagnelli et al. | May, 1995 |
| 5,417,424 | Snowden et al. | May, 1995 |
| 5,429,361 | Raven et al. | July, 1995 |
| 5,569,082 | Kaye | October, 1996 |

Serial No.: 08/738,317
(Copies of new cited references attached)

| U.S. PATENT NO. | PATENTEE | ISSUE DATE |
|---|---|---|
| 5,373,440 | Cohen et al. | December, 1994 |

| FOREIGN PATENTS | COUNTRY | DATE |
|---|---|---|
| WO 91/06931 | PCT | May, 1991 |
| WO 94/03873 | PCT | February, 1994 |

### REMARKS

Applicant hereby expressly reserves the right to swear behind the effective dates of any of the

IN001302

-3-

herein, in whole, in part, or in combination, subsequent to filing this Information Disclosure

Statement.

The Commission is hereby authorized to charge any fees which may be required, or credit any

overpayment to Deposit Account No. 07-0153.

Respectfully submitted,

GARDERE & WYNNE, L.L.P.

By:_____

Martin Korn
Registration No. 28,317

DATED: January 10, 1997
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 999-3000
(214) 999-4664
KAYE/24014ids.ltr

IN001303

FORM 98-3

Sheet -1- of -4-.

| FORM PTO-1449<br>(Rev. 2-32) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>117158-1001  (KAYE-24,914) | SERIAL NO.<br>08/738,317 |
|---|---|---|---|
| 67369 U.S. PTO | INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT | APPLICANT<br>Perry S. Kaye | |
| 01/14/99 | use several sheets if necessary) | FILING DATE<br>October 25, 1996 | GROUP<br>3304 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| MOS | 4,108,361 | 08/1978 | Krause | 364 | 412 | |
| | 4,288,077 | 09/1981 | Rose et al. | 273 | 138 R | |
| | 4,575,622 | 03/1986 | Pellegrini | 364 | 410 | |
| | 4,582,324 | 04/1986 | Koza et al. | 273 | 138 A | |
| | 4,652,998 | 03/1987 | Koza et al. | 364 | 412 | |
| | 4,689,742 | 08/1987 | Troy et al. | 273 | 138 A | |
| | 4,760,247 | 07/1988 | Keane et al. | 364 | 412 | |
| | 4,764,666 | 08/1988 | Bergeron | 273 | 139 | |
| | 4,832,341 | 05/1989 | Muller et al. | 273 | 138 A | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES      NO |
|---|---|---|---|---|---|---|---|
| MOS | | WO 91/06931 | 05/1991 | PCT | 17 | 32 | |
| | | WO 94/03873 | 02/1994 | PCT | 15 | 00 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |

| EXAMINER | MOS | DATE CONSIDERED | 2/28/97 |
|---|---|---|---|

EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation
if not in conformance and not considered.  Include copy of this form with next communication to applicant.

IN001304

FORM 98-3

Sheet -2- of -4-.

| FORM PTO-1449<br>(Rev. 2-32) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE<br><br>INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT | ATTY. DOCKET NO.<br>117158-1001 | SERIAL NO.<br>08/738,317 |
|---|---|---|---|
| | | APPLICANT<br>Perry S. Kaye | |
| | (Use several sheets if necessary) | FILING DATE<br>October 25, 1996 | GROUP<br>3304 |

## U.S. PATENT DOCUMENTS

| EXAMINER<br>INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE<br>IF<br>APPROPRIATE |
|---|---|---|---|---|---|---|
| MCB | 4,882,473 | 11/1989 | Bergeron et al. | 235 | 380 | |
| | 4,996,705 | 02/1991 | Entenmann | 364 | 412 | |
| | 5,069,453 | 12/1991 | Koza et al. | 273 | 139 | |
| | 5,083,272 | 01/1992 | Walker et al. | 364 | 412 | |
| | 5,112,050 | 05/1992 | Koza et al. | 273 | 139 | |
| | 5,212,368 | 05/1993 | Hara | 235 | 375 | |
| | 5,223,698 | 06/1993 | Kapur | 364 | 412 | |
| | 5,282,620 | 02/1994 | Keesee | 273 | 138 A | |
| | 5,326,104 | 07/1994 | Pease et al. | 273 | 138 A | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION<br>YES        NO |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages; Etc.)

| EXAMINER | MCB | DATE CONSIDERED | 2/28/97 |
|---|---|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation
if not in conformance and not considered. Include copy of this form with next communication to applicant.

FORM105

FORM 9B-3

Sheet -3- of -4-.

| FORM PTO-1449<br>(Rev. 2-32) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>11715B-1001 (KAYB-24,914) | | SERIAL NO.<br>08/738,317 |
|---|---|---|---|---|
| | INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT | APPLICANT<br>Perry S. Kaye | | |
| (Use several sheets if necessary) | | FILING DATE<br>October 25, 1996 | | GROUP<br>3304 |

## U.S. PATENT DOCUMENTS

| EXAMINER<br>INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE<br>IF<br>APPROPRIATE |
|---|---|---|---|---|---|---|---|
| *MAL* | | 5,327,485 | 07/1994 | Leaden | 379 | 95 | |
| | | 5,330,185 | 07/1994 | Wells | 364 | 412 | |
| | | 5,331,141 | 07/1994 | Kaneko | 235 | 462 | |
| | | 5,342,047 | 08/1994 | Heidel et al. | 273 | 138 A | |
| | | 5,348,299 | 09/1994 | Clapper, Jr. | 273 | 138 A | |
| | | 5,365,575 | 11/1994 | Katz | 379 | 92 | |
| | | 5,373,440 | 12/1994 | Cohen et al. | 364 | 410 | |
| | | 5,377,975 | 01/1995 | Clapper, Jr. | 273 | 138 A | |
| | | 5,398,932 | 03/1995 | Eberhardt et al. | 273 | 138 A | |
| | | 5,407,199 | 04/1995 | Gumina | 273 | 138 R | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION<br>YES      NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| EXAMINER *MAL* | DATE CONSIDERED 2/28/97 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation
if not in conformance and not considered. Include copy of this form with next communication to applicant.

IN001306

FORM 98-3

Sheet -4- of -4-.

| FORM PTO-1449<br>(Rev. 2-32) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>117158-1001 (KAYE-24,914) | | SERIAL NO.<br>08/738,317 |
|---|---|---|---|---|
| | INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT | APPLICANT<br>Perry S. Kaye | | |
| | (Use several sheets if necessary) | FILING DATE<br>October 24, 1996 | | GROUP<br>3304 |

## U.S. PATENT DOCUMENTS

| EXAMINER<br>INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE<br>IF<br>APPROPRIATE |
|---|---|---|---|---|---|---|---|
| *initialed* | | 5,411,258 | 05/1995 | Wilson et al. | 384 | 410 | |
| | | 5,415,416 | 05/1995 | Seagnelli et al. | 273 | 138 A | |
| | | 5,417,424 | 05/1995 | Snowden et al. | 384 | 412 | |
| | | 5,429,361 | 07/1995 | Raven et al. | 273 | 138 A | |
| | | 5,569,082 | 10/1996 | Kaye | 463 | 17 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION<br>YES      NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER | *initialed* | | DATE CONSIDERED | 2/28/97 |
|---|---|---|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation
if not in conformance and not considered. Include copy of this form with next communication to applicant.

RCNV/I05
RCNV/I05

IN001307

KAYE-24,914

Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:    Perry Kaye

Serial No.:    08/738,317

Filed:    October 25, 1996

For:    PERSONAL COMPUTER LOTTERY GAME

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

### CHANGE OF ADDRESS

Effective immediately, kindly direct all papers pertaining to the above-captioned patent application to the following address:

Martin Korn
Gardere & Wynne, L.L.P.
1601 Elm Street, Suite 3000
Dallas, Texas 75201

and all telephone calls should be directed to Martin Korn at (214) 999-4664.

Respectfully submitted,

GARDERE & WYNNE, L.L.P.
Attorneys for Applicant

By: _____
Martin Korn
Registration No. 28,317

Date: December 30, 1996

GWDK247759

PATENT APPLICATION SERIAL NO. 08/738317

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
200 TD 11/12/96 00738317
1 201          505.00 CK KAYE 24914
```

PTO-1556
(5/87)

IN001309

| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|
| SERIAL NUMBER <br> 08/738,317 | FILING DATE <br> 10/25/96 | CLASS <br> 273 | GROUP ART UNIT <br> 3304 |

**APPLICANT**

PERRY S. KAYE, COOPER CITY, FL.

\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
 VERIFIED    THIS APPLN IS A CIP OF   08/418,011 04/06/95 PAT   5,569,082

\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\*
 VERIFIED

FOREIGN FILING LICENSE GRANTED 12/30/96    \*\*\*\*\* SHALL ENTITY \*\*\*\*\*

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| FL | 16 | 17 | 6 | $505.00 | KAYE24.914 |

**ADDRESS**

ROSS CLAPP KORN AND MONTGOMERY
SUITE 102
14651 DALLAS PARKWAY
DALLAS TX 75240-7477

**TITLE**

PERSONAL COMPUTER LOTTERY GAME

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____        Certifying Officer _____

IN001310

08/738317

| | U.S. Department of Commerce Patent and Trademark Office | Attorney Docket No. | KAYE 24.914 |
|---|---|---|---|
| Rev. 6/95 **NEW UTILITY PATENT APPLICATION TRANSMITTAL** be used for new applications only) | | First Named Inventor | PERRY KAYE |
| OCT 25 1996 | | Total Pages in This Submission | 62 |

## APPLICATION ELEMENTS

Notice: Checklist items mentioned under Application Elements section constitute a new utility patent application. Please refer to MPEP Sections 506, 601, (37 CFR 1.77, 1.53, 35 USC 111, 112, 113) for detailed explanation regarding completeness of an original patent application.

1. ☒ Fee Transmittal Form (prescribed filing fee[s])
2. Specification
   - ☒ Abstract of the Disclosure
   - ☒ Title of the Invention
   - ☒ Cross References to Related Applications (if applicable)
   - ☐ Statement Regarding Federally-Sponsored Research / Development (if applicable)
   - ☐ Reference to Microfiche Appendix (if applicable)
   - ☒ Background of the Invention
   - ☒ Brief Summary of the Invention
   - ☒ Brief Description of the Drawings (if drawings filed)
   - ☒ Detailed Description
   - ☒ Claim or Claims
3. ☒ Drawing(s) (when necessary as prescribed by 35 USC §113)
4. ☒ Executed Declaration
5. Genetic Sequence Submission (if applicable, all must be included)
   - ☐ Paper Copy
   - ☐ Computer Readable Copy
   - ☐ Statement Verifying Identical Paper and Computer Readable Copy

## ACCOMPANYING APPLICATION PARTS

6. ☐ Assignment Papers
7. ☐ Certified Copy of Priority Document(s) (if foreign priority is claimed)
8. ☐ Computer Program in Microfiche
9. ☐ English Translation Document (if applicable)
10. ☐ Information Disclosure Statement / PTO-1449   ☐ Copies of IDS Citations
11. ☐ Petition Checklist and Accompanying Petition
12. ☐ Preliminary Amendment
13. ☐ Proprietary Information
14. ☒ Return Receipt Postcard
15. ☒ Small Entity Statement
16. ☐ Additional Enclosures (please identify below):

### SIGNATURE OF APPLICANT, ATTORNEY OR AGENT

I hereby certify that this paper or fee is being deposited with the US Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 in an envelope addressed to the Assistant Commissioner for Patents, Washington, DC 20231 on the date indicated below.

TB880885588US   Express Mail Label No.

| Individual or Firm Name | MARTIN KORN |
|---|---|
| Signature | *[signature]* |
| Date | October 25, 1996 |

## FOR OFFICIAL USE ONLY

| Application Number | | Class | | Independent Claims | |
|---|---|---|---|---|---|
| Date of Receipt | Application Type | GAU | | Total Claims | |
| | Filing Date | Foreign Filing License? | | Drawing Sheets | |
| | Small Entity | Foreign Address? | | Special Handling? | |

IN001311

08/738317

IN001312

**TRANSMITTAL**

U.S. ___ment of Commerce
Pa___ d Trademark Office

Note If Known

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | P KAYE |
| Group Art Unit | |
| Examiner's Name | |
| Attorney Docket No. | KAYE 24,414 |

OCT 12 1996

TOTAL AMOUNT OF PAYMENT  $ 505.00

## METHOD OF PAYMENT (Check One)

[X] The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Acct. No.: 18-2026

Deposit Acct. Name: Ross, Clapp, Korn & Montgomery, L.L.P.

[X] Payment Enclosed:
 [X] Check
 [ ] Money Order
 [ ] Other:

(reserved space)

[ ] Charge any additional fee required under 37 CFR 1.16 and 1.17

[ ] Charge the Issue Fee set in 37 CFR 1.18 at the mailing of the Notice of Allowance, 37 CFR 1.311(b)

## FEE CALCULATION

### Filing Fee

| Large Entity | | Small Entity | | | | | | Additional Fees | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Description | Fee Paid | | Large Entity | | Small Entity | | | Description | | Fee Paid |
| | | | | | | | Fee Code | Fee ($) | Fee Code | Fee ($) | | | | |
| 101 | 770 | 201 | 385 | Utility Filing | 385 | | 105 | 130 | 205 | 65 | | Surcharge - Late Filing Fee or Oath | | |
| 106 | 320 | 206 | 160 | Design Filing | | | 139 | 130 | 139 | 130 | | Non-English Specification | | |
| 107 | 530 | 207 | 265 | Plant Filing | | | 147 | 2,460 | 147 | 2,460 | | Request for Re-Examination | | |
| 108 | 770 | 208 | 385 | Reissue Filing | | | 112 | 900 | 112 | 900 | | SIR Publ. Req. - Prior to Examiner's Action | | |
| | | | | SubTotal: | 385 | | 113 | 1,790 | 113 | 1,790 | | SIR Publ. Req. - After Examiner's Action | | |
| | | | | | | | 115 | 110 | 215 | 55 | | Request for Extension - 1 Month | | |
| | | | | | | | 116 | 390 | 216 | 195 | | Request for Extension - 2 Month | | |

### Claims

| | | | No. Extra | Fee Due | Fee Paid | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Claims | 17 | - 20 = | x | 11 | -0- | | 117 | 930 | 217 | 465 | | Request for Extension - 3 Month | | |
| Independent Claims | 6 | - 3 = | 3 x | 40 | 120 | | 118 | 1,470 | 218 | 735 | | Request for Extension - 4 Month | | |
| Multiple Dependent Claims | | | | | | | 119 | 300 | 219 | 150 | | Notice of Appeal | | |
| | | | | | | | 120 | 290 | 220 | 145 | | Brief in Support of Appeal | | |
| | | | | | | | 121 | 300 | 221 | 130 | | Request for Oral Hearing | | |

| Large Entity | | Small Entity | | | | | 138 | 1,470 | 138 | 1,470 | | Petition - Public Use Proceeding | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Description | Fee Paid | | 140 | 110 | 240 | 55 | | Petition to Revive - Unavoidably Abandoned | | |
| 102 | 80 | 202 | 40 | Independent Claims (in excess of 3) | | | 141 | 1,290 | 241 | 645 | | Petition to Revive - Unintentionally Abandoned | | |
| 103 | 22 | 203 | 11 | Claims (in excess of 20) | | | 142 | 1,290 | 242 | 645 | | Issue Fee - Utility | | |
| 104 | 260 | 204 | 130 | Multiple Dependent Claims | | | 143 | 440 | 243 | 220 | | Issue Fee - Design | | |
| 109 | 80 | 209 | 40 | Reissue Independent Claims (over original patent) | | | 144 | 650 | 244 | 325 | | Issue Fee - Plant | | |
| 110 | 22 | 210 | 11 | Reissue Claims (in excess of 20 & over original patent) | | | 122 | 130 | 122 | 130 | | Petitions to the Commissioner | | |
| | | | | SubTotal: | 120 | | 126 | 230 | 126 | 230 | | Information Disclosure Statement | | |
| | | | | | | | 581 | 40 | 581 | 40 | | Assignment Recording - Per Property | | |

I hereby certify that this paper or fee is being deposited with the US Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 in an envelope addressed to the Commissioner of Patents & Trademarks, Washington, DC 20231, on the date indicated below.

EXPRESS MAIL LABEL No TB880BB558BUS

| 114 | 150 | 214 | 75 | Provisional Application |

Other (specify):
Other (specify):

SubTotal:

## SUBMITTED BY:

| Printed Name: | MARTIN KORN | | |
|---|---|---|---|
| Signature: | *[signature]* | Date: | OCTOBER 25, 1996 |

238 317

PERSONAL COMPUTER LOTTERY GAME

ABSTRACT OF THE DISCLOSURE

A method and system for playing a lottery type game includes a
gaming piece which includes a predetermined code having data indicating
whether the player wins or loses the game, the data being unrecognizable
to the player, such that the player does not know the outcome of the game
5    prior to play of the game. The code is stored on the gaming piece in a
memory device. The gaming piece is reusable with different codes. The
code is read by a processor. The processor presents an amusement game
on a display for play by the player, and the player controls game play by
10   inputting game parameters to the processor. The processor controls the
outcome of the amusement game played by the player based upon the
code. A display provides an indication to the player of a game win or a
game loss based upon the code.

40



505.⁰⁰    208/738317

YE-24,914

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PERSONAL COMPUTER LOTTERY GAME

RELATED APPLICATION

The present application is a continuation-in-part application of U.S.
Serial No. 08/418,011, filed April 6, 1995, entitled "Personal Computer
Lottery Game", and now U.S. Patent No. 5,569,082.

TECHNICAL FIELD OF THE INVENTION

The present invention relates to personal computers, and more
particularly to a lottery/casino type game which allows players to purchase
gaming pieces including a data storage media to be used for game play.

1

IN001314



## BACKGROUND OF THE INVENTION

The present invention relates to a method and system for the administrating, operating, and playing of a game in which a player acquires a chance to win and the outcome of that chance is displayed in an interesting, fun, and exciting fashion.

An important application of the invention is in the operating of games of chance in which a person purchases a chance to win and then learns of the outcome in an interesting and fun fashion. Some of these games are usually called lotteries or raffles. The operation and running of these games entails the purchase of a chance to win and then at some point a single and usually quick action displays the outcome of the game.

As an example, the playing of what is called a scratch off lottery is as follows. A player purchases a chance to win in the form of a card having symbols and a covered area that conceals the outcome of the game. In this type of game the odds of winning are controlled by the number and type of cards that are created. The player scratches the coating that covers the concealed area which reveals the game's outcome by the symbols or words that are under the coating. This activity provides the player with just a brief few moments of excitement.

Problems are inherent in the current gaming systems arising from: (a) the low level of excitement that is generated from the display of the game's outcome; (b) the fact that it takes just a few moments to play the game; (c) insufficient player interaction with the game except for boring scratching of the coating; (d) excessive space that is required to store the different games necessary to stock all of the available printed game cards; (e) tracking and control of the game cards; (f) non-challenging simple

2

games; (g) dirt caused by the scratched coating; (h) the limited number of
games because the only variations to the game are the use of different
symbols, colors, or placement of the symbols; (i) fraud caused by game
card theft and/or tampering; (j) waste caused by the need to print and
5    stock many different game cards to keep players interested; (k) restricting
access to minors; and (l) allowing for system wide and regional control
and monitoring.

       There are many ways in which these problems are overcome by the
present invention and there are many new ways to apply this invention to
10   create new and exciting games.

       Players want a game that has variety, excitement, a multi-sensory
game display, which provides players with options and choices.  Game
operators want a game that has controllable odds, is simple to run and
administer, will increase their sales, help eliminate fraud, and control their
15   inventory.

       Bearing these facts in mind it is considered that any improved
design of such a game should incorporate the principle of allowing a player
to acquire at least one chance to win, in a game of chance, and then
provide an exciting and interesting display for the outcome of that chance.
20   The display method would be even more interesting if it were player
selectable and if many companies could participate in the creation of the
games that display the outcome.

       A need has thus arisen for a system for administrating and operating
a game that overcomes some of the problems associated with known
25   systems.

3

## SUMMARY OF THE INVENTION

In accordance with the present invention, a method and system for playing a lottery type game is provided. The player acquires a gaming piece which includes a predetermined code having data indicating whether the player wins or loses the game, the data being unrecognizable to the player, such that the player does not know the outcome of the game prior to play of the game. The predetermined code is stored on the gaming piece in a memory device. The gaming piece is reusable with different codes. The code is read by a processor. The processor presents an amusement game to the player on a display for play by the player, and the player controls game play by inputting game parameters to the processor. The processor controls the outcome of the game played by the player based upon the predetermined code. A display provides an indication to the player of a game win or a game loss based upon the predetermined code.

4

IN001317