IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-1532 (KAJ) ) |
| GAMELOGIC, INC. | ) ) ) |
| Defendants. | ) |

### DEFENDANT GAMELOGIC, INC.'S
### MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

GameLogic by and through its counsel respectfully moves for summary judgment of non-infringement. For the reasons more specifically set forth in the accompanying brief and also GameLogic's briefing on claim construction, which is incorporated into the accompanying brief, GameLogic requests an order granting summary judgment of non-infringement.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Gary M. Hnath
Susan Baker Manning
Goutam Patnaik
Timothy A Molino
BINGHAM MCCUTCHEN LLP
2020 K Street,. NW, Suite 1100
Washington, DC  20006
Tel:  (202) 373-6050

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated:  May 1, 2006
730256 / 28749

*Attorneys for Defendant GameLogic Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 1, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

I hereby certify that on May 1, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC  20006
rtate@hunton.com
bburoker@hunton.com
ccuneo@hunton.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672965