### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1532 (KAJ) |
| GAMELOGIC, INC. | ) ) ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of defendant GameLogic's Motion for Summary Judgment of Non-Infringement:

It is hereby ORDERED this _____ day of _____, 2006 that the Motion for Summary Judgment is GRANTED.

 

_____
United States District Judge

730262