# EXHIBIT 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 4

US005373440A

## United States Patent [19]

### Cohen et al.

[11] Patent Number: 5,373,440

[45] Date of Patent: Dec. 13, 1994

[54] PROMOTIONAL GAME METHOD AND APPARATUS THEREFOR

[75] Inventors: Leopold Cohen, Las Vegas, Nev.; Charles L. Bernhaut, North Brunswick, N.J.; Robert T. Grindell, Sunrise, Fla.

[73] Assignee: UC'NWIN Systems, Inc., Ft. Lauderdale, Fla.

[21] Appl. No.: 893,654

[22] Filed: Jun. 4, 1992

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 821,988, Jan. 16, 1992, Pat. No. 5,231,568.

[51] Int. Cl.⁵ .................... G06F 15/28; A63F 5/04
[52] U.S. Cl. ...................... 364/410; 364/401; 273/139 A
[58] Field of Search ............ 364/401, 410, 411, 412; 283/51, 56, 901, 903, 102; 273/138 A, 139; 235/380, 375, 381

[56]              References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,594,760 | 7/1971 | Haker | 340/325 |
| 4,072,930 | 2/1978 | Lucero et al. | 340/152 T |
| 4,335,809 | 6/1982 | Wain | 194/1 R |
| 4,369,442 | 1/1983 | Werth et al. | 340/825.35 |
| 4,373,726 | 2/1983 | Churchill et al. | 273/138 A |
| 4,494,197 | 1/1985 | Tray et al. | 364/412 |
| 4,518,852 | 5/1985 | Stockburger et al. | 235/381 |
| 4,573,681 | 3/1986 | Okada | 273/143 R |
| 4,648,600 | 3/1987 | Olliges | 273/138 A |
| 4,652,998 | 3/1987 | Koza | 364/412 |
| 4,669,729 | 6/1987 | Solitt et al. | 273/138 |
| 4,674,041 | 6/1987 | Lemon et al. | 364/401 |
| 4,681,548 | 7/1987 | Lemelson | 434/311 |
| 4,712,799 | 12/1987 | Fraley | 273/138 A |
| 4,723,212 | 2/1988 | Mindrum et al. | 364/401 |
| 4,775,935 | 10/1988 | Yourick | 364/401 |
| 4,856,787 | 8/1989 | tikis | 273/737 |
| 4,882,473 | 11/1989 | Bergeron et al. | 235/380 |
| 4,943,090 | 7/1990 | Fienberg | 273/139 |

| | | | |
|---|---|---|---|
| 4,982,346 | 1/1991 | Girouard et al. | 364/550 |
| 5,002,313 | 3/1991 | Salvatore | 265/102 |
| 5,007,641 | 4/1991 | Seidman | 273/138 |
| 5,033,744 | 7/1991 | Bridgeman | 273/85 CP |
| 5,038,022 | 8/1991 | Lucero | 235/380 |
| 5,042,809 | 8/1991 | Richardson | 273/138 A |
| 5,083,271 | 1/1992 | Thatcher et al. | 364/411 |
| 5,085,308 | 2/1992 | Wilhem | 194/205 |
| 5,179,517 | 1/1993 | Sarbin et al. | 364/410 |
| 5,212,368 | 5/1993 | Hara | 235/375 |

#### FOREIGN PATENT DOCUMENTS

0070613   1/1983   European Pat. Off.

#### OTHER PUBLICATIONS

"Match The Super Star" ©1978 Coca-Cola Corp.

Primary Examiner—Roy N. Envall, Jr.
Assistant Examiner—A. Bodendorf
Attorney, Agent, or Firm—Lerner, David, Littenberg, Krumholz & Mentlik

[57]              ABSTRACT

A patron inserts a coded game card into a game machine which reads the code and determines whether the game card has been played within a designated time period. If the game card has been played within such period, the game machine is not permitted to operate and a message will be generated. If the card has not been played within the time period, the game machine operates and randomly positions a number of product and/or service representations with respect to one another. Prescribed combinations of the representations permit the patron to win a prize. Symbols, which may include symbols representing a business identity, may optionally be employed as wild cards in forming the prescribed combinations. In addition to bearing a unique game card code, the game card can also contain establishment codes which permit a game card to be played only at particular establishments. Other game cards can be specially coded to provide maintenance instructions to the game machine.

61 Claims, 5 Drawing Sheets





FIG. 1

FIG. 2

FIG. 3

PK002943

Case 1:04-cv-01532-KAJ    Document 118-2    Filed 05/08/2006    Page 10 of 60



FIG. 4



FIG. 5



FIG. 6

PK002944



XYZ
SUPER STORE
COUPON
GOOD FOR
3 JARS OF
ABC COMPANY
CHEESE DIP

— 60

FIG. 7



— 70

3 FREE JARS
OF ABC COMPANY
CHEESE DIP TO
PATRON
12345

FIG. 8

Case 1:04-cv-01532-KAJ    Document 118-2    Filed 05/08/2006    Page 12 of 60



FIG. 9a

PK002946



FIG. 9b

5,373,440

1

## PROMOTIONAL GAME METHOD AND APPARATUS THEREFOR

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation-in-part application of application Ser. No. 07/821,988 filed on Jan. 16, 1992 now U.S. Pat. No. 5,231,568.

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to games and, more particularly, relates to games in which prizes are awarded. Still more particularly, the present invention relates to games in which the prizes awarded are the products displayed as a result of playing the game.

#### 2. Description of the Prior Art

It is customary for all types of businesses to promote their products and services by offering those products and services at more attractive prices. Such promotions typically involve the use of coupons, such as buy one-get one free coupons, coupons redeemable for products or services at reduced prices or for free, rebate coupons, etc. These promotional techniques are, at best, only marginally effective at promoting the goods and services of businesses and, accordingly, the extraordinary expense in conducting these promotions is hardly justified. Thus, in promotions employing coupons, the coupons are typically distributed through newspapers, magazines and mass mailings to households, and therefore mostly reach consumers who are totally disinterested in the particular product or service being promoted. Of those consumers that may potentially be interested in the particular product or service, many cannot be bothered or do not remember to clip the coupon from the newspaper or magazine and bring it to a store for redemption. Other consumers may collect the coupons, but fail to redeem same prior to their expiration dates. These burdens placed on consumers result in low coupon redemption rates and, hence, inefficient and ineffective promotional programs by businesses.

Other promotional techniques which are frequently employed by businesses are similarly inefficient in that they are not targeted to narrowly defined groups of potential customers. Accordingly, these promotional schemes, which include contests, sweepstakes, free product giveaways, etc., suffer from drawbacks similar to those encountered when using coupons.

In an attempt to overcome the poor results which have been obtained with these conventional promotional schemes, attempts have been made to devise programs which are targeted to more select groups of consumers. In one such system, shown in U.S. Pat. No. 4,723,212 issued Feb. 2, 1988, the purchase of certain products causes the generation of discount coupons which may be used to purchase different products from the ones originally purchased. Each item purchased is examined to see if a coupon is to be generated, and when all items have been examined and the maximum number of coupons determined, a suitable number of discount coupons

2

are printed and issued. The patron does not take part in the process other than to select the original products for purchase. There is no display of the manufacturer's products, and the prizes awarded, if any, are intentionally different from the ones the patron has selected.

Other attempts have been made to develop promotional schemes which will be of more interest to potential customers. Typically, such schemes center around the playing of a game. In one system, described in U.S. Pat. No. 5,007,641 issued Apr. 16, 1991, a number of tokens having the same common code are distributed to patrons by an establishment or packaged with the product line to be promoted. The tokens must be brought by the patron to the establishment and played in the game device. Certain of the tokens result in the award of a prize which must be claimed at a redemption booth. The system itself does not display the manufacturer's products and therefore neither improves the patron's memory of such products nor triggers a desire to purchase such products. Moreover, the prizes awarded bear no resemblance to the code shown on the token or the game display.

A further known device, disclosed in U.S. Pat. No. 4,982,346 issued Jan. 1, 1991, shows visual advertisements of various products and dispenses coupons if the patron wins. The win is determined matching the number on a readable card with a pre-selected set of winning numbers in the device. Again, the actual prize won is not shown by the device and bears no direct relationship to what is shown.

Thus, despite the considerable effort that has gone into the development of many different promotional systems, there remains a need for a more effective system which will attract the attention of potential customers and which can acquaint these customers with the products and/or services being promoted by a business. Preferably, this system can be operated within a business establishment where it can be targeted to a more select group of potential customers.

### SUMMARY OF THE INVENTION

One aspect of the invention provides a promotional gaming method which includes the step of establishing at least two separate series of representations, including representations of products, services or both on a game machine. Most preferably, at least some of these representations are present in two or more of these series. Alternatively or additionally, the series may include "wild card" symbols. The method further includes the step of, upon play by a patron, randomly placing the series with respect to one another and with respect to a fixed reference location on the game machine. One representation of a product or service on a first series may at times be aligned with one representation of the product or service on the other series to form a winning combination. Where "wild card" symbols are present, a winning combination may be formed by a product or service representation and a wild card symbol. The method further includes the step of awarding a prize to the patrons who form such a winning combination. Most preferably, the prize is a product or service which is related in some way to the products or services in the winning combination. The patron will naturally focus his or her attention on the displayed representations to see if a winning combination is formed. Because product or service representations are displayed, the promotional game according to this aspect of the invention

5,373.440

3

will focus the patron's attention directly on the product or service representations. The patron cannot play the game without becoming conscious of a product or service being promoted. Moreover, the game is enjoyable and induces patrons to play.

In preferred methods according to this aspect of the invention, each patron who wishes to play the promotional game in an effort to win prizes obtains a game card by registering at a suitable service desk. Certain identifying information about the patron is recorded and a uniquely coded game card is issued to such patron and cross-referenced against his identifying information. The game card desirably also includes a code identifying the establishment in which the game card can be played.

In these preferred methods, the patron takes his game card and inserts it into a game machine to initiate play. In highly preferred methods, the establishment code is first checked to determine whether the game card is entitled to be played on that game machine. The unique code of the game card identifying the patron is then checked against the stored codes of game cards played within a prescribed period, such as 24 hours, and if it is found already stored, signifying that it has initiated play within the last 24 hour period, the game machine is locked out and the date and time of the previous play and an appropriate message are displayed on a visual display of the game machine.

In the event no match is found with stored codes, the random selection device is operated and a visual display of the peripheral surfaces of, for example, three adjacent wheels is shown by the game machine. On these peripheral surfaces are depicted a series of images representing products, services, manufacturer and other business symbols and other indicia. Since the three wheels spin independently, various combinations of these images can be formed entirely at random, including certain combinations for which prizes can be awarded. Alternatively, certain selection criteria can be established so that the formation of a winning combination will be less than entirely random although it will still appear to be random to the playing patron. For example, winners could be established based on preselected game card codes or at preselected times so that a patron playing at, say, 1:04 p.m. could automatically form a winning combination. As to individual patrons these would still be considered random selections of winners, and the formation of the winning combinations would appear to be entirely random.

In highly preferred methods, the game machine may display more than one image at a time on each of the wheels. Thus, for example, when the wheels stop moving there may be displayed an array of nine images consisting of three images on each of the three wheels. Although only three images will be compared to determine whether there is a winning combination, the display of the additional six images increases the advertising effect. In a variant of this method, the additional six images may remain fixed and only the images in those positions which must be compared to determine whether there is a winning combination will be moved randomly.

Another aspect of the invention provides a game machine for playing the promotional game. The game machine includes a display for establishing a reference point and at least two separate series of images, at least one of which includes representations of products, services or a combination of products and services, the two

4

series being independently movable with respect to one another and with respect to the reference location so that an image in one of the series can be aligned at the reference location with an image in another of the series to form various combinations, select ones of which being winning combinations. The game machine further includes movement means for moving the series with respect to one another and means for signaling that one of the winning combinations has been formed. Also, means are provided for awarding a prize on the formation of a winning combination.

In preferred embodiments of the game machine, the code on a game card inserted into the game machine actuates the movement means. In highly preferred game machines, maintenance cards inserted into and read by the game machine instruct the game machine to perform certain non-game functions.

The game machine itself can be set to dispense preprinted coupons or can contain a printing device to print on blank or partially pre-printed tape to form a coupon. Alternatively, a signal can be sent to a remote location such as a service or courtesy desk where the coupon can be issued or arrangements made for receiving the prizes at no or a reduced cost.

The game machine can be used to display the fact that prizes have been awarded and between plays can display prescribed messages about the products and services being promoted, the manufacturer, the establishment or the game itself. These messages can take several forms, including "still" advertisements, banners having messages scrolling across them and moving videos.

It is an object of this invention to provide a promotional game machine which is simple to use and can be readily reprogrammed to change the products and/or services being promoted.

It is a further object of this invention to provide a game machine which can initiate the awarding of prizes in accordance with the objects displayed and in amounts commensurate with the number and type of product, service or symbol images displayed.

It is yet another object of this invention to provide a game machine which can only be played by a given patron a fixed number of times within a fixed time period.

Other objects and features of the invention will be pointed out in the following description and claims and illustrated in the accompanying drawings which disclose, by way of example, the principles of the invention and the best modes which have been presently contemplated for carrying them out.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings in which similar elements are given similar reference characters:

FIG. 1 is a front view of a game machine constructed in accordance with one embodiment of the invention;

FIG. 2 is a top plan view of a first form of game card which can be employed with the game machine of FIG. 1;

FIG. 3 is a top plan view of another form of game card which can be employed with the game machine of FIG. 1;

FIG. 4 is a highly schematic front view of one possible display on the screen of the game machine of FIG. 1;

FIG. 5 is a highly schematic front view of another possible display on the screen of the game machine of FIG. 1;

5,373,440

5

6

FIG. 6 is a highly schematic front view of yet another possible display on the screen of the game machine of FIG. 1;

FIG. 7 is a top plan view of a coupon which may be issued by the game machine of FIG. 1;

FIG. 8 is a highly schematic front view of a screen at a location remote from the game machine of FIG. 1; and

FIGS. 9a and 9B together are a flow chart of the operation of the game machine of FIG. 1.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Turning now to FIG. 1, there is shown one embodiment of a game machine 10 which may be installed in a store and played in accordance with the methods disclosed herein. Game machine 10 includes a cabinet 12 to house a computer and the peripheral electronic and mechanical devices (not shown) required to operate and perform the various functions of the game machine. In the upper portion of cabinet 12 is a video screen 14 which may be a TV monitor or the like. Optionally, video screen 14 may be positioned in a location remote from cabinet 12, such as at an elevated level which can be more readily seen by patrons throughout the store. The video screen 14 displays computer-generated representations of the peripheral surfaces of three adjacent wheels 16, 18 and 20 which can be rotated independently of one another in a random fashion so that the effect is the same as watching the display of mechanical slot machines. Screen 14 may also display a computer-generated or permanently marked indicia 15 at a preselected reference location. Rather than include depictions of lemons, cherries and other non-significant symbols, the wheels each carry a series of images 17 which represent products and/or services that a manufacturer, distributor or other business wishes to promote. As used herein, the term "products" does not refer to generic products, but rather refers to the brand-name products of one or more manufacturers or distributors. Also as used herein, the term "service representation" refers to a representation of a physical article, apparatus or other thing which is commonly identified with a particular service or which is useful in connection with performing the service. The wheels may also display trademarks, service marks or other symbols or logos 19 associated with the manufacturer, distributor or other business, which marks, symbols or logos may serve as wild cards. Alternatively, a store wishing to promote certain of its own products or services or the products or services of another business can place representations of those products or services on the wheels, as well as symbols identifying the store which may serve as wild cards. Further, the wheels may display images which partially represent the foregoing products, services and/or symbols so that upon the alignment of select ones of these images, a complete representation of one or more of the products, services and/or symbols will be formed. The particular combinations of product and/or service representations for which prizes will be awarded, both with and without wild cards, are determined in advance and programmed into game machine 10, as will be discussed more fully below.

The game machine 10 is operated by the insertion of a game card, such as card 32 shown in FIG. 2 or card 38 shown in FIG. 3, into slot 22 of game machine 10. Game card 32 has a bar-code section 34 bearing a unique code which represents a particular patron and which thus identifies the game card. Preferably, the bar-code section 34 will also include a portion coded with information on the establishment or chain of establishments in which the game card 32 may be played. For example, each supermarket chain and each store in the chain may be identified by coded characters. The game machine 10 can then be set to operate only if it reads the code of the chain in which it is installed or, if special promotions in one or more stores are conducted, only those game cards 32 which contain the codes of the chain and those selected stores would operate the game machine 10. Similarly, game card 38 has a magnetic stripe 40 upon which has been recorded a similar unique code which represents a particular patron and which therefore identifies the game card, which code desirably also represents the establishment or chain of establishments in which game card 38 can be played. The name of the chain or the particular establishment at which the game card is valid may be printed upon the card itself, as at 36 on game card 32, or 42 on game card 38.

Located behind slot 22 is a suitable reader (not shown) for reading bar codes of the type contained on game card 32 or the magnetic stripe codes of the type contained on game card 38. In this regard, any bar code or magnetic stripe reader capable of supporting an RS232 interface at 9600 baud may be used. The data read by the reader will be used as set out below.

A further slot 24 is provided to dispense coupons representing the prizes awarded. Behind slot 24 may be a feeding mechanism (not shown) for dispensing pre-printed coupons stored in the game machine, or a printer (not shown) which first prints the required coupon on a roll of blank paper or partially pre-printed forms on which may appear the store name, address, advertising information, etc., and which then feeds the completed, severed coupon through slot 24.

Referring to the flow chart of FIGS. 9a and 9B, the general method for operating the promotional game is set out. First, a patron goes to a service desk or the like and requests a game card. The service desk personnel will take certain identification data from the patron which clearly identifies that patron only. The patron's name, address, social security number, driver's license number and similar data can be used. Optionally, certain biographic information may also be taken, including the patron's sex, age, marital status, number of children, etc. The data is entered into input device 26 by depressing the keys of keypad 28. (See FIG. 1)

Next, the identification data is compared with like identification data stored in the input device 26 to determine if this identification data has been stored previously. If it matches previously stored identification data, it means the patron already has been issued a game card 32 or 38, the fact of the match is shown by a suitable display, and no new game card is issued. In the absence of a match, a coded game card 32 or 38 is issued to the patron, and all of the entered data is permanently stored in the input device 26. The number of the game card is permanently stored in input device 26 with the identification data of the patron so that the patron can be identified by his identification data or game card number. In the event a game card is lost, the patron can report the loss to persons at the service desk who will enter additional data into the file of the patron in the input device 26 which will render the lost game card invalid for play by another patron. A new game card 32 or 38 with a new code can then be issued to such patron. At prescribed intervals, the input device 26 may

5,373,440

7

be connected by a suitable cable (see FIG. 1) to the game machine 10 to upload the codes of the invalid game cards to a permanent memory location in game machine 10. Alternatively, a keyboard (not shown) may be temporarily connected to the game machine 10 to enter invalid game card codes directly into the permanent memory location of game machine 10. In a preferred arrangement, the information regarding invalid game card codes may be downloaded onto a disk or other recordable media (not shown) which may then be inserted into game machine 10 and uploaded into the permanent memory location therein. In any event, if any game card reported as lost is thereafter inserted for play, the game machine 10 will not be activated. A message may be displayed on video screen 14 or at the service desk to indicate that this is an invalid game card.

Once it has been issued to him, the patron may insert his game card into slot 22 of game machine 10 which reads the code in bar code section 34 on game card 32 or the code on magnetic stripe 40 of game card 38. The portion of the game card code bearing the establishment information may first be compared by game machine 10 with establishment codes permanently stored therein to ascertain that the game card is being played in an establishment in which it is accepted. If the game card is not accepted by this particular establishment, a suitable message to that effect will be displayed on video screen 14 and play will not be initiated. On the other hand, if the establishment information in the game card code is acceptable, the random selection device in game machine 10 will be actuated automatically to initiate play.

As used throughout this specification, the term "random" refers to a movement of the wheels 16, 18 and 20 with respect to one another and with respect to reference location 15 which appears to be entirely random to the playing patron. As will be discussed more fully below, the movement of the images on the wheels may be truly random in that it is not influenced by any instructions from the software operating the game machine. It should be emphasized that this truly random movement of the images is the most preferred method for operating the game machine in accordance with the present invention. However, there is the possibility of programming the operating software of the game machine to control the movement of these images to some extent to assure that a winning combination is formed at prescribed times or at prescribed intervals. Although the influence of the software controlling the operation of the game machine may make the movement of the wheels with respect to one another less than truly random, such movements will still appear to be truly random to the playing patron. This latter possibility is a less preferred method of operating the game machine.

In order to more equitably distribute the prizes awarded, the establishment may desire to limit how often each game card may be played during a preselected period of time. The number of plays permitted within the preselected period of time may be limited to one or may be selected to be a number greater than one. For example, each game card may be limited to only one play during each twenty-four hour period, five plays in a one week period, etc. In order to accomplish this result, each time the insertion of a game card into slot 22 of game machine 10 actuates the random selection device of the game machine, the code on that game card is stored in a temporary memory location in game machine 10. Stored along with the game card code are the date and time of play, as determined by an internal

8

clock in game machine 10. If desired, the game machine 10 can also be programmed to store information regarding prizes won by the patron on that play, if any. As the patron inserts his game card into slot 22 of game machine 10, the game machine can compare the game card code on that card with all of the game card codes previously stored in the temporary memory of game machine 10 to determine whether the random selection device should be actuated. In the event game machine 10 determines that the game card code has not been played the maximum permissible number of times within the preselected period of time, the random selection device will be actuated and the patron's game card code, the date and the time of play will again be stored together in the temporary memory location in game machine 10. Thus, a particular game card code may be stored as one or more entries in the temporary memory location, the date and time of play being stored along with each entry. Should the game machine 10 determine that the game card code has already been played the maximum permissible number of times, the random selection device will not be actuated, and, instead, the dates and times of each of the patron's plays may be displayed on video screen 14 along with a video and/or audio message indicating that play has been denied.

The internal clock in game machine 10 can be used to periodically clear from the temporary memory location of the game machine the data regarding those patrons who had played. Thus, the machine may check the date and time of play included with each game code entry, and may delete each entry having an "old" date and time, i.e., a date and time more than a preselected period before the checking and deletion cycle. Therefore, at the end of the preselected period, each patron will be able to recommence his playing of the game machine. The clearing of the data stored in the temporary memory will not affect that information stored in the permanent memory, such as the record of invalid game codes. Alternatively, the machine may simply clear all of the entries from the temporary memory at a selected time, such as at midnight each day or at the end of a week.

In a less preferred embodiment, all possible game card codes are permanently stored in game machine 10, and each time a particular game card is played a temporary notation is made within the game machine as to the date and time of play. The additional information provided by these notations is then used by the game machine to determine if that game card is entitled to be played at the time of presentation.

As set out above, the display during the operation of the random selection device in response to the insertion of a game card 32 or 38 is the peripheral surfaces of three wheels 16, 18 and 20 which move independently of one another in a random fashion until they stop at their final settings. In these final settings, one image on each wheel is displayed in alignment with the reference location 15. This alignment will typically be a linear arrangement in either a horizontal row, a vertical row or a diagonal row, alignment in a horizontal row being the most preferred. Although three wheels are described, it should be understood that game machine 10 may include at least two wheels or any number of wheels greater than two. The peripheral surfaces of the wheels are marked with the images of a series of products and/or services which are being promoted. These may include, for instance, a series of products of a particular manufacturer or distributor, the products and/or services of the establishment in which the game ma-

5,373,440

9

chine is installed, the products and/or services of a different establishment, or combinations of any or all of the above. In addition, images of symbols or logos identifying the manufacturer, the distributor, the establishment or another business, collectively referred to herein as "business symbols", may be placed on the wheel surfaces to act as wild cards. No actual wheels exist, but these images result from the operation of the software within the game machine 10 in a well-known manner.

The software required to generate the product representations, service representations and business symbol images; to determine the particular combinations of images that will be awarded a prize; to determine the odds of forming these winning combinations; to display a particular message or series of messages; and to perform any other task in connection with the operation of game machine 10 is recorded on a disk or other storage media insertable in the game machine. The software, a preferred listing of which is shown in Appendix A attached hereto, may be run on any computer system running WINDOWS from Microsoft Corp. Version 3.1 or greater and capable of supporting the requisite peripheral equipment, preferred models of which are identified on the cover page of the attached software listing. By placing the game software on a removable disk, any of these parameters may be changed by merely replacing the storage disk with a new disk having the desired data. For example, the products whose representations appear upon the operation of game machine 10 can be changed merely by inserting a new disk having the proper information. Similarly, a new storage disk could be supplied to change the odds that a winning combination will be formed on any one play of game machine 10. To increase the odds that any one particular product or service representation will be part of a winning combination, the number of times representations or partial representations of that product or service appear on the wheels is increased. Similarly, the odds of forming a winning combination with a particular product or service representation can be decreased by decreasing the number of times representations or partial representations of that product or service appear on the wheels.

Based upon the particular combination of images which are in alignment in reference location 15 at the end of the spinning of wheels 16, 18 and 20, a prize can be awarded. The criteria for determining which combinations will be awarded a prize can be selected from several different alternatives by an appropriate programing of the software which operates game machine 10. In one method for forming a winning combination, the product and/or service representations on at least two wheels will match one another. Obviously, this method requires that the representations of at least some of the products or services appear on at least two of the wheels so that matches can occur. For example, in game machines employing three wheels 16, 18 and 20, a winning combination may require that the product and/or service representations aligned in reference location 15 when all three wheels come to rest be identical. This concept is illustrated in FIG. 4, in which wheels 16, 18 and 20 have each come to rest showing representations of cheese dip in horizontal alignment. Other winning combinations in accordance with this method may be formed through the use of business symbols which serve as wild cards. Thus as shown in FIG. 5, wheels 16 and 18 have come to rest displaying representations of cheese dip, while wheel 20 has come to rest displaying the manufacturer's logo. It will be appreciated that the

10

use of business symbols as wild cards eliminates the need to have the representations of at least some of the products or services appear on at least two of the wheels. This is particularly true in the case where only two wheels are used, where a winning combination may be formed by matching a wild card symbol with a product or service representation. The extent to which the images on the wheels match may determine the magnitude of the prize awarded. Thus, at the option of the business employing game machine 10 for promotional purposes, the concurrence of the three product representations in FIG. 4 may result in, for example, ten packages of cheese dip being awarded, while the combination of the matching product representations on wheels 16 and 18 with the manufacturer's logo on wheel 20 may result in an award of only three packages of cheese dip or cents-off coupons for this product.

A method which is similar to, but less preferred than that described above employs game machines in which the three wheels 16, 18 and 20 include partial representations of products and/or services. In accordance with this method, a winning combination desirably would require the proper alignment of all three wheels to form a complete representation of the product or service, as shown in FIG. 6. It will be readily apparent that for combinations in which less than all of the wheels in the game machine are appropriately aligned a complete representation of the product or service will not be formed and a win will not be produced. Although the use of business symbols as wild cards would prevent complete representations from being formed, the use of such wild cards are contemplated herein to increase the odds of forming a winning combination.

In an alternate method, a winning combination may be formed by aligning representations of a particular type of product or service on each of the wheels. For example, the three wheels of game machine 10 may include representations of cereal products offered by different manufacturers. A winning combination may then be formed by aligning three representations of cereal products offered by a single manufacturer. The representations of the cereal products may all be different, or some may match one another. The extent of the match (i.e., two or even three of the representations being identical) may be used to determine the magnitude of the prize awarded. In another example, game machine 10 may be installed in a video rental store and wheels 16, 18 and 20 may include images of movie stars. The alignment of three images of one particular star, for instance Humphrey Bogart, may then be a winning combination entitling the winner to a free rental of a movie by that star, in this case a movie starring Humphrey Bogart. In a variant of this method, the winning combination does not require that the representations be of the same type of product or service; rather they merely must be related in some predetermined fashion. Thus, for example, were game machine 10 to be installed in a fast food restaurant, a winning combination may comprise aligned representations of a hamburger, french fries and a soda, or orange juice, coffee and an egg sandwich. Should game machine 10 be installed in an automotive parts store a winning combination in accordance with this variant of operation may consist of aligned representations of cans of oil, an oil filter and an oil can spout. Since identical matches of product or service representations per se are not necessary, it will be apparent that the representation of any particular product or service need not appear on more than one

PK002952

5,373,440

11

wheel to operate the game machine in accordance with this method. Again, business symbols optionally may be used as wild cards in forming the winning combinations.

In yet another method, each play of the game machine will result in a winning combination and the award of a prize. In accordance with this method, the magnitude of the prize will depend upon whether the winning combination includes a match of two or more product or service representations. Thus, for example, in game machine 10, for a combination in which each of the product and/or service representations on wheels 16, 18 and 20 are different, the patron may win an award of a predetermined discount on the product or service appearing on wheel 16. If the product or service representation on either of wheels 18 and 20 match the representation on wheel 16, the patron may be awarded two times or some other multiple of the predetermined discount on the product or service appearing on wheel 16. Matching the product or service representations on wheels 18 and 20 may also result in the award of, for example, twice the predetermined discount on the product or service appearing on wheel 16, or a similar discount on the product or service whose representations on wheels 18 and 20 match. Further, matching the product or service representations on all three of wheels 16, 18 and 20 may result in an award of that product or service for free or some other appropriate award. Of course, business symbols may also be used as wild cards in accordance with this method in order to enhance the opportunity for the patron to win a larger award. In a variant of this method, game machine 10 may include only a single wheel 16 and each patron may win an award related to the product or service appearing on wheel 16 after a random rotation. Preferably, the award will consist of the product or service free of charge or a predetermined discount on the product or service.

As is well known, regardless of the specific criteria used to determine winning combinations, the program controlling the random selection device of game machine 10 can be set to ensure that a given number of prizes are awarded per a given number of plays and to assure a given distribution of the prizes is achieved in concert with the desires of the business promoting its products or services. As an alternative to ensure that prizes are awarded regularly and in the desired value, the game machine may be programmed to form predetermined winning combinations a minimum number of times in a prescribed period if prizes have not been awarded or have not been awarded in sufficient numbers during that period by the random selection process. Thus, for example, game machine 10 may be programmed to form a certain winning combination at least once in a twenty-four-hour period to maintain patron interest. As to each patron the selection would be random. As emphasized above, programming game machine 10 so that the movement of wheels 16, 18 and 20 is influenced by the operating software of the game machine is less desirable than having the wheels move in a truly random fashion.

The game machine may be programmed in other ways to form predetermined winning combinations on a less random basis. Thus, for example, it may be desirable to maximize the promotional effect of the game by assuring that a winning combination is formed at a certain time or within a certain time period each day when the number of patrons in the establishment is at its greatest. Also, the game machine may be programmed to award a prize to a predetermined customer by forming

12

a winning combination upon reading a preselected game code. Although these last two methods for controlling the formation of winning combinations may appear to be entirely random to the patron, the influence of the operating software for the game machine makes them less than truly random. Again, these are less preferred modes of operation.

Once it is determined that the display shows a winning combination, a signal is generated within game machine 10 instructing that a prize is to be awarded and what that prize is. This signal may be employed to dispense a pre-recorded coupon stored within the game machine or to cause the printing within the game machine of a coupon (see 60 in FIG. 6) redeemable for the product or service won in the quantity indicated. Alternatively, the signal may be directed to a display 70 at a service counter (see FIG. 7) where personnel at the counter may provide the required coupon or mark the actual product won so that it is free at the check-out counter. The signal may also be used to sound bells, flash lights, provide some audio message or cause a display on the video screen 14 of the game machine 10 to announce that the patron playing has won a prize and any other information desired to be disseminated.

The prizes awarded upon the formation of a winning combination may be totally unrelated to the products and/or services displayed on the game machine and may include, for example, monetary awards, store credits, coupons redeemable for any product or service offered by a manufacturer or other business entity promoting products or services on the game machine, coupons redeemable for a particular product or service offered by a manufacturer or other business entity not promoting its products or services on the game machine, etc. Preferably, the awarded prizes are products and/or services which are related to the products or services in the winning combination. As used herein, a prize "related to" a product or service A includes (1) one or more of the product or service A itself; (2) a discount on one or more of the product or service A; (3) one or more of a product or service which is typically used in combination or connection with the product or service A; and (4) a discount on one or more of a product or service which is typically used in combination or connection with product or service A. Most preferably, the prizes are those which are typically available in the establishment in which the game machine has been installed. In the case where the game machine has been installed in a mall, the prizes are preferably available from one of the stores in the mall.

As noted at the outset, the purpose of the promotional game method and apparatus of the present invention is to promote the products and/or services of one or more businesses. To that end, it is contemplated that the advertising affect of game machine 10 may be increased by displaying images representing products, services and/or business symbols on game machine 10 in addition to those images which are displayed in alignment with reference location 15 when wheels 16, 18 and 20 have stopped moving. Thus, for example, video screen 14 may simultaneously display three images on each of wheels 16, 18 and 20 both as the wheels are moving and when they have come to rest. Although only one image on each of the wheels will be in alignment with reference location 15 and, hence, only those images will determine the existence of a winning combination, the display of the additional images will increase the promotional affect of game machine 10 because the

PK002953

5,373,440

13

patron's attention will be focused on the product representations, service representations and/or business symbols displayed in these additional images. The promotional affect can be increased still further by having the images which may be displayed on video screen 14 outside of reference location 15 remain fixed while wheels 16, 18 and 20 are being randomly moved with respect to one another. That is, only the images in reference location 15 would appear to move with respect to one another during play of the game, while the remaining images displayed on video screen 14 would remain in place. Naturally, the increased promotional affect of this latter embodiment would result from the patron's attention being focused on the still images during the entire random placement step.

Between operations of the random selection device, the video screen 14 of game machine 10 may also be used to display a series of messages promoting the products or services involved in the game, other information regarding the products or services, establishment messages, inducements to play the game and lists of the prizes awarded, and any other information to be called to the patrons' attention. Such messages may encompass a portion or the entirety of video screen 14, and may commence automatically a preselected length of time after operation of the random selection device has terminated and the wheels have come to rest. In a particularly preferred arrangement which enhances the advertising effect, a banner bearing an advertising message may be scrolled across the top portion of video screen 14 without obscuring the combination of images aligned in reference location 15. The banner will appear a preselected period of time after play has terminated, which period of time may be increased or decreased as desired. A particularly beneficial advertising effect can be obtained by having the advertising banner appear promptly after the wheels have stopped moving so that the playing patron will see the banner and its advertisement while examining the images on video screen 14 to determine whether he is a winner.

In an equally preferred arrangement, at a predetermined time after the wheels have stopped moving, the product or service represented on one of the wheels will automatically grow in size to encompass all or substantially all of the video screen 14. For example, five seconds after the wheels have stopped moving (which should provide the patrons with sufficient time to note whether the combination of images formed on the screen is a winner) the image on the first wheel may gradually grow in size until it consumes a majority of video screen 14, obliterating the images of the other products, services or symbols displayed on the screen. When the image reaches its maximum size, an audible and/or visual message may be generated to promote the product or service appearing on the screen. Once this message has been completed and the enlarged image has been displayed for a preselected length of time, the video screen may revert to displaying the combination of images which resulted from the last play, or may display other advertisements or messages.

In yet another highly preferred embodiment, a moving video may be displayed on video screen 14 between plays of the game. These moving videos may be one or more advertisements, preferably for products or services whose representations appear during play of the game, or may be a demonstration on how the game is played. and may encompass the entirety of video screen 14 or any fraction thereof. The data for generating these

14

moving videos, which are much like the moving images typically viewed on a television, may be recorded on a storage disk in a known fashion for access by the operating program of game machine 10. As a result, the series of moving videos in game machine 10 can be replaced with a new series of such videos merely by removing one storage disk from the game machine and inserting a new disk in its place.

In order to keep game machine 10 simple to operate by patrons and simple to maintain by generally available store personnel, game machine 10 is not provided with a keyboard. Since no keyboard is available for instructing game machine 10 to perform certain operations, all such instructions are supplied by inserting maintenance cards (not shown) into slot 22. In all outward appearances, the maintenance cards are the same as game cards 32 and 38, except that the coded information appearing in bar code sections 34 or magnetic stripes 40 are not game card codes, but rather are instruction codes recognizable by the game machine. Thus, one maintenance card may contain a code for instructing game machine 10 to assemble various statistical data which may be obtained. Statistical information regarding the patrons playing the game machine, their frequency of play, prizes won, etc., may be summarized in various tables to indicate, for example: (1) the total number of plays during the prescribed period, i.e., twenty-four hours, one week, etc.; (2) the number of plays hour-by-hour; (3) prizes won and the profile of the persons who won; (4) the number of prizes won and the total value of the prizes awarded, etc. The code on the maintenance card may further instruct game machine 10 to print this statistical data either on the printer within the game machine or at a remote location.

Another maintenance card may include a code for instructing the game machine to accept replays on some or all of the game cards, such as by reducing by one the number of times each of the game card codes have been stored in the temporary memory of the game machine.

The code on yet another maintenance card may instruct the game machine to update and/or change the program in the game machine. Thus, as a storage disk containing new game parameters is placed in the game machine 10, the information thereon will not be uploaded into the operating memory of the game machine until the maintenance card bearing the proper instruction code has been inserted into the card reader via slot 22. The proper maintenance card will instruct the game machine to replace the game parameters in its operating memory with the game parameters on the newly inserted disk. Additional maintenance cards may be provided for instructing the game machine to perform other tasks, such as downloading or uploading card and play information to a remote computer. In less preferred embodiments, all of these instructions may be provided to game machine 10 through the use of input device 26 or some other keyboard temporarily connected to the game machine.

Games of this nature may be employed usefully at the point of sale in retail establishments such as supermarkets, fast food restaurants, auto parts stores, home centers, toy stores and the like. The ability to charge back to a sponsor, such as a manufacturer or distributor, the availability of recorded information regarding the total number of prizes won and the total value of prizes awarded as set forth above, the absence of any need for special goods packaging or specially distributed game cards, and the elimination of the need to distribute a

PK002954

15    ·5,373,440    16

plethora of coupons which will never be redeemed, all coupled with the ability to easily and quickly change promotions at will, provides a uniquely effective promotional tool.

As will be readily appreciated, laws bearing on gambling and the lotteries limit certain types of promotions involving an element of chance, particularly where the purchase of goods or services is required as a pre-condition for entry into the game. Games according to the present invention can be, and are intended to be, operated in conformity with applicable laws. Such laws ordinarily require that the patron or prospective patron be allowed to enter any game of chance without pur-

chasing anything or paying money to acquire an entry. Ordinarily, such laws are satisfied if the patron has the opportunity to acquire a game card without a purchase.

Although the invention herein has been described with reference to particular embodiments it is to be understood that these embodiments are merely illustrative of the principles and applications of the present invention. It is therefore to be understood that numerous modifications may be made to the illustrative embodiments and that other arrangements may be devised without departing from the spirit and scope of the present invention as set forth in the appended claims.

## A P P E N D I X   A

Filename: C:\SM\SM1\SMGLB.BAS
1 ' Global Definition Module - UC7NWIN Game Machine
2 ' based jon Windows 3.1 Microsoft Corp and Professional Visual Basic 1.0
3 ' Dynamic Link Library written in Microsoft QuickC for Windows 1.0
4
5 ' Copyright 1991/92 SR Information Solutions, Inc.
6 ' Employer for Hire: Robert T. Grindell
7
8 ' Complete list of preferred hardware is as follows:
9 '    486/33 Intel-Based CPU or any CPU supporting Micrsoft Windows w/
10 '    200 Meg Hard Drive, min 4 Meg Ram, 2 Serial, 1 Parallel, 3 1/2" Floppy Drive
11 '    Actix Quantum VGA Card 800X600 w/256 colors or any S3 Inc. based video board
12 '    Media Vision Pro Audio Spectrum Board w Windows 3.1 Drivers/any audio board with mixer controls
13 '    New Media Graphics Super Motion Compression Kit or any Full Motion Video Equip w/Windows MCI Drivers
14 '    American Microsystems Model 2500 Wedge, Bar Code and Mag Stripe Reader, or any reader w/RS-232 comm
15 '    Seiko Epson TM-T80 Printer, or any printer w/ Windows Drivers, auto-cutter, and auto-feeder
16 '    21" Super VGA Monitor w/ 70 hz vertical refresh rate non-interlaced 800X600 resolution
17
18 ' The Following Files are required, although not explicitly declared or included with Windows 3.1
19 ' All Drivers and Libraries for Microsoft 3.1 Multimedia Extensions (Most included w/ 3.1)
20 ' ' Printer.Drv    Some Printer Driver (Usually included w/ Windows 3.1)
21 '  COMMDLG.DLL    Included with Windows 3.1 SDK
22 '  DDEML.DLL    Included with Windows 3.1 SDK
23 '  MMMIXER.DLL    Media Vision Software Mixer Driver - Pro Audio Spectrum Sound Board
24 '  MVAPI.DLL    Media Vision Software Mixer Driver
25 '  MCIMIXER.DLL    Media Vision Mixer Media Control Interface Driver
26 '  MCISEQ.DRV    MCI MIDI Sequencer Driver
27 '  MCIWAVE.DRV    MCI Waveform Audio Driver
28 '  MMSOUND.DRV    Windows 3.1 Sound Driver
29 '  MVMIXER.DRV    Media Vision Mixer Driver
30 '  MVPROAUD.DRV    Media Vision Waveform Driver
31 '  MVFM.DRV    ` Media Vision MIDI Sequencer Driver
32 '  SMCMCI.DRV    New Media Graphics Super Motion Compression Board MCI Driver
33 '  SVWMCI.DRV    New Media Graphics Super Video Window Capture Board MCI Driver
34 '  CAR1K.DRV    Actix Quantum S3 VGA Board 600X500 Software Driver
35 '  CARVGA.GRX    Actix Quantum S3 VGA Board 800X600 Software Driver
36
37 '  PICX.BMP    200X200 Bitmap Picture Files (Changes according to pictures displayed)
38 '  CARD.BMP    Bitmap File Containing Sample Playing Card
39 '  BANNERX.BMP    One or More bitmaps containing the Banner to display while machine is inactive
40 '  COUPON.DAT    Text File showing format and content of coupons
41 '  SM.DAT.    Odds File containing Number of Symbols per wheel, and how many pics on each wheel
42 '  SMPAY.DAT    Winning Combo File, determines wins, and what to print on the coupons
43 '  STAT.DAT    History File built each time game is played
44 '  MOVIE.VID    Super Video Windows Compressed Video Movie File to be played while game inactive
45 '  MOVIE.AUD    Super Video Windows Compressed Audio Movie File to be played while game inactive
46 '  BACKSTAT.WAV    Audio File "Backing Up Statistics"
47 '  CARDINV.WAV    Audio File "Invalid Card"
48 '  CARDUSD.WAV    Audio File "That Card was already used"
49 '  ENDSPNT.WAV    Audio File "Sorry you didn't win"
50 '  ERASTAT.WAV    Audio File "Erasing Statistics"
51 '  LDSFTT.WAV    Audio File "Loading New Software"
52 '  MUSOFF.WAV    Audio File "Music Off"
53 '  MUSON.WAV    Audio File "Music On"
54 '  PAUSL.WAV    Audio File "Lengthen Pause Before Banner"

5,373,440

17
18

55 ` PAUSS.WAV    Audio File "Shorten Pause Before Banner"
56 ` PAUSMAX.WAV   Audio File "Pause at maximum"
57 ` PAUSMIN.WAV   Audio File "Pause at minimum"
58 ` PICKUP.WAV    Audio File "Please pickup your coupon below"
59 ` PRINTALL.WAV  Audio File "Printing All Statistics"
60 ` PRINTWIN.WAV  Audio File "Printing Winning Statistics"
61 ` PRNTTST.WAV   Audio File "Printing Test Coupon"
62 ` RESET.WAV     Audio File "All Cards Reset for additional play"
63 ` SONGS.WAV     Audio File containing Background Music while machine is inactive
64 ` VOLDWN.WAV    Audio File "Volume Down"
65 ` VOLUP.WAV     Audio File "Volume Up"
66 ` WHEEL.WAV     Audio File "Around it goes"
67 ` WHEELSTP.WAV  Audio File with noise of wheel stopping
68 ` WIN.WAV       Audio File with noise showing winning play
69 ` WINX.WAV      Audio File "You're a winner, you have gotten 3 pictures in a row!"
70 ` RTG.INI       Initialization file located in the Windows 3.1 Directory
71 `   can contain any of the following:
72 `     CardDevice= Port to read info from Card Reader, usually COM1:9600,N,8,1
73 `     WheelItems= Number of Total Items on each wheel - 1
74 `     NmPictures= Number of PicX.BMP files to load in
75 `     MME= Flag if Multimedia Extensions are present
76 `     Music= Flag if music is turned on or off
77 `     Dir= Directory of program, data and audio files
78 `     Volume= Current Master Volume of all audio
79 `     BannerCount= Number of Banner Bitmap Files
80 `     BannerWidth= Length of each Banner Bitmap
81 `     BannerTimeOut= Number of seconds after each play to start banner
82 `     Video= Flag if Video is present or not
83 `     VideoTimeOut= Number of Seconds between playing Videos
84 `     ResetTime= Time to reset all cards for additional playing
85 `     ResetInterval= Interval in Hours to reset each card
86 `     MainBack= Windows 3.1 Color Index of Background, usually &H00FFFFFF
87 `     CardIndex= Prefix of digits of Playing Cards allowed to operate this machine
88 `     Autowin= three numbers showing what combination should appear, default=000
89 `     GameSwitch= Allows switching of multiples of NmPictures between plays
90 `         used to allow different "sets" of symbols for each alternating play
91 `
92 Define A-Z
93 `
94 ` Define Windows GDI function calls - Module GDI.EXE
95 Declare Function BitBlt Lib "Gdi" (ByVal destHdc, ByVal X, ByVal Y, ByVal w, ByVal h, ByVal srcHdc, ByVal srcX, ByVal srcY, ByVal Rop As Long)
96 Declare Function StretchDIBits Lib "Gdi" (ByVal hDC%, ByVal dX%, ByVal dY%, ByVal dW%, ByVal dH%, ByVal sX%, ByVal sY%, ByVal sW%,
ByVal sH%, ByVal lpBS, ByVal lpBits, ByVal wUsage%, ByVal dwRop&) As Integer
97 Declare Function CreateCompatibleBitMap Lib "Gdi" (ByVal hDC, ByVal w, ByVal h) As Integer
98 Declare Function CreateCompatibleDC Lib "Gdi" (ByVal hDC) As Integer
99 Declare Function DeleteDC Lib "Gdi" (ByVal hDC) As Integer
100 Declare Function DeleteObject Lib "Gdi" (ByVal hObject) As Integer
101 Declare Function StretchBlt Lib "Gdi" (ByVal destHdc, ByVal X, ByVal Y, ByVal w, ByVal h, ByVal srcHdc, ByVal srcX, ByVal srcY, ByVal srcW,
ByVal srcH, ByVal Rop As Long)
102 Declare Function SetStretchBltMode Lib "Gdi" (ByVal hDC, ByVal nStretchMode)
103 Declare Function GetBitmapBits Lib "Gdi" (ByVal hBitmap, ByVal dwCount As Long, ByVal lpBits As Long) As Long
104 Declare Function SelectObject Lib "Gdi" (ByVal hDC, ByVal hObject) As Integer
105 Declare Function SetBitmapBits Lib "Gdi" (ByVal hBitmap, ByVal dwCount As Long, ByVal lpBits As Long) As Long
106 Declare Function CreatePalette Lib "Gdi" (ByVal lpPal) As Integer
107 Declare Function GetTextExtent Lib "Gdi" (ByVal hDC As Integer, ByVal TxtStr As String, ByVal Count As Integer) As Long
108 Declare Function TextOut Lib "Gdi" (ByVal hDC As Integer, ByVal X, ByVal Y, ByVal TxtStr As String, ByVal Count As Integer) As Integer
109 Declare Function GetDeviceCaps Lib "GDI" (ByVal hDC As Integer, ByVal Index As Integer) As Integer
110 `
111 ` '  'ne Windows USER Serial Communication Calls - USER.EXE
112 Declare Function BuildCommDCB Lib "User" (ByVal Def As String, ByVal DCB As String) As Integer
113 Declare Function CloseComm Lib "User" (ByVal Cid As Integer) As Integer
114 Declare Function FlushComm Lib "User" (ByVal Cid As Integer, ByVal Queue As Integer) As Integer
115 Declare Function GetCommState Lib "User" (ByVal Cid As Integer, ByVal DCB As String) As Integer
116 Declare Function OpenComm Lib "User" (ByVal ComName As String, ByVal InQueue As Integer, ByVal OutQueue As Integer) As Integer
117 Declare Function ReadComm Lib "User" (ByVal Cid As Integer, ByVal Buf As String, ByVal Size As Integer) As Integer
118 Declare Function SetCommState Lib "User" (ByVal DCB As String) As Integer
119 Declare Function TransmitCommChar Lib "User" (ByVal Cid As Integer, ByVal Char As Integer) As Integer
120 Declare Function WriteComm Lib "User" (ByVal Cid, ByVal Buf As String, ByVal Size As Integer) As Integer
121 Declare Function GetCommError Lib "User" (ByVal Cid As Integer, ByVal Buf As String) As Integer
122 Declare Function SelectPalette Lib "User" (ByVal hDC%, ByVal hPal%, ByVal bForce%) As Integer
123 Declare Function RealizePalette Lib "User" (ByVal hDC%) As Integer

5,373,440

19                                                                  20

124 Declare Function MoveWindow Lib "User" (ByVal hWnd, ByVal X, ByVal Y, ByVal nWidth, ByVal nHeight, ByVal bRePaint)
125
126 ' Define Windows Kernel Routines for Initialization - Kernel/Krnl386.Exe
127 Declare Function GetPrivateProfileInt Lib "Kernel" (ByVal Appname As String, ByVal KeyName As String, ByVal DEFAULT As Integer, ByVal FileName As String) As Integer
128 Declare Function GetPrivateProfileString Lib "Kernel" (ByVal Appname As String, ByVal KeyName As String, ByVal DEFAULT As String, ByVal ReturnedString As String, ByVal MaxSize, ByVal FileName As String) As Integer
129 Declare Function WritePrivateProfileString Lib "Kernel" (ByVal Appname As String, ByVal KeyName As String, ByVal NewString As String, ByVal FileName As String) As Integer
130 Declare Function WinExec Lib "Kernel" (ByVal CmndString As String, ByVal ShowState As Integer) As Integer
131
132 ' Define Media Control Interface for Multimedia Functions - Requires Windows 3.1 MMSYSTEM.DLL, MCI Extensions
133 Declare Function mciExecute Lib "mmsystem.dll" (ByVal CmndString As String) As Integer
134 Declare Function mciSendString Lib "mmsystem.dll" (ByVal CmndString As String, ByVal RtrnString As String, ByVal RtrnLngth As Integer, ByVal hCllBck As Integer) As Long
135
136 ' Q+E Database/VB Functions - Pioneer Software Systems, Inc.
137 ' Declare Function fDoQuery Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
138 Declare Function fEndQuery Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
139 Declare Function fNext Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
140 Declare Function fPrevious Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
141 Declare Function fRandom Lib "qevbcbf.vbx" (queryCtl As Control, ByVal RecNumber&) As Integer
142 Declare Function fNew Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowindex%, ByVal before%) As Integer
143 Declare Function fEnterQBE Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
144 Declare Function fClearQBE Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
145 Declare Function fInsert Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowindex%) As Integer
146 Declare Function fUpdate Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowindex%) As Integer
147 Declare Function fDelete Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowindex%) As Integer
148 Declare Function fLock Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowindex%) As Integer
149 Declare Function fTranBegin Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
150 Declare Function fTranCommit Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
151 Declare Function fTranRollback Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
152 Declare Function fExecSQL Lib "qevbcbf.vbx" (queryCtl As Control, ByVal SQLStmt$) As Integer
153
154 ' Q+E Database/VB Constants - Pioneer Software Systems, Inc.
155 ' Error Codes
156 Global Const QE_ERROR_CODES = 31000
157 Global Const QE_FUNCTION_ABORTED = 31001
158 Global Const QE_RECORD_NOT_FOUND = 31002
159 Global Const QE_DB_ERROR = 31003
160 Global Const QE_RECORD_LOCKED = 31004
161 Global Const QE_RECORD_CHANGED = 31005
162 ' Record State Codes
163 Global Const RECSTATE_NO_RECORD = 0
164 Global Const RECSTATE_FETCHING = 1
165 Global Const RECSTATE_UNCHANGED = 2
166 Global Const RECSTATE_CHANGED = 3
167 Global Const RECSTATE_NEW_UNCHANGED = 4
168 Global Const RECSTATE_NEW_CHANGED = 5
169 Global Const RECSTATE_QBE_UNCHANGED = 6
170 Global Const RECSTATE_QBE_CHANGED = 7
171 Global Const RECSTATE_COPYING = 8
172 Global Const RECSTATE_ENTERING_QBE = 9
173 Global Const RECSTATE_CLEARING_QBE = 10
174 Global Const RECSTATE_CLEARING_NEW = 11
175 ' Function Codes
176 Global Const F_DOQUERY = 1
177 Global Const F_ENDQUERY = 2
178 Global Const F_NEXT = 3
179 Global Const F_PREVIOUS = 4
180 Global Const F_RANDOM = 5
181 Global Const F_NEW = 6
182 Global Const F_ENTERQBE = 7
183 Global Const F_CLEARQBE = 8
184 Global Const F_INSERT = 9
185 Global Const F_UPDATE = 10
186 Global Const F_DELETE = 11
187 Global Const F_LOCK = 12
188 Global Const F_TRANBEGIN = 13
189 Global Const F_TRANCOMMIT = 14
190 Global Const F_TRANROLLBACK = 15

5,373,440

21                                    22

```
191 Global Const F_EXECSQL = 16
192
193 ' Window API Constant Declarations
194 Global Const COLORBLUE = &HFF0000
195 Global Const COLORGREY = &HC0C0C0
196 Global Const COLORRED = &HFF
197 Global Const COLORWHITE = &HFFFFFF
198
199 Global Const SRCCOPY = &HCC0020
200 Global Const SRCPAINT = &HEE0086
201 Global Const SRCAND = &H8800C6
202 Global Const SRCINVERT = &H660046
203 Global Const SRCERASE = &H440328
204 Global Const NOTSRCCOPY = &H330008
205 Global Const NOTSRCERASE = &H1100A6
206 Global Const MERGECOPY = &HC000CA
207 Global Const MERGEPAINT = &HBB0226
208 Global Const PATCOPY = &HF00021
209 Global Const PATPAINT = &HFB0A09
210 Global Const PATINVERT = &H5A0049
211 Global Const DSTINVERT = &H550009
212 Global Const BLACKNESS = &H42
213 Global Const WHITENESS = &HFF0062
214
215 Global Const MM_TEXT = 1
216 Global Const BLACKONWHITE = 1
217 Global Const WHITEONBLACK = 2
218 Global Const COLORONCOLOR = 3
219 Global Const OF_EXIST = &H4000
220 Global Const false = 0
221 Global Const true = -1
222 Global Const APP_NAME = "UCNWIN"
223 Global Const APP_FILE = "RTGJNI"
224 Global Const VERSION = "1.4 5/92"
225
226 ' Define Arrays of Slot Machine
227 Global Wheel() As Integer       ' Holds Symbol Positioning
228 Global Spin(2) As Integer       ' Holds Current Position of each wheel
229 Global hFrame(2) As Long        ' Display Context of Frame, for speed
230 Global hMemDC(), hOldBM(), hBM(), hPal As Long ' Windows Struct to hold pictures
231 Global PayOff() As Integer ' Holds winning combos and pay offs
232 Global WinItem() As String   ' Holds description of win
233
234 ' Define Constants of Slot Machine
235 Global Cid As Integer           ' Windows Communication ID
236 Global TwipToPixX As Integer    ' Conversion from Twips to Pixels X Axis
237 Global TwipToPixY As Integer    ' Conversion from Twips to Pixels Y Axis
238 Global WheelItems As Integer    ' # of Symbols on each wheel - 1
239 Global Wheel1 As Integer        ' Temp Variables for Rotation
240 Global Wheel2 As Integer
241 Global Wheela As Integer
242 Global Wheelb As Integer
243 Global Wheelc As Integer
244 Global CmtDir As String         ' Current Directory of Slot Machine
245 Global NmPictures As Integer    ' # of Pictures on each wheel
246 Global MMEFlag As Integer       ' Flag if Multimedia Extensions are present
247 Global MusicFlag As Integer     ' Flag if Music On
248 Global CardIndex As String      ' Allow Legal Cards
249 Global CardDigits As Integer    ' # of Digits minimum for legal card
250 Global ResetTime As String      ' Time to Reset Cards
251 Global ResetInterval As Integer ' How many hours in between each reset
252 Global AutoWin As String        ' Demo For Automatically displaying a win
253 Global GameSwitch, SwitchCtr As Integer  ' Holds Number of alternating Game Machines
254
255 ' Banner Globals
256 Global BannerTime As Long
257 Global BannerTimeOut As Integer
258 Global BannerCount As Integer
259 Global BannerWidth As Integer
260 Global BannerhMemDC() As Long
261 Global BannerhOldBM() As Long
```

PK002958

5,373,440

23

24

```
252
253 ' Video Globals
254 Global VideoFlag As Integer
265 Global VideoTime As Long
266 Global VideoTimeOut As Integer
267
268 ' Current Format of Stat.Dat History File
269 ' Later to be modified to conform to the DBase IV standard, via Q+E Library
270 Type StatRecord
271    CardNo As String * 12
272    Result As String * 9
273    DatePlayed As Double
274    TimePlayed As Double
275    WinFlag As String * 1
276 End Type
277


Filename: C:\SM\SM1\MNSM.TXT
278 Sub Form_KeyPress (KeyAscii As Integer)
279   ' This routine is executed whenever Windows receives
280   ' a keypress while this form has the focus
281   If KeyAscii = Asc("S") Or KeyAscii = Asc("s") Then
282      Card$ = "000000000000"
283      PlaySlots Card$, Res$, WinFlag$
284   End If
285   If KeyAscii = Asc("R") Or KeyAscii = Asc("r") Then
286      Card$ = "000000"
287      ReadCard Card$
288   End If
289   If KeyAscii = Asc("Q") Or KeyAscii = Asc("q") Then Unload MainForm
290 End Sub
291
292 Sub Form_Resize ()
293   ' This routine is executed every time the form
294   ' is resized, and when form is first displayed
295
296   ' This causes the form to occupy an 600 X 600 Pixel screen,
297   ' regardless of the resolution of the display
298   MainForm.ScaleMode = 3
299   Width = 600 * TwipToPixX
300   Height = 600 * TwipToPixY
301   Top = 0
302   Left = 0
303   For PicSet = 0 To 2
304      Pic_Frame(PicSet).Top = 8
305      Pic_Frame(PicSet).Width = 202
306      Pic_Frame(PicSet).Height = 584
307      Pic_Frame(PicSet).Left = PicSet * 247 + 52
308   Next PicSet
309   Pic_CpyRLTop = 570
310   Pic_CpyRtLeft = 752
311 End Sub
312
313 Sub Pic_Frame_KeyPress (Index As Integer, KeyAscii As Integer)
314   ' This routine is executed whenever Windows receives
315   ' a keypress while this form has the focus
316   If KeyAscii = Asc("S") Or KeyAscii = Asc("s") Then
317      Card$ = "000000000000"
318      PlaySlots Card$, Res$, WinFlag$
319   End If
320   If KeyAscii = Asc("R") Or KeyAscii = Asc("r") Then
321      Card$ = "000000"
322      ReadCard Card$
323   End If
324   If KeyAscii = Asc("Q") Or KeyAscii = Asc("q") Then Unload MainForm
325 End Sub
326
327 Sub Form_Unload (Cancel As Integer)
328   For InitPic = 1 To NmPictures
329      temp = SelectObject(hMemDC(InitPic), hOldBM(InitPic))
```

5,373,440

25                                                          26

```
330    temp = DeleteObject(hBM(InitPic))
331    temp = DeleteDC(hMemDC(InitPic))
332    Next InitPic
333    If BannerFlag Then
334      For InitPic = 1 To BannerCount
335        temp = SelectObject(BannerhMemDC(InitPic), BannerhOldBM(InitPic))
336        temp = DeleteDC(BannerhMemDC(InitPic))
337      Next InitPic
338    End If
339    If MMEFlag Then
340      Blr$ = Space$(80)
341      templong& = mciSendString("close all", Blr$, 80, 0)
342    End If
343  End Sub
344

Filename: C:\SM\SM1\SM.TXT
345  Defint A-Z
346
347  Sub LoadWheels ()
348    Wheel1 = WheelItems * 2
349    Wheel2 = Wheel1 + 2
350    Wheela = WheelItems - 2
351    Wheelb = WheelItems - 1
352    Wheelc = WheelItems + 1
353    ReDim Wheel(WheelItems, 2)
354    SMHandle = FreeFile
355    Open "SM.DAT" For Input As SMHandle
356    For Row = 0 To 2
357      Line Input #SMHandle, WheelSym$
358      For Count = 0 To WheelItems
359        Wheel(Count, Row) = Val(Mid$(WheelSym$, Count + 1, 1))
360        If Wheel(Count, Row) = 0 Then Stop
361      Next Count, Row
362    Close SMHandle
363
364    LoadPalette
365
365    Load DisplayForm
367    LoadSitMaps
368    ResetPlayers
369
370    For SpinRow = 0 To 2
371      Spin(SpinRow) = Int(Rnd(1) * WheelItems) * 2
372      RotateWheel (SpinRow)
373    Next SpinRow
374
375  End Sub
376
377  Sub RotateWheel (SpinRow)
378    ' Rotate Spinner
379    SpinTemp = Spin(SpinRow) + 1
380    SpinTemp = SpinTemp + (SpinTemp > Wheel1) * Wheel2
381    DrawWheel SpinTemp, SpinRow
382    Spin(SpinRow) = SpinTemp
383  End Sub
384
385  Sub DrawWheel (SpinCount, SpinRow)
386    WheelItem = SpinCount \ 2
387    If (SpinCount Mod 2) Then
388      DrawPic WheelItem - (WheelItem < 1) * Wheelc - 1, SpinRow, 6
389      DrawPic WheelItem, SpinRow, 4
390      DrawPic WheelItem + (WheelItem > Wheelb) * Wheelc + 1, SpinRow, 2
391      DrawPic WheelItem + (WheelItem > Wheela) * Wheelc + 2, SpinRow, 0
392    Else
393      DrawPic WheelItem + (WheelItem > Wheela) * Wheelc + 2, SpinRow, -1
394      DrawPic WheelItem + (WheelItem > Wheelb) * Wheelc + 1, SpinRow, 1
395      DrawPic WheelItem, SpinRow, 3
396      DrawPic WheelItem - (WheelItem < 1) * Wheelc - 1, SpinRow, 5
397    End If
```

PK002960

5,373,440

```
398 End Sub
399
400 Sub DrawPic (WI. SpinRow, PicHeight)
401   temp = BitBlt(hFrame(SpinRow), 0, PicHeight * 100, 200, 200, hMemDC(Wheel(WI SpinRow) + SwitchCtr * NmFictures), 0, 0, SRCCOPY)
402 End Sub
403
404 Sub PlaySlots (Card$, Res$, WinFlag$)
405
406 ' Start Timer, & Initialize Variables
407 ReDim XM(100, 5)
408
409 If MMEFlag Then
410   Blt$ = Space$(80)
411   templong& = mciSendString("open whlstp.wav alias wheelstop wait", Blt$, 80, 0)
412   templong& = mciSendString("open wheel.wav alias sound buffer 9 wait", Blt$, 80, 0)
413   templong& = mciSendString("play sound from 0", Blt$, 80, 0)
414 End If
415 ' ST1 = Rnd(1) * 10 + WheelItems * 2 - 10 ' Full Speed
416 ST1 = Rnd(1) * 20 + 35
417 SpinStopRow = 0     ' All Wheels in Motion
418 ReDim SpinCount(2)     ' Amount of Wheel Afterspin...
419 Spin(1) = Spin(1) + 1  ' Offset center wheel before spin
420
421 For SpinInit = 0 To 2
422   SpinCount(SpinInit) = Rnd(1) * 10 + 5
423 Next SpinInit
424
425 For SpinRow = 0 To 2
426   Spin(SpinRow) = Spin(SpinRow) + Rand(100) + 100
427   Spin(SpinRow) = Spin(SpinRow) Mod Wheel1
428 Next SpinRow
429
430 For SpinTimer = 1 To ST1
431   For SpinRow = 0 To 2
432     RotateWheel SpinRow
433   Next SpinRow
434   If DoFlag Then temp = DoEvents()
435   DoFlag = Not DoFlag
436 Next SpinTimer
437 While SpinStopRow < 3
438   ' Count Through Every Row & Check to stop spinning
439   For SpinRow = 0 To 2
440     If SpinRow = SpinStopRow Then
441       If SpinCount(SpinRow) > 0 Then
442         SpinCount(SpinRow) = SpinCount(SpinRow) - 1
443       ElseIf Spin(SpinRow) Mod 2 Then
444         AutoWinCheck = Val(Mid$(AutoWin, SpinRow + 1, 1))
445         If AutoWinCheck < 1 Or AutoWinCheck = Wheel(Spin(SpinRow) \ 2 + 1, SpinRow) Then
446           SpinStopRow = SpinStopRow + 1
447           If MMEFlag Then
448             Blt$ = Space$(80)
449             templong& = mciSendString("stop sound wait", Blt$, 80, 0)
450             templong& = mciSendString("stop wheelstop wait", Blt$, 80, 0)
451             templong& = mciSendString("play wheelstop from 0", Blt$, 80, 0)
452           Else
453             Beep
454           End If
455         End If
456       End If
457     End If
458     If SpinStopRow <= SpinRow Then RotateWheel SpinRow
459   Next SpinRow
460   If DoFlag Then temp = DoEvents()
461   DoFlag = Not DoFlag
462
463   SpinTimer = SpinTimer - 1
464 Wend
465 If MMEFlag Then
466   Blt$ = Space$(80)
467   templong& = mciSendString("close sound wait", Blt$, 80, 0)
468   templong& = mciSendString("stop wheelstop wait", Blt$, 80, 0)
```

5,373,440

29

30

```
469   templong& = mciSendString("play wheelstop from 0 wait", Blr$, 80, 0)
470   templong& = mciSendString("stop wheelstop wait", Blr$, 50, 0)
471   templong& = mciSendString("close wheelstop wait", Blr$, 80, 0)
472   End If
473
474   Buf$ = ReadComS()
475   CheckPayOff Card$, Res$, WinFlag$
476   End Sub
477
478   Sub LoadOdds ()
479     ReDim PayOff(NmPictures * GamesSwitch + 15, 2), WinItem$(NmPictures * GamesSwitch + 15, 2)
480     SMHandle = FreeFile
481     OddsCounter = 1
482     WinItem$(0, 0) = "Test Coupon"
483     WinItem$(0, 1) = "This is a test"
484     WinItem$(0, 2) = "000000"
485     Open "SMPay.Dat" For Input As SMHandle
486     While Not EOF(SMHandle)
487       Line Input #SMHandle, Ln$
488       ValStart = InStr(Ln$, "=")
489       If Ln$ > "" And ValStart > 3 Then
490         Values$ = Left$(Ln$, ValStart - 1)
491         Descrpt$ = Mid$(Ln$, ValStart + 1)
492         If Len(Values$) = 3 Then
493           PayOff(OddsCounter, 0) = Val(Mid$(Values$, 1, 1))
494           PayOff(OddsCounter, 1) = Val(Mid$(Values$, 2, 1))
495           PayOff(OddsCounter, 2) = Val(Mid$(Values$, 3, 1))
496         Else
497           ValEnd = 0
498           ValStart = 1
499           For CurrentValue = 0 To 1
500             ValEnd = InStr(ValStart, Values$, ",")
501             PayOff(OddsCounter, CurrentValue) = Val(Mid$(Values$, ValStart, ValEnd))
502             ValStart = ValEnd + 1
503           Next CurrentValue
504           PayOff(OddsCounter, CurrentValue) = Val(Mid$(Values$, ValStart))
505         End If
506       End If
507       ColonStart = InStr(Descript$, ":")
508       If ColonStart > 1 Then
509         WinItem$(OddsCounter, 0) = Left$(Descript$, ColonStart - 1)
510         Desc1$ = ""
511         ColonStart = ColonStart + 1
512         ColonEnd = InStr(ColonStart, Descript$, ":")
513         While ColonEnd > ColonStart
514           Desc1$ = Desc1$ + Mid$(Descript$, ColonStart, ColonEnd - ColonStart) + Chr$(13)
515           ColonStart = ColonEnd + 1
516           ColonEnd = InStr(ColonStart, Descript$, ":")
517         Wend
518         ColonEnd = InStr(ColonStart, Descript$, ":")
519         If ColonEnd > ColonStart Then
520           Desc1$ = Desc1$ + Mid$(Descript$, ColonStart, ColonEnd - ColonStart)
521           WinItem$(OddsCounter, 2) = Mid$(Descript$, ColonEnd + 1)
522         Else
523           Desc1$ = Desc1$ + Mid$(Descript$, ColonStart)
524         End If
525         WinItem$(OddsCounter, 1) = Desc1$
526       Else
527         ColonEnd = InStr(Descript$, ":")
528         If ColonEnd > 1 Then
529           WinItem$(OddsCounter, 0) = Left$(Descript$, ColonEnd - 1)
530           WinItem$(OddsCounter, 2) = Mid$(Descript$, ColonEnd + 1)
531         Else
532           WinItem$(OddsCounter, 0) = Descript$
533         End If
534       End If
535
536       OddsCounter = OddsCounter + 1
537     Wend
538     Close SMHandle
539     PayOff(OddsCounter, 0) = -1
```

5,373,440

31                                                    32

```
540 End Sub
541
542 Sub Main ()
543   LoadCommon
544   LoadOdds
545
546   MainForm.Show
547   LoadVideo
548   LoadWheels
549   LoadBanner
550
551   OpenCom
552   Do While DoEvents()
553     CheckMusic
554     CheckSpin
555     CheckReset
556     CheckBanner
557     CheckVideo
558   Loop
559   CloseCom
560   End
561 End Sub
562
563 Sub CheckPayOff (Card5, Res$, WinFlag$)
564   ReDim ResNum(2)
565   ' Check the current position of the wheels for a "win"
566   DrawBox COLORBLUE, COLORBLUE
567
568   ' Statistics Log
569   Res$ = ""
570   For SpinRow = 0 To 2
571     SpinPos = Spin(SpinRow) \ 2 ' Current Spinner Position
572     SpinPos = SpinPos + (SpinPos > Wheelb) * Wheelb + 1' Add 1 for middle row
573     ResNum(SpinRow) = Wheel(SpinPos, SpinRow) + NmPictures * SwitchCtr
574     Res$ = Res$ + Format$(ResNum(SpinRow)) + ","
575   Next SpinRow
576
577   ' Start Counter at 1
578   Odds = 1
579   NoWinCheck = tr    ' No Winner found yet
580   While PayOff(Odds, 0) > -1 And NoWinCheck
581     If WelItem$(Odds, 0) > "" Then
582       WinFlag = "**" ' Set to show a winner!!!
583       ' Check each wheel for winning position
584       For SpinRow = 0 To 2
585         SpinPos = Spin(SpinRow) \ 2 ' Current Spinner Position
586         SpinPos = SpinPos + (SpinPos > Wheelb) * Wheelb + 1' Add 1 for middle row
587         If PayOff(Odds, SpinRow) And PayOff(Odds, SpinRow) > 0 Then WinFlag$ = " "; SpinRow = 3' No win, so reset win flag
588       Next SpinRow
589       If WinFlag$ = "**" Then ' Do we have a winner?
590         If MMEFlag Then
591           Bfl$ = Spaces$(50)
592           templong& = mciSendString("open win.wav alias sound wait", Bfl$, 80, 0)
593           templong& = mciSendString("play sound from 0", Bfl$, 60, 0)
594         End If
595         For PicFr = 0 To 2
596           MainForm.PIC_Frame(PicFr).Line (0, 0)-(200, 195), COLORGREY, BF
597           MainForm.PIC_Frame(PicFr).Line (0, 400)-(200, 500), COLORGREY, 9F
598           temp = DoEvents()
599         Next PicFr
600         ' Yes, so show win sequence
601         For Radi = 1 To 100 Step 4
602           ' Erase Box around middle row...
603           Rem DrawBox COLORWHITE, COLORGREY
604           ClrSwitch = Not ClrSwitch
605           If ClrSwitch Then tmpClr& = COLORWHITE Else tmpClr& = COLORRED
606           For PicFr = 0 To 2
607             MainForm.PIC_Frame(PicFr).DrawWidth = 3
608             MainForm.PIC_Frame(PicFr).Circle (110, 100), Radi, tmpClr&
609             MainForm.PIC_Frame(PicFr).Circle (110, 500), Radi, tmpClr&
610           Next PicFr
```

5,373,440

33                                                    34

```
611    ' Draw Blue Box around middle row...
612    Rem DrawBox CC_COLORBLUE. COLORBLUE
613    temp = DoEvents()
614    Next Radi
615
616    For PicFr = 0 To 2
617        MainForm.PIC_Frame(PicFr).CurrentX = 30
618        MainForm.PIC_Frame(PicFr).CurrentY = 78
619        MainForm.PIC_Frame(PicFr).Print "WINNER"
620        MainForm.PIC_Frame(PicFr).CurrentX = 30
621        MainForm.PIC_Frame(PicFr).CurrentY = 478
622        MainForm.PIC_Frame(PicFr).Print "WINNER"
623    Next PicFr
624    If MMEFlag Then
625        Bf$ = Space$(80)
626        templong& = mciSendString("stop sound wait", Bf$, 80, 0)
627        templong& = mciSendString("close sound wait", Bf$, 80, 0)
628        PicSay$ = "Win" + Format$(Odds) + ".Wav"
629        PlayFile PicSay$
630        PlayFile "Pickup.wav"
631    End If
632    PrintCoupon Odds
633
634        TempTimer! = Timer + 4
635        While Timer < TempTimer!: ret = DoEvents(): Wend
636        DisplayForm.Hide
637        ' :reshForm
638        NoWinCheck = false
639    End If
640    End If
641    Odds = Odds + 1
642    Wend
643    If NoWinCheck And MMEFlag Then PlayFile "endspnt.wav"
644    SwitchCtr = SwitchCtr + 1
645    If SwitchCtr >= GameSwitch Then SwitchCtr = 0
646    RefreshForm
647 End Sub
648
649 Sub OpenCom ()
650    Comm$ = Space$(25)
651    temp = GetPrivateProfileString(APP_NAME, "CardDevice", "COM1:9600,N,8,1", Comm$, 25, APP_FILE)
652    Comm$ = RTrim$(Comm$)
653    DCB$ = Space$(80)
654
655    ' Build Communication Structure
656    ret = BuildCommDCB(Comm$, DCB$)
657    ' Open Communications Port
658    Comm$ = Left$(Comm$, 5)
659    Cid = OpenComm(Comm$, 90, 90)
660    If Cid < 0 Then
661        MsgBox "Communication Error:" + St$(Cid), 16, "Slot Machine"
662        Unload MainForm
663        End
664    Else
665        ' Put ID of device in Communication Structure and set
666        Mid$(DCB$, 1, 1) = Chr$(Cid)
667        ret = SetCommState(DCB$)
668        ret = FlushComm(Cid, 1)
669    End If
670 End Sub
671
672 Function ReadCom$ ()
673    ' If something at comm port, read for .2 seconds
674
675    BufTemp$ = ""
676    Buf$ = Space$(30)
677    charRead = ReadComm(Cid, Buf$, 25)
678    If charRead = 0 Then
679        Bf$ = Space$(80)
680        temp = GetCommError(Cid, Bf$)
681        ReadCom$ = ""
```

PK002964

5,373,440

35                                                    36

```
682   Exit Function
683   End If
684
685   Buf$ = RTrim$(Buf$)
686   If Buf$ > "" Then
687      BufTemp$ = Buf$
688      BufTime! = Timer + 2
689      While Timer < BufTime!
690         Buf$ = Space$(30)
691         harRead = ReadComm(Cid, Buf$, 25)
692         Buf$ = RTrim$(Buf$)
693         BufTemp$ = BufTemp$ + Buf$
694      Wend
695   End If
696   rat = FlushComm(Cid, 1)
697   ReadCom$ = BufTemp$
698 End Function
699
700 Sub CloseCom ()
701   ret = FlushComm(Cid, 1)
702   ret = CloseComm(Cid)
703 End Sub
704
705 Sub CheckSpin ()
706   Buf$ = ReadCom$()
707   If Buf$ = "" Then Exit Sub
708   Legal$ = "0123456789ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz"
709   Card$ = ""
710
711   For StripCount = 1 To Len(Buf$)
712      Ltr$ = Mid$(Buf$, StripCount, 1)
713      If InStr(Legal$, Ltr$) > 0 Then Card$ = Card$ + Ltr$
714   Next StripCount
715
716   If Len(Card$) < CardDigits Then Exit Sub
717   Card$ = Right$(Card$, CardDigits)
718   ReadCard Card$
719 End Sub
720
721 Sub ResetPlayers ()
722   On Error GoTo ErrHandlerRP
723   Kill "*.PLY"
724
725 ErrHandlerRP:
726   Resume ExitRP
727
728 ExitRP:
729   Rem Do Nothing
730
731 End Sub
732
733 Function Exists$ (fname$)
734   On Error GoTo ErrHandlerEX
735   TempHandle = FreeFile
736   Open fname$ For Input As TempHandle: Close TempHandle
737   Dat$ = Space$(40)
738   Open fname$ For Binary As TempHandle
739   Get #TempHandle, 1, Dat$
740   Close TempHandle
741   If Dat$ > "" Then
742      CRPos = InStr(Dat$, Chr$(13))
743      If CRPos > 0 Then Dat$ = Left$(Dat$, CRPos - 1)
744   End If
745   Exists$ = Dat$
746   Exit Function
747
748 ErrHandlerEX:
749   Resume ExitEX
750
751 ExitEX:
752   Exists$ = ""
```

5,373,440

37                                                38

```
753
754  End Function
755
756  Sub RefreshForm ()
757    DrawBox COLORWHITE. COLORGREY
758    For SpinRow = 0 To 2
759      ' MainForm.Pic_Frame(SpinRow).Refresh
760      SpinTemp = Spin(SpinRow)
761      SpinTemp = SpinTemp + (SpinTemp > Wheel1) * Wheel2
762      DrawWheel SpinTemp, SpinRow
763      MainForm.DrawWidth = 3
764      MainForm.Line (SpinRow * 247 + 50, 6)-(SpinRow * 247 + 255, 593), 0, B
765    Next SpinRow
766    MainForm.Banner.Refresh
767  End Sub
768
769  Sub DrawBox (Clr8&, Clr7&)
770      MainForm.ScaleMode = 3
771      MainForm.DrawWidth = 7
772      MainForm.Line (0, 210)-(797, 405), Clr8&, B
773      For PicFr = 0 To 2
774        MainForm.PIC_Frame(PicFr).ScaleMode = 3
775        MainForm.PIC_Frame(PicFr).DrawWidth =.7
776        MainForm.PIC_Frame(PicFr).FontSize = 24
777        MainForm.PIC_Frame(PicFr).Line (0, 202)-(800, 202), Clr7&
778        MainForm.PIC_Frame(PicFr).Line (0, 397)-(800, 357), Clr7&
779        MainForm.PIC_Frame(PicFr).DrawWidth = 1
780      Next PicFr
781
782  End Sub
783
784  Sub LoadPalette ()
785    lpBitsHdr$ = String$(54, 0)
786    lpPal$ = String$(1024, 0)
787
788    PalHandle = FreeFile
789    Open "Pic1.BMP" For Binary Access Read Shared As PalHandle
790      Get #PalHandle, 1, lpBitsHdr$
791      Get #PalHandle, , lpPal$
792    Close PalHandle
793
794    lpPal$ = Chr$(0) + Chr$(3) + Chr$(0) + Chr$(1) + lpPal$
795    hPal = CreatePalette(lpPal$)
796
797    For FrameDraw = 0 To 2
798      hFrame(FrameDraw) = MainForm.PIC_Frame(FrameDraw).hDC
799      temp = SelectPalette(hFrame(FrameDraw), hPal, 0)
800      temp = RealizePalette(hFrame(FrameDraw))
801    Next FrameDraw
802
803  End Sub
804
805  Sub LoadBitMaps ()
806    NumPicsLoad = NmPictures * GameSwitch
807    ReDim hMemDC(NumPicsLoad), hBM(NumPicsLoad), hOldBM(NumPicsLoad)
808
809    lpBitsHdr$ = String$(14, 0)
810    lpBitsInfo$ = String$(1084, 0)
811    lpBits$ = String$(40000, 0)
812
813    PicHandle = FreeFile
814
815    For PicNo = 1 To NumPicsLoad
816
817      PicNm$ = "PIC" + Format$(PicNo) + ".BMP"
818
819      If Exists(PicNm$) = "" Then
820        GameSwitch = Int(PicNo / NmPictures)
821        Exit Sub
822      End If
823
```

5,373,440

39                       40

```
824   Open PicNm$ For Binary Access Read Shared As PicHandle
825     Get #PicHandle, 1, lpBitsHdr$
826     Get #PicHandle, , lpBitsInfo$
827     Get #PicHandle, , lpBits$
828   Close #PicHandle
829
830   If Asc(lpBitsHdr$) = 0 Then Stop
831
832   If hPal = 0 Then
833     lpPal$ = Chr$(0) + Chr$(3) + Chr$(0) + Chr$(1) + Mid$(lpBitsInfo$, 41)
834     hPal = CreatePalette(lpPal$)
835   End If
836
837   hMemDC(PicNo) = CreateCompatibleDC(MainForm.hDC)
838   hBM(PicNo) = CreateCompatibleBitMap(MainForm.hDC, 200, 200)
839   hOldBM(PicNo) = SelectObject(hMemDC(PicNo), hBM(PicNo))
840
841   temp = SelectPalette(hMemDC(PicNo), hPal, 0)
842   temp = RealizePalette(hMemDC(PicNo))
843   temp = StretchDIBits(hMemDC(PicNo), 0, 0, 200, 200, 0, 0, 200, 200, lpBits$, lpBitsInfo$, DIB_RGB_COLORS, SRCCOPY)
844
845   Next PicNo
846
847   End Sub
848
849   Sub CheckMusic ()
850
851     Static SongNo
852     If MMEFlag = false Or MusicFlag = false Then Exit Sub
853     Bf$ = Space$(80)
854     templong& = mciSendString("status song mode wait", Bf$, 80, 0)
855     Bf$ = Left$(Bf$, 4)
856     If Bf$ = "play" Then Exit Sub
857
858     templong$ = mciSendString("close song wait", Bf$, 80, 0)
859     SongName$ = "SONGS.WAV" ' Override Music settings
860     Bf$ = Space$(80)
861     templong& = mciSendString("open " + SongName$ + " alias song wait", Bf$, 80, 0)
862     templong& = mciSendString("play song from 0", Bf$, 80, 0)
863
864   End Sub
865
866   Sub WriteStat (CardNo$, Rst$, WinFlag$)
867     StatHandle = FreeFile
868     Dim StatInfo As StatRecord
869     tempStmg$ = Exists("Stat.Dat")
870     Open "Stat.Dat" For Random As StatHandle Len = Len(StatInfo)
871     If tempStmg$ = "" Then
872       StatInfo.CardNo = "000000"
873       StatInfo.Result = "000"
874       StatInfo.DatePlayed = 0#
875       StatInfo.TimePlayed = 1#
876       Put #StatHandle, 1, StatInfo
877       Close #StatHandle~
878       Open "Stat.Dat" For Random As StatHandle Len = Len(StatInfo)
879     End If
880     ' Update Record Pointer
881     Get #StatHandle, 1, StatInfo
882     RecNo! = StatInfo.TimePlayed
883     RecNo! = RecNo! + 1
884     StatInfo.TimePlayed = RecNo!
885     Put #StatHandle, 1, StatInfo
886
887     ' Update Record...
888     StatInfo.CardNo = CardNo$
889     StatInfo.Result = Rst$
890     StatInfo.DatePlayed = DateValue(Date$)
891     StatInfo.TimePlayed = TimeValue(Time$)
892     StatInfo.WinFlag = WinFlag$
893     Put #StatHandle, RecNo!, StatInfo
894     Close #StatHandle
```

5,373,440

**41**                                              **42**

```
895 End Sub
896
897 Sub PrintStat ()
898    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
899    DisplayForm.Show 0
900    DisplayForm.TXT_DF(0).Caption = ""
901    DisplayForm.TXT_DF(1).Caption = "Printing All"
902    DisplayForm.TXT_DF(2).Caption = "Statistics."
903    DisplayForm.TXT_DF(3).Caption = "Please wait..."
904    DisplayForm.TXT_DF(4).Caption = ""
905    DisplayForm.Refresh
906    If MMEFlag Then PlayFile "printall.wav"
907
908    StatHandle = FreeFile
909    Static StatInfo As StatRecord
910    Open "Stat.Dat" For Random As StatHandle Len = Len(StatInfo)
911    ' Get Record Pointer
912    Get #StatHandle, 1, StatInfo
913    RecEnd# = StatInfo.TimePlayed
914
915    FeedCtr = 0
916    NoWins = 0
917    NoOpCrd = 0
918    NoInv = 0
919    NoUsd = 0
920    NoPlays = 0
921    For RecNo# = 2 To RecEnd#
922       If FeedCtr > 55 Then
923          Print#1 Chr$(12)
924          FeedCtr = 0
925       End If
926       If FeedCtr = 0 Then
927          Print#1 "All Statistics for Index " + CardIndex
928          Print#1 "Printed: " + Date$ + ", " + Time$
929          Print#1 ""
930          Print#1 ""
931          Print#1 "Card #   Play    Date     Time"
932          Print#1 "-----------------------------"
933          FeedCtr = 6
934       End If
935       Get #StatHandle, RecNo#, StatInfo
936       DtFmt$ = Format$(StatInfo.DatePlayed, "m/d/yy")
937       TmFmt$ = Format$(StatInfo.TimePlayed, "h:mm am/pm")
938       Print#1 Left$(StatInfo.CardNo, 8) + " " + StatInfo.Result + Space$(9 - Len(StatInfo.Result)) + DtFmt$ + Space$(10 - Len(DtFmt$)) + TmFmt$
939       FeedCtr = FeedCtr + 1
940       Select Case Left$(StatInfo.CardNo, 3)
941       Case "RES", "MUS", "PST", "LNS", "VUP", "VDN", "PUP", "PDN", "KST", "PWS", "BUS", "FTC"
942          NoOpCrd = NoOpCrd + 1
943       Case "INV"
944          NoInv = NoInv + 1
945       Case "USD"
946          NoUsd = NoUsd + 1
947       Case Else
948          If StatInfo.WinFlag = ":" Then
949             Wins = Wins + 1
950          Else
951             NoWins = NoWins + 1
952          End If
953       End Select
954    Next RecNo#
955    Print#1 ""
956    Print#1 ""
957    Print#1 "Total Wins:          " + Format$(Wins)
958    Print#1 "Total Plays/Not Wins: " + Format$(NoWins)
959    Print#1 "Total Invalid Cards: " + Format$(NoInv)
960    Print#1 "Total Card Reattempts:" + Format$(NoUsd)
961    Print#1 "Total Op Cards Used: " + Format$(NoOpCrd)
962
963    For LFeed = 1 To 5: Print#1 "": Next LFeed
964    Print#1 Chr$(12)
```

PK002968

5,373,440

43                                             44

```
966    ' Auto Cut if necessary
967    CPHandle = FreeFile
968    Open "Coupon.Dat" For Input As CPHandle
969       Line Input #CPHandle, AutoCut$
970    Close CPHandle
971    If Left$(AutoCut$, 2) = "$A" And Len(AutoCut$) > 2 Then
972       RtLn$ = Mid$(AutoCut$, 3)
973       While Len(RtLn$) > 1
974          MdLn$ = MdLn$ + Chr$(Val("&H" + Left$(RtLn$, 2)))
975          RtLn$ = Mid$(RtLn$, 3)
976       Wend
977       PrintIt MdLn$
978    End If
979
980    Printer.EndDoc
981    Close #StatHandle
982    DisplayForm.Hide
983    RefreshForm
984 End Sub
985
986 Sub LoadNewSoftware ()
987    On Error GoTo LNSErrHandler
988
989    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
990    DisplayForm.Show 0
991    DisplayForm.TXT_DF(0).Caption = "Loading Software"
992    DisplayForm.TXT_DF(1).Caption = "stand by for"
993    DisplayForm.TXT_DF(2).Caption = "Automatic Reset"
994    DisplayForm.TXT_DF(3).Caption = ""
995    DisplayForm.TXT_DF(4).Caption = ""
995    DisplayForm.Refresh
997    If MMEFlag Then PlayFile "ldsfrt.wav"
998
999    Match$ = Dir$("A:*.*")
1000   While Match$ > ""
1001      If Match$ = "RTG.INI" Then ' Special Case for Init File
1002         DisplayForm.TXT_DF(4).Caption = "" System File "": DisplayForm.Refresh
1003         CopyFile "A:" + Match$, "C:\Windows\" + Match$
1004      ElseIf Match$ = "UCNWIN.CHG" Then
1005         TempHandle = FreeFile
1006         Open "A:UCNWIN.CHG" For Input As TempHandle
1007         While Not EOF(TempHandle)
1008            Line Input #TempHandle, LnChg$
1009            EqualSign = InStr(LnChg$, "=")
1010            StringToSet$ = Left$(LnChg$, EqualSign - 1)
1011            NewString$ = Mid$(LnChg$, EqualSign + 1)
1012            DisplayForm.TXT_DF(4).Caption = "S_: Change:" + StringToSet$: DisplayForm.Refresh
1013            temp = WritePrivateProfileString(APP_NAME, StringToSet$, NewString$, APP_FILE)
1014         Wend
1015         Close TempHandle
1016      Else
1017         DisplayForm.TXT_DF(4).Caption = "File: " + Match$: DisplayForm.Refresh
1018         CopyFile "A:" + Match$, CrntDir + "\" + Match$
1019      End If
1020      Match$ = Dir$
1021   Wend
1022
1023   If MMEFlag Then
1024      Bit$ = Space$(80)
1025      templong& = mciSendString("close all wait", Bit$, 80, 0)
1026   End If
1027
1028 LNSErrHandler:
1029   CloseCom
1030   Unload DisplayForm
1031   Unload MainForm
1032
1033   temp = WinExec("SM.EXE", 1)
1034   End
1035
1036 End Sub
```

PK002969

5,373,440

45

46

```
1037
1038  Sub CopyFile (Source$, Destin$)
1039    On Error GoTo CopyFileErrHandler
1040    ' Does Source file exist?
1041    tempStrng$ = Exists(Source$)
1042    If tempStrng$ = "" Then Exit Sub
1043
1044    ' If Destin File Exists, then overwrite...
1045    tempStrng$ = Exists(Destin$)
1046    If tempStrng$ <> "" Then
1047      OutHandle = FreeFile
1048      Open Destin$ For Output As OutHandle
1049      Close OutHandle
1050    End If
1051
1052    BfrSize& = 8192
1053    BfrPos& = 1
1054    Bfr$ = Space$(BfrSize&)
1055    InHandle = FreeFile
1056    Open Source$ For Binary As InHandle
1057    OutHandle = FreeFile
1058    Open Destin$ For Binary As OutHandle
1059
1060    While BfrPos& < LOF(InHandle)
1061      If BfrPos& + BfrSize& > LOF(InHandle) Then
1062        BfrSize& = LOF(InHandle) - BfrPos& + 1&
1063        Bfr$ = Space$(BfrSize&)
1064      End If
1065      Get #InHandle, BfrPos&, Bfr$
1066      Put #OutHandle, BfrPos&, Bfr$
1067      BfrPos& = BfrPos& + BfrSize&
1068    Wend
1069    Close #InHandle
1070    Close #OutHandle
1071
1072  CopyFileErrHandler:
1073
1074  End Sub
1075
1076  Sub PlayFile (fIname$)
1077    If MMEFlag Then
1078      Bfr$ = Space$(80)
1079      templong& = mciSendString("close sound wait", Bfr$, 80, 0)
1080      templong& = mciSendString("open " + fIname$ + " alias sound wait", Bfr$, 80, 0)
1081      templong& = mciSendString("play sound from 0 wait", Bfr$, 80, 0)
1082      templong& = mciSendString("stop sound wait", Bfr$, 80, 0)
1083      templong& = mciSendString("close sound wait", Bfr$, 80, 0)
1084    End If
1085  End Sub
1086
1087  Sub ReadCard (Card$)
1088
1089    If MMEFlag And MusicFlag Then
1090      Bfr$ = Space$(80)
1091      templong& = mciSendString("stop song wait", Bfr$, 80, 0)
1092    End If
1093    ResetVideo
1094    ResetBanner
1095
1096    ' Check if Card belongs to this machine
1097
1098    CardRead$ = Left$(Card$, Len(CardIndex))
1099    WinFlag$ = ""
1100    Res$ = ""
1101    If CardRead$ <> CardIndex And CardIndex > "" Then
1102      DisplayForm.PIC_DF.Picture = LoadPicture("card.bmp")
1103      DisplayForm.Show 0
1104      DisplayForm.TXT_DF(0).Caption = "Index: " + CardIndex
1105      DisplayForm.TXT_DF(1).Caption = "Card: " + Card$
1106      DisplayForm.TXT_DF(2).Caption = "is invalid at this"
1107      DisplayForm.TXT_DF(3).Caption = "machine!"
```

PK002970

5,373,440

47

48

```
1108    DisplayForm.TXT_DF(4) Caption = ""
1109    DisplayForm.Refresh
1110    PlayFile "crdinv.wav"
1111    TempTimer! = Timer + 2
1112    While Timer < TempTimer!: ret = DoEvents(): Wend
1113    DisplayForm.Hide
1114    RefreshForm
1115    Card$ = "INV "
1116    Res$ = "I" + CardRead$
1117    BannerTime = Timer + BannerTimeOut
1118    VideoTime = Timer + VideoTimeOut
1119    WriteStat Right$(Card$, 6), Res$, WinFlag$
1120    If MMEFlag Then
1121        Bif$ = Space$(80)
1122        If MusicFlag Then templong& = mciSendString("play song", Bif$, 80, 0)
1123    End If
1124    Exit Sub
1125    End If
1126
1127    If CardDigits < 8 Then CardLength = CardDigits Else CardLength = 8
1128    CardRead$ = Right$(Card$, 5)
1129    Card$ = Right$(Card$, CardLength)
1130    Select Case CardRead$
1131    Case "00000"
1132        Rem Reset Cards for additional Play
1133        ResetCards
1134        Card$ = "RES    "
1135
1136    Case "00001"
1137        If MMEFlag = false Then Exit Sub
1138        Rem Toggle Music On/Off
1139        MusicFlag = Not MusicFlag
1140        If MusicFlag = true Then
1141            PlayFile "muson.wav"
1142        Else
1143            Bif$ = Space$(80)
1144            templong& = mciSendString("close all wait", Bif$, 80, 0)
1145            PlayFile "musoff.wav"
1146        End If
1147        Card$ = "MUS    "
1148        WriteStat Card$, Res$, WinFlag$
1149        Exit Sub
1150
1151    Case "00002"
1152        PrintStat
1153        Card$ = "PST    "
1154
1155    Case "00003"
1156        Card$ = "LNS    "
1157        WriteStat Card$, Res$, WinFlag$
1158        LoadNewSoftware
1159
1160    Case "00004"
1161        SetVolumeUp
1162        Card$ = "VUP    "
1163
1164    Case "00005"
1165        SetVolumeDown
1166        Card$ = "VDN    "
1167
1168    Case "00006"
1169        SetPauseUp
1170        Card$ = "PUP    "
1171
1172    Case "00007"
1173        SetPauseDown
1174        Card$ = "PDN    "
1175
1176    Case "00008"
1177        KillStats
1178        Card$ = "KST    "
```

5,373,440

49                                              50

```
1179
1180   Case "00009"
1181     PrintWinStat
1182     Card$ = "PWS    "
1183
1184   Case "00010"
1185     BackupStat
1186     Card$ = "BUS    "
1187
1188   Case "00011"
1189     PrintTest
1190     Card$ = "PTC    "
1191
1192   Case "00012"
1193     PlaySlots Card$, Res$, WinFlag$
1194     Card$ = "" Test" "
1195
1196   Case Else
1197     finame$ = Card$ + ".INV"
1198     tempStmg$ = Exists$(finame$)
1199     If tempStmg$ <> "" Then
1200       DisplayForm.PIC_DF.Picture = LoadPicture("card.bmp")
1201       DisplayForm.Show 0
1202       DisplayForm.TXT_DF(0).Caption = ""
1203       DisplayForm.TXT_DF(2).Caption = "Card: " + Right$(Card$, CardLength)
1204       DisplayForm.TXT_DF(3).Caption = "is invalid at this"
1205       DisplayForm.TXT_DF(4).Caption = "machine!"
1206       DisplayForm.TXT_DF(4).Caption = ""
1207       DisplayForm.Refresh
1208       PlayFile "crdinv.wav"
1209       TempTimer! = Timer + 2
1210       While Timer < TempTimer!: ret = DoEvents(): Wend
1211       DisplayForm.Hide
1212       RefreshForm
1213       Res$ = Card$
1214       Card$ = "INV    "
1215     Else
1216       finame$ = Card$ + ".PLY"
1217       tempStmg$ = Exists$(finame$)
1218       If tempStmg$ = "" Then
1219         PlaySlots Card$, Res$, WinFlag$
1220         TempHandle = FreeFile
1221         Open finame$ For Output As #TempHandle
1222           Print #TempHandle, Time$
1223           Print #TempHandle, Date$
1224         Close #TempHandle
1225       Else
1226         DisplayForm.PIC_DF.Picture = LoadPicture("card.bmp")
1227         DisplayForm.Show 0
1228         DisplayForm.TXT_DF(0).Caption = ""
1229         DisplayForm.TXT_DF(1).Caption = "Card: " + Card$
1230         DisplayForm.TXT_DF(2).Caption = "was already used"
1231         DisplayForm.TXT_DF(3).Caption = "at " + Format$(TimeValue(Left$(tempStmg$, Len(tempStmg$) - 3)), "h:mm AM/PM") + "!"
1232         DisplayForm.TXT_DF(4).Caption = ""
1233         DisplayForm.Refresh
1234         PlayFile "crdusd.wav"
1235         TempTimer! = Timer + 2
1236         While Timer < TempTimer!: ret = DoEvents(): Wend
1237         DisplayForm.Hide
1238         RefreshForm
1239         Card$ = "USD    "
1240         Res$ = Card$
1241       End If
1242     End If
1243   End Select
1244   BannerTime = Timer + BannerTimeOut
1245   VideoTime = Timer + VideoTimeOut
1246   WriteStat Card$, Res$, WinFlag$
1247   If MMEFlag Then
1248     Bit$ = Space$(80)
1249     If MusicFlag Then templong& = mciSendString("play song", Bit$, 80, 0)
```

5,373,440

51                                                          52

```
1250  End If
1251 End Sub
1252
1253 Sub ResetCards ()
1254    Rem Reset Cards
1255    ResetPlayers
1256    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1257    DisplayForm.Show 0
1258    DisplayForm.TXT_DF(0).Caption = "Version " + VERSION
1259    DisplayForm.TXT_DF(1).Caption = "All Cards Reset"
1260    DisplayForm.TXT_DF(2).Caption = "for additional"
1261    DisplayForm.TXT_DF(3).Caption = "Play!"
1262    DisplayForm.TXT_DF(4) Caption = ""
1263    DisplayForm.Refresh
1264    If MMEFlag Then PlayFile "reset.wav"
1265    TempTmnt = Timer + .2: While TempTmnt > Timer: TempDo = DoEvents(): Wend
1266    DisplayForm.Hide
1267    RefreshForm
1268 End Sub
1269
1270 Sub SetVolumeUp ()
1271    If MMEFlag = false Then Exit Sub
1272
1273    Blr$ = Space$(80)
1274    templong& = mciSendString("open mixer alias mix wait", Blr$, 80, 0)
1275    templong& = mciSendString("get mix device_out AMP control volume both", Blr$, 80, 0)
1276    VolLevel = Val(Blr$)
1277    templong& = mciSendString("close mix wait", Blr$, 80, 0)
1278
1279    If VolLevel >= 75 Then
1280       PlayFile "volmax.wav"
1281    Else
1282       SetVolume VolLevel + 10
1283       PlayFile "volup.wav"
1284    End If
1285 End Sub
1286
1287 Sub SetVolumeDown ()
1288    If MMEFlag = false Then Exit Sub
1289
1290    Blr$ = Space$(80)
1291    templong& = mciSendString("open mixer alias mix wait", Blr$, 80, 0)
1292    templong& = mciSendString("get mix device_out AMP control volume both", Blr$, 80, 0)
1293    VolLevel = Val(Blr$)
1294    templong& = mciSendString("close mix wait", Blr$, 80, 0)
1295    If VolLevel <= 25 Then
1296       PlayFile "volmin.wav"
1297    Else
1298       SetVolume VolLevel - 10
1299       PlayFile "voldwn.wav"
1300    End If
1301 End Sub
1302
1303 Sub SetVolume (VolLevel)
1304    Blr$ = Space$(80)
1305    vset$ = LTrim$(Str$(VolLevel))
1306    templong& = mciSendString("open mixer alias mix wait", Blr$, 80, 0)
1307    templong& = mciSendString("set mix device_out AMP control volume both to " + vset$, Blr$, 80, 0)
1308    templong& = mciSendString("close mix wait", Blr$, 80, 0)
1309    temp = WritePrivateProfileString(APP_NAME, "Volume", vset$, APP_FILE)
1310 End Sub
1311
1312 Sub CheckReset ()
1313    If Val(Right$(Time$, 2)) > 19 Then Exit Sub
1314    If Left$(Time$, 4) = ResetTime Then
1315       ResetPlayers
1316    Else
1317       For CheckResetTime = Val(Left$(ResetTime, 2)) To 47 Step ResetInterval
1318          CheckHour = CheckResetTime Mod 24
1319          CheckTime$ = Format$(CheckHour) + ":": If Len(CheckTime$) < 3 Then CheckTime$ = "0" + CheckTime$
1320          CheckTime$ = CheckTime$ + Mid$(ResetTime, 4, 2)
```

5,373,440

53                                                    54

```
1321    If CheckTime$ = Left$(Time$, 5) Then
1322        ResetPlayers
1323        Exit For
1324    End If
1325    Next CheckResetTime
1326  End If
1327 End Sub
1328
1329 Sub LoadBanner ()
1330  If BannerCount = false Then Exit Sub
1331  Load BannerForm
1332  ReDim BannerhMemDC(BannerCount), BannerhOldBM(BannerCount)
1333  For InitPic = 1 To BannerCount
1334    BannerForm.BannerPic(InitPic).Width = BannerWidth
1335    BannerForm.BannerPic(InitPic).Height = 154
1336    BannerForm.BannerPic(InitPic).Picture = LoadPicture("Banner" + Format$(InitPic) + ".BMP")
1337    ' Get Banner BitMap...
1338    BannerhMemDC(InitPic) = CreateCompatibleDC(BannerForm.BannerPic(InitPic).hDC)
1339    BannerhOldBM(InitPic) = SelectObject(BannerhMemDC(InitPic), BannerForm.Banna, ..;(InitPic).Picture)
1340  Next InitPic
1341  ResetBanner
1342 End Sub
1343
1344 Sub CheckBanner ()
1345  Static BnrPos '
1346  If BannerTime > Timer Or BannerCount = false Then Exit Sub
1347  BannerTime = -1
1348
1349  If MainForm.Banner.Height = 24 Then ' Start New Banner Scroll
1350    MainForm.Banner.Left = 0
1351    MainForm.Banner.Top = 20
1352    MainForm.Banner.Height = 154
1353    MainForm.Banner.Width = 600
1354    MainForm.Banner.BorderStyle = 0
1355    MainForm.Banner.CurrentY = 50
1356  End If
1357
1358  ' MainForm.Banner.Refresh
1359  BnrPos = BnrPos + 2
1360  If BnrPos > BannerCount * BannerWidth Then BnrPos = 0
1361  DrawBanner = BnrPos \ BannerWidth + 1: If DrawBanner > BannerCount Then DrawBanner = 1
1362  XPosScrn = 0
1363  XPosPic = BnrPos Mod BannerWidth
1364  While XPosScrn < 600  ' Draw until edge of screen
1365    temp = BitBlt(MainForm.Banner.hDC, XPosScrn, 0, BannerWidth - XPosPic, 150, BannerhMemDC(DrawBanner), XPosPic, 0, SRCCOPY)
1366    DrawBanner = DrawBanner + 1: If DrawBanner > BannerCount Then DrawBanner = 1
1367    XPosScrn = XPosScrn + BannerWidth - XPosPic
1368    XPosPic = 0
1369  Wend
1370
1371 End Sub
1372
1373 Sub ResetBanner ()
1374    MainForm.Banner.BorderStyle = 0
1375    MainForm.Banner.Height = 24
1376    MainForm.Banner.Width = 24
1377    RefreshForm
1378 End Sub
1379
1380 Function Rand (Value)
1381    Rand = Int((Value + 1) * Rnd)
1382 End Function
1383
1384 Sub LoadCommon ()
1385  On Error GoTo ErrHndlr
1386  Randomize
1387
1388  ' Get Multimedia Extension Flag...
1389  Blt$ = Space$(5)
1390  temp = GetPrivateProfileString(APP_NAME, "MME", "False", Blt$, 5, APP_FILE)
1391  Blt$ = Left$(UCase$(Blt$), 4)
```

5,373,440

55                                                      56

```
1392  MMEFlag = false
139o  :f Bfr$ = "TRUE" Or Bfr$ = "ON" Then MMEFlag = true
1394
1395  ' Get Music On or Off Flag
1396  Bfr$ = Space$(6)
1397  temp = GetPrivateProfileString(APP_NAME, "Music", "True", Bfr$, 6, APP_FILE)
1398  Bfr$ = Left$(UCase$(Bfr$), 5)
1399  MusicFlag = true
1400  If Bfr$ = "FALSE" Or Bfr$ = "OFF" Then MusicFlag = false
1401
1402  ' Get Reset Base Time
1403  Bfr$ = Space$(5)
1404  temp = GetPrivateProfileString(APP_NAME, "ResetTime", "00:00", Bfr$, 5, APP_FILE)
1405  Bfr$ = Left$(UCase$(Bfr$), 4)
1406  ResetTime = Bfr$
1407
1408  ' Get Video On or Off Flag
1409  Bfr$ = Space$(6)
1410  temp = GetPrivateProfileString(APP_NAME, "Video", "False", Bfr$, 6, APP_FILE)
1411  Bfr$ = Left$(UCase$(Bfr$), 4)
1412  VideoFlag = false
1413  If Bfr$ = "TRUE" Or Bfr$ = "ON" Then VideoFlag = true
1414
1415  ' Get Index of legal Cards
1416  Bfr$ = Space$(9)
1417  temp = GetPrivateProfileString(APP_NAME, "CardIndex", "0", Bfr$, 9, APP_FILE)
1418  For ZeroLook = 1 To Len(Bfr$)
1419    If Asc(Mid$(Bfr$, ZeroLook, 1)) = 0 Then Exit For
1420  Next ZeroLook
1421  Bfr$ = RTrim$(Left$(Bfr$, ZeroLook - 1))
1422  If Bfr$ = "0" Then Bfr$ = ""
1423  CardIndex = Bfr$
1424
1425  ' Get AutoWin, if any
1426  Bfr$ = Space$(4)
1427  temp = GetPrivateProfileString(APP_NAME, "AutoWin", "  ", Bfr$, 4, APP_FILE)
1428  AutoWin = LTrim$(Left$(Bfr$, 3))
1429  If Len(AutoWin) < 3 Then AutoWin = "  "
1430
1431  Bfr$ = Space$(12)
1432  temp = GetPrivateProfileString(APP_NAME, "MainBack", "&H00FFFFFF", Bfr$, 12, APP_FILE)
1433  Load MainForm
1434  MainForm.BackColor = Val(Bfr$)
1435
1436  WheelItems = GetPrivateProfileInt(APP_NAME, "WheelItems", 27, APP_FILE)
1437  NmFixtures = GetPrivateProfileInt(APP_NAME, "NmFixtures", 7, APP_FILE)
1438  CardDigits = GetPrivateProfileInt(APP_NAME, "CardDigits", 12, APP_FILE)
1439  ResetInterval = GetPrivateProfileInt(APP_NAME, "ResetInterval", 1, APP_FILE)
1440  BannerCount = GetPrivateProfileInt(APP_NAME, "BannerCount", 0, APP_FILE)
1441  BannerWidth = GetPrivateProfileInt(APP_NAME, "BannerWidth", 500, APP_FILE)
1442  BannerTimeOut = GetPrivateProfileInt(APP_NAME, "BannerTimeOut", 12, APP_FILE)
1443  VideoTimeOut = GetPrivateProfileInt(APP_NAME, "VideoTimeOut", 12, APP_FILE)
1444  VolLevel = GetPrivateProfileInt(APP_NAME, "VolLevel", 50, APP_FILE)
1445  If VolLevel And MMEFlag Then SetVolume VolLevel
1446  GameSwitch = GetPrivateProfileInt(APP_NAME, "GameSwitch", 1, APP_FILE)
1447  If GameSwitch < 1 Then GameSwitch = 1
1448
1449  ' Get Twips to Pixel Scale...
1450  TwipToPixX = 1440 / GetDeviceCaps(MainForm.hDC, 88)' LOGPIXELX
1451  TwipToPixY = 1440 / GetDeviceCaps(MainForm.hDC, 90)' LOGPIXELY
1452
1453  ' Get and set default directory, if any
1454  Bfr$ = Space$(60)
1455  temp = GetPrivateProfileString(APP_NAME, "Dir", "", Bfr$, 60, APP_FILE)
1456  Bfr$ = RTrim$(Bfr$)
1457  While Asc(Right$(Bfr$, 1)) = 0 Or Right$(Bfr$, 1) = "\": Bfr$ = Left$(Bfr$, Len(Bfr$) - 1): Wend
1458  If Len(Bfr$) Then
1459    CntDir = Bfr$
1460    ChDir CntDir
1461  End If
1462
```

PK002975

5,373,440

57

58

```
1463 ContinueHere:
1464 Exit Sub
1465
1466 ErrHndlr:
1467  If Err = 76 Then Resume ContinueHere ' No Directory Exists
1468  MsgBox "Error: " + Str$(Err) + " in Loading Comment". 16. "UCWIN"
1469  End
1470
1471 End Sub
1472
1473 Sub SetPauseUp ()
1474  If BannerCount = false Then Exit Sub
1475
1476  BannerTimeOut = BannerTimeOut + 3
1477  If BannerTimeOut > 30 Then BannerTimeOut = 30
1478  DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1479  DisplayForm.Show 0
1480  DisplayForm.TXT_DF(0).Caption = ""
1481  DisplayForm.TXT_DF(1).Caption = "Pause before"
1482  DisplayForm.TXT_DF(2).Caption = "banner lengthened"
1483  DisplayForm.TXT_DF(3).Caption = "to" + Str$(BannerTimeOut) + " seconds"
1484  DisplayForm.TXT_DF(4).Caption = ""
1485  DisplayForm.Refresh
1486  If MMEFlag Then
1487    If BannerTimeOut = 30 Then
1488      PlayFile "pausmax.wav"
1489    Else
1490      PlayFile "pausl.wav"
1491    End If
1492  End If
1493
1494  SetPause
1495  TempTmr1 = Timer + 3: While TempTmr1 > Timer: TempDo = DoEvents(): Wend
1496  DisplayForm.Hide
1497  RefreshForm
1498
1499 End Sub
1500
1501 Sub SetPause ()
1502  Blt$ = Space$(80)
1503  bset$ = LTrim$(Str$(BannerTimeOut))
1504  temp = WritePrivateProfileString(APP_NAME, "BannerTimeOut". bset$, APP_FILE)
1505 End Sub
1506
1507 Sub SetPauseDown ()
1508  If BannerCount = false Then Exit Sub
1509
1510  BannerTimeOut = BannerTimeOut - 3
1511  If BannerTimeOut < 3 Then BannerTimeOut = 3
1512  DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1513  DisplayForm.Show 0
1514  DisplayForm.TXT_DF(0).Caption = ""
1515  DisplayForm.TXT_DF(1).Caption = "Pause before"
1516  DisplayForm.TXT_DF(2).Caption = "banner shortened"
1517  DisplayForm.TXT_DF(3).Caption = "to" + Str$(BannerTimeOut) + " seconds"
1518  DisplayForm.TXT_DF(4).Caption = ""
1519  DisplayForm.Refresh
1520  If MMEFlag Then
1521    If BannerTimeOut = 3 Then
1522      PlayFile "pausmin.wav"
1523    Else
1524      PlayFile "pauss.wav"
1525    End If
1526  End If
1527
1528  SetPause
1529  TempTmr1 = Timer + 3: While TempTmr1 > Timer: TempDo = DoEvents(): Wend
1530  DisplayForm.Hide
1531  RefreshForm
1532
1533 End Sub
```

PK002976

5,373,440

59
60

```
1534
1535  Sub KillStats ()
1536    On Error GoTo ErrHandlerKS
1537    Kill "Stat.Dat"
1538    GoTo ExitKS
1539
1540  ErrHandlerKS:
1541    Resume ExitKS
1542
1543  ExitKS:
1544    If MMEFlag Then PlayFile "erasstat.wav"
1545
1546  End Sub
1547
1548  Sub PrintIt (Pmt$)
1549    Printer.Print Pmt$
1550  End Sub
1551
1552  Sub PrintWinStat ()
1553    ReDim ResNum(2)
1554    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1555    DisplayForm.Show 0
1556    DisplayForm.TXT_DF(0).Caption = ""
1557    DisplayForm.TXT_DF(1).Caption = "Printing All"
1558    DisplayForm.TXT_DF(2).Caption = "Winner Stats "
1559    DisplayForm.TXT_DF(3).Caption = "Please wait..."
1560    DisplayForm.TXT_DF(4).Caption = ""
1561    DisplayForm.Refresh
1562    If MMEFlag Then PlayFile "printwin.wav"
1563
1564    StatHandle = FreeFile
1565    Static StatInfo As StatRecord
1566    Open "Stat.Dat" For Random As StatHandle Len = Len(StatInfo)
1567    ' Get Record Pointer
1568    Get #StatHandle, 1, StatInfo
1569    RecEnd# = StatInfo.TimePlayed
1570    FeedCtr = 0
1571    NoWins = 0
1572    NoOpCrd = 0
1573    NoInv = 0
1574    NoUsd = 0
1575    NoPlays = 0
1576    For RecNo# = 2 To RecEnd#
1577      If FeedCtr > 65 Then
1578        PrintIt Chr$(12)
1579        FeedCtr = 0
1580      End If
1581      If FeedCtr = 0 Then
1582        PrintIt "All Winner Stats for Index " + CardIndex
1583        PrintIt "Printed at " + Date$ + " " + Time$
1584        PrintIt ""
1585        PrintIt ""
1586        PrintIt "Card #    Play    Date    Time"
1587        PrintIt "-------------------------------"
1588        FeedCtr = 6
1589      End If
1590      Get #StatHandle, RecNo#, StatInfo
1591      If StatInfo.WinFlag = "" Then
1592        NoWins = NoWins + 1
1593        DtFmt$ = Format$(StatInfo.DatePlayed, "m/d/yy")
1594        TmFmt$ = Format$(StatInfo.TimePlayed, "hh:mm am/pm")
1595        PrintIt Left$(StatInfo.CardNo, 8) + " " + StatInfo.Result + Space$(9 - Len(StatInfo.Result)) + DtFmt$ + Space$(10 - Len(DtFmt$)) + TmFmt$
1596        FeedCtr = FeedCtr + 1
1597      End If
1598      NoPlays = NoPlays + 1
1599    Next RecNo#
1600    PrintIt ""
1601    PrintIt ""
1602    PrintIt "Total Wins:      " + Format$(NoWins)
1603    PrintIt "Total Cards Used:" + Format$(NoPlays)
1604
```

5,373,440

61                                                              62

```
1605    For LFeed = 1 To 5: PrintII "": Next LFeed
1606    PrintII Chr$(12)
1607
1608    ' Auto Cut if necessary
1609    CPHandle    " eeFile
1610    Open "Coupon.Dat" For Input As CPHandle
1611    Line Input #CPHandle, AutoCut$
1612    Close CPHandle
1613    If Left$(AutoCut$, 2) = "SA" And Len(AutoCut$) > 2 Then
1614        RtLn$ = Mid$(AutoCut$, 3)
1615        While Len(RtLn$) > 1
1616            MdLn$ = MdLn$ + Chr$(Val("&H" + Left$(RtLn$, 2)))
1617            RtLn$ = Mid$(RtLn$, 3)
1618        Wend
1619        PrintII MdLn$
1620    End If
1621
1622    Printer.EndDoc
1623    Close #StatHandle
1624    DisplayForm.Hide
1625    RefreshForm
1626
1627 End Sub
1628
1629 Sub BackupStat ()
1630    On Error GoTo ErrHandlerBus
1631
1632    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1633    DisplayForm.Show 0
1634    DisplayForm.TXT_DF(0).Caption = ""
1635    DisplayForm.TXT_DF(1).Caption = "Backing Up"
1636    DisplayForm.TXT_DF(2).Caption = "Statistics"
1637    DisplayForm.TXT_DF(3).Caption = "Please Wait..."
1638    DisplayForm.TXT_DF(4).Caption = ""
1639    DisplayForm.Refresh
1640    If MMEFlag Then PlayFile "backstat.wav"
1641
1642    CopyFile "Stat.Dat", "A:Stat.Dat"
1643    GoTo ExitBus
1644
1645 ErrHandlerBus:
1646    Resume ExitBus
1647
1648 ExitBus:
1649    DisplayForm.Hide
1650    RefreshForm
1651
1652 End Sub
1653 ' :
1654 Sub PrintCoupon (ItemPrint)
1655    ' Read from Coupon.Dat, Coupon Format
1656    ' Use the following codes as special characters
1657    ' SC - Card No
1658    ' ST - Time and Date      ' .
1659    ' S1 - Main Name of Winning Coupon
1660    ' S2 - Description of Main Name, if any
1661    ' S$ - Print Dollar Sign
1662    ' SD - Send Direct Code: Format $DXXXXXX where XX equals character codes
1663    ' SS - Start Drawing Box
1664    ' SE - Stop Drawing Box
1665    ' SR - Remarks
1666    ' SA - Must be first line of Coupon.Dat, Code to Cut Paper
1667    BoxFlag = 0
1668    CPHandle = FreeFile
1669    Open "Coupon.Dat" For Input As CPHandle
1670    While Not (EOF(CPHandle))
1671        Line Input #CPHandle, Ln$
1672        Cntrl = InStr(Ln$, "S")
1673        While Cntrl > 0
1674            LftLn$ = Left$(Ln$, Cntrl - 1)
1675            RtLn$ = Mid$(Ln$, Cntrl + 2)
```

5,373,440

63                                    64

```
1676    MdLnS = ""
1677    Select Case Mid$(LnS, Cntrl + 1, 1)
1678      Case "C"
1679        MdLnS = CardS
1680      Case "T"
1681        MdLnS = TimeS + ". " + DateS
1682      Case "S"
1683        BoxFlag = 1
1684        RtLnS = String$(36, "")
1685      Case "E"
1686        BoxFlag = 0
1687        RtLnS = String$(38, "")
1688      Case "1"
1689        MdLnS = WinItem$(ItemPrint, 0)
1690      Case "2"
1691        BrkUpS = WinItem$(ItemPrint, 1)
1692        BrkUpPt = InStr(BrkUpS, Chr$(13))
1693        While BrkUpPt > 0
1694          MdLnS = Left$(BrkUpS, BrkUpPt - 1)
1695          If BoxFlag Then
1696            If Len(MdLnS) > 36 Then MdLnS = Left$(MdLnS, 36)
1697            SpcAdd1 = (36 - Len(MdLnS)) \ 2
1698            If Len(MdLnS) Mod 2 Then SpcAdd2 = SpcAdd1 Else SpcAdd2 = SpcAdd1 - 1
1699            MdLnS = "" + Space$(SpcAdd1) + MdLnS + Space$(SpcAdd2) + ""
1700          End If
1701          Print! MdLnS
1702          BrkUpS = Mid$(BrkUpS, BrkUpPt + 1)
1703          BrkUpPt = InStr(BrkUpS, Chr$(13))
1704        Wend
1705        MdLnS = BrkUpS
1706      Case "B"
1707        If Len(WinItem$(ItemPrint, 2)) > 0 Then
1708          MdLnS = Chr$(29) + "H" + Chr$(2) + Chr$(27) + "S" + Chr$(40) + Chr$(0) + Chr$(29) + "k" + Chr$(0) + WinItem$(ItemPrint, 2) + Chr$(0)
1709        End If
1710      Case "/"
1711        While Len(RtLnS) > 1
1712          MdLnS = MdLnS + Chr$(Val("&H" + Left$(RtLnS, 2)))
1713          RtLnS = Mid$(RtLnS, 3)
1714        Wend
1715      Case "R", "A"
1716        RtLnS = ""
1717      Case "S"
1718        MdLnS = "S"
1719      Case Else
1720      End Select
1721      LnS = LftLnS + MdLnS + RtLnS
1722      Cntrl = InStr(Cntrl, LnS, "S")
1723    Wend
1724    If BoxFlag Then
1725      If Len(LnS) > 36 Then LnS = Left$(LnS, 36)
1726      SpcAdd1 = (36 - Len(LnS)) \ 2
1727      If Len(LnS) Mod 2 Then SpcAdd2 = SpcAdd1 + 1 Else SpcAdd2 = SpcAdd1
1728      LnS = "" + Space$(SpcAdd1) + LnS + Space$(SpcAdd2) + ""
1729    End If
1730    Print!! LnS
1731    Wend
1732    Close CPHandle
1733    Printer.EndDoc
1734  End Sub
1735
1736  Sub PrintTest ()
1737    Rem Reset Cards
1738    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1739    DisplayForm.Show 0
1740    DisplayForm.TXT_DF(0).Caption = ""
1741    DisplayForm.TXT_DF(1).Caption = "Printing Test"
1742    DisplayForm.TXT_DF(2).Caption = "Coupon"
1743    DisplayForm.TXT_DF(3).Caption = ""
1744    DisplayForm.TXT_DF(4).Caption = ""
1745    DisplayForm.Refresh
1746    If MMEFlag Then PlayFile "PrntTst.wav"
```

PK002979

5,373,440

65                                                                    66

```
1747    PrintCoupon 0
1748    TempTmr! = Timer + 2: While TempTmr! > Timer: TempDo = DoEvents(): Wend
1749    DisplayForm.Hide
1750    RefreshForm
1751 End Sub
1752
1753 Sub CheckVideo ()
1754    If VideoTime > Timer Or VideoFlag = false Or MMEFlag = false Then Exit Sub
1755
1756    Bf$ = Space$(80)
1757    templong& = mciSendString("status movie mode wait", Bf$, 80, 0)
1758    templong& = Val(Bf$)
1759    If templong& = 526 Then Exit Sub
1760    If templong& = 529 Then
1761       ResetVideo
1762       VideoTime = Timer + VideoTimeOut
1763       Exit Sub
1764    End If
1765
1766    templong& = mciSendString("window movie state show wait", Bf$, 80, 0)
1767    templong& = mciSendString("status movie window handle wait", Bf$, 80, 0)
1768    templong& = mciSendString("play movie from 0", Bf$, 80, 0)
1769    VideoTime = -1
1770 End Sub
1771
1772 Sub ResetVideo ()
1773    If MMEFlag And VideoFlag Then
1774       Bf$ = Space$(80)
1775       templong& = mciSendString("stop movie wait", Bf$, 80, 0)
1776       templong& = mciSendString("window movie state hide wait", Bf$, 80, 0)
1777       RefreshForm
1778    End If
1779 End Sub
1780
1781 Sub LoadVideo ()
1782    If VideoFlag = false Or MMEFlag = false Then Exit Sub
1783
1784    Bf$ = Space$(80)
1785    templong& = mciSendString("close movie wait", Bf$, 80, 0)
1786    VideoName$ = "MOVIE.VID" ' Override Video settings
1787    templong& = mciSendString("open " + VideoName$ + " alias movie type digitalvideo wait", Bf$, 80, 0)
1788    templong& = mciSendString("set movie speed 1000 wait", Bf$, 80, 0)
1789    templong& = mciSendString("window movie text Video wait", Bf$, 80, 0)
1790    templong& = mciSendString("window movie state show wait", Bf$, 80, 0)
1791    templong& = mciSendString("status movie window handle wait", Bf$, 80, 0)
1792    VideohWnd& = Val(Bf$)
1793    tempint = MoveWindow(VideohWnd&, 258, 350, 316, 217, true)
1794    templong& = mciSendString("window movie state hide wait", Bf$, 80, 0)
1795 End Sub
1796
```

```
Page:1    SM                    Variable Cross-Ref
Functions
Name                            Module      Scope    Line No    # Refs

BitBlt.......................................EXTERNAL.........C..........95...............2
BuildCommDCB.................................EXTERNAL.........C..........132..............1
CloseComm....................................EXTERNAL.........C..........113..............1
CreateCompatibleBitmap.......................EXTERNAL.........C..........97...............2
CreateCompatibleDC...........................EXTERNAL.........C..........99...............2
CreatePalette................................EXTERNAL.........C..........106..............2
DeleteDC.....................................EXTERNAL.........C..........98...............2
DeleteObject.................................EXTERNAL.........C..........105..............3
fDelete......................................PR..............C..........733..............6
fClearQRE....................................EXTERNAL.........C..........144..............0
fDelete......................................EXTERNAL.........C..........147..............0
fDoquery.....................................EXTERNAL.........C..........137..............0
fEndQuery....................................EXTERNAL.........C..........138..............0
fExecQRE.....................................EXTERNAL.........C..........143..............0
fExecSQL.....................................EXTERNAL.........C..........152..............0
fInsert......................................EXTERNAL.........C..........145..............0
fLock........................................EXTERNAL.........C..........148..............0
fLushComm....................................EXTERNAL.........C..........114..............0
fNew.........................................EXTERNAL.........C..........142..............0
fNext........................................EXTERNAL.........C..........139..............0
fPrevious....................................EXTERNAL.........C..........140..............0
fRandom......................................EXTERNAL.........C..........141..............0
fTranBegin...................................EXTERNAL.........C..........149..............0
fTranCommit..................................EXTERNAL.........C..........150..............0
fTranRollback................................EXTERNAL.........C..........151..............0
fUpdate......................................EXTERNAL.........C..........146..............0
```

PK002980

5,373,440

67

68

```
GetBitmapBits.............................EXTERNAL......C.......163........0
GetCommError..............................EXTERNAL......C.......121........2
GetCommState..............................EXTERNAL......C.......116........0
GetDeviceCaps.............................EXTERNAL......C.......109........2
GetPrivateProfileInt......................EXTERNAL......C.......127........0
GetPrivateProfileString...................EXTERNAL......C.......128........3
GetTextExtent.............................EXTERNAL......C.......157........3
mciExecute................................EXTERNAL......C.......135........0
mciSendString.............................EXTERNAL......C.......134........53
MoveWindow................................EXTERNAL......C.......226........1
OpenComm..................................EXTERNAL......C.......114........1
ReadComm..................................SM...........C.......472........2
ReadComm..................................EXTERNAL......C.......117........2
RealizePalette............................EXTERNAL......C.......123........2
SelectObject..............................EXTERNAL......C.......104........4
SelectPalette.............................EXTERNAL......C.......122........2
SetBitmapBits.............................EXTERNAL......C.......105........0
SetCommState..............................EXTERNAL......C.......115........1
SetStretchBltMode.........................EXTERNAL......C.......102........1
StretchBlt................................EXTERNAL......C.......101........0
StretchDIBits.............................EXTERNAL......C.......96.........2
TextOut...................................EXTERNAL......C.......108........0
TransmitCommChar..........................EXTERNAL......C.......119........0
WinExec...................................EXTERNAL......C.......130........1
WriteComm.................................EXTERNAL......C.......120........0
WritePrivateProfileString.................EXTERNAL......C.......129........3
```

**Page:2  SM                    Variable Cross-Ref**
Subprocedures
Name                        Module      Scope      Line No      # Refs

```
BackupStat................................SM...........C.......1629........1
CheckBanner...............................SM...........C.......1344........1
CheckDrain................................SM...........F.......849.........3
CheckPayoff...............................SM...........C.......563.........3
CheckReset................................SM...........C.......1312........1
CheckSpin.................................SM...........C.......705.........1
CheckVideo................................SM...........C.......1752........1
CloseCom..................................SM...........C.......750.........2
CopyFile..................................SM...........C.......1036........2
DrawBox...................................SM...........C.......763.........2
DrawPic...................................SM...........C.......600.........8
DrawWheel.................................SM...........C.......385.........2
Form_KeyPress.............................KMSM..........M.......278.........0
Form_Resize...............................KMSM..........M.......293.........0
Form_Unload...............................KMSM..........M.......337.........0
KillStats.................................SM...........C.......1535........1
LoadBanner................................SM...........C.......1389........1
LoadBitmaps...............................SM...........C.......805.........1
LoadCommon................................SM...........C.......1364........2
LoadNewSoftware...........................SM...........C.......946.........1
LoadOdds..................................SM...........C.......478.........1
LoadPalette...............................SM...........C.......744.........2
LoadVideo.................................SM...........C.......1781........1
LoadWheels................................SM...........C.......347.........1
Main......................................SM...........C.......542.........0
OpenCom...................................SM...........C.......648.........1
Pic_Frame_KeyPress........................KMSM..........M.......313.........0
PlayFile..................................SM...........C.......1076........23
PlaySlots.................................SM...........C.......1654........4
PrintCoupon...............................SM...........C.......1548........35
PrintIt...................................SM...........C.......857.........1
PrintStat.................................SM...........C.......1736........1
PrintWinStat..............................SM...........C.......1552........1
ReadCard..................................SM...........C.......1087........3
RefreshForm...............................SM...........C.......756.........34
ResetBanner...............................SM...........C.......1373........2
ResetCards................................SM...........C.......1252........1
ResetPlayers..............................SM...........C.......733.........1
ResetVideo................................SM...........C.......1772........2
RotateWheel...............................SM...........C.......377.........3
SetPause..................................SM...........C.......2501........3
SetPauseDown..............................SM...........C.......1507........1
SetPauseUp................................SM...........C.......1473........2
SetVolume.................................SM...........C.......1303........3
SetVolumeDown.............................SM...........C.......1287........1
SetVolumeUp...............................SM...........C.......1270........1
WriteStat.................................SM...........C.......866.........4
```

**Page:3  SM                    Variable Cross-Ref**
Line Labels and Numbers
Name         Procedure       Module      Line No      # Refs

```
ContinueHere....LoadCommon...............SM...........1463........2
CopyFileErrHandler....CopyFile..........SM...........1072........2
ErrHandlerBus....BackupStat.............SM...........1445........2
ErrHandlerKK....KmStat.................SM...........746.........2
ErrHandlerKK....KillStats..............SM...........1540........2
ErrHandlerRP....ResetPlayers...........SM...........735.........2
ErrEndiz....LoadCommon.................SM...........1446........2
ExitBus....BackupStat..................SM...........1448........4
ExitK....KmStat.........................SM...........751.........4
ExitK....KillStats......................SM...........1543........4
ExitRP....ResetPlayers..................SM...........738.........4
LMErrHandler....LoadNewSoftware.........SM...........1026........3
```

**Page:4  SM                    Variable Cross-Ref**
Constants
Name                        Module      Scope      Line No      # Refs

```
APP_FILE..................................SMTR..........C.......223........22
APP_NAME..................................SMTR..........C.......222........23
```

PK002981

69                    5,373,440                    70

| Name | Module | Scope | Line No | # Refs |
|---|---|---|---|---|
| BLACKWHITE | SMGLB | C | 212 | n |
| BLACKONWHITE | SMGLB | C | 216 | 0 |
| COLORBITS | SMGLB | C | 194 | 2 |
| COLORGRIT | SMGLB | C | 191 | 1 |
| COLORANDCOLOR | SMGLB | C | 218 | 0 |
| COLORRED | SMGLB | C | 196 | 1 |
| COLORWHITE | SMGLB | C | 197 | 2 |
| DESTINVERT | SMGLB | C | 211 | 0 |
| F_CLEARDEL | SMGLB | C | 183 | 0 |
| F_DELETE | SMGLB | C | 184 | 0 |
| F_DOQUERY | SMGLB | C | 176 | 0 |
| F_ENDQUERY | SMGLB | C | 177 | 0 |
| F_ENTERDEL | SMGLB | C | 182 | 0 |
| F_FINDDEL | SMGLB | C | 180 | 0 |
| F_INSDEL | SMGLB | C | 184 | 0 |
| F_LOCK | SMGLB | C | 187 | 0 |
| F_NEW | SMGLB | C | 181 | 0 |
| F_NEXT | SMGLB | C | 178 | 0 |
| F_PREVIOUS | SMGLB | C | 179 | 0 |
| F_RANDOM | SMGLB | C | 186 | 0 |
| F_TRANSBEGIN | SMGLB | C | 188 | 0 |
| F_TRANSCOMMIT | SMGLB | C | 189 | 0 |
| F_TRANSROLLBACK | SMGLB | C | 190 | 0 |
| F_UPDATE | SMGLB | C | 185 | 0 |
| FALSE | SMGLB | C | 228 | 17 |
| HIRESCOPY | SMGLB | C | 206 | 0 |
| NEWGFRAME | SMGLB | C | 301 | 0 |
| NM_TEXT | SMGLB | C | 204 | 0 |
| NOTHRUCOPY | SMGLB | C | 201 | 0 |
| NOTSRCTERASE | SMGLB | C | 205 | 0 |
| OT_EXISTS | SMGLB | C | 215 | 0 |
| PASCOPY | SMGLB | C | 208 | 0 |
| PATINVERT | SMGLB | C | 210 | 0 |
| PATPAINT | SMGLB | C | 209 | 0 |
| QT_DB_ERASE | SMGLB | C | 159 | 0 |
| QT_ERROR_CODES | SMGLB | C | 155 | 0 |
| QT_FUNCTION_ABORTED | SMGLB | C | 157 | 0 |
| QT_RECORD_CHANGED | SMGLB | C | 161 | 0 |
| QT_RECORD_LOCKED | SMGLB | C | 160 | 0 |
| QT_RECORD_NOT_FOUND | SMGLB | C | 158 | 0 |
| RECSTATE_CHANGED | SMGLB | C | 166 | 0 |
| RECSTATE_CLEARING_NEW | SMGLB | C | 174 | 0 |
| RECSTATE_CLEARING_OLD | SMGLB | C | 171 | 0 |
| RECSTATE_COPYING | SMGLB | C | 173 | 0 |
| RECSTATE_DELETING_OLD | SMGLB | C | 172 | 0 |
| RECSTATE_FINDING | SMGLB | C | 164 | 0 |
| RECSTATE_NEW_CHANGED | SMGLB | C | 165 | 0 |
| RECSTATE_NEW_UNCHANGED | SMGLB | C | 167 | 0 |
| RECSTATE_NO_RECORD | SMGLB | C | 163 | 0 |
| RECSTATE_OLD_CHANGED | SMGLB | C | 170 | 0 |
| RECSTATE_OLD_UNCHANGED | SMGLB | C | 168 | 0 |
| RECSTATE_UNCHANGED | SMGLB | C | 169 | 0 |
| SRCAND | SMGLB | C | 201 | 0 |

Page 5   SM         Variable Cross-Ref
Constants
Name                    Module    Scope    Line No    # Refs

| Name | Module | Scope | Line No | # Refs |
|---|---|---|---|---|
| SRCCOPY | SMGLB | C | 199 | 0 |
| SRCERASE | SMGLB | C | 203 | 0 |
| SRCINVERT | SMGLB | C | 202 | 0 |
| SRCPAINT | SMGLB | C | 200 | 0 |
| TRUE | SMGLB | C | 227 | 4 |
| VERSION | SMGLB | C | 324 | 1 |
| WHITEONBLACK | SMGLB | C | 213 | 0 |
| WHITEONBLACK | SMGLB | C | 217 | 0 |

Page 6   SM         Variable Cross-Ref
Scalar Variables
Name                         Mod/Proc                    Scope    # Refs

| Name | Mod/Proc | Scope | # Refs |
|---|---|---|---|
| Access | SM/LoadPalette | L | 1 |

   SM.TXT
        LoadPalette: 789

| Access | SM/LoadBitMaps | L | 1 |

   SM.TXT
        LoadBitMaps: 824

| AutoCut | SM/PrintWinStat | L | 4 |

   SM.TXT
        PrintWinStat: 1611, 1613, 1612, 1614

| AutoCut | SM/PrintStat | L | 4 |

   SM.TXT
        PrintStat: 969, 971, 971, 972

| AutoWin | SMGLB | C | 4 |

   SM.TXT
        PlaySlots: *444
        LoadComms: *1428, 1429, *1429

| AutoWinCheck | SM/PlaySlots | L | 1 |

   SM.TXT
        PlaySlots: *444, 445, *445

| B | SM/RefreshForm | L | 1 |

   SM.TXT
        RefreshForm: 764

| B | SM/DrawBox | L | 1 |

   SM.TXT
        DrawBox: 772

| BannerCount | SMGLB | C | 10 |

   MMSM.TXT
        Form_Unload: 336
   SM.TXT
        LoadBanner: *1330, 3332
        CheckBanner: *1366, 1360, 1361, 1366
        LoadDOEmont: *1440
        SetPauseUp: *1474
        SetPauseDown: *1508

PK002982

5,373,440

71                                                                72

```
BannerFlag.....................................MMSM/Form_Unload.................1
   MMSM.TXT
      Form_Unload: 333
BannerNMemDC..................................SMKLB......................5
   MMSM.TXT
      Form_Unload: 335, 336
      SM.TXT
         LoadBanner: 1338, 1339
         CheckBanner: 1365
BannerBOldDC..................................SMKLB......................2
   MMSM.TXT
      Form_Unload: 335
      SM.TXT
         LoadBanner: 1339
BannerTime....................................SMKLB......................4
   SM.TXT
      ReadCards: =1217, =1244
      CheckBanner: 1346, =1347
BannerTimeOut.................................SMKLB......................16
   SM.TXT
      ReadCards: 1217, 1244
      LoadCommon: =1442

Page:7   SM.              Variable Cross-Ref
Scalar Variables
Name                                     Mod/Proc             Scope   # Refs

         SetPauseUp: =1476, 1476, 1477, =1477, 1483, =1487
         SetPause: 1503
         SetPauseDown: =1510, 1510, 1511, =1511, 1517, =1521
BannerWidth...................................SMKLB......................7
   SM.TXT
      LoadBanner: 1334
      CheckBanner: 1360, 1361, 1363, 1365, 1367
      LoadCommon: =1441
BF............................................SM/CheckPayOff..............2
   SM.TXT
      CheckPayOff: 596, 597
Bfr...........................................SM/SetVolumeUp..............5
   SM.TXT
      SetVolumeUp: =1273, 1274, 1275, 1276, 1277
Bfr...........................................SM/PlayFile.................6
   SM.TXT
      PlayFile: =1078, 1079, 1080, 1081, 1082, 1083
Bfr...........................................SM/CheckVideo...............6
   SM.TXT
      CheckVideo: =1756, 1757, 1758, 1761, 1767, 1768
Bfr...........................................SM/SetVolumeDown............5
   SM.TXT
      SetVolumeDown: =1290, 1291, 1292, 1293, 1294
Bfr...........................................SM/ReadCards................8
   SM.TXT
      ReadCards: =1090, 1091, =1221, 2122, =1143, 1144, =1248, 1249
Bfr...........................................SM/CopyFile.................6
   SM.TXT
      CopyFile: =1054, =1063, 1065, 1066
Bfr...........................................SM/ResetVideo...............3
   SM.TXT
      ResetVideo: =1774, 1775, 1776
Bfr...........................................SM/LoadCommon...............49
   SM.TXT
      LoadCommon: =1389, 1390, =1391, 1393, =1393, =1393, =1396, 1397,
         =1398, 1398, =1400, =1400, =1403, 1404, =1405, 1405, 1406, =1409,
         1410, =1411, 1411, =1413, =1413, =1416, 1417, 1418, =1419, =1421,
         1421, =1422, =1422, 1423, =1426, 1427, 1428, =1431, 1432, 1434,
         =1454, 1455, =1456, 1456, 1457, 1457, =1457, 1457, 1457, 1458,
         1459
Bfr...........................................SM/LoadVideo................9
   SM.TXT
      LoadVideo: =1784, 1785, 1787, 1788, 1789, 1790, 1791, 1792, 1794
Bfr...........................................SM/SetPause.................1
   SM.TXT
      SetPause: =1502
Bfr...........................................SM/SetVolume................4
   SM.TXT
      SetVolume: =1304, 1306, 1307, 1308
Bfr...........................................SM/ReadCom..................2
   SM.TXT
      ReadCom: =679, 680
Bfr...........................................MMSM/Form_Unload............2
   MMSM.TXT
      Form_Unload: =340, 341

Page:8   SM              Variable Cross-Ref
Scalar Variables
Name                                     Mod/Proc             Scope   # Refs

Bfr...........................................SM/CheckPayOff..............6
   SM.TXT
      CheckPayOff: =591, 592, 593, =625, 626, 627
Bfr...........................................SM/LoadNewSoftware..........2
   SM.TXT
      LoadNewSoftware: =1024, 1025
Bfr...........................................SM/PlaySlots................14
   SM.TXT
      PlaySlots: =410, 411, 412, 413, =448, 449, 450, 451, =466, 467, 468,
         469, 470, 471
Bfr...........................................SM/CheckMusic...............9
   SM.TXT
      CheckMusic: =853, 854, =855, 855, =856, 858, =860, 861, 862
BfrPos........................................SM/CopyFile.................8
   SM.TXT
      CopyFile: =1053, 1060, 1061, 1062, 1065, 1066, =1067, 1067
BfrSize.......................................SM/CopyFile.................6
```

PK002983

5,373,440

73                                          74

```
         SM.TXT
             CopyFile: =1052, 1054, 1061, =1062, 1063, 1067
Barfce.............................................SM/CheckBarnet.....................1..........7
         SM.TXT
             CheckBanner: 1345, =1259, 1355, 1360, 1361, 1363
Bonrleq............................................SM/PrintCoupon.....................1..........5
         SM.TXT
             PrintCoupon: =1687, =1683, =1686, 1695, 1724
BrkUp..............................................SM/PrintCoupon.....................1..........7
         SM.TXT
             PrintCoupon: =1691, 1693, 1694, =1702, 1702, 1703, 1705
BrkUpPt............................................SM/PrintCoupon.....................1..........5
         SM.TXT
             PrintCoupon: 1692, 1693, 1694, 1702, =1703
bset...............................................SM/SetPause........................1..........2
         SM.TXT
             SetPause: =1503, 1504
Buf................................................SM/ReadCom.........................1..........11
         SM.TXT
             ReadCom: 676, 677, =685, 685, 686, 687, =698, 691, =692, 692, 693
Buf................................................SM/CheckSpin.......................1..........4
         SM.TXT
             CheckSpin: =706, =707, 711, 712
Buf................................................SM/PlaySlots.......................1..........1
         SM.TXT
             PlaySlots: =474
BufRemp............................................SM/ReadCom.........................1..........5
         SM.TXT
             ReadCom: =675, =687, =693, 693, 697
Buffsize...........................................SM/ReadCom.........................1..........2
         SM.TXT
             ReadCom: =688, 689
Cancel.............................................MSM/Form_Unload....................1..........1
         MOSM.TXT
             Form_Unload: 227
Card...............................................MSM/Form_KeyPress..................1..........6
         MOSM.TXT
             Form_KeyPress: =282, 283, =286, 287
```

Page:9    SM                    Variable Cross-Ref
Scalar Variables
Name                              Mod/Proc                        Scope    # Refs

```
Card...............................................SM/ReadCard........................1..........34
         SM.TXT
             ReadCard: 1087, 1098, 1105, =1115, 1119, 1128, =1129, 1129, =1134,
             =1147, 1148, =1153, =1154, 115, =1162, 1166, =1170, 1174,
             =1178, =1182, =1186, =1190, 1193, =1194, 1197, 1203, 1213, =1214,
             1216, 1219, 1229, =1239, 1240, 1246
Card...............................................SM/CheckPayOff.....................1..........1
         SM.TXT
             CheckPayOff: 563
Card...............................................SM/CheckSpin.......................1..........7
         SM.TXT
             CheckSpin: =701, =713, 713, 716, =717, 717, 718
Card...............................................SM/PrintCoupon.....................1..........1
         SM.TXT
             PrintCoupon: 1679
Card...............................................SM/PlaySlots.......................1..........2
         SM.TXT
             PlaySlots: 404, 475
Card...............................................MSM/Pic_Frame_KeyPress.............1..........4
         MOSM.TXT
             Pic_Frame_KeyPress: =217, 218, =221, 222
CardDigits.........................................SMLB...............................1..........5
         SM.TXT
             CheckSpin: 716, 717
             ReadCard: 1127, 1137
             LoadComment: =1438
CardIndex..........................................SMLB...............................1..........7
         SM.TXT
             PrintStat: 927
             ReadCard: 1098, 1101, 1101, 1104
             LoadComment: =1423
             PrintWinStat: 1582
CardLength.........................................SM/ReadCard........................1..........4
         SM.TXT
             ReadCard: =1127, =1127, 1129, 1203
CardNo.............................................SM/WriteStat.......................1..........2
         SM.TXT
             WriteStat: 865, 886
CardRead...........................................SM/ReadCard........................1..........5
         SM.TXT
             ReadCard: 1098, 1101, 1116, =1128, 1130
charRead...........................................SM/ReadCom.........................1..........3
         SM.TXT
             ReadCom: =617, =678, =691
CheckReset.........................................SM/CheckReset......................1..........2
         SM.TXT
             CheckReset: =1318, 1319
CheckResetTime.....................................SM/CheckReset......................1..........3
         SM.TXT
             CheckReset: =1327, 1318, 1325
CheckTime..........................................SM/CheckReset......................1..........7
         SM.TXT
             CheckReset: =1329, 1319, =1319, 1319, =1320, 1320, =1321
Cid................................................SMLB...............................1..........11
         SM.TXT
             OpenCom: =659, 660, 661, 666, 668
```

Page:10   SM                    Variable Cross-Ref
Scalar Variables
Name                              Mod/Proc                        Scope    # Refs

```
             ReadCom: 473, 680, 691, 696
```

75                                                                                                76

```
       CloseCom: 701, 702
ClrB............................................SM/DrawBox...............................L...........2
     SM.TTT
       DrawBox: 769, 772
ClrF............................................SM/DrawBox...............................L...........3
     SM.TTT
       DrawBox: 769, 777, 778
ClrSwitch.......................................SM/CheckPayOff..........................L...........3
     SM.TTT
       CheckPayOff: =604, 604, 605
Cntrl...........................................SM/PrintCoupon..........................L...........7
     SM.TTT
       PrintCoupon: =1672, 1673, 1674, 1675, 1677, =1722, 2722
ColonEnd........................................SM/LoadOdds.............................L...........13
     SM.TTT
       LoadOdds: =512, 513, 514, 515, =516, =518, 519, 520, 521, =527, 528,
       529, 530
ColonStart......................................SM/LoadOdds.............................L...........16
     SM.TTT
       LoadOdds: =507, 508, 509, =511, 512, 522, 513, 514, 514, =515, 516,
       518, 519, 520, 520, 523
Comm............................................SM/OpenCom..............................L...........8
     SM.TTT
       OpenCom: =450, 651, =452, =52, 656, =658, 658, 659
Count...........................................SM/LoadWheels...........................L...........5
     SM.TTT
       LoadWheels: =358, 359, 359, 360, 361
CPBandle........................................SM/PrintCoupon..........................L...........5
     SM.TTT
       PrintCoupon: =1668, 1669, 1670, =1672, 1733
CPBandle........................................SM/PrintWinStat.........................L...........4
     SM.TTT
       FrameStat: =967, 968, =969, 970
CPBandle........................................SM/PrintWinStat.........................L...........4
     SM.TTT
       PrintWinStat: =1609, 1610, =1621, 1612
CrntDir.........................................SMCLB...................................G...........3
     SM.TTT
       LoadNewSoftware: 1018
       LoadComment: =1459, 1460
CRPos...........................................SM/Exists...............................L...........3
     SM.TTT
       Exists: =742, 743, 743
CurrentValue....................................SM/LoadOdds.............................L...........3
     SM.TTT
       LoadOdds: =499, =501, 503, =504
Dat.............................................SM/Exists...............................L...........7
     SM.TTT
       Exists: =737, 739, 741, 742, =743, 743, 745
DCB.............................................SM/OpenCom..............................L...........4
     SM.TTT
       OpenCom: =653, 656, =666, 667
Descl...........................................SM/LoadOdds.............................L...........8
     SM.TTT
       LoadOdds: =510, =514, 514, =520, 520, =523, 523, 525

PageII    SK                   Variable Cross-Ref
Scalar Variables
Name                           Mod/Proc                        Scope    # Refs

Descript........................................SM/LoadOdds.............................L...........14
     SM.TTT
       LoadOdds: =491, 507, 509, 512, =514, 516, 518, =520, 521, =523, 527,
       529, 530, 532
Destin..........................................SM/CopyFile.............................L...........4
     SM.TTT
       CopyFile: 1028, 1045, 1048, 1058
DIR_BGR_COLORS..................................SM/LoadBitMaps..........................L...........1
     SM.TTT
       LoadBitMaps: 843
Dsrlag..........................................SM/PlaySlots............................L...........6
     SM.TTT
       PlaySlots: 434, =435, 435, 460, =461, 461
DrawBanner......................................SM/CheckBanner..........................L...........8
     SM.TTT
       CheckBanner: =1361, 1361, =1361, 1365, =1366, 1366, 1366, =1366
DsFmt...........................................SM/PrintWinStat.........................L...........3
     SM.TTT
       PrintWinStat: =1593, 1595, 1595
DsFmt...........................................SM/PrintStat............................L...........3
     SM.TTT
       PrintStat: =936, 938, 938
Equalsign.......................................SM/LoadNewSoftware......................L...........3
     SM.TTT
       LoadNewSoftware: =1009, 1010, 1022
FeedCtr.........................................SM/PrintWinStat.........................L...........7
     SM.TTT
       PrintWinStat: =1570, 1577, =1579, =1581, =1588, =1596, 1596
FeedCtr.........................................SM/PrintStat............................L...........7
     SM.TTT
       PrintStat: =915, 922, =924, =926, =933, =939, 939
flname..........................................SM/Exists...............................L...........3
     SM.TTT
       Exists: 735, 736, 738
flname..........................................SM/ReadCard.............................L...........5
     SM.TTT
       ReadCard: =1197, 1198, =1216, 1217, 1221
flname..........................................SM/PlayFile.............................L...........2
     SM.TTT
       PlayFile: 1074, 1080
FrameDraw.......................................SM/LoadPalette..........................L...........6
     SM.TTT
       LoadPalette: =797, =798, 798, 799, 800, 801
GameSwitch......................................SMCLB...................................L...........6
     SM.TTT
       CheckPayOff: 645
```

```
            LoadBitMaps: 806, =820
            LoadCommon: =1446, 1447, =1447
Dasght..............................MHSM/Form_Resize.....................I.........1
    MHSM.III
        Form_Resize: =308
DFrame..............................SMCLB...............................G...........6
    SM.III
        DrawPic: 401
        LoadPalette: 798, 799, 800

Page:13  SM                        Variable Cross-Ref
Scalar Variables
Name                               Mod/Proc                    Scope   # Refs


hPal...............................SMCLB...............................G...........5
    SM.III
        LoadPalette: =798, 799
        LoadBitMaps: =82, =834, 843
Index..............................MHSM/Pic_Frame_KeyPress..............I...........1
    MHSM.III
        Pic_Frame_KeyPress: 313
InHandle...........................SM/CopyFile.........................I...........7
    SM.III
        CopyFile: =1055, 1056, 1060, 1061, 1062, 1065, 1069
InitPic............................MHSM/Form_Unload....................I..........11
    MHSM.III
        Form_Unload: =328, 329, 329, 330, 331, 332, =336, 335, 335, 336, 337
JoicPic............................SM/LoadBanner.......................I..........11
    SM.III
        LoadBanner: =1331, =1334, =1335, =1336, 1336, =1338, 1338, =1339,
            1339, 1339, 1340
ItemPrint..........................SM/PrintCoupon......................I...........5
    SM.III
        PrintCoupon: 1654, 2689, 1691, 1707, 1708
KeyAscii...........................MHSM/Pic_Frame_KeyPress.............I...........7
    MHSM.III
        Pic_Frame_KeyPress: 313, =316, =316, =320, =328, =324, =324
KeyAscii...........................MHSM/Form_KeyPress..................I...........7
    MHSM.III
        Form_KeyPress: 278, =281, =281, =205, =205, =289, =289
Left...............................MHSM/Form_Resize....................I...........1
    MHSM.III
        Form_Resize: =302
Legal..............................SM/CheckSpin........................I...........2
    SM.III
        CheckSpin: =708, 713
lFeed..............................SM/PrintWinStat.....................I...........2
    SM.III
        PrintWinStat: =1605, 1605
lFeed..............................SM/PrintStat........................I...........2
    SM.III
        PrintStat: =963, 963
Little.............................SM/PrintCoupon......................I...........2
    SM.III
        PrintCoupon: =1674, 1721
Ln.................................SM/LoadOdds.........................I...........5
    SM.III
        LoadOdds: 487, 488, 489, 490, 491
Ln.................................SM/PrintCoupon......................I..........15
    SM.III
        PrintCoupon: 1671, 1672, 1674, 1675, =1677, =1721, 1722, 1725, =1725,
            1725, 1726, 1727, =1728, 1728, 1730
LnChg..............................SM/LoadNewSoftware..................I...........4
    SM.III
        LoadNewSoftware: 1008, 1009, 1010, 1011
lphite.............................SM/LoadBitMaps......................I...........3
    SM.III
        LoadBitMaps: =811, 827, 843
lphiteEdir.........................SM/LoadPalette......................I...........2

Page:13  SM                        Variable Cross-Ref
Scalar Variables
Name                               Mod/Proc                    Scope   # Refs


    SM.III
        LoadPalette: =785, 790
lphiteEdir.........................SM/LoadBitMaps......................I...........3
    SM.III
        LoadBitMaps: =809, 825, =830
lphiteInfo.........................SM/LoadBitMaps......................I...........4
    SM.III
        LoadBitMaps: =810, 826, =833, 843
lpPal..............................SM/LoadBitMaps......................I...........2
    SM.III
        LoadBitMaps: =833, 834
lpPal..............................SM/LoadPalette......................I...........5
    SM.III
        LoadPalette: =786, 791, =794, 794, 795
Ltr................................SM/CheckSpin........................I...........3
    SM.III
        CheckSpin: =712, 713, 713
Match..............................SM/LoadNewSoftware..................I..........10
    SM.III
        LoadNewSoftware: =999, 1000, =1001, 1003, 1003, =1004, 1017, 1018,
            1018, =1020
Mdin...............................SM/PrintWinStat.....................I...........3
    SM.III
        PrintWinStat: =1616, 1616, 1619
Mdin...............................SM/PrintCoupon......................I..........19
    SM.III
        PrintCoupon: =1676, =1679, =1681, =1683, =1694, 1696, =1696, 1696,
            1697, 1698, =1699, 1699, 1701, =1705, =1708, =1712, 1712, =1718,
            1721
Mdin...............................SM/PrintStat........................I...........3
```

5,373,440

79                                                        80

```
SM.TXT
    PrintStat: =874, 974, 977
MMCPlay.....................................SMCLB...............................31
    MMSM.TXT
        Form_Unload: 339
    SM.TXT
        PlaySlots: 409, 447, 465
        CheckPayOff: 590, 624, 643
        CheckMeter: =852
        PrintStat: 906
        LoadNewSoftware: 997, 1023
        PlayFile: 1077
        ReadCard: 1205, 1220, =1117, 1267
        ResetCards: 1284
        SetVolumeUp: =1271
        SetVolumeDown: =1298
        LoadCommon: =1292, =1293, 1445
        SetPauseUp: 1486
        SetPauseDown: 1530
        KillStats: 1544
        PrintWinStat: 1562
        BackupStat: 1640
        PrintTest: 1746
        CheckVideo: =1754
        ResetVideo: 1773
        LoadVideo: =1782

Page:14  SM                 Variable Cross-Ref
Scalar Variables
Name                        Mod/Proc               Scope    # Refs

MusicPlay.....................................SMCLB.............................9
    SM.TXT
        CheckMusic: =852
        ReadCard: 1089, 1122, =1139, 1239, =1140, 1269
        LoadCommon: =1293, =1400
NewStray.....................................SM/LoadNewSoftware.................2
    SM.TXT
        LoadNewSoftware: =1011, 1013
noPicture.....................................SMCLB.............................6
    MMSM.TXT
        Form_Unload: 328
    SM.TXT
        DrawPicr: 401
        CheckPayOff: 572
        LoadBitMaps: 806, 820
        LoadCommon: =1437
NoInv.....................................SM/PrintWinStat....................1
    SM.TXT
        PrintWinStat: =1573
NoInv.....................................SM/PrintStat.......................4
    SM.TXT
        PrintStat: =939, =944, 944, 959
NoOpCrd.....................................SM/PrintStat.......................4
    SM.TXT
        PrintStat: =917, =942, 942, 961
NoOpCrd.....................................SM/PrintWinStat....................1
    SM.TXT
        PrintWinStat: =1572
NoPlays.....................................SM/PrintWinStat....................4
    SM.TXT
        PrintWinStat: =1575, =1598, 1598, 1602
NoPlays.....................................SM/PrintStat.......................1
    SM.TXT
        PrintStat: =920
NoDed.....................................SM/PrintStat.......................4
    SM.TXT
        PrintStat: =919, =946, 946, 960
NoUsd.....................................SM/PrintWinStat....................1
    SM.TXT
        PrintWinStat: =1574
NoMachBrk.....................................SM/CheckPayOff.....................4
    SM.TXT
        CheckPayOff: =579, 580, =638, 643
NoWins.....................................SM/PrintStat.......................4
    SM.TXT
        PrintStat: =916, =951, 951, 958
NoWins.....................................SM/PrintWinStat....................4
    SM.TXT
        PrintWinStat: =1571, =1592, 1592, 1602
NowPicsLoad.....................................SM/LoadBitMaps.....................2
    SM.TXT
        LoadBitMaps: =806, 815
Odds.....................................SM/CheckPayOff.....................9
    SM.TXT
        CheckPayOff: =578, 580, 581, 587, 587, 628, 632, =642, 641

Page:15  SM                 Variable Cross-Ref
Scalar Variables
Name                        Mod/Proc               Scope    # Refs

OddsCounter.....................................SM/LoadOdds.......................15
    SM.TXT
        LoadOdds: =483, 493, 494, 495, 501, 504, 509, 521, 525, 529, 530, 532,
            =536, 536,
OutHandle.....................................SM/CopyFile........................7
    SM.TXT
        CopyFile: =1047, 1048, 1049, =1057, 1058, 2066, 1070
PalHandle.....................................SM/LoadPalette....................5
    SM.TXT
        LoadPalette: =788, 789, 790, 791, 792
PicPr.....................................SM/CheckPayOff....................17
    SM.TXT
        CheckPayOff: =595, 596, 597, 599, =606, =607, 608, 609, 610, =616,
            =617, =618, 619, =620, =621, 622, 623
```

PK002987

81                        5,373,440                        82

```
PadCr.....................................SM/DrawBox..................L............8
   SM.TXT
      DrawBox: =773, =774, =775, =776, 777, 778, =779, 780
PicHandle................................SM/LoadHitMaps...............L............6
   SM.TXT
      LoadHitMaps: =823. 824, 825, 826, 827, 828
PicHeight................................SM/DrawPic...................L............3
   SM.TXT
      DrawPic: 400, 401
PicNa....................................SM/LoadHitMaps...............L............3
   SM.TXT
      LoadHitMaps: =817, =819, 824
PicNo....................................SM/LoadHitMaps...............L...........12
   SM.TXT
      LoadHitMaps: =815, 817, 820, =827, =838, =839. 839, 839, 841, 842,
         843, 845
PicSay...................................SM/CheckPayOff...............L............2
   SM.TXT
      CheckPayOff: =628, 629
PicSet...................................MNSM/Form_Resize.............L............7
   MNSM.TXT
      Form_Resize: =303, =304, =305, =306, =307, 307, 308
Pmt......................................SM/PrintIt...................L............3
   SM.TXT
      PrintIt: 1548, 1549
Radi.....................................SM/CheckPayOff...............L............4
   SM.TXT
      CheckPayOff: =601, 602, 603, 614
Re^.....................................SM/LoadHitMaps...............L............1
   SM.TXT
      LoadHitMaps: 834
Read.....................................SM/LoadPalette...............L............1
   SM.TXT
      LoadPalette: 789
ResEnd...................................SM/PrintStat.................L............2
   SM.TXT
      PrintStat: =713, 521
RecEnd...................................SM/PrintWinStat..............L............2
   SM.TXT
      PrintWinStat: =1569, 1576
RecNo....................................SM/PrintWinStat..............L............3
```

Page:16  SM                    Variable Cross-Ref
Scalar Variables .
Name                          Mod/Proc                    Scope    # Refs

```
   SM.TXT
      PrintWinStat: =1576, 1590, 1599
RecNo....................................SM/WriteStat.................L............5
   SM.TXT
      WriteStat: =882, =883, 883, 884, 893
RecNo....................................SM/PrintStat.................L............3
   SM.TXT
      PrintStat: =921, 935, 954
Res......................................SM/ReadCard..................L...........10
   SM.TXT
      ReadCard: =1109, =1116, 1119, 1148, 1157, 1193, =1213, 1219, =1240,
         1244
Res......................................MNSM/Form_KeyPress...........L............1
   MNSM.TXT
      Form_KeyPress: 282
Res......................................MNSM/Pic_Frame_KeyPress......L............1
   MNSM.TXT
      Pic_Frame_KeyPress: 218
Res......................................SM/PlaySlots.................L............2
   SM.TXT
      PlaySlots: 404, 475
Res......................................SM/CheckPayOff...............L............4
   SM.TXT
      CheckPayOff: 563, =569, =574, 574
ResetInterval............................SMCLR........................G............2
   SM.TXT
      CheckReset: 1317
      LoadCommon: =1439
ResetTime................................SMCLR........................G............4
   SM.TXT
      CheckReset: 1316, 1317, =1320
      LoadCommon: =1406
ret......................................SM/ReadCom...................L............1
   SM.TXT
      ReadCom: =496
ret......................................SM/CheckPayOff...............L............1
   SM.TXT
      CheckPayOff: =635
ret......................................SM/OpenCom...................L............2
   SM.TXT
      OpenCom: =656, =467, =668
ret......................................SM/ReadCard..................L............2
   SM.TXT
      ReadCard: =1112, =1230, =1236
ret......................................SM/CloseCom..................L............1
   SM.TXT
      CloseCom: =701
ret......................................SM/CloseCom..................L............1
   SM.TXT
      CloseCom: =702
Row......................................SM/LoadWheels................L............4
   SM.TXT
      LoadWheels: =356, =359, =360, 361
Rslt.....................................SM/WriteStat.................L............2
   SM.TXT
      WriteStat: 866, 869
```

PK002988

5,373,440

83

84

```
Page:17  SM                  Variable Cross-Ref
Scalar Variables
Name                         Mod/Proc                    Scope    # Refs
---------------------------------------------------------------------------
RtLn...............................SM/PrintStat..................L..........5
  SM.TXT
      w--=rStat: =972, 973- 974, =975, 975
RtLn...............................SM/PrintCoupon................L..........9
  SM.TXT
      PrintCoupon: =1675, =1684, =1687, 1711, 1713, =1713, 1713, =1736, 1721
RtLn...............................SM/PrintWinStat...............L..........5
  SM.TXT
      PrintWinStat: =1614, 1615, 1616, =1617, 1617
SMHandle...........................SM/LoadWheels.................L..........6
  SM.TXT
      LoadWheels: =154, 355, =357, 362
SMHandle...........................SM/LoadOdds...................L..........5
  SM.TXT
      LoadOdds: =480, 485, 486, =487, 506
SongName...........................SM/CheckMusic.................L..........2
  SM.TXT
      CheckMusic: =859, 861
SongNo.............................SM/CheckMusic.................L..........2
  SM.TXT
      CheckMusic: 852
Source.............................SM/CopyFile...................L..........3
  SM.TXT
      CopyFile: 1038, 1041, 1056
SpkAddl............................SM/PrintCoupon................L..........8
  SM.TXT
      PrintCoupon: =1697, 1698, 1698,=1699, =1726, 1727, 1727, 1728
SpkAddl............................SM/PrintCoupon................L..........6
  SM.TXT
      PrintCoupon: =1698, =1698, 1699, =1727, =1727, 1728
SpAn...............................SM.IS.........................G.........16
  SM.TXT
      LoadWheels: 371
      RotateWheel: 379, 383
      PlaySlots: 435, 435, 426, 426, 427, 427, 443, 445
      CheckPayOff: 571, 585
      RefreshForm: 760
SpinCount..........................SM/DrawWheel..................L..........3
  SM.TXT
      DrawWheel: 385, 386, 387
SpinInt............................SM/PlaySlots..................L..........3
  SM.TXT
      PlaySlots: =421, =422, 423
SpinPos............................SM/CheckPayOff................L..........9
  SM.TXT
      CheckPayOff: =571, =572, 572, 572, =585, =586, 586, 586
SpinRow............................SM/RotateWheel................L..........4
  SM.TXT
      RotateWheel: 377, 379, 381, =382
SpinRow............................SM/DrawWheel..................L..........9
  SM.IT
      DrawWheel: 385, 388, 389, 390, 391, 393, 394, 395, 396
SpinRow............................SM/CheckPayOff................L.........13
  SM.TXT
      CheckPayOff: =570, 571, =573, 573, 574, 575, =584, 585, 587, 587, 587,
          =587, 588

Page:18  SM                  Variable Cross-Ref
Scalar Variables
Name                         Mod/Proc                    Scope    # Refs
---------------------------------------------------------------------------
SpinRow............................SM/DrawPic....................L..........3
  SM.TXT
      DrawPic: 400, 401, 401
SpinRow............................SM/LoadWheels.................L..........6
  \ SM.TXT
      LoadWheels: =370, =371, 372, 373
SpinRow............................SM/RefreshForm................L..........6
  SM.TXT
      RefreshForm: =758, 760, 762, 764, 764, 765
SpinRow............................SM/PlaySlots..................L.........21
  SM.TXT
      PlaySlots: =435, =436, 426, =427, 427, 428, =431, 432, 433, =439,
          =440, 441, =442, 442, 443, 444, 445, 445, 450, 458, 459
SpinTopRow.........................SM/PlaySlots..................L..........6
  SM.TXT
      PlaySlots: =417, 437, 440, =445, 446, 458
SpinTemp...........................SM/RotateWheel................L..........6
  SM.TXT
      RotateWheel: =379, =380, 380, 380, 381, 382
SpinTemp...........................SM/RefreshForm................L..........5
  SM.TXT
      RefreshForm: =760, =761, 761, 761, 762
SpinTimer..........................SM/PlaySlots..................L..........4
  SM.TXT
      PlaySlots: =430, 436, =463, 463
SSI................................SM/PlaySlots..................L..........2
  SM.TXT
      PlaySlots: =416, 436
StatHandle.........................SM/PrintWinStat...............L..........5
  SM.TXT
      PrintWinStat: =1564, 1565, 1566, 1590, 1623
StatHandle.........................SM/PrintStat..................L..........5
  SM.TXT
      PrintStat: =808, 930, 932, 935, 981
StatHdle...........................SM/WriteStat..................L..........9
  SM.TXT
      WriteStat: =867, 870, 874, 877, 878, 881, 885, 893, 894
StatInfo...........................SM/PrintStat..................L..........4
  SM.TXT
      PrintStat: 909, 910, 932, 935
```

PK002989

```
StatInfo........................................SM/PrintWinStat................................8
    SM.TXT
        PrintWinStat: 1565. 1566, 1568. 1590
StatInfo........................................SM/WriteStat..................................6
    SM.TXT
        WriteStat: 870, 876. 878. 881, 905, 893
StatInfo.CardNo.................................SM/PrintStat..................................1
    SM.TXT
        PrintWinStat: 1575
StatInfo.CardNo.................................SM/WriteStat..................................2
    SM.TXT
        WriteStat: =872. =808
StatInfo.CardNo.................................SM/PrintStat..................................2
    SM.TXT
        PrintStat: 938, 940
```

```
Page:19  SM                      Variable Cross-Ref
Scalar Variables
Name                             Mod/Proc                     Scope    # Refs
```

```
StatInfo.DataPlayed.............................SM/WriteStat..................................2
    SM.TXT
        WriteStat: =874, =890
StatInfo.DataPlayed.............................SM/PrintWinStat...............................1
    SM.TXT
        PrintWinStat: 1593
StatInfo.DataPlayed.............................SM/PrintStat..................................1
    SM.TXT
        PrintStat: 936
StatInfo.Result.................................SM/PrintWinStat...............................2
    SM.TXT
        PrintWinStat: 1595, 1595
StatInfo.Result.................................SM/WriteStat..................................2
    SM.TXT
        WriteStat: =873, =889
StatInfo.Result.................................SM/PrintStat..................................2
    SM.TXT
        PrintStat: 938, 938
StatInfo.TimePlayed.............................SM/WriteStat..................................4
    SM.TXT
        WriteStat: =875, 882. =884, =891
StatInfo.TimePlayed.............................SM/PrintWinStat...............................2
    SM.TXT
        PrintWinStat: 1563, 1594
StatInfo.TimePlayed.............................SM/PrintStat..................................1
    SM.TXT
        PrintStat: 913, 937
StatInfo.WinFlag................................SM/WriteStat..................................1
    SM.TXT
        WriteStat: =892
StatInfo.WinFlag................................SM/PrintStat..................................1
    SM.TXT
        PrintStat: =948
StatInfo.WinFlag................................SM/PrintWinStat...............................1
    SM.TXT
        PrintWinStat: =1591
Step............................................SM/CheckPayOff................................1
    SM.TXT
        CheckPayOff: 601
Step............................................SM/CheckReset.................................1
    SM.TXT
        CheckReset: 1317
StringToNum.....................................SM/LoadNewSoftware............................3
    SM.TXT
        LoadNewSoftware: =1010, 1012, 1013
StripCount......................................SM/CheckSpin..................................3
    SM.TXT
        CheckSpin: =711, 712, 734
SwitchChar......................................SM.TXT.......................................6
    SM.TXT
        DrawPic: 401
        CheckPayOff: 573, =644, 644, 645, =645
temp............................................SM/LoadComm...................................8
    SM.TXT
        LoadComm: =1396, =1397. =1410, =1417, =1427, =1432, =1455
```

```
Page:20  SM                      Variable Cross-Ref
Scalar Variables
Name                             Mod/Proc                     Scope    # Refs
```

```
temp............................................SM/CheckPayOff................................2
    SM.TXT
        CheckPayOff: =598, =613
temp............................................SM/LoadPalette................................2
    SM.TXT
        LoadPalette: =799, =800
temp............................................SM/LoadBitMaps................................2
    SM.TXT
        LoadBitMaps: =841, =842, =843
temp............................................SM/SetVolume..................................1
    SM.TXT
        SetVolume: =1309
temp............................................MGSM/Form_Unload..............................5
    MGSM.TXT
        Form_Unload: =129, =330. =331, =335, =336
temp............................................SM/SetPause...................................1
    SM.TXT
        SetPause: =1504
temp............................................SM/LoadNewSoftware............................2
    SM.TXT
        LoadNewSoftware: =1012, =1033
temp............................................SM/ReadCom....................................1
    SM.TXT
        ReadCom: =680
```

5,373,440

87

88

```
temp..................................SM/DrawPic..................:
    SM.===
        DrawPic: #401
temp..................................SM/CheckBanner....... ..........:
    SM.===
        CheckBanner: #1365
temp..................................SM/OpenCon................ ...........:
    SM.===
        OpenCon: #451
temp..................................SM/PlaySlots............. ...........:2
    SM.===
        PlaySlots: #436, #460
TempDo...............................SM/SetPauseDown............:
    SM.===
        SetPauseDown: #1529
TempDo...............................SM/PrintTest...............:
    SM.===
        PrintTest: #1748
TempDo...............................SM/ResetCards..............:
    SM.===
        ResetCards: #1265
TempDo...............................SM/SetPauseUp..............:
    SM.===
        SetPauseUp: #1495
TempHandle...........................SM/Execute.................:6
    SM.===
        Execute: #735, 736, 736, 738, 739, 740
TempHandle...........................SM/LoadNewSoftware.........:5
    SM.===
        LoadNewSoftware: #1005, 1006, 1007, #1008, 1015
TempHandle...........................SM/ReadCard................:5
```

We claim:

1. A method for operating a promotional game for inducing potential customers to come to particular establishment, comprising the steps of:
   a) providing a game machine which is played for no consideration;
   b) establishing at least two separate series of images on said series, at least one of said series including representations of products, services or a combination of products and services;
   c) upon play by a patron, randomly moving said at least two series with respect to one another so that an image in one of said series will be aligned at a reference point with an image in another one of said series to form one of various combinations, select ones of said various combinations being winning combinations; and
   d) awarding a prize to said patron if one of said winning combinations is formed upon play by said patron, said prize being selected from the group consisting of said products or services whose representations form said one of said winning combinations, a product or service which is related to said products or services whose representations form said one of said winning combinations, and a retail product or service which is available from said establishment.

2. A method as claimed in claim 1, wherein said prize is related to said products or services whose representations form said one of said winning combinations.

3. A method as claimed in claim 1, further comprising the steps of:
   a) distributing game cards to patrons, each one of said game cards being coded with a game card code to identify the game card and an establishment code to identify said establishment; and
   b) automatically reading said game cards when inserted into said game machine and initiating said random movement step responsive to said establishment code meeting predetermined criteria.

4. A method as claimed in claim 1 further comprising the steps of:
   a) distributing game cards to patrons, each one of said game cards being coded with a game card code to identify the game card; and
   b) automatically reading said game cards when inserted into said game machine and initiating said random movement step responsive to the reading of said game cards.

5. A method as claimed in claim 4, wherein each one of said game cards is coded with a unique bar-code series.

6. A method as claimed in claim 4, wherein each one of said game cards is coded with a unique magnetic code upon a magnetic stripe on said game cards.

7. A method as claimed in claim 4, wherein said random movement step includes the step of positioning said at least two series so that the relative positions of said representations depend upon information coded on said game cards.

8. A method as claimed in claim 4, wherein said random movement step is performed by a random movement device in said game machine so that the relative positions of said representations do not depend upon information coded on said game cards.

9. A method as claimed in claim 4, further comprising the steps of recording identification data regarding each patron who requests one of said game cards and comparing said identification data to previously recorded identification data so as to prevent the issuance of more than one game card to each patron.

10. A method as claimed in claim 4, wherein said game card code is read by said game machine upon insertion of a game card into said game machine and is stored within said game machine for a selectable period of time.

11. A method as claimed in claim 10, wherein said stored game card code is erased from storage at the end of said selectable period of time.

12. A method as claimed in claim 10, wherein said game card code of an inserted game card is compared with all previously stored game card codes and the initiation of said random movement step is prevented if said game card code of said inserted game card matches one of said stored game card codes, whereby said random placement step can only be initiated once within said selectable period of time by a particular game card code.

13. A method as claimed in claim 10, wherein said game card code of an inserted game card is compared with all stored game card codes and the initiation of said random movement step is prevented if said game card code of said inserted game card is found to have been stored a selected number of times by said game machine

PK002991

5,373,440

89

90

within said selectable period of time.

14. A method as claimed in claim 13, wherein when initiation of said random movement step is prevented, a display is made of each time said inserted game card was used within said selectable period of time.

15. A method as claimed in claim 13, wherein said stored game card codes are erased from storage at the end of said selectable period of time.

16. A method as claimed in claim 1, wherein said establishing step includes the step of establishing said at least two separate series of images so that said representations of at least one of said products or services are present in two of said series, and said winning combinations include a match formed by aligning at said reference point a representation of a product or service in one of said two series with a representation of said product or service in another of said two series.

17. A method as claimed in claim 16, wherein said prize is related to said product or service whose representations on said two series form said match.

18. A method as claimed in claim 17, wherein said product or service whose representations form said match is a retail product or service available from said establishment.

19. A method as claimed in claim 18, wherein said establishment includes a plurality of retail locations and said prize is available from one of said retail locations.

20. A method as claimed in claim 1, wherein said establishing step includes the step of establishing said at least two separate series of images so that at least one of said series includes at least one wild card symbol and wherein at least one of said winning combinations includes said at least one wild card symbol.

21. A method as claimed in claim 20, wherein said winning combinations include at least one winning combination which does not include said wild card symbol and said prize is awarded in a magnitude which depends upon whether said wild card symbol is present in the particular winning combination which is formed.

22. A method as claimed in claim 20, wherein said wild card symbol is a symbol representing a business identity.

23. A method as claimed in claim 22, wherein said wild card symbol represents said business identity of said establishment in which said promotional game is operated.

24. A method as claimed in claim 20, further comprising the steps of:

a) distributing game cards to patrons, each one of said game cards being coded with a game card code to identify the game card and an establishment code to identify said establishment; and

b) automatically reading said game cards when inserted into said game machine and initiating said random movement step responsive to said establishment code meeting predetermined criteria.

25. A method as claimed in claim 20, further comprising the steps of:

a) distributing game cards to patrons, each one of said game cards being coded with a game card code to identify the game card; and

b) automatically reading said game cards when inserted into said game machine and initiating said random movement step responsive to the reading of said game cards.

26. A method as claimed in claim 1, wherein said establishing step includes the step of establishing at least three separate series of images including representations of products, services or a combination of products and services, and at least one wild card symbol, said representations of at least one of said products or services being present in at least two of said series, said winning combinations including a match formed by aligning at said reference point a representation of a product or service in one of said series with a representation of said product or service in another of said series, and at least one of said winning combinations including said at least one wild card symbol.

27. A method as claimed in claim 1, wherein said establishing step includes the step of displaying a visual representation of peripheral surface of each of at least two individual wheels in said game machine, each of said wheels containing one of said series of images, and wherein said step of randomly moving said at least two series includes the step of causing said individual wheels to rotate independently in said visual representation with respect to one another and then stop so that various combinations of said images on said at least two wheels can be read out at said reference point.

28. A method as claimed in claim 27, wherein said establishing step includes the step of simultaneously displaying more than one of said images in each of said series, said various combinations including only said image in each of said series which is aligned at said reference point.

29. A method as claimed in claim 27, further comprising the step of displaying fixed images including representations of products, services or a combination of products and services, said fixed images remaining unchanged during said random movement step.

30. A method as claimed in claim 27, wherein said step of awarding a prize includes the step of providing a signal to a location remote from said game machine instructing that said prize be awarded to said playing patron.

31. A method as claimed in claim 27, wherein said step of displaying said visual representation of said wheels includes the step of displaying said representation on a video screen in said game machine, the method further comprising the step of displaying messages upon said video screen between plays by patrons.

32. A method as claimed in claim 27, wherein said step of awarding a prize includes the step of issuing a coupon by said game machine exchangeable for said prize.

33. A method as claimed in claim 32, wherein said coupon is pre-stored in said game machine.

34. A method as claimed in claim 32, wherein said coupon is printed by said game machine in response to the formation of said one of said winning combinations.

35. A method as claimed in claim 1, wherein said establishing step includes the step of displaying said at least two series of images on a video screen, the method further comprising the step of displaying messages upon said video screen between plays by patrons.

36. A method as claimed in claim 35, wherein said messages do not obstruct said images in said combination formed upon play.

37. A method as claimed in claim 35, wherein said messages include advertisements for products, services or a combination of products and services.

38. A method as claimed in claim 37, wherein said advertisements are for said products or services represented in said at least one of said two series.

39. A method as claimed in claim 1, wherein said establishing step includes the step of displaying said at



PK002992

5,373,440

91 92

least two series of images on a video screen, the method further comprising the step of displaying moving videos upon said video screen between plays by patrons.

40. A method as claimed in claim 39, wherein said moving videos include advertisements for products, services or a combination of products and services.

41. A method as claimed in claim 39, wherein said moving videos include a video demonstrating how to play the game.

42. A method as claimed in claim 1, wherein said establishing step includes the step of displaying said at least two series of images on a video screen, said images being displayed in an initial image size during play of the game, and one of said images in said one of said various combinations increasing in size to an enlarged size encompassing a major portion of said video screen at a predetermined period of time after said one of said various combinations has been formed.

43. A method as claimed in claim 42, further comprising the step of generating an advertising message for said product or service in said enlarged image after said image has been enlarged.

44. A method as claimed in claim 1, wherein said representations of products comprise images of packaging for said products.

45. A method for operating a promotional game for inducing potential customers to come to a particular establishment, comprising the steps of:

(a) providing a game machine which is played for no consideration;

(b) establishing at least two separate series of images on said game machine, said images including partial representations of products, services or a combination of products and services;

(c) upon play by a patron, randomly moving said at least two series with respect to one another so that an image in one of said series will be aligned at a reference point with an image in another one of said series in one of various combinations, select ones of said various combinations being winning combinations; and

(d) awarding a prize to said patron if one of said winning combinations is formed upon play by said patron, said prize being selected from the group consisting of said products or services whose representations form said one of said winning combinations, a product or service which is related to said products or services whose representations form said one of said winning combinations, and a retail product or service which is available from said establishment.

46. A method as claimed in claim 45, wherein said winning combinations include a match formed by aligning a partial representation of a product or service in each one of said at least two series to display a complete representation of said product or service.

47. A method as claimed in claim 46, wherein said prize is related to said product or service whose partial representations form said complete representation.

48. A method as claimed in claim 47, wherein said product or service whose partial representations form said match is available from said establishment.

49. A method as claimed in claim 45, wherein said establishing step includes the step of establishing said at least two separate series of images so that at least one of said series includes at least one wild card symbol, and wherein at least one of said winning combinations includes said at least one wild card symbol.

50. A method as claimed in claim 45, wherein said partial representations of products comprise partial images of packaging for said products.

51. A method for operating a promotional game for inducing potential customers to come to a particular establishment, comprising the steps of:

a) providing a game machine;

b) establishing at least two separate series of images on said game machine, said images including representations of products, services or a combination of products and services;

c) randomly moving said at least two series with respect to one another so that a representation in one of said series will be aligned at a reference point with a representation in another one of said series to form one of various combinations, select ones of said various combinations including a match formed by aligning a representation of a product or service in one of said series with a representation of said product or service in another of said series; and

d) awarding a prize on each play of the game, said prize being selected from the group consisting of said product or service whose representation appears at said reference point in said one of said series, a product or service which is related to said product or service whose representation appears at said reference point in said one of said series, and a retail product or service which is available from said establishment, said prize being awarded in a first magnitude when said one combination does not include said match, and said prize being awarded in a second magnitude greater than said first magnitude when said one combination includes said match.

52. A method as claimed in claim 51, wherein said representations of products comprise images of packaging for said products.

53. A promotional game apparatus for inducing potential customers to come to a particular establishment, comprising

a) display means for establishing a reference point and at least two separate series of images, at least one series including representations of products, services or a combination of products and services, said at least two series being independently movable with respect to one another and with respect to said reference point so that an image in one of said series can be aligned at said reference point with an image in another one of said series to form various combinations, select ones of said various combination being winning combinations;

b) movement means for moving said at least two series with respect to one another so as to form said various combinations randomly;

c) activating means for activating said movement means for no consideration;

d) means for signaling that one of said winning combinations has been formed; and

e) means for awarding a prize upon the formation of said one of said winning combinations, said prize being selected from the group consisting of said products or services whose representations form said one of said winning combinations, a product or

5,373,440

93

service which is related to said products or services whose representations form said one of said winning combinations. and a retail product or service which is available from said establishment.

54. The promotional game apparatus as claimed in claim 53, wherein said winning combinations include a match formed by aligning at said reference point a representation of a product or service in one of said series with a representation of said product or service in another of said series, and said means for awarding a prize includes means for awarding a prize related to said product or service whose representations on said series form said match.

55. The promotional game apparatus as claimed in claim 54, wherein at least one of said series includes at least one wild card symbol and wherein select ones of said winning combinations include said at least one wild card symbol.

56. The promotional game apparatus as claimed in claim 55, wherein said wild card symbol is a symbol representing a business identity.

57. The promotional game apparatus as claimed in claim 56, wherein said wild card symbol represents said business identity of said establishment.

58. The promotional game apparatus as claimed in claim 53, wherein said representations of products comprise images of packaging for said products.

59. A promotional game apparatus for inducing potential customers to come to a particular establishment, comprising:
 a) display means for establishing a reference point and at least two separate series of images. at least one series including representations of products, services or a combination of products and services, said at least two series being independently movable with respect to one another and with respect

94

to said reference point so that an image in one of said series can be aligned at said reference point with an image in another one of said series to form various combinations, select ones of said various combinations being winning combinations;
 b) movement means for moving said at least two series with respect to one another so as to form said various combinations randomly;
 c) reading means for reading a code on a game card and for signaling said movement means to move said at least two series in response to said code;
 d) detection means for determining when one of said winning combinations has been formed at said reference point; and
 e) means responsive to said detection means for awarding a prize upon the formation of said one of said winning combinations, said prize being selected from the group consisting of said products or services whose representations form said one of said winning combinations, a product or service which is related to said products or services whose representations form said one of said winning combinations, and a retail product or service which is available from said establishment.

60. The promotional game apparatus as claimed in claim 59, wherein said code includes a first portion comprising a game card code for identifying the game card and a second portion comprising an establishment code for identifying establishments at which said game card may be used, and wherein said reading means reads said first and second portions of said code and signals said movement means to move said at least two series randomly in response to predetermined establishment codes.

61. The promotional game apparatus as claimed in claim 59, wherein said representations of products comprise images of packaging for said products.
*   *   *   *   *

40

45

50

55

60

65

PK002994