# EXHIBIT 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 4

US005373440A

## United States Patent [19]

### Cohen et al.

[11] Patent Number: **5,373,440**

[45] Date of Patent: **Dec. 13, 1994**

[54] **PROMOTIONAL GAME METHOD AND APPARATUS THEREFOR**

[75] Inventors: Leopold Cohen, Las Vegas, Nev.; Charles L. Bernhaut, North Brunswick, N.J.; Robert T. Grindell, Sunrise, Fla.

[73] Assignee: UC'NWIN Systems, Inc., Ft. Lauderdale, Fla.

[21] Appl. No.: 893,654

[22] Filed: Jun. 4, 1992

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 821,988, Jan. 16, 1992, Pat. No. 5,231,568.

[51] Int. Cl.$^5$ .................... G06F 15/28; A63F 5/04
[52] U.S. Cl. ......................... 364/410; 364/401; 273/139 A
[58] Field of Search ............ 364/401, 410, 411, 412; 283/51, 56, 901, 903, 102; 273/138 A, 139; 235/380, 375, 381

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,594,760 | 7/1971 | Haker | 340/325 |
| 4,072,930 | 2/1978 | Lucero et al. | 340/152 T |
| 4,335,809 | 6/1982 | Wain | 194/1 R |
| 4,369,442 | 1/1983 | Werth et al. | 340/825.35 |
| 4,373,726 | 2/1983 | Churchill et al. | 273/138 A |
| 4,494,197 | 1/1985 | Tray et al. | 364/412 |
| 4,518,852 | 5/1985 | Stockburger et al. | 235/381 |
| 4,573,681 | 3/1986 | Okada | 273/143 R |
| 4,648,600 | 3/1987 | Olliges | 273/138 A |
| 4,652,998 | 3/1987 | Koza | 364/412 |
| 4,669,729 | 6/1987 | Solitt et al. | 273/138 |
| 4,674,041 | 6/1987 | Lemon et al. | 364/401 |
| 4,681,548 | 7/1987 | Lemelson | 434/311 |
| 4,712,799 | 12/1987 | Fraley | 273/138 A |
| 4,723,212 | 2/1988 | Mindrum et al. | 364/401 |
| 4,775,935 | 10/1988 | Yourick | 364/401 |
| 4,856,787 | 8/1989 | tikis | 273/737 |
| 4,882,473 | 11/1989 | Bergeron et al. | 235/380 |
| 4,943,090 | 7/1990 | Fienberg | 273/139 |

| | | | |
|---|---|---|---|
| 4,982,346 | 1/1991 | Girouard et al. | 364/550 |
| 5,002,313 | 3/1991 | Salvatore | 265/102 |
| 5,007,641 | 4/1991 | Seidman | 273/138 |
| 5,033,744 | 7/1991 | Bridgeman | 273/85 CP |
| 5,038,022 | 8/1991 | Lucero | 235/380 |
| 5,042,809 | 8/1991 | Richardson | 273/138 A |
| 5,083,271 | 1/1992 | Thatcher et al. | 364/411 |
| 5,085,308 | 2/1992 | Wilhem | 194/205 |
| 5,179,517 | 1/1993 | Sarbin et al. | 364/410 |
| 5,212,368 | 5/1993 | Hara | 235/375 |

**FOREIGN PATENT DOCUMENTS**

0070613  1/1983  European Pat. Off. .

**OTHER PUBLICATIONS**

"Match The Super Star" ©1978 Coca-Cola Corp.

Primary Examiner—Roy N. Envall, Jr.
Assistant Examiner—A. Bodendorf
Attorney, Agent, or Firm—Lerner, David, Littenberg, Krumholz & Mentlik

[57] **ABSTRACT**

A patron inserts a coded game card into a game machine which reads the code and determines whether the game card has been played within a designated time period. If the game card has been played within such period, the game machine is not permitted to operate and a message will be generated. If the card has not been played within the time period, the game machine operates and randomly positions a number of product and/or service representations with respect to one another. Prescribed combinations of the representations permit the patron to win a prize. Symbols, which may include symbols representing a business identity, may optionally be employed as wild cards in forming the prescribed combinations. In addition to bearing a unique game card code, the game card can also contain establishment codes which permit a game card to be played only at particular establishments. Other game cards can be specially coded to provide maintenance instructions to the game machine.

**61 Claims, 5 Drawing Sheets**





FIG. 1

FIG. 2

FIG. 3

XYZ
SUPER STORE

XYZ
SUPER STORE

PK002943

**U.S. Patent**    Dec. 13, 1994    Sheet 2 of 5    5,373,440



FIG. 4



FIG. 5



FIG. 6

PK002944



FIG. 7



FIG. 8

PK002945

Case 1:04-cv-01532-KAJ   Document 121-2   Filed 05/10/2006   Page 12 of 60



FIG. 9a

PK002946



FIG. 9b

5,373,440

1

# PROMOTIONAL GAME METHOD AND APPARATUS THEREFOR

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation-in-part application of application Ser. No. 07/821,988 filed on Jan. 16, 1992 now U.S. Pat. No. 5,231,568.

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to games and, more particularly, relates to games in which prizes are awarded. Still more particularly, the present invention relates to games in which the prizes awarded are the products displayed as a result of playing the game.

### 2. Description of the Prior Art

It is customary for all types of businesses to promote their products and services by offering those products and services at more attractive prices. Such promotions typically involve the use of coupons, such as buy one-get one free coupons, coupons redeemable for products or services at reduced prices or for free, rebate coupons, etc. These promotional techniques are, at best, only marginally effective at promoting the goods and services of businesses and, accordingly, the extraordinary expense in conducting these promotions is hardly justified. Thus, in promotions employing coupons, the coupons are typically distributed through newspapers, magazines and mass mailings to households, and therefore mostly reach consumers who are totally disinterested in the particular product or service being promoted. Of those consumers that may potentially be interested in the particular product or service, many cannot be bothered or do not remember to clip the coupon from the newspaper or magazine and bring it to a store for redemption. Other consumers may collect the coupons, but fail to redeem same prior to their expiration dates. These burdens placed on consumers result in low coupon redemption rates and, hence, inefficient and ineffective promotional programs by businesses.

Other promotional techniques which are frequently employed by businesses are similarly inefficient in that they are not targeted to narrowly defined groups of potential customers. Accordingly, these promotional schemes, which include contests, sweepstakes, free product giveaways, etc., suffer from drawbacks similar to those encountered when using coupons.

In order to overcome the poor results which have been obtained with these conventional promotional schemes, attempts have been made to devise programs which are targeted to more select groups of consumers. In one such system, shown in U.S. Pat. No. 4,723,212 issued Feb. 2, 1988, the purchase of certain products causes the generation of discount coupons which may be used to purchase different products from the ones originally purchased. Each item purchased is examined to see if a coupon is to be generated, and when all items have been examined and the maximum number of coupons determined, a suitable number of discount coupons

2

are printed and issued. The patron does not take part in the process other than to select the original products for purchase. There is no display of the manufacturer's products, and the prizes awarded, if any, are intentionally different from the ones the patron has selected.

Other attempts have been made to develop promotional schemes which will be of more interest to potential customers. Typically, such schemes center around the playing of a game. In one system, described in U.S. Pat. No. 5,007,641 issued Apr. 16, 1991, a number of tokens having the same common code are distributed to patrons by an establishment or packaged with the product line to be promoted. The tokens must be brought by the patron to the establishment and played in the game device. Certain of the tokens result in the award of a prize which must be claimed at a redemption booth. The system itself does not display the manufacturer's products and therefore neither improves the patron's memory of such products nor triggers a desire to purchase such products. Moreover, the prizes awarded bear no resemblance to the code shown on the token or the game display.

A further known device, disclosed in U.S. Pat. No. 4,982,346 issued Jan. 1, 1991, shows visual advertisements of various products and dispenses coupons if the patron wins. The win is determined matching the number on a readable card with a pre-selected set of winning numbers in the device. Again, the actual prize won is not shown by the device and bears no direct relationship to what is shown.

Thus, despite the considerable effort that has gone into the development of many different promotional systems, there remains a need for a more effective system which will attract the attention of potential customers and which can acquaint these customers with the products and/or services being promoted by a business. Preferably, this system can be operated within a business establishment where it can be targeted to a more select group of potential customers.

## SUMMARY OF THE INVENTION

One aspect of the invention provides a promotional gaming method which includes the step of establishing at least two separate series of representations, including representations of products, services or both on a game machine. Most preferably, at least some of these representations are present in two or more of these series. Alternatively or additionally, the series may include "wild card" symbols. The method further includes the step of, upon play by a patron, randomly placing the series with respect to one another and with respect to a fixed reference location on the game machine. One representation of a product or service on a first series may at times be aligned with one representation of the product or service on the other series to form a winning combination. Where "wild card" symbols are present, a winning combination may be formed by a product or service representation and a wild card symbol. The method further includes the step of awarding a prize to the patrons who form such a winning combination. Most preferably, the prize is a product or service which is related in some way to the products or services in the winning combination. The patron will naturally focus his or her attention on the displayed representations to see if a winning combination is formed. Because product or service representations are displayed, the promotional game according to this aspect of the invention

PK002948

5,373,440

3

will focus the patron's attention directly on the product or service representations. The patron cannot play the game without becoming conscious of a product or service being promoted. Moreover, the game is enjoyable and induces patrons to play.

In preferred methods according to this aspect of the invention, each patron who wishes to play the promotional game in an effort to win prizes obtains a game card by registering at a suitable service desk. Certain identifying information about the patron is recorded and a uniquely coded game card is issued to such patron and cross-referenced against his identifying information. The game card desirably also includes a code identifying the establishment in which the game card can be played.

In these preferred methods, the patron takes his game card and inserts it into a game machine to initiate play. In highly preferred methods, the establishment code is first checked to determine whether the game card is entitled to be played on that game machine. The unique code of the game card identifying the patron is then checked against the stored codes of game cards played within a prescribed period, such as 24 hours, and if it is found already stored, signifying that it has initiated play within the last 24 hour period, the game machine is locked out and the date and time of the previous play and an appropriate message are displayed on a visual display of the game machine.

In the event no match is found with stored codes, the random selection device is operated and a visual display of the peripheral surfaces of, for example, three adjacent wheels is shown by the game machine. On these peripheral surfaces are depicted a series of images representing products, services, manufacturer and other business symbols and other indicia. Since the three wheels spin independently, various combinations of these images can be formed entirely at random, including certain combinations for which prizes can be awarded. Alternatively, certain selection criteria can be established so that the formation of a winning combination will be less than entirely random although it will still appear to be random to the playing patron. For example, winners could be established based on preselected game card codes or at preselected times so that a patron playing at, say, 1:04 p.m. could automatically form a winning combination. As to individual patrons these would still be considered random selections of winners, and the formation of the winning combinations would appear to be entirely random.

In highly preferred methods, the game machine may display more than one image at a time on each of the wheels. Thus, for example, when the wheels stop moving there may be displayed an array of nine images consisting of three images on each of the three wheels. Although only three images will be compared to determine whether there is a winning combination, the display of the additional six images increases the advertising effect. In a variant of this method, the additional six images may remain fixed and only the images in those positions which must be compared to determine whether there is a winning combination will be moved randomly.

Another aspect of the invention provides a game machine for playing the promotional game. The game machine includes a display for establishing a reference point and at least two separate series of images, at least one of which includes representations of products, services or a combination of products and services, the two

4

series being independently movable with respect to one another and with respect to the reference location so that an image in one of the series can be aligned at the reference location with an image in another of the series to form various combinations, select ones of which being winning combinations. The game machine further includes movement means for moving the series with respect to one another and means for signaling that one of the winning combinations has been formed. Also, means are provided for awarding a prize on the formation of a winning combination.

In preferred embodiments of the game machine, the code on a game card inserted into the game machine actuates the movement means. In highly preferred game machines, maintenance cards inserted into and read by the game machine instruct the game machine to perform certain non-game functions.

The game machine itself can be set to dispense preprinted coupons or can contain a printing device to print on blank or partially pre-printed tape to form a coupon. Alternatively, a signal can be sent to a remote location such as a service or courtesy desk where the coupon can be issued or arrangements made for receiving the prizes at no or a reduced cost.

The game machine can be used to display the fact that prizes have been awarded and between plays can display prescribed messages about the products and services being promoted, the manufacturer, the establishment or the game itself. These messages can take several forms, including "still" advertisements, banners having messages scrolling across them and moving videos.

It is an object of this invention to provide a promotional game machine which is simple to use and can be readily reprogrammed to change the products and/or services being promoted.

It is a further object of this invention to provide a game machine which can initiate the awarding of prizes in accordance with the objects displayed and in amounts commensurate with the number and type of product, service or symbol images displayed.

It is yet another object of this invention to provide a game machine which can only be played by a given patron a fixed number of times within a fixed time period.

Other objects and features of the invention will be pointed out in the following description and claims and illustrated in the accompanying drawings which disclose, by way of example, the principles of the invention and the best modes which have been presently contemplated for carrying them out.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings in which similar elements are given similar reference characters:

FIG. 1 is a front view of a game machine constructed in accordance with one embodiment of the invention;

FIG. 2 is a top plan view of a first form of game card which can be employed with the game machine of FIG. 1;

FIG. 3 is a top plan view of another form of game card which can be employed with the game machine of FIG. 1;

FIG. 4 is a highly schematic front view of one possible display on the screen of the game machine of FIG. 1;

FIG. 5 is a highly schematic front view of another possible display on the screen of the game machine of FIG. 1;

5,373,440

| 5 | 6 |

FIG. 6 is a highly schematic front view of yet another possible display on the screen of the game machine of FIG. 1;

FIG. 7 is a top plan view of a coupon which may be issued by the game machine of FIG. 1;

FIG. 8 is a highly schematic front view of a screen at a location remote from the game machine of FIG. 1; and

FIGS. 9a and 9B together are a flow chart of the operation of the game machine of FIG. 1.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Turning now to FIG. 1, there is shown one embodiment of a game machine 10 which may be installed in a store and played in accordance with the methods disclosed herein. Game machine 10 includes a cabinet 12 to house a computer and the peripheral electronic and mechanical devices, (not shown) required to operate and perform the various functions of the game machine. In the upper portion of cabinet 12 is a video screen 14 which may be a TV monitor or the like. Optionally, video screen 14 may be positioned in a location remote from cabinet 12, such as at an elevated level which can be more readily seen by patrons throughout the store. The video screen 14 displays computer-generated representations of the peripheral surfaces of three adjacent wheels 16, 18 and 20 which can be rotated independently of one another in a random fashion so that the effect is the same as watching the display of mechanical slot machines. Screen 14 may also display a computer-generated or permanently marked indicia 15 at a preselected reference location. Rather than include depictions of lemons, cherries and other non-significant symbols, the wheels each carry a series of images 17 which represent products and/or services that a manufacturer, distributor or other business wishes to promote. As used herein, the term "products" does not refer to generic products, but rather refers to the brand-name products of one or more manufacturers or distributors. Also as used herein, the term "service representation" refers to a representation of a physical article, apparatus or other thing which is commonly identified with a particular service or which is useful in connection with performing the service. The wheels may also display trademarks, service marks or other symbols or logos 19 associated with the manufacturer, distributor or other business, which marks, symbols or logos may serve as wild cards. Alternatively, a store wishing to promote certain of its own products or services or the products or services of another business can place representations of those products or services on the wheels, as well as symbols identifying the store which may serve as wild cards. Further, the wheels may display images which partially represent the foregoing products, services and/or symbols so that upon the alignment of select ones of these images, a complete representation of one or more of the products, services and/or symbols will be formed. The particular combinations of product and/or service representations for which prizes will be awarded, both with and without wild cards, are determined in advance and programmed into game machine 10, as will be discussed more fully below.

The game machine 10 is operated by the insertion of a game card, such as card 32 shown in FIG. 2 or card 38 shown in FIG. 3, into slot 22 of game machine 10. Game card 32 has a bar-code section 34 bearing a unique code which represents a particular patron and which thus identifies the game card. Preferably, the bar-code section 34 will also include a portion coded with information on the establishment or chain of establishments in which the game card 32 may be played. For example, each supermarket chain and each store in the chain may be identified by coded characters. The game machine 10 can then be set to operate only if it reads the code of the chain in which it is installed or, if special promotions in one or more stores are conducted, only those game cards 32 which contain the codes of the chain and those selected stores would operate the game machine 10. Similarly, game card 38 has a magnetic stripe 40 upon which has been recorded a similar unique code which represents a particular patron and which therefore identifies the game card, which code desirably also represents the establishment or chain of establishments in which game card 38 can be played. The name of the chain or the particular establishment at which the game card is valid may be printed upon the card itself, as at 36 on game card 32, or 42 on game card 38.

Located behind slot 22 is a suitable reader (not shown) for reading bar codes of the type contained on game card 32 or the magnetic stripe codes of the type contained on game card 38. In this regard, any bar code or magnetic stripe reader capable of supporting an RS232 interface at 9600 baud may be used. The data read by the reader will be used as set out below.

A further slot 24 is provided to dispense coupons representing the prizes awarded. Behind slot 24 may be a feeding mechanism (not shown) for dispensing pre-printed coupons stored in the game machine, or a printer (not shown) which first prints the required coupon on a roll of blank paper or partially pre-printed forms on which may appear the store name, address, advertising information, etc., and which then feeds the completed, severed coupon through slot 24.

Referring to the flow chart of FIGS. 9a and 9B, the general method for operating the promotional game is set out. First, a patron goes to a service desk or the like and requests a game card. The service desk personnel will take certain identification data from the patron which clearly identifies that patron only. The patron's name, address, social security number, driver's license number and similar data can be used. Optionally, certain biographic information may also be taken, including the patron's sex, age, marital status, number of children, etc. The data is entered into input device 26 by depressing the keys of keypad 28. (See FIG. 1)

Next, the identification data is compared with like identification data stored in the input device 26 to determine if this identification data has been stored previously. If it matches previously stored identification data, it means the patron already has been issued a game card 32 or 38, the fact of the match is shown by a suitable display, and no new game card is issued. In the absence of a match, a coded game card 32 or 38 is issued to the patron, and all of the entered data is permanently stored in the input device 26. The number of the game card is permanently stored in input device 26 with the identification data of the patron so that the patron can be identified by his identification data or game card number. In the event a game card is lost, the patron can report the loss to persons at the service desk who will enter additional data into the file of the patron in the input device 26 which will render the lost game card invalid for play in game machine 10. A new game card 32 or 38 with a new code can then be issued to such patron. At prescribed intervals, the input device 26 may

PK002950

5,373,440

7

be connected by a suitable cable (see FIG. 1) to the game machine 10 to upload the codes of the invalid game cards to a permanent memory location in game machine 10. Alternatively, a keyboard (not shown) may be temporarily connected to the game machine 10 to enter invalid game card codes directly into the permanent memory location of game machine 10. In a preferred arrangement, the information regarding invalid game card codes may be downloaded onto a disk or other recordable media (not shown) which may then be inserted into game machine 10 and uploaded into the permanent memory location therein. In any event, if any game card reported as lost is thereafter inserted for play, the game machine 10 will not be activated. A message may be displayed on video screen 14 or at the service desk to indicate that this is an invalid game card.

Once it has been issued to him, the patron may insert his game card into slot 22 of game machine 10 which reads the code in bar code section 34 on game card 32 or the code on magnetic stripe 40 of game card 38. The portion of the game card code bearing the establishment information may first be compared by game machine 10 with establishment codes permanently stored therein to ascertain that the game card is being played in an establishment in which it is accepted. If the game card is not accepted by this particular establishment, a suitable message to that effect will be displayed on video screen 14 and play will not be initiated. On the other hand, if the establishment information in the game card code is acceptable, the random selection device in game machine 10 will be actuated automatically to initiate play.

As used throughout this specification, the term "random" refers to a movement of the wheels 16, 18 and 20 with respect to one another and with respect to reference location 15 which appears to be entirely random to the playing patron. As will be discussed more fully below, the movement of the images on the wheels may be truly random in that it is not influenced by any instructions from the software operating the game machine. It should be emphasized that this truly random movement of the images is the most preferred method for operating the game machine in accordance with the present invention. However, there is the possibility of programming the operating software of the game machine to control the movement of these images to some extent to assure that a winning combination is formed at prescribed times or at prescribed intervals. Although the influence of the software controlling the operation of the game machine may make the movement of the wheels with respect to one another less than truly random, such movements will still appear to be truly random to the playing patron. This latter possibility is a less preferred method of operating the game machine.

In order to more equitably distribute the prizes awarded, the establishment may desire to limit how often each game card may be played during a preselected period of time. The number of plays permitted within the preselected period of time may be limited to one or may be selected to be a number greater than one. For example, each game card may be limited to only one play during each twenty-four hour period, five plays in a one week period, etc. In order to accomplish this result, each time the insertion of a game card into slot 22 of game machine 10 actuates the random selection device of the game machine, the code on that game card is stored in a temporary memory location in game machine 10. Stored along with the game card code are the date and time of play, as determined by an internal

8

clock in game machine 10. If desired, the game machine 10 can also be programmed to store information regarding prizes won by the patron on that play, if any. As the patron inserts his game card into slot 22 of game machine 10, the game machine can compare the game card code on that card with all of the game card codes previously stored in the temporary memory of game machine 10 to determine whether the random selection device should be actuated. In the event game machine 10 determines that the game card code has not been played the maximum permissible number of times within the preselected period of time, the random selection device will be actuated and the patron's game card code, and the date and the time of play will again be stored together in the temporary memory location in game machine 10. Thus, a particular game card code may be stored as one or more entries in the temporary memory location, the date and time of play being stored along with each entry. Should the game machine 10 determine that the game card code has already been played the maximum permissible number of times, the random selection device will not be actuated, and instead, the dates and times of each of the patron's plays may be displayed on video screen 14 along with a video and/or audio message indicating that play has been denied.

The internal clock in game machine 10 can be used to periodically clear from the temporary memory location of the game machine the data regarding those patrons who had played. Thus, the machine may check the date and time of play included with each game code entry, and may delete each entry having an "old" date and time, i.e., a date and time more than a preselected period before the checking and deletion cycle. Therefore, at the end of the preselected period, each patron will be able to recommence his playing of the game machine. The clearing of the data stored in the temporary memory will not affect that information stored in the permanent memory, such as the record of invalid game codes. Alternatively, the machine may simply clear all of the entries from the temporary memory at a selected time, such as at midnight each day or at the end of a week.

In a less preferred embodiment, all possible game card codes are permanently stored in game machine 10, and each time a particular game card is played a temporary notation is made within the game machine as to the date and time of play. The additional information provided by these notations is then used by the game machine to determine if that game card is entitled to be played at the time of presentation.

As set out above, the display during the operation of the random selection device in response to the insertion of a game card 32 or 38 is the peripheral surfaces of three wheels 16, 18 and 20 which move independently of one another in a random fashion until they stop at their final settings. In these final settings, one image on each wheel is displayed in alignment with the reference location 15. This alignment will typically be a linear arrangement in either a horizontal row, a vertical row or a diagonal row, alignment in a horizontal row being the most preferred. Although three wheels are described, it should be understood that game machine 10 may include at least two wheels or any number of wheels greater than two. The peripheral surfaces of the wheels are marked with the images of a series of products and/or services which are being promoted. These may include, for instance, a series of products of a particular manufacturer or distributor, the products and/or services of the establishment in which the game ma-

PK002951

5,373,440

| 9 | 10 |

chine is installed, the products and/or services of a different establishment, or combinations of any or all of the above. In addition, images of symbols or logos identifying the manufacturer, the distributor, the establishment or another business, collectively referred to herein as "business symbols", may be placed on the wheel surfaces to act as wild cards. No actual wheels exist, but these images result from the operation of the software within the game machine 10 in a well-known manner.

The software required to generate the product representations, service representations and business symbol images; to determine the particular combinations of images that will be awarded a prize; to determine the odds of forming these winning combinations; to display a particular message or series of messages; and to perform any other task in connection with the operation of game machine 10 is recorded on a disk or other storage media insertable in the game machine. The software, a preferred listing of which is shown in Appendix A attached hereto, may be run on any computer system running WINDOWS from Microsoft Corp. Version 3.1 or greater and capable of supporting the requisite peripheral equipment, preferred models of which are identified on the cover page of the attached software listing. By placing the game software on a removable disk, any of these parameters may be changed by merely replacing the storage disk with a new disk having the desired data. For example, the products whose representations appear upon the operation of game machine 10 can be changed merely by inserting a new disk having the proper information. Similarly, a new storage disk could be supplied to change the odds that a winning combination will be formed on any one play of game machine 10. To increase the odds that any one particular product or service representation will be part of a winning combination, the number of times representations or partial representations of that product or service appear on the wheels is increased. Similarly, the odds of forming a winning combination with a particular product or service representation can be decreased by decreasing the number of times representations or partial representations of that product or service appear on the wheels.

Based upon the particular combination of images which are in alignment in reference location 15 at the end of the spinning of wheels 16, 18 and 20, a prize can be awarded. The criteria for determining which combinations will be awarded a prize can be selected from several different alternatives by an appropriate programing of the software which operates game machine 10. In one method for forming a winning combination, the product and/or service representations on at least two wheels will match one another. Obviously, this method requires that the representations of at least some of the products or services appear on at least two of the wheels so that matches can occur. For example, in game machines employing three wheels 16, 18 and 20, a winning combination may require that the product and/or service representations aligned in reference location 15 when all three wheels come to rest be identical. This concept is illustrated in FIG. 4, in which wheels 16, 18 and 20 have each come to rest showing representations of cheese dip in horizontal alignment. Other winning combinations in accordance with this method may be formed through the use of business symbols which serve as wild cards. Thus as shown in FIG. 5, wheels 16 and 18 have come to rest displaying representations of cheese dip, while wheel 20 has come to rest displaying the manufacturer's logo. It will be appreciated that the

use of business symbols as wild cards eliminates the need to have the representations of at least some of the products or services appear on at least two of the wheels. This is particularly true in the case where only two wheels are used, where a winning combination may be formed by matching a wild card symbol with a product or service representation. The extent to which the images on the wheels match may determine the magnitude of the prize awarded. Thus, at the option of the business employing game machine 10 for promotional purposes, the concurrence of the three product representations in FIG. 4 may result in, for example, ten packages of cheese dip being awarded, while the combination of the matching product representations on wheels 16 and 18 with the manufacturer's logo on wheel 20 may result in an award of only three packages of cheese dip or cents-off coupons for this product.

A method which is similar to, but less preferred than that described above employs game machines in which the three wheels 16, 18 and 20 include partial representations of products and/or services. In accordance with this method, a winning combination desirably would require the proper alignment of all three wheels to form a complete representation of the product or service, as shown in FIG. 6. It will be readily apparent that for combinations in which less than all of the wheels in the game machine are appropriately aligned a complete representation of the product or service will not be formed and a win will not be produced. Although the use of business symbols as wild cards would prevent complete representations from being formed, the use of such wild cards are contemplated herein to increase the odds of forming a winning combination.

In an alternate method, a winning combination may be formed by aligning representations of a particular type of product or service on each of the wheels. For example, the three wheels of game machine 10 may include representations of cereal products offered by different manufacturers. A winning combination may then be formed by aligning three representations of cereal products offered by a single manufacturer. The representations of the cereal products may all be different, or some may match one another. The extent of the match (i.e., two or even three of the representations being identical) may be used to determine the magnitude of the prize awarded. In another example, game machine 10 may be installed in a video rental store and wheels 16, 18 and 20 may include images of movie stars. The alignment of three images of one particular star, for instance Humphrey Bogart, may then be a winning combination entitling the winner to a free rental of a movie by that star, in this case a movie starring Humphrey Bogart. In a variant of this method, the winning combination does not require that the representations be of the same type of product or service; rather they merely must be related in some predetermined fashion. Thus, for example, were game machine 10 to be installed in a fast food restaurant, a winning combination may comprise aligned representations of a hamburger, french fries and a soda, or orange juice, coffee and an egg sandwich. Should game machine 10 be installed in an automotive parts store a winning combination in accordance with this variant of operation may consist of aligned representations of cans of oil, an oil filter and an oil can spout. Since identical matches of product or service representations per se are not necessary, it will be apparent that the representation of any particular product or service need not appear on more than one

5,373,440

wheel to operate the game machine in accordance with this method. Again, business symbols optionally may be used as wild cards in forming the winning combinations.

In yet another method, each play of the game machine will result in a winning combination and the award of a prize. In accordance with this method, the magnitude of the prize will depend upon whether the winning combination includes a match of two or more product or service representations. Thus, for example, in game machine 10, for a combination in which each of the product and/or service representations on wheels 16, 18 and 20 are different, the patron may win an award of a predetermined discount on the product or service appearing on wheel 16. If the product or service representation on either of wheels 18 and 20 match the representation on wheel 16, the patron may be awarded two times or some other multiple of the predetermined discount on the product or service appearing on wheel 16. Matching the product or service representations on wheels 18 and 20 may also result in the award of, for example, twice the predetermined discount on the product or service appearing on wheel 16, or a similar discount on the product or service whose representations on wheels 18 and 20 match. Further, matching the product or service representations on all three of wheels 16, 18 and 20 may result in an award of that product or service for free or some other appropriate award. Of course, business symbols may also be used as wild cards in accordance with this method in order to enhance the opportunity for the patron to win a larger award. In a variant of this method, game machine 10 may include only a single wheel 16 and each patron may win an award related to the product or service appearing on wheel 16 after a random rotation. Preferably, the award will consist of the product or service free of charge or a predetermined discount on the product or service.

As is well known, regardless of the specific criteria used to determine winning combinations, the program controlling the random selection device of game machine 10 can be set to ensure that a given number of prizes are awarded per a given number of plays and to assure a given distribution of the prizes is achieved in concert with the desires of the business promoting its products or services. As an alternative to ensure that prizes are awarded regularly and in the desired value, the game machine may be programmed to form predetermined winning combinations a minimum number of times in a prescribed period if prizes have not been awarded or have not been awarded in sufficient numbers during that period by the random selection process. Thus, for example, game machine 10 may be programmed to form a certain winning combination at least once in a twenty-four hour period to maintain patron interest. As to each patron the selection would be random. As emphasized above, programming game machine 10 so that the movement of wheels 16, 18 and 20 is influenced by the operating software of the game machine is less desirable than having the wheels move in a truly random fashion.

The game machine may be programmed in other ways to form predetermined winning combinations on a less random basis. Thus, for example, it may be desirable to maximize the promotional effect of the game by assuring that a winning combination is formed at a certain time or within a certain time period each day when the number of patrons in the establishment is at its greatest. Also, the game machine may be programmed to award a prize to a predetermined customer by forming

a winning combination upon reading a preselected game code. Although these last two methods for controlling the formation of winning combinations may appear to be entirely random to the patron, the influence of the operating software for the game machine makes them less than truly random. Again, these are less preferred modes of operation.

Once it is determined that the display shows a winning combination, a signal is generated within game machine 10 instructing that a prize is to be awarded and what that prize is. This signal may be employed to dispense a pre-recorded coupon stored within the game machine or to cause the printing within the game machine of a coupon (see 60 in FIG. 6) redeemable for the product or service won in the quantity indicated. Alternatively, the signal may be directed to a display 70 at a service counter (see FIG. 7) where personnel at the counter may provide the required coupon or mark the actual product won so that it is free at the check-out counter. The signal may also be used to sound bells, flash lights, provide some audio message or cause a display on the video screen 14 of the game machine 10 to announce that the patron playing has won a prize and any other information desired to be disseminated.

The prizes awarded upon the formation of a winning combination may be totally unrelated to the products and/or services displayed on the game machine and may include, for example, monetary awards, store credits, coupons redeemable for any product or service offered by a manufacturer or other business entity promoting products or services on the game machine, coupons redeemable for a particular product or service offered by a manufacturer or other business entity not promoting its products or services on the game machine, etc. Preferably, the awarded prizes are products and/or services which are related to the products or services in the winning combination. As used herein, a prize "related to" a product or service A includes (1) one or more of the product or service A itself; (2) a discount on one or more of the product or service A; (3) one or more of a product or service which is typically used in combination or connection with the product or service A; and (4) a discount on one or more of a product or service which is typically used in combination or connection with product or service A. Most preferably, the prizes are those which are typically available in the establishment in which the game machine has been installed. In the case where the game machine has been installed in a mall, the prizes are preferably available from one of the stores in the mall.

As noted at the outset, the purpose of the promotional game method and apparatus of the present invention is to promote the products and/or services of one or more businesses. To that end, it is contemplated that the advertising affect of game machine 10 may be increased by displaying images representing products, services and/or business symbols on game machine 10 in addition to those images which are displayed in alignment with reference location 15 when wheels 16, 18 and 20 have stopped moving. Thus, for example, video screen 14 may simultaneously display three images on each of wheels 16, 18 and 20 both as the wheels are moving and when they have come to rest. Although only one image on each of the wheels will be in alignment with reference location 15 and, hence, only those images will determine the existence of a winning combination. the display of the additional images will increase the promotional affect of game machine 10 because the

5,373,440

13

patron's attention will be focused on the product representations, service representations and/or business symbols displayed in these additional images. The promotional affect can be increased still further by having the images which may be displayed on video screen 14 outside of reference location 15 remain fixed while wheels 16, 18 and 20 are being randomly moved with respect to one another. That is, only the images in reference location 15 would appear to move with respect to one another during play of the game, while the remaining images displayed on video screen 14 would remain in place. Naturally, the increased promotional affect of this latter embodiment would result from the patron's attention being focused on the still images during the entire random placement step.

Between operations of the random selection device, the video screen 14 of game machine 10 may also be used to display a series of messages promoting the products or services involved in the game, other information regarding the products or services, establishment messages, inducements to play the game and lists of the prizes awarded, and any other information to be called to the patrons' attention. Such messages may encompass a portion or the entirety of video screen 14, and may commence automatically a preselected length of time after operation of the random selection device has terminated and the wheels have come to rest. In a particularly preferred arrangement which enhances the advertising effect, a banner bearing an advertising message may be scrolled across the top portion of video screen 14 without obscuring the combination of images aligned in reference location 15. The banner will appear a preselected period of time after play has terminated, which period of time may be increased or decreased as desired. A particularly beneficial advertising effect can be obtained by having the advertising banner appear promptly after the wheels have stopped moving so that the playing patron will see the banner and its advertisement while examining the images on video screen 14 to determine whether he is a winner.

In an equally preferred arrangement, at a predetermined time after the wheels have stopped moving, the product or service represented on one of the wheels will automatically grow in size to encompass all or substantially all of the video screen 14. For example, a five seconds after the wheels have stopped moving (which should provide the patrons with sufficient time to note whether the combination of images formed on the screen is a winner) the image on the first wheel may gradually grow in size until it consumes a majority of video screen 14, obliterating the images of the other products, services or symbols displayed on the screen. When the image reaches its maximum size, an audible and/or visual message may be generated to promote the product or service appearing on the screen. Once this message has been completed and the enlarged image has been displayed for a preselected length of time, the video screen may revert to displaying the combination of images which resulted from the last play, or may display other advertisements or messages.

In yet another highly preferred embodiment, a moving video may be displayed on video screen 14 between plays of the game. These moving videos may be one or more advertisements, preferably for products or services whose representations appear during play of the game, or may be a demonstration on how the game is played, and may encompass the entirety of video screen 14 or any fraction thereof. The data for generating these

14

moving videos, which are much like the moving images typically viewed on a television, may be recorded on a storage disk in a known fashion for access by the operating program of game machine 10. As a result, the series of moving videos in game machine 10 can be replaced with a new series of such videos merely by removing one storage disk from the game machine and inserting a new disk in its place.

In order to keep game machine 10 simple to operate by patrons and simple to maintain by generally available store personnel, game machine 10 is not provided with a keyboard. Since no keyboard is available for instructing game machine 10 to perform certain operations, all such instructions are supplied by inserting maintenance cards (not shown) into slot 22. In all outward appearances, the maintenance cards are the same as game cards 32 and 38, except that the coded information appearing in bar code sections 34 or magnetic stripes 40 are not game card codes, but rather are instruction codes recognizable by the game machine. Thus, one maintenance card may contain a code for instructing game machine 10 to assemble various statistical data which may be obtained. Statistical information regarding the patrons playing the game machine, their frequency of play, prizes won, etc., may be summarized in various tables to indicate, for example: (1) the total number of plays during the prescribed period, i.e., twenty-four hours, one week, etc.; (2) the number of plays hour-by-hour; (3) prizes won and the profile of the persons who won; (4) the number of prizes won and the total value of the prizes awarded, etc. The code on the maintenance card may further instruct game machine 10 to print this statistical data either on the printer within the game machine or at a remote location.

Another maintenance card may include a code for instructing the game machine to accept replays on some or all of the game cards, such as by reducing by one the number of times each of the game card codes have been stored in the temporary memory of the game machine.

The code on yet another maintenance card may instruct the game machine to update and/or change the program in the game machine. Thus, as a storage disk containing new game parameters is placed in the game machine 10, the information therein will not be uploaded into the operating memory of the game machine until the maintenance card bearing the proper instruction code has been inserted into the card reader via slot 22. The proper maintenance card will instruct the game machine to replace the game parameters in its operating memory with the game parameters on the newly inserted disk. Additional maintenance cards may be provided for instructing the game machine to perform other tasks, such as downloading or uploading card and play information to a remote computer. In less preferred embodiments, all of these instructions may be provided to game machine 10 through the use of input device 26 or some other keyboard temporarily connected to the game machine.

Games of this nature may be employed usefully at the point of sale in retail establishments such as supermarkets, fast food restaurants, auto parts stores, home centers, toy stores and the like. The ability to charge back to a sponsor, such as a manufacturer or distributor, the availability of recorded information regarding the total number of prizes won and the total value of prizes awarded as set forth above, the absence of any need for special goods packaging or specially distributed game cards, and the elimination of the need to distribute a

PK002954

15 · 5,373,440 16

plethora of coupons which will never be redeemed, all coupled with the ability to easily and quickly change promotions at will, provides a uniquely effective promotional tool.

As will be readily appreciated, laws bearing on gambling and the lotteries limit certain types of promotions involving an element of chance, particularly where the purchase of goods or services is required as a pre-condition for entry into the game. Games according to the present invention can be, and are intended to be, operated in conformity with applicable laws. Such laws ordinarily require that the patron or prospective patron be allowed to enter any game of chance without pur-

chasing anything or paying money to acquire an entry. Ordinarily, such laws are satisfied if the patron has the opportunity to acquire a game card without a purchase.

Although the invention herein has been described with reference to particular embodiments it is to be understood that these embodiments are merely illustrative of the principles and applications of the present invention. It is therefore to be understood that numerous modifications may be made to the illustrative embodiments and that other arrangements may be devised without departing from the spirit and scope of the present invention as set forth in the appended claims.

## A P P E N D I X   A

Filename: C:\SM\SM1\SMGLB.BAS

```
 1 ' Global Definition Module - UC7NWIN Game Machine
 2 ' based jon Windows 3.1 Microsoft Corp and Professional Visual Basic 1.0
 3 ' Dynamic Link Library written in Microsoft QuickC for Windows 1.0
 4
 5 ' Copyright 1991/92 SR Information Solutions, Inc.
 6 ' Employer for Hire: Robert T. Grindell
 7
 8 ' Complete list of preferred hardware is as follows:
 9 '   486/33 Intel-Based CPU or any CPU supporting Micrsoft Windows w/
10 '     200 Meg Hard Drive, min 4 Meg Ram, 2 Serial, 1 Parallel, 3 1/2" Floppy Drive
11 '   Actix Quantum VGA Card 800X600 w/256 colors or any S3 Inc. based video board
12 '   Media Vision Pro Audio Spectrum Board w Windows 3.1 Drivers/any audio board with mixer controls
13 '   New Media Graphics Super Motion Compression Kit or any Full Motion Video Equip w/Windows MCI Drivers
14 '   American Microsystems Model 2500 Wedge, Bar Code and Mag Strip Reader, or any reader w/RS-232 comm
15 '   Seiko Epson TM-T80 Printer, or any printer w/ Windows Drivers, auto-cutter, and auto-feeder
16 '   21" Super VGA Monitor w/ 70 hz vertical refresh rate non-interlaced 800X600 resolution
17
18 ' The Following Files are required, although not explicitly declared or included within Windows 3.1
19 ' All Drivers and Libraries for Microsoft 3.1 Multimedia Extensions (Most included w/ 3.1)
20 ' ' Printer.Drv    Some Printer Driver (Usually included w/ Windows 3.1)
21 '   COMMDLG.DLL    Included with Windows 3.1 SDK
22 '   DDEML.DLL      Included with Windows 3.1 SDK
23 '   MMMIXER.DLL    Media Vision Software Mixer Driver - Pro Audio Spectrum Sound Board
24 '   MVAPI.DLL      Media Vision Software Mixer Driver
25 '   MCIMIXER.DLL   Media Vision Mixer Media Control Interface Driver
26 '   MCISEQ.DRV     MCI MIDI Sequencer Driver
27 '   MCIWAVE.DRV    MCI Waveform Audio Driver
28 '   MMSOUND.DRV    Windows 3.1 Sound Driver
29 '   MVMIXER.DRV    Media Vision Mixer Driver
30 '   MVPROAUD.DRV   Media Vision Waveform Driver
31 '   MVFM.DRV       Media Vision MIDI Sequencer Driver
32 '   SMCMCI.DRV     New Media Graphics Super Motion Compression Board MCI Driver
33 '   SWWMCI.DRV     New Media Graphics Super Video Window Capture Board MCI Driver
34 '   CAR1K.DRV      Actix Quantum S3 VGA Board 600X500 Software Driver
35 '   CARVGA.GRX     Actix Quantum S3 VGA Board 800X600 Software Driver
36
37 '   PICX.BMP       200X200 Bitmap Picture Files (Changes according to pictures displayed)
38 '   CARD.BMP       Bitmap File Containing Sample Playing Card
39 '   BANNERX.BMP    One or More bitmaps containing the Banner to display while machine is inactive
40 '   COUPON.DAT     Text File showing format and content of coupons
41 '   SM.DAT.        Odds File containing Number of Symbols per wheel, and how many pics on each wheel
42 '   SMPAY.DAT      Winning Combo File, determines wins, and what to print on the coupons
43 '   STAT.DAT       History File built each time game is played
44 '   MOVIE.VID      Super Video Windows Compressed Video Movie File to be played while game inactive
45 '   MOVIE.AUD      Super Video Windows Compressed Audio Movie File to be played while game inactive
46 '   BACKSTAT.WAV   Audio File "Backing Up Statistics"
47 '   CARDINV.WAV    Audio File "Invalid Card"
48 '   CARDUSD.WAV    Audio File "That Card was already used"
49 '   ENDSPNT.WAV    Audio File "Sorry you didn't win"
50 '   ERASTAT.WAV    Audio File "Erasing Statistics"
51 '   LDSFTT.WAV     Audio File "Loading New Software"
52 '   MUSOFF.WAV     Audio File "Music Off"
53 '   MUSON.WAV      Audio File "Music On"
54 '   PAUSL.WAV      Audio File "Lengthen Pause Before Banner"
```

PK002955

5,373,440

17                                                                                         18

55 '  PAUSS.WAV      Audio File "Shorten Pause Before Banner"
56 '  PAUSMAX.WAV    Audio File "Pause at maximum"
57 '  PAUSMIN.WAV    Audio File "Pause at minimum"
58 '  PICKUP.WAV     Audio File "Please pickup your coupon below"
59 '  PRINTALL.WAV   Audio File "Printing All Statistics"
60 '  PRINTWIN.WAV   Audio File "Printing Winning Statistics"
61 '  PRNTTST.WAV    Audio File "Printing Test Coupon"
62 '  RESET.WAV      Audio File "All Cards Reset for additional play"
63 '  SONGS.WAV      Audio File containing Background Music while machine is inactive
64 '  VOLDWN.WAV     Audio File "Volume Down"
65 '  VOLUP.WAV      Audio File "Volume Up"
66 '  WHEEL.WAV      Audio File "Around it goes"
67 '  WHEELSTP.WAV   Audio File with noise of wheel stopping
68 '  WIN.WAV        Audio File with noise showing winning play
69 '  WINX.WAV       Audio File "You're a winner, you have gotten 3 pictures in a row!"
70 '  RTG.INI        Initialization file located in the Windows 3.1 Directory
71 '      can contain any of the following:
72 '      CardDevice= Port to read info from Card Reader, usually COM1:9600,N,8,1
73 '      WheelItems= Number of Total Items on each wheel - 1
74 '      NmPictures= Number of PicX.BMP files to load in
75 '      MME= Flag if Multimedia Extensions are present
76 '      Music= Flag if music is turned on or off
77 '      Dir= Directory of program, data and audio files
78 '      Volume= Current Master Volume of all audio
79 '      BannerCount= Number of Banner Bitmap Files
80 '      BannerWidth= Length of each Banner Bitmap
81 '      BannerTimeOut= Number of seconds after each play to start banner
82 '      Video= Flag if Video is present or not
83 '      VideoTimeOut= Number of Seconds between playing Videos
84 '      ResetTime= Time to reset all cards for additional playing
85 '      ResetInterval= Interval in Hours to reset each card
86 '      MainBack= Windows 3.1 Color Index of Background, usually &H00FFFFFF
87 '      CardIndex= Prefix of digits of Playing Cards allowed to operate this machine
88 '      Autowin= three numbers showing what combination should appear, default=000
89 '      GameSwitch= Allows switching of multiples of NmPictures between plays
90 '          used to allow different "sets" of symbols for each alternating play
91 '
92 Define A-Z
93
94 ' Define Windows GDI function calls - Module GDI.EXE
95 Declare Function BitBlt Lib "Gdi" (ByVal destHdc, ByVal X, ByVal Y, ByVal w, ByVal h, ByVal srcHdc, ByVal srcX, ByVal srcY, ByVal Rop As Long)
96 Declare Function StretchDIBits Lib "Gdi" (ByVal hDC%, ByVal dX%, ByVal dY%, ByVal dW%, ByVal dH%, ByVal sX%, ByVal sY%, ByVal sW%,
ByVal sH%, ByVal lpBS, ByVal lpBIS, ByVal wUsage%, ByVal dwRop&) As Integer
97 Declare Function CreateCompatibleBitMap Lib "Gdi" (ByVal hDC, ByVal w, ByVal h) As Integer
98 Declare Function CreateCompatibleDC Lib "Gdi" (ByVal hDC) As Integer
99 Declare Function DeleteDC Lib "Gdi" (ByVal hDC) As Integer
100 Declare Function DeleteObject Lib "Gdi" (ByVal hObject) As Integer
101 Declare Function StretchBlt Lib "Gdi" (ByVal destHdc, ByVal X, ByVal Y, ByVal w, ByVal h, ByVal srcHdc, ByVal srcX, ByVal srcY, ByVal srcW,
ByVal srcH, ByVal Rop As Long)
102 Declare Function SetStretchBltMode Lib "Gdi" (ByVal hDC, ByVal nStretchMode)
103 Declare Function GetBitmapBits Lib "Gdi" (ByVal hBitmap, ByVal dwCount As Long, ByVal lpBits As Long) As Long
104 Declare Function SelectObject Lib "Gdi" (ByVal hDC, ByVal hObject) As Integer
105 Declare Function SetBitmapBits Lib "Gdi" (ByVal hBitmap, ByVal dwCount As Long, ByVal lpBits As Long) As Long
106 Declare Function CreatePalette Lib "Gdi" (ByVal lpPal%) As Integer
107 Declare Function GetTextExtent Lib "Gdi" (ByVal hDC As Integer, ByVal TxtStr As String, ByVal Count As Integer) As Long
108 Declare Function TextOut Lib "Gdi" (ByVal hDC As Integer, ByVal X, ByVal Y, ByVal TxtStr As String, ByVal Count As Integer) As Integer
109 Declare Function GetDeviceCaps Lib "GDI" (ByVal hDC As Integer, ByVal index As Integer) As Integer
110
111 ' Define Windows USER Serial Communication Calls - USER.EXE
112 Declare Function BuildCommDCB Lib "User" (ByVal Def As String, ByVal DCB As String) As Integer
113 Declare Function CloseComm Lib "User" (ByVal Cid As Integer) As Integer
114 Declare Function FlushComm Lib "User" (ByVal Cid As Integer, ByVal Queue As Integer) As Integer
115 Declare Function GetCommState Lib "User" (ByVal Cid As Integer, ByVal DCB As String) As Integer
116 Declare Function OpenComm Lib "User" (ByVal ComName As String, ByVal InQueue As Integer, ByVal OutQueue As Integer) As Integer
117 Declare Function ReadComm Lib "User" (ByVal Cid As Integer, ByVal Buf As String, ByVal Size As Integer) As Integer
118 Declare Function SetCommState Lib "User" (ByVal DCB As String) As Integer
119 Declare Function TransmitCommChar Lib "User" (ByVal Cid As Integer, ByVal Char As Integer) As Integer
120 Declare Function WriteComm Lib "User" (ByVal Cid, ByVal Buf As String, ByVal Size As Integer) As Integer
121 Declare Function GetCommError Lib "User" (ByVal Cid As Integer, ByVal Buf As String) As Integer
122 Declare Function SelectPalette Lib "User" (ByVal hDC%, ByVal hPal%, ByVal bForce%) As Integer
123 Declare Function RealizePalette Lib "User" (ByVal hDC%) As Integer

5,373,440

19                                                                 20

```
124 Declare Function MoveWindow Lib "User" (ByVal hWnd, ByVal X, ByVal Y, ByVal nWidth, ByVal nHeight, ByVal bRePaint)
125
126 ' Define Windows Kernel Routines for Initialization - Kernel/Krnl386.Exe
127 Declare Function GetPrivateProfileInt Lib "Kernel" (ByVal Appname As String, ByVal KeyName As String, ByVal DEFAULT As Integer, ByVal
FileName As String) As Integer
128 Declare Function GetPrivateProfileString Lib "Kernel" (ByVal Appname As String, ByVal KeyName As String, ByVal DEFAULT As String, ByVal
ReturnedString As String, ByVal MaxSize, ByVal FileName As String) As Integer
129 Declare Function WritePrivateProfileString Lib "Kernel" (ByVal Appname As String, ByVal KeyName As String, ByVal NewString As String, ByVal
FileName As String) As Integer
130 Declare Function WinExec Lib "Kernel" (ByVal CmndString As String, ByVal ShowState As Integer) As Integer
131
132 ' Define Media Control Interface for Multimedia Functions - Requires Windows 3.1 MMSYSTEM.DLL, MCI Extensions
133 Declare Function mciExecute Lib "mmsystem.dll" (ByVal CmndString As String) As Integer
134 Declare Function mciSendString Lib "mmsystem.dll" (ByVal CmndString As String, ByVal RtrnString As String, ByVal RtrnLngth As Integer, ByVal
hCllBck As Integer) As Long
135
136 ' Q+E Database/VB Functions - Pioneer Software Systems, Inc.
13? Declare Function fDoQuery Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
138 Declare Function fEndQuery Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
139 Declare Function fNext Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
140 Declare Function fPrevious Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
141 Declare Function fRandom Lib "qevbcbf.vbx" (queryCtl As Control, ByVal RecNumber&) As Integer
142 Declare Function fNew Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowIndex%, ByVal before%) As Integer
143 Declare Function fEnterQBE Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
144 Declare Function fClearQBE Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
145 Declare Function fInsert Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowIndex%) As Integer
146 Declare Function fUpdate Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowIndex%) As Integer
147 Declare Function fDelete Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowIndex%) As Integer
148 Declare Function fLock Lib "qevbcbf.vbx" (queryCtl As Control, ByVal rowIndex%) As Integer
149 Declare Function fTranBegin Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
150 Declare Function fTranCommit Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
151 Declare Function fTranRollback Lib "qevbcbf.vbx" (queryCtl As Control) As Integer
152 Declare Function fExecSQL Lib "qevbcbf.vbx" (queryCtl As Control, ByVal SQLStmt$) As Integer
153
154 ' Q+E Database/VB Constants - Pioneer Software ... tems. Inc.
155 ' Error Codes
156 Global Const QE_ERROR_CODES = 31000
157 Global Const QE_FUNCTION_ABORTED = 31001
158 Global Const QE_RECORD_NOT_FOUND = 31002
159 Global Const QE_DB_ERROR = 31003
160 Global Const QE_RECORD_LOCKED = 31004
161 Global Const QE_RECORD_CHANGED = 31005
162 ' Record State Codes'
163 Global Const RECSTATE_NO_RECORD = 0
164 Global Const RECSTATE_FETCHING = 1
165 Global Const RECSTATE_UNCHANGED = 2
166 Global Const RECSTATE_CHANGED = 3
167 Global Const RECSTATE_NEW_UNCHANGED = 4
168 Global Const RECSTATE_NEW_CHANGED = 5
169 Global Const RECSTATE_QBE_UNCHANGED = 6
170 Global Const RECSTATE_QBE_CHANGED = 7
171 Global Const RECSTATE_COPYING = 8
172 Global Const RECSTATE_ENTERING_QBE = 9
173 Global Const RECSTATE_CLEARING_QBE = 10
174 Global Const RECSTATE_CLEARING_NEW = 11
175 ' Function Codes
176 Global Const F_DOQUERY = 1
177 Global Const F_ENDQUERY = 2
178 Global Const F_NEXT = 3
179 Global Const F_PREVIOUS = 4
180 Global Const F_RANDOM = 5
181 Global Const F_NEW = 6
182 Global Const F_ENTERQBE = 7
183 Global Const F_CLEARQBE = 8
184 Global Const F_INSERT = 9
185 Global Const F_UPDATE = 10
186 Global Const F_DELETE = 11
187 Global Const F_LOCK = 12
188 Global Const F_TRANBEGIN = 13
189 Global Const F_TRANCOMMIT = 14
190 Global Const F_TRANROLLBACK = 15
```

PK002957

5,373,440

21

22

```
191 Global Const F_EXECSQL = 16
192
193 ' Window API Constant Declarations
194 Global Const COLORBLUE = &HFF0000
195 Global Const COLORGREY = &HC0C0C0
196 Global Const COLORRED = &HFF
197 Global Const COLORWHITE = &HFFFFFF
198
199 Global Const SRCCOPY = &HCC0020
200 Global Const SRCPAINT = &HEE0086
201 Global Const SRCAND = &H8800C6
202 Global Const SRCINVERT = &H660046
203 Global Const SRCERASE = &H440328
204 Global Const NOTSRCCOPY = &H330008
205 Global Const NOTSRCERASE = &H1100A6
206 Global Const MERGECOPY = &HC000CA
207 Global Const MERGEPAINT = &HBB0226
208 Global Const PATCOPY = &HF00021
209 Global Const PATPAINT = &HFB0A09
210 Global Const PATINVERT = &H5A0049
211 Global Const DSTINVERT = &H550009
212 Global Const BLACKNESS = &H42
213 Global Const WHITENESS = &HFF0062
214
215 Global Const MM_TEXT = 1
216 Global Const BLACKONWHITE = 1
217 Global Const WHITEONBLACK = 2
218 Global Const COLORONCOLOR = 3
219 Global Const OF_EXIST = &H4000
220 Global Const false = 0
221 Global Const true = -1
222 Global Const APP_NAME = "UCNWIN"
223 Global Const APP_FILE = "RTG.INI"
224 Global Const VERSION = "1.4 5/92"
225
226 ' Define Arrays of Slot Machine
227 Global Wheel() As Integer      ' Holds Symbol Positioning
228 Global Spin(2) As Integer      ' Holds Current Position of each wheel
229 Global hFrame(2) As Long       ' Display Context of Frame, for speed
230 Global hMemDC(), hOldBM(), hBM(), hPal As Long ' Windows Struct to hold pictures
231 Global PayOff() As Integer ' Holds winning combos and pay offs
232 Global WinItem() As String     ' Holds description of win
233
234 ' Define Constants of Slot Machine
235 Global Cid As Integer          ' Windows Communication ID
236 Global TwipToPixX As Integer        ' Conversion from Twips to Pixels X Axis
237 Global TwipToPixY As Integer        ' Conversion from Twips to Pixels Y Axis
238 Global WheelItems As Integer        ' # of Symbols on each wheel - 1
239 Global Wheel1 As Integer       ' Temp Variables for Rotation
240 Global Wheel2 As Integer
241 Global Wheela As Integer
242 Global Wheelb As Integer
243 Global Wheelc As Integer
244 Global CmtDir As String        ' Current Directory of Slot Machine
245 Global NmPictures As Integer        ' # of Pictures on each wheel
246 Global MMEFlag As Integer           ' Flag if Multimedia Extensions are present
247 Global MusicFlag As Integer         ' Flag if Music On
248 Global CardIndex As String     ' Allow Legal Cards
249 Global CardDigits As Integer        ' # of Digits minimum for legal card
250 Global ResetTime As String     ' Time to Reset Cards
251 Global ResetInterval As Integer     ' How many hours in between each reset
252 Global AutoWin As String            ' Demo For Automatically displaying a win
253 Global GameSwitch, SwitchCtr As Integer ' Holds Number of alternating Game Machines
254
255 ' Banner Globals
256 Global BannerTime As Long
257 Global BannerTimeOut As Integer
258 Global BannerCount As Integer
259 Global BannerWidth As Integer
260 Global BannerhMemDC() As Long
261 Global BannerhOldBM() As Long
```

PK002958

5,373,440

23                                                    24

```
252
253  ' Video Globals
254  Global VideoFlag As Integer
255  Global VideoTime As Long
256  Global VideoTimeOut As Integer
257
258  ' Current Format of Stat.Dat History File
259  ' Later to be modified to conform to the DBase IV standard, via Q+E Library
270  Type StatRecord
271    CardNo As String * 12
272    Result As String * 9
273    DatePlayed As Double
274    TimePlayed As Double
275    WinFlag As String * 1
276  End Type
277


Filename: C:\SM\SM1\MNSM.TXT
278  Sub Form_KeyPress (KeyAscii As Integer)
279    ' This routine is executed whenever Windows receives
280    ' a keypress while this form has the focus
281    If KeyAscii = Asc("S") Or KeyAscii = Asc("s") Then
282      Card$ = "000000000000"
283      PlaySlots Card$, Res$, WinFlag$
284    End If
285    If KeyAscii = Asc("R") Or KeyAscii = Asc("r") Then
286      Card$ = "000000"
287      ReadCard Card$
288    End If
289    If KeyAscii = Asc("Q") Or KeyAscii = Asc("q") Then Unload MainForm
290  End Sub
291
292  Sub Form_Resize ()
293    ' This routine is executed every time the form
294    ' is resized, and when form is first displayed
295
296    ' This causes the form to occupy an 600 X 600 Pixel screen,
297    ' regardless of the resolution of the display
298    MainForm.ScaleMode = 3
299    Width = 800 * TwipToPixX
300    Height = 600 * TwipToPixY
301    Top = 0
302    Left = 0
303    For PicSet = 0 To 2
304      Pic_Frame(PicSet).Top = 8
305      Pic_Frame(PicSet).Width = 202
306      Pic_Frame(PicSet).Height = 584
307      Pic_Frame(PicSet).Left = PicSet * 247 + 52
308    Next PicSet
309    Pic_CpyRT.Top = 570
310    Pic_CpyRt.Left = 752
311  End Sub
312
313  Sub Pic_Frame_KeyPress (Index As Integer, KeyAscii As Integer)
314    ' This routine is executed whenever Windows receives
315    ' a keypress while this form has the focus
316    If KeyAscii = Asc("S") Or KeyAscii = Asc("s") Then
317      Card$ = "000000000000"
318      PlaySlots Card$, Res$, WinFlag$
319    End If
320    If KeyAscii = Asc("R") Or KeyAscii = Asc("r") Then
321      Card$ = "000000"
322      ReadCard Card$
323    End If
324    If KeyAscii = Asc("Q") Or KeyAscii = Asc("q") Then Unload MainForm
325  End Sub
326
327  Sub Form_Unload (Cancel As Integer)
328    For InitPic = 1 To NmPictures
329      temp = SelectObject(hMemDC(InitPic), hOldBM(InitPic))
```

5,373,440

25

```
330    temp = DeleteObject(hBM(InitPic))
331    temp = DeleteDC(hMemDC(InitPic))
332    Next InitPic
333    If BannerFlag Then
334      For InitPic = 1 To BannerCount
335        temp = SelectObject(BannerhMemDC(InitPic), BannerhOldBM(InitPic))
336        temp = DeleteDC(BannerhMemDC(InitPic))
337      Next InitPic
338    End If
339    If MMEFlag Then
340      Blt$ = Space$(80)
341      templong& = mciSendString("close all", Blt$, 80, 0)
342    End If
343  End Sub
344

Filename: C:\SM\SM11\SM.TXT
345  Defint A-Z
346
347  Sub LoadWheels ()
348    Wheel1 = WheelItems * 2
349    Wheel2 = Wheel1 + 2
350    Wheela = WheelItems - 2
351    Wheelb = WheelItems - 1
352    Wheelc = WheelItems + 1
353    ReDim Wheel(WheelItems, 2)
354    SMHandle = FreeFile
355    Open "SM.DAT" For Input As SMHandle
356    For Row = 0 To 2
357      Line Input #SMHandle, WheelSym$
358      For Count = 0 To WheelItems
359        Wheel(Count, Row) = Val(Mid$(WheelSym$, Count + 1, 1))
360        If Wheel(Count, Row) = 0 Then Stop
361      Next Count, Row
362    Close SMHandle
363
364    LoadPalette
365
366    Load DisplayForm
367    LoadSIMaps
368    ResetPlayers
369
370    For SpinRow = 0 To 2
371      Spin(SpinRow) = Int(Rnd(1) * WheelItems) * 2
372      RotateWheel (SpinRow)
373    Next SpinRow
374
375  End Sub
376
377  Sub RotateWheel (SpinRow)
378    ' Rotate Spinner
379    SpinTemp = Spin(SpinRow) + 1
380    SpinTemp = SpinTemp + (SpinTemp > Wheel1) * Wheel2
381    DrawWheel SpinTemp, SpinRow
382    Spin(SpinRow) = SpinTemp
383  End Sub
384
385  Sub DrawWheel (SpinCount, SpinRow)
386    WheelItem = SpinCount \ 2
387    If (SpinCount Mod 2) Then
388      DrawPic WheelItem - (WheelItem < 1) * Wheelc - 1, SpinRow, 6
389      DrawPic WheelItem, SpinRow, 4
390      DrawPic WheelItem + (WheelItem > Wheelb) * Wheelc + 1, SpinRow, 2
391      DrawPic WheelItem + (WheelItem > Wheela) * Wheelc + 2, SpinRow, 0
392    Else
393      DrawPic WheelItem + (WheelItem > Wheela) * Wheelc + 2, SpinRow, -1
394      DrawPic WheelItem + (WheelItem > Wheelb) * Wheelc + 1, SpinRow, 1
395      DrawPic WheelItem, SpinRow, 3
396      DrawPic WheelItem - (WheelItem < 1) * Wheelc - 1, SpinRow, 5
397    End If
```

PK002960

5,373,440

```
398 End Sub
399
400 Sub DrawPic (WI. SpinRow, PicHeight)
401    temp = BitBit(hFrame(SpinRow), 0, PicHeight * 100, 200, 200, hMemDC(Wheel(WI SpinRow) + SwitchCtr * NmPictures), 0, 0, SRCCOPY)
402 End Sub
403
404 Sub PlaySlots (Card$, Res$, WinFlag$)
405
406  ' Start Timer, & Initialize Variables
407  ReDim XM(100, 5)
408
409  If MMEFlag Then
410     Blt$ = Space$(80)
411     templong& = mciSendString("open whlstp.wav alias wheelstop wait", Blt$, 80, 0)
412     templong& = mciSendString("open wheel.wav alias sound buffer 9 wait", Blt$, 80, 0)
413     templong& = mciSendString("play sound from 0", Blt$, 80, 0)
414  End If
415  ' ST1 = Rnd(1) * 10 + WheelItems * 2 - 10 ' Full Speed
416  ST1 = Rnd(1) * 20 + 35
417  SpinStopRow = 0       ' All Wheels in Motion
418  ReDim SpinCount(2)    ' Amount of Wheel Afterspin...
419  Spin(1) = Spin(1) + 1  ' Offset center wheel before spin
420
421  For SpinInit = 0 To 2
422     SpinCount(SpinInit) = Rnd(1) * 10 + 5
423  Next SpinInit
424
425  For SpinRow = 0 To 2
426     Spin(SpinRow) = Spin(SpinRow) + Rand(100) + 100
427     Spin(SpinRow) = Spin(SpinRow) Mod Wheel1
428  Next SpinRow
429
430  For SpinTimer = 1 To ST1
431     For SpinRow = 0 To 2
432        RotateWheel SpinRow
433     Next SpinRow
434     If DoFlag Then temp = DoEvents()
435     DoFlag = Not DoFlag
436  Next SpinTimer
437  While SpinStopRow < 3
438     ' Count Through Every Row & Check to stop spinning
439     For SpinRow = 0 To 2
440        If SpinRow = SpinStopRow Then
441           If SpinCount(SpinRow) > 0 Then
442              SpinCount(SpinRow) = SpinCount(SpinRow) - 1
443           ElseIf Spin(SpinRow) Mod 2 Then
444              AutoWinCheck = Val(Mid$(AutoWin, SpinRow + 1, 1))
445              If AutoWinCheck < 1 Or AutoWinCheck = Wheel(Spin(SpinRow) \ 2 + 1, SpinRow) Then
446                 SpinStopRow = SpinStopRow + 1
447                 If MMEFlag Then
448                    Blt$ = Space$(80)
449                    templong& = mciSendString("stop sound wait", Blt$, 80, 0)
450                    templong& = mciSendString("stop wheelstop wait", Blt$, 80, 0)
451                    templong& = mciSendString("play wheelstop from 0", Blt$, 80, 0)
452                 Else
453                    Beep
454                 End If
455              End If
456           End If
457        End If
458        If SpinStopRow <= SpinRow Then RotateWheel SpinRow
459     Next SpinRow
460     If DoFlag Then temp = DoEvents()
461     DoFlag = Not DoFlag
462
463     SpinTimer = SpinTimer - 1
464  Wend
465  If MMEFlag Then
466     Blt$ = Space$(80)
467     templong& = mciSendString("close sound wait", Blt$, 80, 0)
468     templong& = mciSendString("stop wheelstop wait", Blt$, 80, 0)
```

5,373,440

29                                                              30

```
469  templong& = mciSendString("play wheelstop from 0 wait", Bf$, 80, 0)
470  templong& = mciSendString("stop wheelstop wait", Bf$, 50, 0)
471  templong& = mciSendString("close wheelstop wait", Bf$, 80, 0)
472  End If
473
474  Buf$ = ReadComS()
475  CheckPayOff Card$, Res$, WinFlag$
476  End Sub
477
478  Sub LoadOdds ()
479    ReDim PayOff(NmPictures * GameSwitch + 15, 2), WinItem$(NmPictures * GameSwitch + 15, 2)
480    SMHandle = FreeFile
481    OddsCounter = 1
482    WinItem$(0, 0) = "Test Coupon"
483    WinItem$(0, 1) = "This is a test"
484    WinItem$(0, 2) = "000000"
485    Open "SMPay.Dat" For Input As SMHandle
486    While Not EOF(SMHandle)
487      Line Input #SMHandle, Ln$
488      ValStart = InStr(Ln$, "=")
489      If Ln$ > "" And ValStart > 3 Then
490        Value$ = Left$(Ln$, ValStart - 1)
491        Descrip$ = Mid$(Ln$, ValStart + 1)
492        If Len(Value$) = 3 Then
493          PayOff(OddsCounter, 0) = Val(Mid$(Value$, 1, 1))
494          PayOff(OddsCounter, 1) = Val(Mid$(Value$, 2, 1))
495          PayOff(OddsCounter, 2) = Val(Mid$(Value$, 3, 1))
496        Else
497          ValEnd = 0
498          ValStart = 1
499          For CurrentValue = 0 To 1
500            ValEnd = InStr(ValStart, Value$, ",")
501            PayOff(OddsCounter, CurrentValue) = Val(Mid$(Value$, ValStart, ValEnd))
502            ValStart = ValEnd + 1
503          Next CurrentValue
504          PayOff(OddsCounter, CurrentValue) = Val(Mid$(Value$, ValStart))
505        End If
506      End If
507      ColonStart = InStr(Descrip$, ":")
508      If ColonStart > 1 Then
509        WinItem$(OddsCounter, 0) = Left$(Descrip$, ColonStart - 1)
510        Desc1$ = ""
511        ColonStart = ColonStart + 1
512        ColonEnd = InStr(ColonStart, Descrip$, ":")
513        While ColonEnd > ColonStart
514          Desc1$ = Desc1$ + Mid$(Descrip$, ColonStart, ColonEnd - ColonStart) + Chr$(13)
515          ColonStart = ColonEnd + 1
516          ColonEnd = InStr(ColonStart, Descrip$, ":")
517        Wend
518        ColonEnd = InStr(ColonStart, Descrip$, ":")
519        If ColonEnd > ColonStart Then
520          Desc1$ = Desc1$ + Mid$(Descrip$, ColonStart, ColonEnd - ColonStart)
521          WinItem$(OddsCounter, 2) = Mid$(Descrip$, ColonEnd + 1)
522        Else
523          Desc1$ = Desc1$ + Mid$(Descrip$, ColonStart)
524        End If
525        WinItem$(OddsCounter, 1) = Desc1$
526      Else
527        ColonEnd = InStr(Descrip$, ":")
528        If ColonEnd > 1 Then
529          WinItem$(OddsCounter, 0) = Left$(Descrip$, ColonEnd - 1)
530          WinItem$(OddsCounter, 2) = Mid$(Descrip$, ColonEnd + 1)
531        Else
532          WinItem$(OddsCounter, 0) = Descrip$
533        End If
534      End If
535
536      OddsCounter = OddsCounter + 1
537    Wend
538    Close SMHandle
539    PayOff(OddsCounter, 0) = -1
```

5,373,440

31                                         32

```
540 End Sub
541
542 Sub Main ()
543   LoadCommon
544   LoadOdds
545
546   MainForm.Show
547   LoadVideo
548   LoadWheels
549   LoadBanner
550
551   OpenCom
552   Do While DoEvents()
553     CheckMusic
554     CheckSpin
555     CheckReset
556     CheckBanner
557     CheckVideo
558   Loop
559   CloseCom
560   End
561 End Sub
562
563 Sub CheckPayOff (Card5, Res$, WinFlag$)
564   ReDim ResNum(2)
565   ' Check the current position of the wheels for a "win"
566   DrawBox COLORBLUE, COLORBLUE
567
568   ' Statistics Log
569   Res$ = "".
570   For SpinRow = 0 To 2
571     SpinPos = Spin(SpinRow) \ 2' Current Spinner Position
572     SpinPos = SpinPos + (SpinPos > Wheelb) * Wheelb + 1' Add 1 for middle row
573     ResNum(SpinRow) = Wheel(SpinPos, SpinRow) + NmPictures * SwitchCtr
574     Res$ = Res$ + Format$(ResNum(SpinRow)) + "."
575   Next SpinRow
576
577   ' Start Counter at 1
578   Odds = 1r
579   NoWinCheck = tr      ' No Winner found yet
580   While PayOff(Odds, 0) > -1 And NoWinCheck
581     If Wolfden$(Odds, 0) > "" Then
582       WinFlag = "" ' Set to show a winner!!!
583       ' Check each wheel for winning position
584       For SpinRow = 0 To 2
585         SpinPos = Spin(SpinRow) \ 2' Current Spinner Position
586         SpinPos = SpinPos + (SpinPos > Wheelb) * Wheelb + 1' Add 1 for middle row
587         If PayOff(Odds, SpinRow) And PayOff(Odds, SpinRow) > 0 Then WinFlag$ = " "; SpinRow = 3' No win, so reset win flag
588       Next SpinRow
589       If WinFlag$ = "" Then ' Do we have a winner?
590         If MMEFlag Then
591           Bfi$ = Spaces$(50)
592           templong& = msiSendString("open win.wav alias sound wait", Bfi$, 60, 0)
593           templong& = msiSendString("play sound from 0", Bfi$, 60, 0)
594         End If
595         For PicFr = 0 To 2
596           MainForm.PIC_Frame(PicFr).Line (0, 0)-(200, 195), COLORGREY, BF
597           MainForm.PIC_Frame(PicFr).Line (0, 400)-(200, 500), COLORGREY, 9F
598           temp = DoEvents()
599         Next PicFr
600         ' Yes, so show win sequence
601         For Radi = 1 To 100 Step 4
602           ' Erase Box around middle row...
603           Rem DrawBox COLORWHITE, COLORGREY
604           ClrSwitch = Not ClrSwitch
605           If ClrSwitch Then tmpClr& = COLORWHITE Else tmpClr& = COLORRED
606           For PicFr = 0 To 2
607             MainForm.PIC_Frame(PicFr).DrawWidth = 3
608             MainForm.PIC_Frame(PicFr).Circle (110, 100), Radi, tmpClr&
609             MainForm.PIC_Frame(PicFr).Circle (110, 500), Radi, tmpClr&
610           Next PicFr
```

5,373,440

33                                                                           34

```
611     ' Draw Blue Box around middle row...
612     Rem DrawBox COLORBLUE, COLORBLUE
613        temp = DoEvents()
614     Next Radi
615
616     For PicFr = 0 To 2
617        MainForm.PIC_Frame(PicFr).CurrentX = 30
618        MainForm.PIC_Frame(PicFr).CurrentY = 78
619        MainForm.PIC_Frame(PicFr).Print "WINNER"
620        MainForm.PIC_Frame(PicFr).CurrentX = 30
621        MainForm.PIC_Frame(PicFr).CurrentY = 478
622        MainForm.PIC_Frame(PicFr).Print "WINNER"
623     Next PicFr
624     If MMEFlag Then
625        Bl$ = Space$(80)
626        templong& = mciSendString("stop sound wait", Bl$, 80, 0)
627        templong& = mciSendString("close sound wait", Bl$, 80, 0)
628        PicSay$ = "Win" + Format$(Odds) + ".Wav"
629        PlayFile PicSay$
630        PlayFile "Pickup.wav"
631     End If
632     PrintCoupon Odds
633
634        TempTimer! = Timer! + 4
635        While Timer! < TempTimer!: ret = DoEvents(): Wend
636        DisplayForm.Hide
637        "  .freshForm
638        NoWinCheck = false
639     End If
640     End If
641     Odds = Odds + 1
642     Wend
643     If NoWinCheck And MMEFlag Then PlayFile "endspnt.wav"
644     SwitchCtr = SwitchCtr + 1
645     If SwitchCtr >= GameSwitch Then SwitchCtr = 0
646     RefreshForm
647 End Sub
648
649 Sub OpenCom ()
650     Comm$ = Space$(25)
651     temp = GetPrivateProfileString(APP_NAME, "CardDevice", "COM1:9600,N,8,1", Comm$, 25, APP_FILE)
652     Comm$ = RTrim$(Comm$)
653     DCB$ = Space$(80)
654
655     ' Build Communication Structure
656     ret = BuildCommDCB(Comm$, DCB$)
657     ' Open Communications Port
658     Comm$ = Left$(Comm$, 5)
659     Cid = OpenComm(Comm$, 90, 90)
660     If Cid < 0 Then
661        MsgBox "Communication Error:" + St$(Cid), 16, "Slot Machine"
662        Unload MainForm
663        End
664     Else
665        ' Put ID of device in Communication Structure and set
666        Mid$(DCB$, 1, 1) = Chr$(Cid)
667        ret = SetCommState(DCB$)
668        ret = FlushComm(Cid, 1)
669     End If
670 End Sub
671
672 Function ReadCom$ ()
673     ' If something at comm port, read for .2 seconds
674
675     BufTemp$ = ""
676     Buf$ = Space$(30)
677     charRead = ReadComm(Cid, Buf$, 25)
678     If charRead = 0 Then
679        Bl$ = Space$(80)
680        temp = GetCommError(Cid, Bl$)
681        ReadCom$ = ""
```

PK002964

5,373,440

35                                                  36

```
682    Exit Function
683    End If
684
685    Buf$ = RTrim$(Buf$)
686    If Buf$ > "" Then
687       BufTemp$ = Buf$
688       BufTime! = Timer + 2
689       While Timer < BufTime!
690          Buf$ = Space$(30)
691          harRead = ReadComm(Cid, Buf$, 25)
692          Buf$ = RTrim$(Buf$)
693          BufTemp$ = BufTemp$ + Buf$
694       Wend
695    End If
696    ret = FlushComm(Cid, 1)
697    ReadCom$ = BufTemp$
698 End Function
699
700 Sub CloseCom ()
701    ret = FlushComm(Cid, 1)
702    ret = CloseComm(Cid)
703 End Sub
704
705 Sub CheckSpin ()
706    Buf$ = ReadCom$()
707    If Buf$ = "" Then Exit Sub
708    Legal$ = "0123456789ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz"
709    Card$ = ""
710
711    For StripCount = 1 To Len(Buf$)
712       Ltr$ = Mid$(Buf$, StripCount, 1)
713       If InStr(Legal$, Ltr$) > 0 Then Card$ = Card$ + Ltr$
714    Next StripCount
715
716    If Len(Card$) < CardDigits Then Exit Sub
717    Card$ = Right$(Card$, CardDigits)
718    ReadCard Card$
719 End Sub
720
721 Sub ResetPlayers ()
722    On Error GoTo ErrHandlerRP
723    Kill "*.PLY"
724
725 ErrHandlerRP:
726    Resume ExitRP
727
728 ExitRP:
729    Rem Do Nothing
730
731 End Sub
732
733 Function Exists$ (fname$)
734    On Error GoTo ErrHandlerEX
735    TempHandle = FreeFile
736    Open fname$ For Input As TempHandle: Close TempHandle
737    Dat$ = Space$(40)
738    Open fname$ For Binary As TempHandle
739    Get #TempHandle, 1, Dat$
740    Close TempHandle
741    If Dat$ > "" Then
742       CRPos = InStr(Dat$, Chr$(13))
743       If CRPos > 0 Then Dat$ = Left$(Dat$, CRPos - 1)
744    End If
745    Exists$ = Dat$
746    Exit Function
747
748 ErrHandlerEX:
749    Resume ExitEX
750
751 ExitEX:
752    Exists$ = ""
```

5,373,440

37                                                    38

```
753
754  End Function
755
756  Sub RefreshForm ()
757      DrawBox COLORWHITE. COLORGREY
758      For SpinRow = 0 To 2
759          ' MainForm.Pic_Frame(SpinRow).Refresh
760          SpinTemp = Spin(SpinRow)
761          SpinTemp = SpinTemp + (SpinTemp > Wheel1) * Wheel2
762          DrawWheel SpinTemp, SpinRow
763          MainForm.DrawWidth = 3
764          MainForm.Line (SpinRow * 247 + 50, 6)-(SpinRow * 247 + 255, 593), 0, B
765      Next SpinRow
766      MainForm.Banner.Refresh
767  End Sub
768
769  Sub DrawBox (Clr8&, Clr2&)
770      MainForm.ScaleMode = 3
771      MainForm.DrawWidth = 7
772      MainForm.Line (0, 210)-(797, 405), Clr8&, B
773      For PicFr = 0 To 2
774          MainForm.PIC_Frame(PicFr).ScaleMode = 3
775          MainForm.PIC_Frame(PicFr).DrawWidth = 7
776          MainForm.PIC_Frame(PicFr).FontSize = 24
777          MainForm.PIC_Frame(PicFr).Line (0, 202)-(800, 202), Clr2&
778          MainForm.PIC_Frame(PicFr).Line (0, 397)-(800, 397), Clr2&
779          MainForm.PIC_Frame(PicFr).DrawWidth = 1
780      Next PicFr
781
782  End Sub
783
784  Sub LoadPalette ()
785      lpBitsHdr$ = String$(54, 0)
786      lpPal$ = String$(1024, 0)
787
788      PalHandle = FreeFile
789      Open "Pic1.BMP" For Binary Access Read Shared As PalHandle
790        Get #PalHandle, 1, lpBitsHdr$
791        Get #PalHandle, , lpPal$
792      Close PalHandle
793
794      lpPal$ = Chr$(0) + Chr$(3) + Chr$(0) + Chr$(1) + lpPal$
795      hPal = CreatePalette(lpPal$)
796
797      For FrameDraw = 0 To 2
798        hFrame(FrameDraw) = MainForm.PIC_Frame(FrameDraw).hDC
799        temp = SelectPalette(hFrame(FrameDraw), hPal, 0)
800        temp = RealizePalette(hFrame(FrameDraw))
801      Next FrameDraw
802
803  End Sub
804
805  Sub LoadBitMaps ()
806      NumPicsLoad = NmPictures * GameSwitch
807      ReDim hMemDC(NumPicsLoad), hBM(NumPicsLoad), hOldBM(NumPicsLoad)
808
809      lpBitsHdr$ = String$(14, 0)
810      lpBitsInfo$ = String$(1094, 0)
811      lpBits$ = String$(40000, 0)
812
813      PicHandle = FreeFile
814
815      For PicNo = 1 To NumPicsLoad
816
817        PicNm$ = "PIC" + Format$(PicNo) + ".BMP"
818
819        If Exists(PicNm$) = "" Then
820            GameSwitch = Int(PicNo / NmPictures)
821            Exit Sub
822        End If
823
```

PK002966

5,373,440

39                                                                40

```
824   Open PicNm$ For Binary Access Read Shared As PicHandle
825     Get #PicHandle, 1, lpBitsHdr$
826     Get #PicHandle, , lpBitsInfo$
827     Get #PicHandle, , lpBits$
828   Close #PicHandle
829
830   If Asc(lpBitsHdr$) = 0 Then Stop
831
832   If hPal = 0 Then
833     lpPal$ = Chr$(0) + Chr$(3) + Chr$(0) + Chr$(1) + Mid$(lpBitsInfo$, 41)
834     hPal = CreatePalette(lpPal$)
835   End If
836
837   hMemDC(PicNo) = CreateCompatibleDC(MainForm.hDC)
838   hBM(PicNo) = CreateCompatibleBitMap(MainForm.hDC, 200, 200)
839   hOldBM(PicNo) = SelectObject(hMemDC(PicNo), hBM(PicNo))
840
841   temp = SelectPalette(hMemDC(PicNo), hPal, 0)
842   temp = RealizePalette(hMemDC(PicNo))
843   temp = StretchDIBits(hMemDC(PicNo), 0, 0, 200, 200, 0, 0, 200, 200, lpBits$, lpBitsInfo$, DIB_RGB_COLORS, SRCCOPY)
844
845   Next PicNo
846
847   End Sub
848
849   Sub CheckMusic ()
850
851     Static SongNo
852     If MMEFlag = false Or MusicFlag = false Then Exit Sub
853     Bfr$ = Space$(80)
854     templong& = mciSendString("status song mode wait", Bfr$, 80, 0)
855     Bfr$ = Left$(Bfr$, 4)
856     If Bfr$ = "play" Then Exit Sub
857
858     templong& = mciSendString("close song wait", Bfr$, 80, 0)
859     SongName$ = "SONGS.WAV" ' Override Music settings
860     Bfr$ = Space$(80)
861     templong& = mciSendString("open " + SongName$ + " alias song wait", Bfr$, 80, 0)
862     templong& = mciSendString("play song from 0", Bfr$, 80, 0)
863
864   End Sub
865
866   Sub WriteStat (CardNo$, Rst$, WinFlag$)
867     StatHandle = FreeFile
868     Dim StatInfo As StatRecord
869     tempStmg$ = Exists("Stat.Dat")
870     Open "Stat.Dat" For Random As StatHandle Len = Len(StatInfo)
871     If tempStmg$ = "" Then
872       StatInfo.CardNo = "000000"
873       StatInfo.Result = "000"
874       StatInfo.DatePlayed = 0#
875       StatInfo.TimePlayed = 1#
876       Put #StatHandle, 1, StatInfo
877       Close #StatHandle~
878       Open "Stat.Dat" For Random As StatHandle Len = Len(StatInfo)
879     End If
880     ' Update Record Pointer
881     Get #StatHandle, 1, StatInfo
882     RecNo! = StatInfo.TimePlayed
883     RecNo! = RecNo! + 1
884     StatInfo.TimePlayed = RecNo!
885     Put #StatHandle, 1, StatInfo
886
887     ' Update Record...
888     StatInfo.CardNo = CardNo$
889     StatInfo.Result = Rst$
890     StatInfo.DatePlayed = DateValue(Date$)
891     StatInfo.TimePlayed = TimeValue(Time$)
892     StatInfo.WinFlag = WinFlag$
893     Put #StatHandle, RecNo!, StatInfo
894     Close #StatHandle
```

5,373,440

**41**                                        **42**

```
895 End Sub
896
897 Sub PrintStat ()
898   DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
899   DisplayForm.Show 0
900   DisplayForm.TXT_DF(0).Caption = ""
901   DisplayForm.TXT_DF(1).Caption = "Printing All"
902   DisplayForm.TXT_DF(2).Caption = "Statistics."
903   DisplayForm.TXT_DF(3).Caption = "Please wait..."
904   DisplayForm.TXT_DF(4).Caption = ""
905   DisplayForm.Refresh
906   If MMEFlag Then PlayFile "printall.wav"
907
908   StatHandle = FreeFile
909   Static StatInfo As StatRecord
910   Open "Stat.Dat" For Random As StatHandle Len = Len(StatInfo)
911     ' Get Record Pointer
912   Get #StatHandle, 1, StatInfo
913   RecEnd# = StatInfo.TimePlayed
914                        '
915   FeedCtr = 0
916   NoWins = 0
917   NoOpCrd = 0
918   NoInv = 0
919   NoUsd = 0
920   NoPlays = 0
921   For RecNo# = 2 To RecEnd#
922     If FeedCtr > 55 Then
923       PrintIt Chr$(12)
924       FeedCtr = 0
925     End If
926     If FeedCtr = 0 Then
927       PrintIt "All Statistics for Index " + CardIndex
928       PrintIt "Printed: " + Date$ + ", " + Time$
929       PrintIt ""
930       PrintIt ""
931       PrintIt "Card #   Play   Date   Time"
932       PrintIt "---------------------------"
933       FeedCtr = 6
934     End If
935     Get #StatHandle, RecNo#, StatInfo
936     DtFmt$ = Format$(StatInfo.DatePlayed, "m/d/yy")
937     TmFmt$ = Format$(StatInfo.TimePlayed, "h\:mm am/pm")
938     PrintIt Left$(StatInfo.CardNo, 6) + " " + StatInfo.Result + Space$(9 - Len(StatInfo.Result)) + DtFmt$ + Space$(10 - Len(DtFmt$)) + TmFmt$
939     FeedCtr = FeedCtr + 1
940     Select Case Left$(StatInfo.CardNo, 3)
941     Case "RES", "MUS", "PST", "LNS", "VUP", "VDN", "PUP", "PDN", "KST", "FWS", "BUS", "FTC"
942       NoOpCrd = NoOpCrd + 1
943     Case "INV"
944       NoInv = NoInv + 1
945     Case "USD"
946       NoUsd = NoUsd + 1
947     Case Else
948       If StatInfo.WinFlag = "*" Then
949         Wins = Wins + 1
950       Else
951         NoWins = NoWins + 1
952       End If
953     End Select
954     Next RecNo#
955   PrintIt ""
956   PrintIt ""
957   PrintIt "Total Wins:       " + Format$(Wins)
958   PrintIt "Total Plays/Not Wins: " + Format$(NoWins)
959   PrintIt "Total Invalid Cards: " + Format$(NoInv)
960   PrintIt "Total Card Reattempts:" + Format$(NoUsd)
961   PrintIt "Total Op Cards Used: " + Format$(NoOpCrd)
962
963   For LFeed = 1 To 5: PrintIt "": Next LFeed
964   PrintIt Chr$(12)
```

PK002968

5,373,440

43

44

```
966    ' Auto Cut if necessary
957    CPHandle = FreeFile
968    Open "Coupon.Dat" For Input As CPHandle
969    Line Input #CPHandle, AutoCut$
970    Close CPHandle
971    If Left$(AutoCut$, 2) = "SA" And Len(AutoCut$) > 2 Then
972       RtLn$ = Mid$(AutoCut$, 3)
973       While Len(RtLn$) > 1
974          MdLn$ = MdLn$ + Chr$(Val("&H" + Left$(RtLn$, 2)))
975          RtLn$ = Mid$(RtLn$, 3)
976       Wend
977       PrintIt MdLn$
978    End If
979
980    Printer.EndDoc
981    Close #StatHandle
982    DisplayForm.Hide
983    RefreshForm
984 End Sub
985
986 Sub LoadNewSoftware ()
987    On Error GoTo LNSErrHandler
988
989    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
990    DisplayForm.Show 0
991    DisplayForm.TXT_DF(0).Caption = "Loading Software"
992    DisplayForm.TXT_DF(1).Caption = "stand by for"
993    DisplayForm.TXT_DF(2).Caption = "Automatic Reset"
994    DisplayForm.TXT_DF(3).Caption = ""
995    DisplayForm.TXT_DF(4).Caption = ""
995    DisplayForm.Refresh
997    If MMEFlag Then PlayFile "ldsftt.wav"
998
999    Match$ = Dir$("A:*.*")
1000   While Match$ > ""
1001      If Match$ = "RTG.INI" Then ' Special Case for Init File
1002         DisplayForm.TXT_DF(4).Caption = "" System File ""; DisplayForm.Refresh
1003         CopyFile "A:" + Match$, "C:\Windows\" + Match$
1004      ElseIf Match$ = "UCNWIN.CHG" Then
1005         TempHandle = FreeFile
1006         Open "A:UCNWIN.CHG" For Input As TempHandle
1007         While Not EOF(TempHandle)
1008            Line Input #TempHandle, LnChg$
1009            EqualSign = InStr(LnChg$, "=")
1010            StringToSet$ = Left$(LnChg$, EqualSign - 1)
1011            NewString$ = Mid$(LnChg$, EqualSign + 1)
1012            DisplayForm.TXT_DF(4).Caption = "S_: Change:" + StringToSet$: DisplayForm.Refresh
1013            temp = WritePrivateProfileString(APP_NAME, StringToSet$, NewString$, APP_FILE)
1014         Wend
1015         Close TempHandle
1016      Else
1017         DisplayForm.TXT_DF(4).Caption = "File: " + Match$: DisplayForm.Refresh
1018         CopyFile "A:" + Match$, CmtDir + "\" + Match$
1019      End If
1020      Match$ = Dir$
1021   Wend
1022
1023   If MMEFlag Then
1024      Bf$ = Space$(80)
1025      templong& = mciSendString("close all wait", Bf$, 80, 0)
1026   End If
1027
1028 LNSErrHandler:
1029    CloseCom
1030    Unload DisplayForm
1031    Unload MainForm
1032
1033    temp = WinExec("SM.EXE", 1)
1034    End
1035
1036 End Sub
```

PK002969

45    5,373,440    46

```
1037
1038 Sub CopyFile (Source$, Destin$)
1039   On Error GoTo CopyFileErrHandler
1040   ' Does Source file exist?
1041   tempStrng$ = Exists(Source$)
1042   If tempStrng$ = "" Then Exit Sub
1043
1044   ' If Destin File Exists, then overwrite...
1045   tempStrng$ = Exists(Destin$)
1046   If tempStrng$ <> "" Then
1047     OutHandle = FreeFile
1048     Open Destin$ For Output As OutHandle
1049     Close OutHandle
1050   End If
1051
1052   BfrSize& = 8192
1053   BfrPos& = 1
1054   Bfr$ = Space$(BfrSize&)
1055   InHandle = FreeFile
1056   Open Source$ For Binary As InHandle
1057   OutHandle = FreeFile
1058   Open Destin$ For Binary As OutHandle
1059
1060   While BfrPos& < LOF(InHandle)
1061     If BfrPos& + BfrSize& > LOF(InHandle) Then
1062       BfrSize& = LOF(InHandle) - BfrPos& + 1&
1063       Bfr$ = Space$(BfrSize&)
1064     End If
1065     Get #InHandle, BfrPos&, Bfr$
1066     Put #OutHandle, BfrPos&, Bfr$
1067     BfrPos& = BfrPos& + BfrSize&
1068   Wend
1069   Close #InHandle
1070   Close #OutHandle
1071
1072 CopyFileErrHandler:
1073
1074 End Sub
1075
1076 Sub PlayFile (fname$)
1077   If MMEFlag Then
1078     Bfr$ = Space$(80)
1079     templong& = mciSendString("close sound wait", Bfr$, 80, 0)
1080     templong& = mciSendString("open " + fname$ + " alias sound wait", Bfr$, 80, 0)
1081     templong& = mciSendString("play sound from 0 wait", Bfr$, 80, 0)
1082     templong& = mciSendString("stop sound wait", Bfr$, 80, 0)
1083     templong& = mciSendString("close sound wait", Bfr$, 80, 0)
1084   End If
1085 End Sub
1086
1087 Sub ReadCard (Card$)
1088
1089   If MMEFlag And MusicFlag Then
1090     Bfr$ = Space$(80)
1091     templong& = mciSendString("stop song wait", Bfr$, 80, 0)
1092   End If
1093   ResetVideo
1094   ResetBanner
1095
1096   ' Check if Card belongs to this machine
1097
1098   CardRead$ = Left$(Card$, Len(CardIndex))
1099   WinFlag$ = " "
1100   Res$ = " "
1101   If CardRead$ <> CardIndex And CardIndex > "" Then
1102     DisplayForm.PIC_DF.Picture = LoadPicture("card.bmp")
1103     DisplayForm.Show 0
1104     DisplayForm.TXT_DF(0).Caption = "Index " + CardIndex
1105     DisplayForm.TXT_DF(1).Caption = "Card: " + Card$
1106     DisplayForm.TXT_DF(2).Caption = "is invalid at this"
1107     DisplayForm.TXT_DF(3).Caption = "machine!"
```

5,373,440

47 48

```
1108    DisplayForm.TXT_DF(4) Caption = ""
1109    DisplayForm.Refresh
1110    PlayFile "crdmv.wav"
1111    TempTimer1 = Timer + 2
1112    While Timer < TempTimer1: ret = DoEvents(): Wend
1113    DisplayForm.Hide
1114    RefreshForm
1115    Card$ = "INV "
1116    Res4 = "I" + CardRead$
1117    BannerTime = Timer + BannerTimeOut
1118    VideoTime = Timer + VideoTimeOut
1119    WriteStat Right$(Card$, 6), Res$, WinFlag$
1120    If MMEFlag Then
1121      Blf$ = Space$(80)
1122      If MusicFlag Then templong& = mciSendString("play song", Blf$, 80, 0)
1123    End If
1124    Exit Sub
1125    End If
1126
1127    If CardDigits < 8 Then CardLength = CardDigits Else CardLength = 8
1128    CardRead$ = Right$(Card$, 5)
1129    Card$ = Right$(Card$, CardLength)
1130    Select Case CardRead$
1131    Case "00000"
1132      Rem Reset Cards for additional Play
1133      ResetCards
1134      Card$ = "RES  "
1135
1136    Case "00001"
1137      If MMEFlag = false Then Exit Sub
1138      Rem Toggle Music On/Off
1139      MusicFlag = Not MusicFlag
1140      If MusicFlag = true Then
1141        PlayFile "muson.wav"
1142      Else
1143        Blf$ = Space$(80)
1144        templong& = mciSendString("close all wait", Blf$, 80, 0)
1145        PlayFile "musoff.wav"
1146      End If
1147      Card$ = "MUS  "
1148      WriteStat Card$, Res$, WinFlag$
1149      Exit Sub
1150
1151    Case "00002"
1152      PrintStat
1153      Card$ = "PST  "
1154
1155    Case "00003"
1156      Card$ = "LNS  "
1157      WriteStat Card$, Res$, WinFlag$
1158      LoadNewSoftware
1159
1160    Case "00004"
1161      SetVolumeUp
1162      Card$ = "VUP  "
1163
1164    Case "00005"
1165      SetVolumeDown
1166      Card$ = "VDN  "
1167
1168    Case "00006"
1169      SetPauseUp
1170      Card$ = "PUP  "
1171
1172    Case "00007"
1173      SetPauseDown
1174      Card$ = "PDN  "
1175
1176    Case "00008"
1177      KillStats
1178      Card$ = "KST  "
```

5,373,440

49                                                              50

```
1179
1180   Case "00009"
1181      PrintWinStat
1182      Card$ = "PWS"
1183
1184   Case "00010"
1185      BackupStat
1186      Card$ = "BUS"
1187
1188   Case "00011"
1189      PrintTest
1190      Card$ = "PTC"
1191
1192   Case "00012"
1193      PlaySlots Card$, Res$, WinFlag$
1194      Card$ = "Test"
1195
1196   Case Else
1197      finame$ = Card$ + ".INV"
1198      tempStrng$ = Exists$(finame$)
1199      If tempStrng$ <> "" Then
1200         DisplayForm.PIC_DF.Picture = LoadPicture("card.bmp")
1201         DisplayForm.Show 0
1202         DisplayForm.TXT_DF(0).Caption = ""
1203         DisplayForm.TXT_DF(1).Caption = "Card " + Right$(Card$, Card_Length)
1204         DisplayForm.TXT_DF(2).Caption = "is invalid at this"
1205         DisplayForm.TXT_DF(3).Caption = "machine!"
1206         DisplayForm.TXT_DF(4).Caption = ""
1207         DisplayForm.Refresh
1208         PlayFile "crdinv.wav"
1209         TempTimer! = Timer + 2
1210         While Timer < TempTimer!: ret = DoEvents(): Wend
1211         DisplayForm.Hide
1212         RefreshForm
1213         Res$ = Card$
1214         Card$ = "INV"
1215      Else
1216         finame$ = Card$ + ".PLY"
1217         tempStrng$ = Exists$(finame$)
1218         If tempStrng$ = "" Then
1219            PlaySlots Card$, Res$, WinFlag$
1220            TempHandle = FreeFile
1221            Open finame$ For Output As #TempHandle
1222               Print #TempHandle, Time$
1223               Print #TempHandle, Date$
1224            Close #TempHandle
1225         Else
1226            DisplayForm.PIC_DF.Picture = LoadPicture("card.bmp")
1227            DisplayForm.Show 0
1228            DisplayForm.TXT_DF(0).Caption = ""
1229            DisplayForm.TXT_DF(1).Caption = "Card " + Card$
1230            DisplayForm.TXT_DF(2).Caption = "was already used"
1231            DisplayForm.TXT_DF(3).Caption = "at " + Format$(TimeValue(Left$(tempStrng$, Len(tempStrng$) - 3)), "hh:mm AM/PM") + "!"
1232            DisplayForm.TXT_DF(4).Caption = ""
1233            DisplayForm.Refresh
1234            PlayFile "crdusd.wav"
1235            TempTimer! = Timer + 2
1236            While Timer < TempTimer!: ret = DoEvents(): Wend
1237            DisplayForm.Hide
1238            RefreshForm
1239            Card$ = "USD"
1240            Res$ = Card$
1241         End If
1242      End If
1243   End Select
1244   BannerTime = Timer + BannerTimeOut
1245   VideoTime = Timer + VideoTimeOut
1246   WriteStat Card$, Res$, WinFlag$
1247   If MMEFlag Then
1248      Blt$ = Space$(80)
1249      If MusicFlag Then templong& = mciSendString("play song", Blt$, 80, 0)
```

PK002972

5,373,440

51                                        52

```
1250  End If
1251  End Sub
1252
1253  Sub ResetCards ()
1254    Rem Reset Cards
1255    ResetPlayers
1256    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1257    DisplayForm.Show 0
1258    DisplayForm.TXT_DF(0).Caption = "Version " + VERSION
1259    DisplayForm.TXT_DF(1).Caption = "All Cards Reset"
1260    DisplayForm.TXT_DF(2).Caption = "for additional"
1261    DisplayForm.TXT_DF(3).Caption = "Play!"
1262    DisplayForm.TXT_DF(4) Caption = ""
1263    DisplayForm.Refresh
1264    If MMEFlag Then PlayFile "reset1.wav"
1265    TempTmrf = Timer + .2: While TempTmrf > Timer: TempDo = DoEvents(): Wend
1266    DisplayForm.Hide
1267    RefreshForm
1268  End Sub
1269
1270  Sub SetVolumeUp ()
1271    If MMEFlag = false Then Exit Sub
1272
1273    Blr$ = Space$(80)
1274    templong& = mciSendString("open mixer alias mix wait", Blr$, 80, 0)
1275    templong& = mciSendString("get mix device_out AMP control volume both", Blr$. 80, 0)
1276    VolLevel = Val(Blr$)
1277    templong& = mciSendString("close mix wait", Blr$, 80, 0)
1278
1279    If VolLevel >= 75 Then
1280      PlayFile "volmax.wav"
1281    Else
1282      SetVolume VolLevel + 10
1283      PlayFile "volup.wav"
1284    End If
1285  End Sub
1286
1287  Sub SetVolumeDown ()
1288    If MMEFlag = false Then Exit Sub
1289
1290    Blr$ = Space$(80)
1291    templong& = mciSendString("open mixer alias mix wait", Blr$, 80, 0)
1292    templong& = mciSendString("get mix device_out AMP control volume both", Blr$, 80, 0)
1293    VolLevel = Val(Blr$)
1294    templong& = mciSendString("close mix wait", Blr$. 80, 0)
1295    If VolLevel <= 25 Then
1296      PlayFile "volmin.wav"
1297    Else
1298      SetVolume VolLevel - 10
1299      PlayFile "voldwn.wav"
1300    End If
1301  End Sub
1302
1303  Sub SetVolume (VolLevel)
1304    Blr$ = Space$(80)
1305    vset$ = LTrim$(Str$(VolLevel))
1306    templong& = mciSendString("open mixer alias mix wait", Blr$, 80, 0)
1307    templong& = mciSendString("set mix device_out AMP control volume both to " + vset$, Blr$, 80, 0)
1308    templong& = mciSendString("close mix wait", Blr$, 80, 0)
1309    temp = WritePrivateProfileString(APP_NAME, "Volume", vset$, APP_FILE)
1310  End Sub
1311
1312  Sub CheckReset ()
1313    If Val(Right$(Time$, 2)) > 19 Then Exit Sub
1314    If Left$(Time$, 4) = ResetTime Then
1315      ResetPlayers
1316    Else
1317      For CheckResetTime = Val(Left$(ResetTime, 2)) To 47 Step ResetInterval
1318        CheckHour = CheckResetTime Mod 24
1319        CheckTime$ = Format$(CheckHour) + ":": If Len(CheckTime$) < 3 Then CheckTime$ = "0" + CheckTime$
1320        CheckTime$ = CheckTime$ + Mid$(ResetTime, 4, 2)
```

PK002973

5,373,440

53

54

```
1321    If CheckTime$ = Left$(Time$, 5) Then
1322        ResetPlayers
1323        Exit For
1324    End If
1325    Next CheckResetTime
1326    End If
1327 End Sub
1328
1329 Sub LoadBanner ()
1330    If BannerCount = false Then Exit Sub
1331    Load BannerForm
1332    ReDim BannerhMemDC(BannerCount), BannerOldBM(BannerCount)
1333    For InitPic = 1 To BannerCount
1334        BannerForm.BannerPic(InitPic).Width = BannerWidth
1335        BannerForm.BannerPic(InitPic).Height = 154
1336        BannerForm.BannerPic(InitPic).Picture = LoadPicture("Banner" + Forma^5(InitPic) + ".BMP")
1337        ' Get Banner BitMap...
1338        BannerhMemDC(InitPic) = CreateCompatibleDC(BannerForm.BannerPic(InitPic).hDC)
1339        BannerhOldBM(InitPic) = SelectObject(BannerhMemDC(InitPic), BannerForm.Banner. ::(InitPic).Picture)
1340    Next InitPic
1341    ResetBanner
1342 End Sub
1343
1344 Sub CheckBanner ()
1345    Static BnrPos
1346    If BannerTime > Timer Or BannerCount = false Then Exit Sub
1347    BannerTime = -1
1348
1349    If MainForm.Banner.Height = 24 Then ' Start New Banner Scroll
1350        MainForm.Banner.Left = 0
1351        MainForm.Banner.Top = 20
1352        MainForm.Banner.Height = 154
1353        MainForm.Banner.Width = 800
1354        MainForm.Banner.BorderStyle = 0
1355        MainForm.Banner.CurrentY = 50
1356    End If
1357
1358    ' MainForm.Banner.Refresh
1359    BnrPos = BnrPos + 2
1360    If BnrPos > BannerCount * BannerWidth Then BnrPos = 0
1361    DrawBanner = BnrPos \ BannerWidth + 1: If DrawBanner > BannerCount Then DrawBanner = 1
1362    XPosScrn = 0
1363    XPosPic = BnrPos Mod BannerWidth
1364    While XPosScrn < 800  ' Draw until edge of screen
1365        temp = BitBlt(MainForm.Banner.hDC, XPosScrn, 0, BannerWidth - XPosPic, 150, BannerhMemDC(DrawBanner), XPosPic, 0, SRCCOPY)
1366        DrawBanner = DrawBanner + 1: If DrawBanner > BannerCount Then DrawBanner = 1
1367        XPosScrn = XPosScrn + BannerWidth - XPosPic
1368        XPosPic = 0
1369    Wend
1370
1371 End Sub
1372
1373 Sub ResetBanner ()
1374    MainForm.Banner.BorderStyle = 0
1375    MainForm.Banner.Height = 24
1376    MainForm.Banner.Width = 24
1377    RefreshForm
1378 End Sub
1379
1380 Function Rand (Value)
1381    Rand = Int((Value + 1) * Rnd)
1382 End Function
1383
1384 Sub LoadCommon ()
1385    On Error GoTo ErrHndlr
1386    Randomize
1387
1388    ' Get Multimedia Extension Flag...
1389    Blr$ = Space$(5)
1390    temp = GetPrivateProfileString(APP_NAME, "MME", "False", Blr$, 5, APP_FILE)
1391    Blr$ = Left$(UCase$(Blr$), 4)
```

`5,373,440`

55

56

```
1392  MMEFlag = false
1393  If Bfr$ = "TRUE" Or Bfr$ = "ON" Then MMEFlag = true
1394
1395  ' Get Music On or Off Flag
1396  Bfr$ = Space$(6)
1397  temp = GetPrivateProfileString(APP_NAME, "Music", "True", Bfr$, 6, APP_FILE)
1398  Bfr$ = Left$(UCase$(Bfr$), 5)
1399  MusicFlag = true
1400  If Bfr$ = "FALSE" Or Bfr$ = "OFF" Then MusicFlag = false
1401
1402  ' Get Reset Base Time
1403  Bfr$ = Space$(5)
1404  temp = GetPrivateProfileString(APP_NAME, "ResetTime", "00:00", Bfr$, 5, APP_FILE)
1405  Bfr$ = Left$(UCase$(Bfr$), 4)
1406  ResetTime = Bfr$
1407
1408  ' Get Video On or Off Flag
1409  Bfr$ = Space$(6)
1410  temp = GetPrivateProfileString(APP_NAME, "Video", "False", Bfr$, 6, APP_FILE)
1411  Bfr$ = Left$(UCase$(Bfr$), 4)
1412  VideoFlag = false
1413  If Bfr$ = "TRUE" Or Bfr$ = "ON" Then VideoFlag = true
1414
1415  ' Get Index of legal Cards
1416  Bfr$ = Space$(9)
1417  temp = GetPrivateProfileString(APP_NAME, "CardIndex", "0", Bfr$, 9, APP_FILE)
1418  For ZeroLook = 1 To Len(Bfr$)
1419    If Asc(Mid$(Bfr$, ZeroLook, 1)) <> 0 Then Exit For
1420  Next ZeroLook
1421  Bfr$ = RTrim$(Left$(Bfr$, ZeroLook - 1))
1422  If Bfr$ = "0" Then Bfr$ = ""
1423  CardIndex = Bfr$
1424
1425  ' Get Autowin, if any
1426  Bfr$ = Space$(4)
1427  temp = GetPrivateProfileString(APP_NAME, "AutoWin", "  ", Bfr$, 4, APP_FILE)
1428  AutoWin = LTrim$(Left$(Bfr$, 3))
1429  If Len(AutoWin) < 3 Then AutoWin = "  "
1430
1431  Bfr$ = Space$(12)
1432  temp = GetPrivateProfileString(APP_NAME, "MainBack", "&H00FFFFFF", Bfr$, 12, APP_FILE)
1433  Load MainForm
1434  MainForm.BackColor = Val(Bfr$)
1435
1436  WheelItems = GetPrivateProfileInt(APP_NAME, "WheelItems", 27, APP_FILE)
1437  NmFixtures = GetPrivateProfileInt(APP_NAME, "NmFixtures", 7, APP_FILE)
1438  CardDigits = GetPrivateProfileInt(APP_NAME, "CardDigits", 12, APP_FILE)
1439  ResetInterval = GetPrivateProfileInt(APP_NAME, "ResetInterval", 1, APP_FILE)
1440  BannerCount = GetPrivateProfileInt(APP_NAME, "BannerCount", 0, APP_FILE)
1441  BannerWidth = GetPrivateProfileInt(APP_NAME, "BannerWidth", 500, APP_FILE)
1442  BannerTimeOut = GetPrivateProfileInt(APP_NAME, "BannerTimeOut", 12, APP_FILE)
1443  VideoTimeOut = GetPrivateProfileInt(APP_NAME, "VideoTimeOut", 12, APP_FILE)
1444  VolLevel = GetPrivateProfileInt(APP_NAME, "VolLevel", 50, APP_FILE)
1445  If VolLevel And MMEFlag Then SetVolume VolLevel
1446  GameSwitch = GetPrivateProfileInt(APP_NAME, "GameSwitch", 1, APP_FILE)
1447  If GameSwitch < 1 Then GameSwitch = 1
1448
1449  ' Get Twips to Pixel Scale...
1450  TwipToPixX = 1440 / GetDeviceCaps(MainForm.hDC, 88)' LOGPIXELX
1451  TwipToPixY = 1440 / GetDeviceCaps(MainForm.hDC, 90)' LOGPIXELY
1452
1453  ' Get and set default directory, if any
1454  Bfr$ = Space$(60)
1455  temp = GetPrivateProfileString(APP_NAME, "Dir", "", Bfr$, 60, APP_FILE)
1456  Bfr$ = RTrim$(Bfr$)
1457  While Asc(Right$(Bfr$, 1)) = 0 Or Right$(Bfr$, 1) = "\": Bfr$ = Left$(Bfr$, Len(Bfr$) - 1): Wend
1458  If Len(Bfr$) Then
1459    CmDir = Bfr$
1460    ChDir CmDir
1461  End If
1462
```

PK002975

5,373,440

57

58

```
1463 ContinueHere:
1464 Exit Sub
1465
1466 ErrHndlr:
1467 If Err = 76 Then Resume ContinueHere ' No Directory Exists
1468 MsgBox "Error: " + Str$(Err) + " in Loading Comment". 16, "UCWIN"
1469 End
1470
1471 End Sub
1472
1473 Sub SetPauseUp ()
1474 If BannerCount = false Then Exit Sub
1475
1476 BannerTimeOut = BannerTimeOut + 3
1477 If BannerTimeOut > 30 Then BannerTimeOut = 30
1478 DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1479 DisplayForm.Show 0
1480 DisplayForm.TXT_DF(0).Caption = ""
1481 DisplayForm.TXT_DF(1).Caption = "Pause before"
1482 DisplayForm.TXT_DF(2).Caption = "banner lengthened"
1483 DisplayForm.TXT_DF(3).Caption = "to" + Str$(BannerTimeOut) + " seconds"
1484 DisplayForm.TXT_DF(4).Caption = ""
1485 DisplayForm.Refresh
1486 If MMEFlag Then
1487    If BannerTimeOut = 30 Then
1488       PlayFile "pausmax.wav"
1489    Else
1490       PlayFile "pausl.wav"
1491    End If
1492 End If
1493
1494 SetPause
1495 TempTmr! = Timer + 3: While TempTmr! > Timer: TempDo = DoEvents(): Wend
1496 DisplayForm.Hide
1497 RefreshForm
1498
1499 End Sub
1500
1501 Sub SetPause ()
1502    Blt$ = Space$(80)
1503    bset$ = LTrim$(Str$(BannerTimeOut))
1504    temp = WritePrivateProfileString(APP_NAME, "BannerTimeOut", bset$, APP_FILE)
1505 End Sub
1506
1507 Sub SetPauseDown ()
1508    If BannerCount = false Then Exit Sub
1509
1510    BannerTimeOut = BannerTimeOut - 3
1511    If BannerTimeOut < 3 Then BannerTimeOut = 3
1512    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1513    DisplayForm.Show 0
1514    DisplayForm.TXT_DF(0).Caption = ""
1515    DisplayForm.TXT_DF(1).Caption = "Pause before"
1516    DisplayForm.TXT_DF(2).Caption = "banner shortened"
1517    DisplayForm.TXT_DF(3).Caption = "to" + Str$(BannerTimeOut) + " seconds"
1518    DisplayForm.TXT_DF(4).Caption = ""
1519    DisplayForm.Refresh
1520    If MMEFlag Then
1521       If BannerTimeOut = 3 Then
1522          PlayFile "pausmin.wav"
1523       Else
1524          PlayFile "pauss.wav"
1525       End If
1526    End If
1527
1528    SetPause
1529    TempTmr! = Timer + 3: While TempTmr! > Timer: TempDo = DoEvents(): Wend
1530    DisplayForm.Hide
1531    RefreshForm
1532
1533 End Sub
```

PK002976

5,373,440

59                                                          60

```
1534
1535 Sub KillStats ()
1536   On Error GoTo ErrHandlerKS
1537   Kill "Stat.Dat"
1538   GoTo ExitKS
1539
1540 ErrHandlerKS:
1541   Resume ExitKS
1542
1543 ExitKS:
1544   If MMEFlag Then PlayFile "erastat.wav"
1545
1546 End Sub
1547
1548 Sub PrintIt (Pmt$)
1549   Printer.Print Pmt$
1550 End Sub
1551
1552 Sub PrintWinStat ()
1553   ReDim ResNum(2)
1554   DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1555   DisplayForm.Show 0
1556   DisplayForm.TXT_DF(0).Caption = ""
1557   DisplayForm.TXT_DF(1).Caption = "Printing All"
1558   DisplayForm.TXT_DF(2).Caption = "Winner Stats "
1559   DisplayForm.TXT_DF(3).Caption = "Please wait..."
1560   DisplayForm.TXT_DF(4).Caption = ""
1561   DisplayForm.Refresh
1562   If MMEFlag Then PlayFile "printwin.wav"
1563
1564   StatHandle = FreeFile
1565   Static StatInfo As StatRecord
1566   Open "Stat.Dat" For Random As StatHandle Len = Len(StatInfo)
1567   ' Get Record Pointer
1568   Get #StatHandle, 1, StatInfo
1569   RecEnd# = StatInfo.TimePlayed
1570   FeedCtr = 0
1571   NoWins = 0
1572   NoOpCrd = 0
1573   NoInv = 0
1574   NoUsd = 0
1575   NoPlays = 0
1576   For RecNo# = 2 To RecEnd#
1577     If FeedCtr > 65 Then
1578       PrintIt Chr$(12)
1579       FeedCtr = 0
1580     End If
1581     If FeedCtr = 0 Then
1582       PrintIt "All Winner Stats for Index " + CardIndex
1583       PrintIt "Printed at " + Date$ + " " + Time$
1584       PrintIt ""
1585       PrintIt ""
1586       PrintIt "Card #    Play    Date    Time"
1587       PrintIt "-------------------------------"
1588       FeedCtr = 6
1589     End If
1590     Get #StatHandle, RecNo#, StatInfo
1591     If StatInfo.WinFlag = "" Then
1592       NoWins = NoWins + 1
1593       DtFmt$ = Format$(StatInfo.DatePlayed, "m/d/yy")
1594       TmFmt$ = Format$(StatInfo.TimePlayed, "hh:mm am/pm")
1595       PrintIt Left$(StatInfo.CardNo, 8) + " " + StatInfo.Result + Space$(9 - Len(StatInfo.Result)) + DtFmt$ + Space$(10 - Len(DtFmt$)) + TmFmt$
1596       FeedCtr = FeedCtr + 1
1597     End If
1598     NoPlays = NoPlays + 1
1599   Next RecNo#
1600   PrintIt ""
1601   PrintIt ""
1602   PrintIt "Total Wins:      " + Format$(NoWins)
1603   PrintIt "Total Cards Used:" + Format$(NoPlays)
1604
```

61                    5,373,440                    62

```
1605   For LFeed = 1 To 5: PrintIt "": Next LFeed
1606   PrintIt Chr$(12)
1607
1608   ' Auto Cut if necessary
1609   CPHandle    ' eeFile
1610   Open "Coupon.Dat" For Input As CPHandle
1611      Line Input #CPHandle, AutoCut$
1612   Close CPHandle
1613   If Left$(AutoCut$, 2) = "$A" And Len(AutoCut$) > 2 Then
1614      RtLn$ = Mid$(AutoCut$, 3)
1615      While Len(RtLn$) > 1
1616         MdLn$ = MdLn$ + Chr$(Val("&H" + Left$(RtLn$, 2)))
1617         RtLn$ = Mid$(RtLn$, 3)
1618      Wend
1619      PrintIt MdLn$
1620   End If
1621
1622   Printer.EndDoc
1623   Close #StatHandle
1624   DisplayForm.Hide
1625   RefreshForm
1626
1627 End Sub
1628
1629 Sub BackupStat ()
1630   On Error GoTo ErrHandlerBus
1631
1632   DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1633   DisplayForm.Show 0
1634   DisplayForm.TXT_DF(0).Caption = ""
1635   DisplayForm.TXT_DF(1).Caption = "Backing Up"
1636   DisplayForm.TXT_DF(2).Caption = "Statistics"
1637   DisplayForm.TXT_DF(3).Caption = "Please Wait..."
1638   DisplayForm.TXT_DF(4).Caption = ""
1639   DisplayForm.Refresh
1640   If MMEFlag Then PlayFile "backstat.wav"
1641
1642   CopyFile "Stat.Dat", "A:Stat.Dat"
1643   GoTo ExitBus
1644
1645 ErrHandlerBus:
1646   Resume ExitBus
1647
1648 ExitBus:
1649   DisplayForm.Hide
1650   RefreshForm
1651
1652 End Sub
1653 '  :
1654 Sub PrintCoupon (ItemPrint)
1655 ' Read from Coupon.Dat, Coupon Format
1656 ' Use the following codes as special characters
1657 ' $C - Card No
1658 ' $T - Time and Date    '  '
1659 ' $1 - Main Name of Winning Coupon
1660 ' $2 - Description of Main Name, if any
1661 ' $$ - Print Dollar Sign
1662 ' $D - Send Direct Code: Format $DXXXXXX where XX equals character codes
1663 ' $S - Start Drawing Box
1664 ' $E - Stop Drawing Box
1665 ' $R - Remarks
1666 ' $A - Must be first line of Coupon.Dat, Code to Cut Paper
1667   BoxFlag = 0
1668   CPHandle = FreeFile
1669   Open "Coupon.Dat" For Input As CPHandle
1670   While Not (EOF(CPHandle))
1671      Line Input #CPHandle, Ln$
1672      Cntrl = InStr(Ln$, "$")
1673      While Cntrl > 0
1674         LftLn$ = Left$(Ln$, Cntrl - 1)
1675         RtLn$ = Mid$(Ln$, Cntrl + 2)
```

5,373,440

63                                    64

```
1676    MdLnS = ""
1677    Select Case Mid$(LnS, Cntrl + 1, 1)
1678      Case "C"
1679        MdLnS = CardS
1680      Case "T"
1681        MdLnS = TimeS + ". " + DateS
1682      Case "S"
1683        BoxFlag = 1
1684        RtLnS = String$(36, "")
1685      Case "E"
1686        BoxFlag = 0
1687        RtLnS = String$(36, "")
1688      Case "I"
1689        MdLnS = WinItemS(ItemPrint, 0)
1690      Case "Z"
1691        BrkUpS = WinItemS(ItemPrint, 1)
1692        BrkUpPt = InStr(BrkUpS, Chr$(13))
1693        While BrkUpPt > 0
1694          MdLnS = Left$(BrkUpS, BrkUpPt - 1)
1695          If BoxFlag Then
1696            If Len(MdLnS) > 36 Then MdLnS = Left$(MdLnS, 36)
1697            SpcAdd1 = (36 - Len(MdLnS)) \ 2
1698            If Len(MdLnS) Mod 2 Than SpcAdd2 = SpcAdd1 Else SpcAdd2 = SpcAdd1 - 1
1699            MdLnS = "" + Space$(SpcAdd1) + MdLnS + Space$(SpcAdd2) + ""
1700          End If
1701          Print!! MdLnS
1702          BrkUpS = Mid$(BrkUpS, BrkUpPt + 1)
1703          BrkUpPt = InStr(BrkUpS, Chr$(13))
1704        Wend
1705        MdLnS = BrkUpS
1706      Case "B"
1707        If Len(WinItemS(ItemPrint, 2)) > 0 Then
1708          MdLnS = Chr$(29) + "H" + Chr$(2) + Chr$(27) + "S" + Chr$(40) + Chr$(0) + Chr$(29) + "k" + Chr$(0) + WinItemS(ItemPrint, 2) + Chr$(0)
1709        End If
1710      Case "J"
1711        While Len(RtLnS) > 1
1712          MdLnS = MdLnS + Chr$(Val("&H" + Left$(RtLnS, 2)))
1713          RtLnS = Mid$(RtLnS, 3)
1714        Wend
1715      Case "R", "A"
1716        RtLnS = ""
1717      Case "S"
1718        MdLnS = "S"
1719      Case Else
1720      End Select
1721      LnS = LtLnS + MdLnS + RtLnS
1722      Cntrl = InStr(Cntrl, LnS, "S")
1723    Wend
1724    If BoxFlag Then
1725      If Len(LnS) > 36 Then LnS = Left$(LnS, 36)
1726      SpcAdd1 = (36 - Len(LnS)) \ 2
1727      If Len(LnS) Mod 2 Than SpcAdd2 = SpcAdd1 + 1 Else SpcAdd2 = SpcAdd1
1728      LnS = "" + Space$(SpcAdd1) + LnS + Space$(SpcAdd2) + ""
1729    End If
1730    Print!!! LnS
1731    Wend
1732    Close CPHandle
1733    Printer.EndDoc
1734  End Sub
1735
1736  Sub PrintTest ()
1737    Rem Reset Cards
1738    DisplayForm.PIC_DF.Picture = LoadPicture("Card.bmp")
1739    DisplayForm.Show 0
1740    DisplayForm.TXT_DF(0).Caption = ""
1741    DisplayForm.TXT_DF(1).Caption = "Printing Test"
1742    DisplayForm.TXT_DF(2).Caption = "Coupon"
1743    DisplayForm.TXT_DF(3).Caption = ""
1744    DisplayForm.TXT_DF(4).Caption = ""
1745    DisplayForm.Refresh
1746    If MMEFlag Then PlayFile "PrntTst.wav"
```

PK002979

5,373,440

65                                                                              66

```
1747    PrintCoupon 0
1748    TempTmr! = Timer + 2: While TempTmr! > Timer: TempDo = DoEvents(): Wend
1749    DisplayForm.Hide
1750    RefreshForm
1751 End Sub
1752
1753 Sub CheckVideo ()
1754    If VideoTime > Timer Or VideoFlag = false Or MMEFlag = false Then Exit Sub
1755
1756    Blf$ = Space$(80)
1757    templong& = mciSendString("status movie mode wait", Blf$, 80, 0)
1758    templong& = Val(Blf$)
1759    If templong& = 526 Then Exit Sub
1760    If templong& = 529 Then
1761       ResetVideo
1762       VideoTime = Timer + VideoTimeOut
1763       Exit Sub
1764    End If
1765
1766    templong& = mciSendString("window movie state show wait", Blf$, 80, 0)
1767    templong& = mciSendString("status movie window handle wait", Blf$, 80, 0)
1768    templong& = mciSendString("play movie from 0", Blf$. 80, 0)
1769    VideoTime = -1
1770 End Sub
1771
1772 Sub ResetVideo ()
1773    If MMEFlag And VideoFlag Then
1774       Blf$ = Space$(80)
1775       templong& = mciSendString("stop movie wait", Blf$, 80, 0)
1776       templong& = mciSendString("window movie state hide wait", Blf$, 80, 0)
1777       RefreshForm
1778    End If
1779 End Sub
1780
1781 Sub LoadVideo ()
1782    If VideoFlag = false Or MMEFlag = false Than Exit Sub
1783
1784    Blf$ = Space$(80)
1785    templong& = mciSendString("close movie wait", Blf$, 80, 0)
1786    VideoName$ = "MOVIE.VID" ' Override Video settings
1787    templong& = mciSendString("open " + VideoName$ + " alias movie type digitalvideo wait", Blf$, 80, 0)
1788    templong& = mciSendString("set movie speed 1000 wait", Blf$, 80, 0)
1789    templong& = mciSendString("window movie text Video wait", Blf$, 80, 0)
1790    templong& = mciSendString("window movie state show wait", Blf$, 80, 0)
1791    templong& = mciSendString("status movie window handle wait", Blf$, 80, 0)
1792    VideohWnd& = Val(Blf$)
1793    templnt = MoveWindow(VideohWnd&, 258, 350, 316, 217, true)
1794    templong& = mciSendString("window movie state hide wait", Blf$, 80, 0)
1795 End Sub
1796
```

```
Page:1   SM               Variable Cross-Ref
Functions
Name                          Module       Scope    Line No    # Refs
BitBlt.........................EXTERNAL......C.........95...........2
BuildCommDCB...................EXTERNAL......C.........132..........1
CloseComm......................EXTERNAL......C.........113..........1
CreateCompatibleBitMap.........EXTERNAL......C.........97...........2
CreateCompatibleDC.............EXTERNAL......C.........98...........2
CreatePalette..................EXTERNAL......C.........104..........2
DeleteDC.......................EXTERNAL......C.........99...........2
DeleteObject...................EXTERNAL......C.........105..........3
fDelete........................FM...........C.........733..........6
fClearQRE......................EXTERNAL......C.........144..........0
fDelete........................EXTERNAL......C.........147..........0
fDoQuery.......................EXTERNAL......C.........137..........0
fEndQuery......................EXTERNAL......C.........138..........0
fExecQRE.......................EXTERNAL......C.........143..........0
fExecSQL.......................EXTERNAL......C.........152..........0
fInsert........................EXTERNAL......C.........145..........0
fLock..........................EXTERNAL......C.........148..........0
fLushComm......................EXTERNAL......C.........114..........0
fNew...........................EXTERNAL......C.........142..........0
fNext..........................EXTERNAL......C.........139..........0
fPrevious......................EXTERNAL......C.........140..........0
fRandom........................EXTERNAL......C.........141..........0
fTranBegin.....................EXTERNAL......C.........149..........0
fTranCommit....................EXTERNAL......C.........150..........0
fTranRollback..................EXTERNAL......C.........151..........0
fUpdate........................EXTERNAL......C.........146..........0
```

5,373,440

67                                                              68

```
GetBitmapBits......................EXTERNAL......C....163..........5
GetCommError.......................EXTERNAL......C....121..........2
GetCommState.......................EXTERNAL......C....116..........0
GetDeviceCaps......................EXTERNAL......C....109..........2
GetPrivateProfileInt...............EXTERNAL......C....127..........2
GetPrivateProfileString............EXTERNAL......C....126..........3
GetTextExtent......................EXTERNAL......C....157..........3
mciExecute.........................EXTERNAL......C....130..........0
mciSendString......................EXTERNAL......C....134..........53
MoveWindow.........................EXTERNAL......C....124..........1
OpenComm...........................SM...........C....14...........1
RAND...............................SM...........C....1380.........1
ReadComm...........................SM...........C....472..........2
ReadComm...........................EXTERNAL......C....117..........2
RealizePalette.....................EXTERNAL......C....123..........2
SelectObject.......................EXTERNAL......C....104..........4
SelectPalette......................EXTERNAL......C....122..........2
SetBitmapBits......................EXTERNAL......C....105..........0
SetCommState.......................EXTERNAL......C....119..........1
SetStretchBltMode..................EXTERNAL......C....102..........0
StretchBlt.........................EXTERNAL......C....101..........0
StretchDIBits......................EXTERNAL......C....94...........1
textOUT............................EXTERNAL......C....108..........0
TransmitCommChar...................EXTERNAL......C....119..........0
WinExec............................EXTERNAL......C....130..........1
WriteComm..........................EXTERNAL......C....120..........0
WritePrivateProfileString..........EXTERNAL......Ref..129..........3
```

Page 2   SM                    Variable Cross-Ref
Subprocedures
Name                       Module      Scope     Line No    # Refs

```
BackupStat.........................SM...........C....1629.........1
CheckBanner........................SM...........C....1344.........1
CheckDrain.........................SM...........C....849..........3
CheckPayOff........................SM...........C....563..........3
CheckReset.........................SM...........C....1312.........1
CheckSpin..........................SM...........C....765..........1
CheckVideo.........................SM...........C....1752.........1
CloseCom...........................SM...........C....780..........2
CopyFile...........................SM...........C....1036.........3
DrawBox............................SM...........C....763..........8
DrawPic............................SM...........C....400..........6
DrawWheel..........................SM...........C....385..........2
Form_KeyPress......................KMSM..........M....278..........0
Form_Resize........................KMSM..........M....293..........0
Form_Unload........................KMSM..........M....337..........0
KillStats..........................SM...........C....1535.........1
LoadBanner.........................SM...........C....1389.........1
LoadBitmaps........................SM...........C....805..........2
LoadCommon.........................SM...........C....1384.........1
LoadNewSoftware....................SM...........C....946..........1
LoadOdds...........................SM...........C....478..........1
LoadPalette........................SM...........C....744..........1
LoadVideo..........................SM...........C....1781.........1
LoadWheels.........................SM...........C....347..........1
Main...............................SM...........C....562..........0
OpenCom............................SM...........C....648..........1
Pic_Frame_KeyPress.................KMSM..........M....313..........23
PlayFile...........................SM...........C....1076.........4
PlaySlots..........................SM...........C....1654.........4
PrintCoupon........................SM...........C....1548.........25
PrintIt............................SM...........C....857..........1
PrintStat..........................SM...........C....1736.........1
PrintWinStat.......................SM...........C....1552.........1
ReadCard...........................SM...........C....1687.........3
RefreshForm........................SM...........C....756..........34
ResetBanner........................SM...........C....1373.........1
ResetCards.........................SM...........C....1252.........1
ResetPlayers.......................SM...........C....733..........4
ResetVideo.........................SM...........C....1772.........2
RotateWheel........................SM...........C....377..........3
SetPause...........................SM...........C....2561.........1
SetPauseDown.......................SM...........C....1507.........1
SetPauseUp.........................SM...........C....1473.........1
SetVolume..........................SM...........C....1363.........3
SetVolumeDown......................SM...........C....1287.........1
SetVolumeUp........................SM...........C....3270.........1
WriteStat..........................SM...........C....866..........4
```

Page 3   SM                    Variable Cross-Ref
Line Labels and Numbers
Name              Procedure       Module     Line No   # Refs

```
ContinueHere.........LoadCommon.........SM........1462..........2
CopyFileErrHandler...CopyFile...........SM........1072..........2
ErrHandlerBus........BackupStat.........SM........1445..........2
ErrHandlerFX.........Enstat.............SM........746...........2
ErrHandlerKX.........KillStats..........SM........1540..........2
ErrHandlerRP.........ResetPlayers.......SM........725...........2
ErrEndit.............LoadCommon.........SM........1446..........2
ExitBus..............BackupStat.........SM........1448..........2
ExitEX...............Enstat.............SM........751...........3
ExitKX...............KillStats..........SM........1543..........1
ExitRP...............ResetPlayers.......SM........728...........2
LMErrHandler.........LoadNewSoftware....SM........1026..........3
```

Page 4   SM                    Variable Cross-Ref
Constants
Name                       Module      Scope     Line No    # Refs

```
APP_FILE...........................SMTR..........C....223..........22
APP_NAME...........................SMTR..........C....222..........23
```

PK002981

69    5,373,440    70

```
BLACKWHITE..............................SMCLB........C...........212........n
BLACKWHITE..............................SMCLB........C...........216.........1
COLORBLUE...............................SMCLB........C...........214.........2
COLORGRIT...............................SMCLB........C...........215.........2
COLORGRNCOLOR...........................SMCLB........C...........218.........1
COLORRED................................SMCLB........C...........196.........1
COLORWHITE..............................SMCLB........C...........217.........2
DEVIEWER................................SMCLB........C...........211.........2
F_CLEARCEL..............................SMCLB........C...........183.........0
F_DELETE................................SMCLB........C...........186.........0
F_DOODLER...............................SMCLB........C...........176.........0
F_ENDQUERY..............................SMCLB........C...........177.........0
F_EXTERNAL..............................SMCLB........C...........183.........0
F_REFRESH...............................SMCLB........C...........191.........0
F_INDEX.................................SMCLB........C...........184.........0
F_LOCK..................................SMCLB........C...........187.........0
F_NEW...................................SMCLB........C...........181.........0
F_OPEN..................................SMCLB........C...........178.........0
F_PREVIOUS..............................SMCLB........C...........179.........0
F_RANDOM................................SMCLB........C...........185.........0
F_SEARCHLN..............................SMCLB........C...........188.........0
F_TRANSMIT..............................SMCLB........C...........189.........0
F_TRANSROLLBACK.........................SMCLB........C...........190.........0
F_UPDATE................................SMCLB........C...........182.........0
FALSE...................................SMCLB........C...........228.........17
HIRESCOPY...............................SMCLB........C...........205.........0
NEWSFRAME...............................SMCLB........C...........301.........0
NM_TEXT.................................SMCLB........C...........202.........0
NOTERECOPY..............................SMCLB........C...........204.........0
NOTERETEXT..............................SMCLB........C...........203.........0
OT_BEGIN................................SMCLB........C...........238.........0
PAGCOPY.................................SMCLB........C...........208.........0
PAGEWORK................................SMCLB........C...........210.........0
PAYPAINT................................SMCLB........C...........209.........0
UT_DB_ERASE.............................SMCLB........C...........158.........0
UT_ERROR_CODED..........................SMCLB........C...........155.........0
UT_FUNCTION_ABORTED.....................SMCLB........C...........157.........0
UT_RECORD_CHANGED.......................SMCLB........C...........161.........0
UT_RECORD_LOCKED........................SMCLB........C...........149.........0
UT_RECORD_NOT_FOUND.....................SMCLB........C...........158.........0
REGSTATE_CHANGED........................SMCLB........C...........166.........0
REGSTATE_CLEARING_NEW...................SMCLB........C...........176.........0
REGSTATE_CLEARING_ONE...................SMCLB........C...........171.........0
REGSTATE_COPYING........................SMCLB........C...........173.........0
REGSTATE_FETCHING_ONE...................SMCLB........C...........172.........0
REGSTATE_FETCHING.......................SMCLB........C...........184.........0
REGSTATE_NEW_CHANGED....................SMCLB........C...........164.........0
REGSTATE_NEW_UNCHANGED..................SMCLB........C...........167.........0
REGSTATE_NO_RECORD......................SMCLB........C...........163.........0
REGSTATE_ONE_CHANGED....................SMCLB........C...........170.........0
REGSTATE_ONE_UNCHANGED..................SMCLB........C...........168.........0
REGSTATE_UNCHANGED......................SMCLB........C...........165.........0
SREAND..................................SMCLB........C...........301.........0
```

Page: 5  SM          Variable Cross-Ref
Constants
Name                                    Module      Scope      Line No    # Refs

```
SRECOPY.................................SMCLB........C...........159.........0
SREPAGE.................................SMCLB........C...........201.........0
SREINVERT...............................SMCLB........C...........201.........0
SREPAINT................................SMCLB........C...........200.........0
TRUE....................................SMCLB........C...........221.........4
VERSION.................................SMCLB........C...........224.........1
WHITEBLUE...............................SMCLB........C...........213.........0
WHITEONBLACK............................SMCLB........C...........237.........8
```

Page: 6  SM          Variable Cross-Ref
Scalar Variables
Name                                    Mod/Proc               Scope   # Refs

```
Access...................................SM/LoadPalette...................L..........1
   SM.TXT
      LoadPalette: 769
Access...................................SM/LoadBitMaps...................L..........1
   SM.TXT
      LoadBitMaps: 824
AutoCut..................................SM/PrintWinStat..................L..........4
   SM.TXT
      PrintWinStat: 1611, 1613, 1613, 1614
AutoCut..................................SM/PrintStat.....................L..........4
   SM.TXT
      PrintStat: 969, 971, 971, 972
AutoWin..................................SMCLB............................G..........4
   SM.TXT
      PlaySlots: +444
      LoadComboB: +1428, 1429, +1429
AutoWinCheck.............................SM/PlaySlots.....................L..........3
   SM.TXT
      PlaySlots: +444, 445, +445
B........................................SM/RefreshForm...................L..........1
   SM.TXT
      RefreshForm: 764
B........................................SM/DrawBox.......................L..........1
   SM.TXT
      DrawBox: 772
BannerCount..............................SMCLB............................G..........10
   MGSM.TXT
      Form_Unload: 336
   SM.TXT
      LoadBanner: +1330, 3332
      CheckBanner: +1346, 1360, 1361, 1366
      LoadComment: +1440
      SetPauseUp: +1474
      SetPauseDown: +1508
```

PK002982

5,373,440

71    72

```
BannerFlag...........................MOUSM/Form_Unload...................................1
   MOUSM.TXT
      Form_Unload: 333
BannerEnterDC......................................SMLB.......................................5
   MOUSM.TXT
      Form_Unload: 335, 336
         LoadBanner: 1338, 1339
         CheckBanner: 1365
BannerHoldD.................................................SMLB.......................................2
   MOUSM.TXT
      Form_Unload: 335
         LoadBanner: 1339
BannerTime.................................................SMLB.......................................4
   SM.TXT
      ReadCard: =1217, =1244
      CheckBanner: 1346, =1347
BannerTimeOut.................................................SMLB.......................................16
   SM.TXT
      ReadCard: 1217, 1244
      LoadComment: =1442


Page:7  SM.                     Variable Cross-Ref
Scalar Variables
Name                            Mod/Proc                          Scope    # Refs
_____

      SetPauseUp: =1476, 1476, 1477, =1477, 1483, =1487
      SetPause: 1503
      SetPauseDown: =1510, 1510, 1511, =1511, 1517, =1521
BannerWidth...............................................SMLB.......................................9
   SM.TXT
      LoadBanner: 1334
      CheckBanner: 1340, 1361, 1363, 1365, 1367
      LoadComment: =1441
Bf...........................SM/CheckPayOff...................................2
   SM.TXT
      CheckPayOff: 596, 597
Bfr...........................SM/SetVolumeUp...................................5
   SM.TXT
      SetVolumeUp: =1273, 1274, 1275, 1276, 1277
Bfr...........................SM/PlayFile...................................6
   SM.TXT
      PlayFile: =1078, 1079, 1080, 1081, 1082, 1083
Bfr...........................SM/CheckVideo...................................6
   SM.TXT
      CheckVideo: =1756, 1757, 1758, 1761, 1767, 1768
Bfr...........................SM/SetVolumeDown...................................5
   SM.TXT
      SetVolumeDown: =1290, 1291, 1292, 1293, 1294
Bfr...........................SM/ReadCard...................................8
   SM.TXT
      ReadCard: =1090, 1091, =1221, 2122, =1143, 1144, =1248, 1249
Bfr...........................SM/CopyFile...................................6
   SM.TXT
      CopyFile: =1054, =1063, 2065, 1066
Bfr...........................SM/ResetVideo...................................3
   SM.TXT
      ResetVideo: =1774, 1775, 1776
Bfr...........................SM/LoadComment...................................49
   SM.TXT
      LoadComment: =1389, 1390, =1391, 1393, =1393, =1393, =1396, 1397,
         =1398, 1398, =1400, =1400, =1403, 1404, =1405, 1405, 1406, =1409,
         1410, =1411, 1411, =1413, =1413, =1416, 1417, 1418, =1419, =1421,
         1421, =1422, =1422, 1423, =1426, 1427, 1428, =1431, 1432, 1434,
         =1454, 1455, =1456, 1456, 1457, 1457, =1457, 1457, 1457, 1458,
         1459
Bfr...........................SM/LoadVideo...................................9
   SM.TXT
      LoadVideo: =1784, 1785, 1787, 1788, 1789, 1790, 1791, 1792, 1794
Bfr...........................SM/SetPause...................................1
   SM.TXT
      SetPause: =1502
Bfr...........................SM/SetVolume...................................4
   SM.TXT
      SetVolume: =1304, 1306, 1307, 1308
Bfr...........................SM/ReadCom...................................2
   SM.TXT
      ReadCom: =679, 680
Bfr...........................MOUSM/Form_Unload...................................2
   MOUSM.TXT
      Form_Unload: =340, 341


Page:8  SM                     Variable Cross-Ref
Scalar Variables
Name                            Mod/Proc                          Scope    # Refs
_____

Bfr...........................SM/CheckPayOff...................................6
   SM.TXT
      CheckPayOff: =591, 592, 593, =625, 626, 627
Bfr...........................SM/LoadNewSoftware...................................2
   SM.TXT
      LoadNewSoftware: =1024, 1025
Bfr...........................SM/PlaySlots...................................14
   SM.TXT
      PlaySlots: =410, 411, 412, 413, =448, 449, 450, 451, =466, 467, 468,
         469, 470, 471
Bfr...........................SM/CheckMusic...................................9
   SM.TXT
      CheckMusic: =853, 854, =855, 855, =856, 858, =860, 861, 862
BfrPos...........................SM/CopyFile...................................8
   SM.TXT
      CopyFile: =1053, 1060, 1061, 1062, 1065, 1066, =1067, 1067
BfrSize...........................SM/CopyFile...................................6
```

5,373,440

73                                                                                    74

```
         SM.TXT
             CopyFile: =1052, 1054, 1061, =1062, 1063, 1067
BarFox............................................SM/CheckBarFox.......................L..........7
         SM.TXT
             CheckBanner: 1345, =1259, 1355, 1346, =1360, 1361, 1363
BoxFlag..........................................SM/PrintCoupon.......................L..........5
         SM.TXT
             PrintCoupon: =1667, =1683, =1686, 1695, 1724
BrkUp............................................SM/PrintCoupon.......................L..........7
         SM.TXT
             PrintCoupon: =1691, 1693, 1694, =1702, 1702, 1703, 1705
BrkUpPt..........................................SM/PrintCoupon.......................L..........5
         SM.TXT
             PrintCoupon: =1692, 1693, 1694, 1702, =1703
bset.............................................SM/SetPause.........................L..........2
         SM.TXT
             SetPause: =1503, 1504
Buf..............................................SM/ReadCom..........................L..........11
         SM.TXT
             ReadCom: 676, 677, =685, 685, 686, 687, =698, 691, =692, 692, 693
Buf..............................................SM/CheckSpin........................L..........4
         SM.TXT
             CheckSpin: =706, =707, 711, 712
Buf..............................................SM/PlaySlots........................L..........1
         SM.TXT
             PlaySlots: =474
BuffSamp.........................................SM/ReadCom..........................L..........5
         SM.TXT
             ReadCom: =675, =687, =693, 693, 697
BuffSize.........................................SM/ReadCom..........................L..........2
         SM.TXT
             ReadCom: =688, 689
Cancel.........................................MHSM/Form_Unload......................L..........1
         MHSM.TXT
             Form_Unload: 227
Card..........................................MHSM/Form_KeyPress....................L..........6
         MHSM.TXT
             Form_KeyPress: =282, 283, =286, 287

Page:9    SM                          Variable Cross-Ref
Scalar Variables
Name                                 Mod/Proc                       Scope    # Refs

Card.............................................SM/ReadCard.........................L..........34
         SM.TXT
             ReadCard: 1087, 1098, 1105, =1115, 1119, 1128, =1129, 1229, =1234,
               =1247, 1248, =1253, =1254, 115 , =1262, =1266, =1170, =1174,
               =1178, =1182, =1186, =1190, 1193, =1194, 1197, 1203, 1213, =1214,
               1216, 1219, 1229, =1239, 1240, 1246
Card..........................................SM/CheckPayOff.......................L..........1
         SM.TXT
             CheckPayOff: 563
Card..........................................SM/CheckSpin........................L..........7
         SM.TXT
             CheckSpin: =701, =713, 733, 716, =717, 727, 728
Card..........................................SM/PrintCoupon......................L..........1
         SM.TXT
             PrintCoupon: 1679
Card..........................................SM/PlaySlots........................L..........2
         SM.TXT
             PlaySlots: 404, 475
Card..........................................MHSM/Pic_Frame_KeyPress.............L..........4
         MHSM.TXT
             Pic_Frame_KeyPress: =217, 218, =221, 223
CardDigits.......................................SMCLB...............................L..........5
         SM.TXT
             CheckSpin: 716, 717
             ReadCard: 1227, 1117
             LoadCommon: =1438
CardIndex........................................SMCLB...............................L..........7
         SM.TXT
             PrintStat: 927
             ReadCard: 1098, 1101, 1101, 1104
             LoadCommon: =1423
             PrintWinStat: 1582
CardLength.......................................SM/ReadCard........................L..........4
         SM.TXT
             ReadCard: =1127, =1227, 1129, 1203
CardNo...........................................SM/WriteStat.......................L..........2
         SM.TXT
             WriteStat: 855, 856
CardRead.........................................SM/ReadCom.........................L..........5
         SM.TXT
             ReadCard: =1098, 1101, 1116, =1128, 1130
charRead.........................................SM/ReadCom.........................L..........3
         SM.TXT
             ReadCom: =677, =678, =691
CheckHour........................................SM/CheckReset......................L..........3
         SM.TXT
             CheckReset: =1318, 1319
CheckResetTime...................................SM/CheckReset......................L..........3
         SM.TXT
             CheckReset: =1327, 1318, 1325
CheckTime........................................SM/ClockReset......................L..........7
         SM.TXT
             CheckReset: =1329, 1319, =1319, 1319, =1320, 1320, =1321
Cid..............................................SMCLB...............................L..........11
         SM.TXT
             OpenCom: =659, 660, 661, 666, 668

Page:10   SM                          Variable Cross-Ref
Scalar Variables
Name                                 Mod/Proc                       Scope    # Refs

             ReadCom: 673, 680, 691, 696
```

PK002984

5,373,440

75                                                                 76

```
          CloseCom: 701, 702
ClrB...............................................SM/DrawBox..................................2
    SM.TTT
          DrawBox: 769, 772
ClrF...............................................SM/DrawBox..................................3
    SM.TTT
          DrawBox: 769, 777, 778
ClrSwitch..........................................SM/CheckPayOff..............................3
    SM.TTT
          CheckPayOff: =604, 604, 605
Cntrl..............................................SM/PrintCoupon..............................7
    SM.TTT
          PrintCoupon: =1672, 1673, 1674, 1675, 1677, =1722, 2722
ColorEnd...........................................SM/LoadOdds.................................13
    SM.TTT
          LoadOdds: =512, 513, 514, 516, =516, =518, 519, 520, 521, =527, 528,
                    529, 530
ColorStart.........................................SM/LoadOdds.................................16
    SM.TTT
          LoadOdds: =507, 508, 509, =511, 512, 522, 513, 514, 514, =515, 516,
                    518, 519, 520, 520, 523
Com................................................SM/OpenCom..................................8
    SM.TTT
          OpenCom: =450, 651, =452, =52, 656, =658, 658, 659
Count..............................................SM/LoadWheels...............................5
    SM.TTT
          LoadWheels: =358, 359, 359, 360, 361
CPHandle...........................................SM/PrintCoupon..............................5
    SM.TTT
          PrintCoupon: =1668, 1669, 1670, =1672, 1733
CPHandle...........................................SM/PrintWinStat.............................4
    SM.TTT
          FrameStat: =967, 968, =969, 970
CPHandle...........................................SM/PrintWinStat.............................4
    SM.TTT
          PrintWinStat: =1609, 1610, =1611, 1612
CrntDir............................................SMCLR.......................................3
    SM.TTT
          LoadNewSoftware: 1018
          LoadComment: =1459, 1460
CRPos..............................................SM/Exists...................................3
    SM.TTT
          Exists: =742, 743, 743
CurrentValue.......................................SM/LoadOdds.................................7
    SM.TTT
          LoadOdds: =499, =501, 503, =504
Dat................................................SM/Exists...................................7
    SM.TTT
          Exists: =737, 739, 741, 742, =743, 743, 745
DCB................................................SM/OpenCom..................................4
    SM.TTT
          OpenCom: =653, 654, =466, 467
Desc1..............................................SM/LoadOdds.................................8
    SM.TTT
          LoadOdds: =510, =514, 514, =520, 520, =523, 523, 525
```

| Page11  SK<br>Scalar Variables<br>Name | Variable Cross-Ref<br><br>Mod/Proc | Scope | # Refs |
|---|---|---|---|

```
Descript...........................................SM/LoadOdds................................14
    SM.TTT
          LoadOdds: =491, 507, 509, 512, =514, 516, 518, =520, 521, =523, 527,
                    529, 530, 532
Destin.............................................SM/CopyFile.................................4
    SM.TTT
          CopyFile: 1038, 1045, 1048, 1058
DIR_BGR_COLORS.....................................SM/LoadBitMaps..............................1
    SM.TTT
          LoadBitMaps: 843
Dorlag.............................................SM/PlaySlots................................6
    SM.TTT
          PlaySlots: 434, =435, 435, 460, =461, 461
DrawBanner.........................................SM/CheckBanner..............................8
    SM.TTT
          CheckBanner: =1361, 1361, =1361, 1365, =1366, 1366, 1366, =1366
DsFmt..............................................SM/PrintWinStat.............................3
    SM.TTT
          PrintWinStat: =1593, 1595, 1595
DsFmt..............................................SM/PrintStat................................3
    SM.TTT
          PrintStat: =936, 938, 938
Equalsign..........................................SM/LoadNewSoftware..........................3
    SM.TTT
          LoadNewSoftware: =1009, 1010, 1022
FeedCtr............................................SM/PrintWinStat.............................7
    SM.TTT
          PrintWinStat: =1570, 1577, =1579, =1581, =1588, =1596, 1596
FeedCtr............................................SM/PrintStat................................7
    SM.TTT
          PrintStat: =915, 922, =924, =926, =933, =939, 939
flname.............................................SM/Exists...................................3
    SM.TTT
          Exists: 733, 736, 738
flname.............................................SM/ReadCard.................................5
    SM.TTT
          ReadCard: =1197, 1198, =1216, 1217, 1223
flname.............................................SM/PlayFile.................................2
    SM.TTT
          PlayFile: 1074, 1080
FrameDraw..........................................SM/LoadPalette..............................6
    SM.TTT
          LoadPalette: =797, =798, 798, 799, 800, 801
GameSwitch.........................................SMCLR.......................................6
    SM.TTT
          CheckPayOff: 645
```

PK002985

5,373,440

77 78

```
          LoadBitMaps: 806, =820
          LoadConst: =1446, 1447, =1447
Dsght..........................KMSM/Form_Resize..................................1
     KMSM.XXX
          Form_Resize: =308
DFrame........................DKZLB.............................................6
     SK.XXX
          DrawPic: 401
          LoadPalette: 798, 799, 800
```

```
Page:13  SM                    Variable Cross-Ref
Scalar Variables
Name                           Mod/Proc              Scope    # Refs

hPal..........................DKZLB.............................................5
     SK.XXX
          LoadPalette: =798, 799
          LoadBitMaps: =82, =34, 843
Index.........................KMSM/Pic_Frame_KeyPress...........................1
     KMSM.XXX
          Pic_Frame_KeyPress: 313
InHandle......................SM/CopyFile.......................................7
     SK.XXX
          CopyFile: =1055, 1056, 1060, 1061, 1062, 1065, 1069
InitPic.......................KMSM/Form_Unload.................................11
     KMSM.XXX
          Form_Unload: =328, 329, 329, 330, 331, 332, =336, 335, 335, 336, 337
JoicPic.......................SM/LoadBanner....................................11
     SK.XXX
          LoadBanner: =1331, =1334, =1335, =1336, 1336, =1338, 1338, =1339, 1339, 1339, 1340
ItemPrint.....................SM/PrintCoupon....................................5
     SK.XXX
          PrintCoupon: 1654, 2689, 1691, 1707, 1708
KeyAscii......................KMSM/Pic_Frame_KeyPress...........................7
     KMSM.XXX
          Pic_Frame_KeyPress: 313, =316, =316, =320, =328, =326, =324
KeyAscii......................KMSM/Form_KeyPress................................7
     KMSM.XXX
          Form_KeyPress: 278, =281, =281, =205, =205, =289, =289
Left..........................KMSM/Form_Resize..................................1
     KMSM.XXX
          Form_Resize: =302
Legal.........................SM/CheckSpin......................................2
     SK.XXX
          CheckSpin: =788, 713
lFred.........................SM/PrintWinStat...................................2
     SK.XXX
          PrintWinStat: =1605, 1605
lFred.........................SM/PrintStat......................................2
     SK.XXX
          PrintStat: =963, 963
Little........................SM/PrintCoupon....................................2
     SK.XXX
          PrintCoupon: =1674, 1721
Ln............................SM/LoadOdds.......................................5
     SM.XXX
          LoadOdds: 487, 488, 489, 490, 491
Ln............................SM/PrintCoupon...................................15
     SK.XXX
          PrintCoupon: 1671, 1672, 1674, 1675, =1677, =1721, 1722, 1725, =1725, 1725, 1726, 1727, =1728, 1728, 1730
LnChg.........................SM/LoadNewSoftware................................4
     SK.XXX
          LoadNewSoftware: 1008, 1009, 1010, 1011
lphits........................SM/LoadBitMaps....................................3
     SK.XXX
          LoadBitMaps: =811, 827, 843
lphitsEdir....................SM/LoadPalette....................................2
```

```
Page:13  SM                    Variable Cross-Ref
Scalar Variables
Name                           Mod/Proc              Scope    # Refs

     SK.XXX
          LoadPalette: =785, 790
lphitsEdir....................SM/LoadBitMaps....................................3
     SK.XXX
          LoadBitMaps: =809, 825, =830
lphitsInfo....................SM/LoadBitMaps....................................4
     SK.XXX
          LoadBitMaps: =810, 826, =833, 843
lpPal.........................SM/LoadBitMaps....................................2
     SK.XXX
          LoadBitMaps: =833, 834
lpPal.........................SM/LoadPalette....................................5
     SK.XXX
          LoadPalette: =786, 791, =794, 794, 795
Ltr...........................SM/CheckSpin......................................3
     SK.XXX
          CheckSpin: =712, 713, 713
Match.........................SM/LoadNewSoftware...............................10
     SK.XXX
          LoadNewSoftware: =999, 1000, =1001, 1003, =1004, 1017, 1018, 1018, =1030
Mdin..........................SM/PrintWinStat...................................3
     SK.XXX
          PrintWinStat: =1616, 1616, 1619
Mdin..........................SM/PrintCoupon...................................19
     SK.XXX
          PrintCoupon: =1676, =1679, =1681, =1683, =1694, 1696, =1696, 1696, 1697, 1698, =1699, 1699, 1701, =1705, =1708, =1712, 1712, =1718, 1721
Mdin..........................SM/PrintStat......................................3
```

PK002986

```
       SM.TXT
          PrintStat: =874, 974, 977
MusicPlay.................................SMCLB.............................C............31
       MDSM.TXT
          Form_Unload: 339
       SM.TXT
          PlaySlots: 409, 447, 465
          CheckPayOff: 590, 624, 643
          CheckEnemy: =852
          PrintStat: 906
          LoadNewSoftware: 997, 1023
          PlayFile: 1077
          ReadCards: =305, 1120, =1117, 1267
          ResetCards: 1266
          SetVolumeUp: =1271
          SetVolumeDown: =1298
          LoadCommon: =1292, =1293, 1445
          SetPause: 1486
          SetPauseDown: 1530
          KillStats: 1544
          PrintWinStat: 1562
          BackupStat: 1640
          PrintText: 1746
          CheckVideo: =1756
          ResetVideo: 1773
          LoadVideo: =1782
```

```
Page:16  SM              Variable Cross-Ref
Scalar Variables
Name                      Mod/Proc             Scope    # Refs

MusicPlay.................................SMCLB.............................C............9
       SM.TXT
          rv-Music: =853
          ReadCards: 1089, 1122, =1139, 1139, =1140, 1269
          LoadCommon: =1293, =1400
NewSftwy.................................SM/LoadNewSoftware.................L............2
       SM.TXT
          LoadNewSoftware: =1011, 1013
NoPicture.................................SMCLB.............................C............6
       MDSM.TXT
          Form_Unload: 328
       SM.TXT
          DrawPicr: 401
          CheckPayOff: 572
          LoadBitMaps: 806, 820
          LoadCommon: =1437
NoInv.................................SM/PrintWinStat....................L............1
       SM.TXT
          PrintWinStat: =1573
NoInv.................................SM/PrintStat.......................L............4
       SM.TXT
          PrintStat: =939, =944, 944, 959
NoopCrd.................................SM/PrintStat.......................L............4
       SM.TXT
          PrintStat: =917, =942, 942, 941
NoopCrd.................................SM/PrintWinStat....................L............1
       SM.TXT
          PrintWinStat: =1577
NoPlays.................................SM/PrintStat.......................L............4
       SM.TXT
          PrintStat: =1575, =1598, 1598, 1603
NoPlays.................................SM/PrintWinStat....................L............1
       SM.TXT
          PrintStat: =920
NoDed.................................SM/PrintStat.......................L............4
       SM.TXT
          PrintStat: =919, =946, 946, 960
NoUsd.................................SM/PrintWinStat....................L............1
       SM.TXT
          PrintWinStat: =1574
NoWinCheck.................................SM/CheckPayOff....................L............4
       SM.TXT
          CheckPayOff: =579, 580, =638, 643
NoWins.................................SM/PrintStat.......................L............4
       SM.TXT
          PrintStat: =916, =951, 951, 958
NoWins.................................SM/PrintWinStat....................L............4
       SM.TXT
          PrintWinStat: =1571, =1592, 1592, 1602
NewPicsLoad.................................SM/LoadBitMaps....................L............2
       SM.TXT
          LoadBitMaps: =806, 815
Odds.................................SM/CheckPayOff....................L............9
       SM.TXT
          CheckPayOff: =578, 580, 581, 587, 587, 628, 632, =642, 641


Page:15  SM              Variable Cross-Ref
Scalar Variables
Name                      Mod/Proc             Scope    # Refs

OddsCounter.................................SM/LoadOdds.......................L............16
       SM.TXT
          LoadOdds: =483, 493, 494, 495, 501, 504, 508, 521, 525, 529, 530, 532,
             =536, 536,
Outandle.................................SM/CopyFile.......................L............7
       SM.TXT
          CopyFile: =1047, 1048, 1049, =1057, 1058, 1066, 1070
Palhandle.................................SM/LoadPalette....................L............5
       SM.TXT
          LoadPalette: =788, 789, 790, 791, 792
PicPr.................................SM/CheckPayOff....................L............17
       SM.TXT
          CheckPayOff: =595, 596, 597, 599, =606, =607, 608, 609, 610, =616,
             =617, =618, 619, =620, =621, 622, 623
```

PK002987

5,373,440

81

82

PicDr.......................................SM/DrawBox...........................2
    SM.TXT
        DrawBox: =773, =774, =775, =776, 777, 778, =779, 780
PicHandle..................................SM/LoadBitMaps.......................6
    SM.TXT
        LoadBitMaps: =813, 824, 825, 826, 827, 828
PicHeight..................................SM/DrawPic...........................3
    SM.TXT
        DrawPic: 400, 401
PicMs......................................SM/LoadBitMaps.......................3
    SM.TXT
        LoadBitMaps: =817, =819, 824
PicNo......................................SM/LoadBitMaps......................12
    SM.TXT
        LoadBitMaps: =815, 817, 820, =827, =838, =839, 839, 839, 841, 842,
            843, 845
PicSay.....................................SM/CheckPayOff.......................2
    SM.TXT
        CheckPayOff: =628, 629
PicSet.....................................MHSM/Form_Resize.....................7
    MHSM.TXT
        Form_Resize: =303, =304, =305, =306, =307, 307, 308
Prnt.......................................SM/PrintIt...........................3
    SM.TXT
        PrintIt: 1548, 1549
Radi.......................................SM/CheckPayOff.......................4
    SM.TXT
        CheckPayOff: =601, 602, 603, 614
Re~i.......................................SM/LoadBitMaps.......................1
    SM.TXT
        LoadBitMaps: 834
Read.......................................SM/LoadPalette.......................1
    SM.TXT
        LoadPalette: 789
RefEnd.....................................SM/PrintStat.........................2
    SM.TXT
        PrintStat: =313, 521
RecEnd.....................................SM/PrintWinStat......................2
    SM.TXT
        PrintWinStat: =1569, 1576
RecMo......................................SM/PrintWinStat......................3

Page:36  SM                        Variable Cross-Ref
Scalar Variables

Name                        Mod/Proc                         Scope    # Refs

        SM.TXT
            PrintWinStat: =1576, 1590, 1599
RecHo......................................SM/WriteStat.........................5
    SM.TXT
        WriteStat: =882, =883, 883, 884, 893
RecNo......................................SM/PrintStat.........................3
    SM.TXT
        PrintStat: =921, 935, 954
Res........................................SM/ReadCard.........................10
    SM.TXT
        ReadCard: =1109, =1116, 1119, 1148, 1157, 1193, =1213, 1219, =1240,
            1244
Res........................................MHSM/Form_KeyPress...................1
    MHSM.TXT
        Form_KeyPress: 282
Res........................................MHSM/Pic_Frame_KeyPress..............1
    MHSM.TXT
        Pic_Frame_KeyPress: 318
Res........................................SM/PlaySlots.........................2
    SM.TXT
        PlaySlots: 404, 475
Res........................................SM/CheckPayOff.......................4
    SM.TXT
        CheckPayOff: 563, =569, =574, 574
ResetInterval..............................SMCLR...............................2
    SMCLR.TXT
        CheckReset: 1317
        LoadCommon: =1439
ResetTime..................................SMCLR...............................4
    SM.TXT
        CheckReset: 1316, 1317, =1320
        LoadCommon: =1406
ret........................................SM/ReadCom...........................1
    SM.TXT
        ReadCom: =496
Ret........................................SM/CheckPayOff.......................1
    SM.TXT
        CheckPayOff: =635
ret........................................SM/OpenCom...........................2
    SM.TXT
        OpenCom: =656, =667, =668
ret........................................SM/ReadCard..........................3
    SM.TXT
        ReadCard: =1112, =1230, =1236
ret........................................SM/CloseCom..........................1
    SM.TXT
        CloseCom: =701
ret........................................SM/CloseCom..........................1
    SM.TXT
        CloseCom: =702
Row........................................SM/LoadWheels........................4
    SM.TXT
        LoadWheels: =356, =359, =360, 361
Rslt.......................................SM/WriteStat.........................2
    SM.TXT
        WriteStat: 855, 869

PK002988

5,373,440

83

84

Page:17  SM                    Variable Cross-Ref
Scalar Variables
Name                          Mod/Proc              Scope    # Refs
---------------------------------------------------------------------

RtLn........................................SM/PrintStat.........................L...........9
    SM.TXT
        .......=972, 973- 974, =975, 975
RtLn........................................SM/PrintCoupon......................L...........9
    SM.TXT
        PrintCoupon: =1675, =1684, =1687, 1711, 1713, =1713, 1713, =1736, 1721
RtLn........................................SM/PrintWinStat....................L...........5
    SM.TXT
        PrintWinStat: =1614, 1615, 1616, =1617, 1617
SMHandle....................................SM/LoadWheels......................L...........4
    SM.TXT
        LoadWheels: =154, 355, =357, 362
SMHandle....................................SM/LoadOdds........................L...........5
    SM.TXT
        LoadOdds: =480, 485, 486, =487, 536
SongName....................................SM/CheckMusic......................L...........2
    SM.TXT
        CheckMusic: =859, 861
SongNo......................................SM/CheckMusic......................L...........3
    SM.TXT
        CheckMusic: 852
Source......................................SM/CopyFile........................L...........3
    SM.TXT
        CopyFile: 1038, 1041, 1056
SprAddl.....................................SM/PrintCoupon.....................L...........8
    SM.TXT
        PrintCoupon: =1697, 1698, 1698, =1699, =1726, 1727, 1727, =1728
SprAddl.....................................SM/PrintCoupon.....................L...........6
    SM.TXT
        PrintCoupon: =1698, =1698, 1699, =1727, =1727, 1728
SprA........................................SMCLS..............................G..........24
    SM.TXT
        LoadWheels: 371
        RotateWheel: 379, 382
        PlaySlots: 435, 435, 426, 426, 427, 427, 443, 445
        CheckPayOff: 571, 585
        RefreshForm: 760
SprCount....................................SM/DrawWheel.......................L...........3
    SM.TXT
        DrawWheel: 385, 386, 387
SprA1nit....................................SM/PlaySlots.......................L...........3
    SM.TXT
        PlaySlots: =421, =422, 423
SprA?Row....................................SM/CheckPayOff.....................L...........9
    SM.TXT
        CheckPayOff: =571, =572, 572, 572, 572, =585, =586, 586, 586
SprA?Row....................................SM/RotateWheel.....................L...........4
    SM.TXT
        RotateWheel: 377, 379, 381, =382
SprA?Row....................................SM/DrawWheel.......................L...........9
    SM.TXT
        DrawWheel: 385, 388, 388, 390, 391, 393, 394, 395, 396
SprA?Row....................................SM/CheckPayOff....................L..........13
    SM.TXT
        CheckPayOff: =570, 571, =573, 573, 574, 575, =584, 585, 587, 587, 587,
        =587, 588

Page:18  SM                    Variable Cross-Ref
Scalar Variables
Name                          Mod/Proc              Scope    # Refs
---------------------------------------------------------------------

SprA?Row....................................SM/DrawWheel.......................L...........3
    SM.TXT
        DrawWheel: 400, 401, 401
SprA?Row....................................SM/LoadWheels......................L...........4
    SM.TXT
        LoadWheels: =370, =371, 372, 373
SprA?Row....................................SM/RefreshForm.....................L...........6
    SM.TXT
        RefreshForm: =758, 760, 762, 764, 764, 765
SprA?Row....................................SM/PlaySlots......................L..........21
    SM.TXT
        PlaySlots: =425, =426, 426, =427, 427, 428, =431, 432, 433, =439,
        =440, 441, =442, 442- 443, 444, 445, 445, 450, 458, 459
SprA?TopRow.................................SM/PlaySlots......................L...........6
    SM.TXT
        PlaySlots: =417, 437, 440, =446, 446, 458
SprA?Temp...................................SM/RotateWheel.....................L...........6
    SM.TXT
        RotateWheel: =379, =380, 380, 380, 381, 382
SprATemp....................................SM/RefreshForm.....................L...........5
    SM.TXT
        RefreshForm: =760, =761, 761, 761, 762
SprA?Timer..................................SM/PlaySlots.......................L...........4
    SM.TXT
        PlaySlots: =430, 436, =463, 463
Srt.........................................SM/PlaySlots.......................L...........2
    SM.TXT
        PlaySlots: =436, 436
StatHandle..................................SM/PrintWinStat....................L...........5
    SM.TXT
        PrintWinStat: =1564, 1565, 1568, 1590, 1C23
StatHandle..................................SM/PrintStat.......................L...........5
    SM.TXT
        PrintStat: =808, 930, 932, 935, 981
StatHandle..................................SM/WriteStat.......................L...........9
    SM.TXT
        WriteStat: =867, 870, 874, 877, 878, 881, 885, 893, 894
StatInfo....................................SM/PrintStat.......................L...........4
    SM.TXT
        PrintStat: 909, 910, 932, 935

5,373,440

85    86

```
StatInfo............................SM/PrintWinStat.................................1.........6
    SM.TXT
        PrintWinStat: 1565, 1566, 1569, 1590
StatInfo............................SM/WriteStat....................................1.........6
    SM.TXT
        WriteStat: 870, 876, 878, 881, 905, 893
StatInfo.CardNo.....................SM/PrintStat....................................1.........1
    SM.TXT
        PrintStat: 1595
StatInfo.CardNo.....................SM/WriteStat....................................1.........2
    SM.TXT
        WriteStat: =872, =888
StatInfo.CardNo.....................SM/PrintStat....................................1.........2
    SM.TXT
        PrintStat: 938, 940
```

Page:19  SM                     Variable Cross-Ref
Scalar Variables
Name                           Mod/Proc                           Scope    # Refs

```
StatInfo.DataPlayed.................SM/WriteStat....................................1.........2
    SM.TXT
        WriteStat: =874, =890
StatInfo.DataPlayed.................SM/PrintWinStat.................................1.........1
    SM.TXT
        PrintWinStat: 1593
StatInfo.DataPlayed.................SM/PrintStat....................................1.........1
    SM.TXT
        PrintStat: 936
StatInfo.Result.....................SM/PrintWinStat.................................1.........2
    SM.TXT
        PrintWinStat: 1595, 1595
StatInfo.Result.....................SM/WriteStat....................................1.........2
    SM.TXT
        WriteStat: =873, =889
StatInfo.Result.....................SM/PrintStat....................................1.........2
    SM.TXT
        PrintStat: 938, 938
StatInfo.TimePlayed.................SM/WriteStat....................................1.........4
    SM.TXT
        WriteStat: =875, 882, =884, =891
StatInfo.TimePlayed.................SM/PrintWinStat.................................1.........2
    SM.TXT
        PrintWinStat: 1563, 1594
StatInfo.TimePlayed.................SM/PrintStat....................................1.........2
    SM.TXT
        PrintStat: 913, 937
StatInfo.WinFlag....................SM/WriteStat....................................1.........1
    SM.TXT
        WriteStat: =892
StatInfo.WinFlag....................SM/PrintStat....................................1.........1
    SM.TXT
        PrintStat: =948
StatInfo.WinFlag....................SM/PrintWinStat.................................1.........1
    SM.TXT
        PrintWinStat: =1591
Step................................SM/CheckPayOff..................................1.........1
    SM.TXT
        CheckPayOff: 601
Step................................SM/CheckReset...................................1.........1
    SM.TXT
        CheckReset: 1317
StringInput.........................SM/LoadNewSoftware..............................1.........3
    SM.TXT
        LoadNewSoftware: =1010, 1012, 1013
StripCount..........................SM/CheckSpin....................................1.........3
    SM.TXT
        CheckSpin: =711, 712, 734
SwitchNum...........................SM?IL...........................................G.........6
    SM.TXT
        DrawPic: 401
        CheckPayOff: 573, =644, 644, 645, =645
temp................................SM/LoadComman...................................1.........9
    SM.TXT
        LoadComman: =1396, 1397, =1410, =1410, =1417, =1427, =1432, =1455
```

Page:20  SM                     Variable Cross-Ref
Scalar Variables
Name                           Mod/Proc                           Scope    # Refs

```
temp................................SM/CheckPayOff..................................1.........2
    SM.TXT
        CheckPayOff: =598, =613
temp................................SM/LoadPalette..................................1.........2
    SM.TXT
        LoadPalette: =799, =800
temp................................SM/LoadBitMaps..................................1.........1
    SM.TXT
        LoadBitMaps: =841, =842, =843
temp................................SM/SetVolume....................................1.........1
    SM.TXT
        SetVolume: =1309
temp................................MSM/Form_Unload.................................1.........5
    MSM.TXT
        Form_Unload: =129, =330, =331, =335, =336
temp................................SM/SetPause.....................................1.........1
    SM.TXT
        SetPause: =1504
temp................................SM/LoadNewSoftware..............................1.........2
    SM.TXT
        LoadNewSoftware: =1013, =1033
temp................................SM/ReadCom......................................1.........1
    SM.TXT
        ReadCom: =680
```

5,373,440

87

88

```
tmmp........................................SM/DrawPic..........................:
   SM.ZZZ
         DrawPic: #401
tmmp........................................SM/CheckBanner..........:...........:
   SM.ZZZ
         CheckBanner: #1365
tmmp........................................SM/OpenCom..........:...........:
   tmmp........................................OpenCom: #451
tmmp........................................SM/PlaySlots..........:...........:2
   SM.ZZZ
         PlaySlots: #436, #460
TmmpDo........................................SM/SetPauseDown..........:...........:1
   SM.ZZZ
         SetPauseDown: #1529
TmmpDo........................................SM/PrintTest..........:...........:1
   SM.ZZZ
         PrintTest: #1748
TmmpDo........................................SM/ResetCards..........:...........:1
   SM.ZZZ
         ResetCards: #1265
TmmpDo........................................SM/SetPauseUp..........:...........:1
   SM.ZZZ
         SetPauseUp: #1495
TmmpHandle........................................SM/Emsts..........:...........:6
   SM.ZZZ
         Emsts: #735, 736, 736, 738, 739, 740
TmmpHandle........................................SM/LoadNewSoftware..........:...........:5
   SM.ZZZ
         LoadNewSoftware: #1005, 1006, 1007, #1008, 1015
TmmpHandle........................................SM/ReadCard..........:...........:5
```

We claim:

1. A method for operating a promotional game for inducing potential customers to come to particular establishment, comprising the steps of:
   a) providing a game machine which is played for no consideration;
   b) establishing at least two separate series of images on said series, at least one of said series including representations of products, services or a combination of products and services;
   c) upon play by a patron, randomly moving said at least two series with respect to one another so that an image in one of said series will be aligned at a reference point with an image in another one of said series to form one of various combinations, select ones of said various combinations being winning combinations; and
   d) awarding a prize to said patron if one of said winning combinations is formed upon play by said patron, said prize being selected from the group consisting of said products or services whose representations form said one of said winning combinations, a product or service which is related to said products or services whose representations form said one of said winning combinations, and a retail product or service which is available from said establishment.

2. A method as claimed in claim 1, wherein said prize is related to said products or services whose representations form said one of said winning combinations.

3. A method as claimed in claim 1, further comprising the steps of:
   a) distributing game cards to patrons, each one of said game cards being coded with a game card code to identify the game card and an establishment code to identify said establishment; and
   b) automatically reading said game cards when inserted into said game machine and initiating said random movement step responsive to said establishment code meeting predetermined criteria.

4. A method as claimed in claim 1 further comprising the steps of:
   a) distributing game cards to patrons, each one of said game cards being coded with a game card code to identify the game card; and
   b) automatically reading said game cards when inserted into said game machine and initiating said random movement step responsive to the reading of said game cards.

5. A method as claimed in claim 4, wherein each one of said game cards is coded with a unique bar-code series.

6. A method as claimed in claim 4, wherein each one of said game cards is coded with a unique magnetic code upon a magnetic stripe on said game cards.

7. A method as claimed in claim 4, wherein said random movement step includes the step of positioning said at least two series so that the relative positions of said representations depend upon information coded on said game cards.

8. A method as claimed in claim 4, wherein said random movement step is performed by a random movement device in said game machine so that the relative positions of said representations do not depend upon information coded on said game cards.

9. A method as claimed in claim 4, further comprising the steps of recording identification data regarding each patron who requests one of said game cards and comparing said identification data to previously recorded identification data so as to prevent the issuance of more than one game card to each patron.

10. A method as claimed in claim 4, wherein said game card code is read by said game machine upon insertion of a game card into said game machine and is stored within said game machine for a selectable period of time.

11. A method as claimed in claim 10, wherein said stored game card code is erased from storage at the end of said selectable period of time.

12. A method as claimed in claim 10, wherein said game card code of an inserted game card is compared with all previously stored game card codes and the initiation of said random movement step is prevented if said game card code of said inserted game card matches one of said stored game card codes, whereby said random placement step can only be initiated once within said selectable period of time by a particular game card code.

13. A method as claimed in claim 10, wherein said game card code of an inserted game card is compared with all stored game card codes and the initiation of said random movement step is prevented if said game card code of said inserted game card is found to have been stored a selected number of times by said game machine

PK002991

5,373,440

89

within said selectable period of time.

14. A method as claimed in claim 13, wherein when initiation of said random movement step is prevented, a display is made of each time said inserted game card was used within said selectable period of time.

15. A method as claimed in claim 13, wherein said stored game card codes are erased from storage at the end of said selectable period of time.

16. A method as claimed in claim 1, wherein said establishing step includes the step of establishing said at least two separate series of images so that said representations of at least one of said products or services are present in two of said series, and said winning combinations include a match formed by aligning at said reference point a representation of a product or service in one of said two series with a representation of said product or service in another of said two series.

17. A method as claimed in claim 16, wherein said prize is related to said product or service whose representations on said two series form said match.

18. A method as claimed in claim 17, wherein said product or service whose representations form said match is a retail product or service available from said establishment.

19. A method as claimed in claim 18, wherein said establishment includes a plurality of retail locations and said prize is available from one of said retail locations.

20. A method as claimed in claim 1, wherein said establishing step includes the step of establishing said at least two separate series of images so that at least one of said series includes at least one wild card symbol and wherein at least one of said winning combinations includes said at least one wild card symbol.

21. A method as claimed in claim 20, wherein said winning combinations include at least one winning combination which does not include said wild card symbol and said prize is awarded in a magnitude which depends upon whether said wild card symbol is present in the particular winning combination which is formed.

22. A method as claimed in claim 20, wherein said wild card symbol is a symbol representing a business identity.

23. A method as claimed in claim 22, wherein said wild card symbol represents said business identity of said establishment in which said promotional game is operated.

24. A method as claimed in claim 20, further comprising the steps of:

a) distributing game cards to patrons, each one of said game cards being coded with a game card code to identify the game card and an establishment code to identify said establishment; and

b) automatically reading said game cards when inserted into said game machine and initiating said random movement step responsive to said establishment code meeting predetermined criteria.

25. A method as claimed in claim 20, further comprising the steps of:

a) distributing game cards to patrons, each one of said game cards being coded with a game card code to identify the game card; and

b) automatically reading said game cards when inserted into said game machine and initiating said random movement step responsive to the reading of said game cards.

26. A method as claimed in claim 1, wherein said establishing step includes the step of establishing at least three separate series of images including representations

90

of products, services or a combination of products and services, and at least one wild card symbol, said representations of at least one of said products or services being present in at least two of said series, said winning combinations including a match formed by aligning at said reference point a representation of a product or service in one of said series with a representation of said product or service in another of said series, and at least one of said winning combinations including said at least one wild card symbol.

27. A method as claimed n claim 1, wherein said establishing step includes the step of displaying a visual representation of peripheral surface of each of at least two individual wheels in said game machine, each of said wheels containing one of said series of images, and wherein said step of randomly moving said at least two series includes the step of causing said individual wheels to rotate independently in said visual representation with respect to one another and then stop so that said various combinations of said images on said at least two wheels can be read out at said reference point.

28. A method as claimed in claim 27, wherein said establishing step includes the step of simultaneously displaying more than one of said images in each of said series, said various combinations including only said image in each of said series which is aligned at said reference point.

29. A method as claimed in claim 27, further comprising the step of displaying fixed images including representations of products, services or a combination of products and services, said fixed images remaining unchanged during said random movement step.

30. A method as claimed in claim 27, wherein said step of awarding a prize includes the step of providing a signal to a location remote from said game machine instructing that said prize be awarded to said playing patron.

31. A method as claimed in claim 27, wherein said step of displaying said visual representation of said wheels includes the step of displaying said representation on a video screen in said game machine, the method further comprising the step of displaying messages upon said video screen between plays by patrons.

32. A method as claimed in claim 27, wherein said step of awarding a prize includes the step of issuing a coupon by said game machine exchangeable for said prize.

33. A method as claimed in claim 32, wherein said coupon is pre-stored in said game machine.

34. A method as claimed in claim 32, wherein said coupon is printed by said game machine in response to the formation of said one of said winning combinations.

35. A method as claimed in claim 1, wherein said establishing step includes the step of displaying said at least two series of images on a video screen, the method further comprising the step of displaying messages upon said video screen between plays by patrons.

36. A method as claimed in claim 35, wherein said messages do not obstruct said images in said combination formed upon play.

37. A method as claimed in claim 35, wherein said messages include advertisements for products, services or a combination of products and services.

38. A method as claimed in claim 37, wherein said advertisements are for said products or services represented in said at least one of said two series.

39. A method as claimed in claim 1, wherein said establishing step includes the step of displaying said at



PK002992

5,373,440

91

92

least two series of images on a video screen, the method further comprising the step of displaying moving videos upon said video screen between plays by patrons.

40. A method as claimed in claim 39, wherein said moving videos include advertisements for products, services or a combination of products and services.

41. A method as claimed in claim 39, wherein said moving videos include a video demonstrating how to play the game.

42. A method as claimed in claim 1, wherein said establishing step includes the step of displaying said at least two series of images on a video screen, said images being displayed in an initial image size during play of the game, and one of said images in said one of said various combinations increasing in size to an enlarged size encompassing a major portion of said video screen at a predetermined period of time after said one of said various combinations has been formed.

43. A method as claimed in claim 42, further comprising the step of generating an advertising message for said product or service in said enlarged image after said image has been enlarged.

44. A method as claimed in claim 1, wherein said representations of products comprise images of packaging for said products.

45. A method for operating a promotional game for inducing potential customers to come to a particular establishment, comprising the steps of:

(a) providing a game machine which is played for no consideration;

(b) establishing at least two separate series of images on said game machine, said images including partial representations of products, services or a combination of products and services;

(c) upon play by a patron, randomly moving said at least two series with respect to one another so that an image in one of said series will be aligned at a reference point with an image in another one of said series in one of various combinations, select ones of said various combinations being winning combinations; and

(d) awarding a prize to said patron if one of said winning combinations is formed upon play by said patron, said prize being selected from the group consisting of said products or services whose representations form said one of said winning combinations, a product or service which is related to said products or services whose representations form said one of said winning combinations, and a retail product or service which is available from said establishment.

46. A method as claimed in claim 45, wherein said winning combinations include a match formed by aligning a partial representation of a product or service in each one of said at least two series to display a complete representation of said product or service.

47. A method as claimed in claim 46, wherein said prize is related to said product or service whose partial representations form said complete representation.

48. A method as claimed in claim 47, wherein said product or service whose partial representations form said match is available from said establishment.

49. A method as claimed in claim 45, wherein said establishing step includes the step of establishing said at least two separate series of images so that at least one of said series includes at least one wild card symbol, and wherein at least one of said winning combinations includes said at least one wild card symbol.

50. A method as claimed in claim 45, wherein said partial representations of products comprise partial images of packaging for said products.

51. A method for operating a promotional game for inducing potential customers to come to a particular establishment, comprising the steps of:

a) providing a game machine;

b) establishing at least two separate series of images on said game machine, said images including representations of products, services or a combination of products and services;

c) randomly moving said at least two series with respect to one another so that a representation in one of said series will be aligned at a reference point with a representation in another one of said series to form one of various combinations, select ones of said various combinations including a match formed by aligning a representation of a product or service in one of said series with a representation of said product or service in another of said series; and

d) awarding a prize on each play of the game, said prize being selected from the group consisting of said product or service whose representation appears at said reference point in said one of said series, a product or service which is related to said product or service whose representation appears at said reference point in said one of said series, and a retail product or service which is available from said establishment, said prize being awarded in a first magnitude when said one combination does not include said match, and said prize being awarded in a second magnitude greater than said first magnitude when said one combination includes said match.

52. A method as claimed in claim 51, wherein said representations of products comprise images of packaging for said products.

53. A promotional game apparatus for inducing potential customers to come to a particular establishment, comprising

a) display means for establishing a reference point and at least two separate series of images, at least one series including representations of products, services or a combination of products and services, said at least two series being independently movable with respect to one another and with respect to said reference point so that an image in one of said series can be aligned at said reference point with an image in another one of said series to form various combinations, select ones of said various combination being winning combinations;

b) movement means for moving said at least two series with respect to one another so as to form said various combinations randomly;

c) activating means for activating said movement means for no consideration;

d) means for signaling that one of said winning combinations has been formed; and

e) means for awarding a prize upon the formation of said one of said winning combinations, said prize being selected from the group consisting of said products or services whose representations form said one of said winning combinations, a product or

service which is related to said products or services whose representations form said one of said winning combinations. and a retail product or service which is available from said establishment.

54. The promotional game apparatus as claimed in claim 53, wherein said winning combinations include a match formed by aligning at said reference point a representation of a product or service in one of said series with a representation of said product or service in another of said series, and said means for awarding a prize includes means for awarding a prize related to said product or service whose representations on said series form said match.

55. The promotional game apparatus as claimed in claim 54, wherein at least one of said series includes at least one wild card symbol and wherein select ones of said winning combinations include said at least one wild card symbol.

56. The promotional game apparatus as claimed in claim 55, wherein said wild card symbol is a symbol representing a business identity.

57. The promotional game apparatus as claimed in claim 56, wherein said wild card symbol represents said business identity of said establishment.

58. The promotional game apparatus as claimed in claim 53, wherein said representations of products comprise images of packaging for said products.

59. A promotional game apparatus for inducing potential customers to come to a particular establishment, comprising:
 a) display means for establishing a reference point and at least two separate series of images. at least one series including representations of products, services or a combination of products and services, said at least two series being independently movable with respect to one another and with respect

to said reference point so that an image in one of said series can be aligned at said reference point with an image in another one of said series to form various combinations, select ones of said various combinations being winning combinations;
 b) movement means for moving said at least two series with respect to one another so as to form said various combinations randomly;
 c) reading means for reading a code on a game card and for signaling said movement means to move said at least two series in response to said code;
 d) detection means for determining when one of said winning combinations has been formed at said reference point; and
 e) means responsive to said detection means for awarding a prize upon the formation of said one of said winning combinations, said prize being selected from the group consisting of said products or services whose representations form said one of said winning combinations, a product or service which is related to said products or services whose representations form said one of said winning combinations, and a retail product or service which is available from said establishment.

60. The promotional game apparatus as claimed in claim 59, wherein said code includes a first portion comprising a game card code for identifying the game card and a second portion comprising an establishment code for identifying establishments at which said game card may be used, and wherein said reading means reads said first and second portions of said code and signals said movement means to move said at least two series randomly in response to predetermined establishment codes.

61. The promotional game apparatus as claimed in claim 59, wherein said representations of products comprise images of packaging for said products.

* * * * *

PK002994