IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-1532 (KAJ) |
| v. | ) ) | |
| GAMELOGIC INC. | ) ) ) | |
| | ) | FILED UNDER SEAL |
| Defendant. | ) ) | |

**PLAINTIFF INGENIO, FILIALE DE LOTO-QUEBEC, INC.'S OPPOSITION TO DEFENDANT GAMELOGIC, INC.'S CLAIM CONSTRUCTION BRIEF AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

THE BAYARD FIRM

Edmond D. Johnson (No. 2257)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19801
Telephone (302) 655-5000
Facsimile (302) 658-6395

OF COUNSEL:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC  20006
Telephone (202) 955-1500
Facsimile (202) 778-2201

Counsel for Plaintiff
Ingenio, Filiale De Loto-Quebec, Inc.

May 15, 2006

625550v1