IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC. | ) ) ) |
| Plaintiff, | ) ) ) C.A. NO. 04-1532 (KAJ) |
| v. | ) ) |
| GAMELOGIC, INC. AND SCIENTIFIC GAMES CORPORATION, | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Katharine V. Jackson, Esquire, of The Bayard Firm, shall be substituted as counsel for Plaintiff, in place of Linda E. Beebe of Skadden, Arps, Slate, Meagher and Flom, LLP.

SKADDEN, ARPS, SLATE, MEAGHER, AND FLOM LLP

/s/ Linda E. Beebe
Linda E. Beebe (No. 4634)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3138

Dated: May 23, 2006

THE BAYARD FIRM

Edmond D. Johnson (No. 2257)
Katharine V. Jackson (No. 4800)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone (302) 655-5000
Facsimile (302) 658-6395
Email: kjackson@bayardfirm.com

626115v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 22, 2006, she electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Gary Hnath, Esquire
Bingham McCutchen
1120 20th Street, Suite 800
Washington, DC 20036

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

/s/ Katharine V. Jackson
Katharine V. Jackson (#4800)

626115v1