IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-1532-KAJ ) |
| GAMELOGIC, INC. And SCIENTIFIC GAMES CORPORATION, | ) ) ) |
| Defendants. | ) ) |

### ORDER

At Wilmington this **23rd** day of **May, 2006**,

IT IS ORDERED that the hearing on claim construction and summary judgment presently set for **June 9, 2006 at 9:00 a.m.** is hereby rescheduled to **June 7, 2006 at 9:00 a.m.** in courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE