IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC, )
INC.,                             )
                                  )
                Plaintiff,        )
                                  )
        v.                        )    Civil Action No. 04-1532-KAJ
                                  )
GAMELOGIC, INC.,                  )
                                  )
                Defendant.        )

## ORDER

At Wilmington, this 10th day of August, 2006,

IT IS HEREBY ORDERED that within five days, the parties will provide

recommendations for redactions to the court's July 21, 2006 Memorandum Opinion so

that a public version may be filed.  Proposed redactions must be kept to an absolute

minimum.

UNITED STATES DISTRICT JUDGE