

**Potter
Anderson
&Corroon** LLP

1313 North Market Street
P O Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

August 15, 2006

**VIA EFILE AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re: **Ingenio, Filliale de Loto-Quebec, Inc. v. GameLogic, Inc., et al.
> C.A. No. 04-1532 (KAJ)**

Dear Judge Jordan:

      I write on behalf of defendant GameLogic, Inc. ("GameLogic"). Enclosed as Exhibit A is GameLogic's proposed redacted version of the Court's July 21, 2006 Memorandum Opinion. Plaintiff Ingenio has been consulted regarding these proposed redactions and does not oppose.

      Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

/s/ *David E. Moore*

David E. Moore

DEM:/kgm/746203
cc:    Clerk of the Court (Via Hand Delivery)
       Edmond D. Johnson, Esquire (Via Email)
       Rodger L. Tate, Esquire (Via Email)
       Gary M. Hnath, Esquire (Via Email)
       Goutam Patnaik, Esquire (Via Email)