IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC,
INC.

        Plaintiff,

v.

GAMELOGIC, INC. AND
SCIENTIFIC GAMES CORPORATION

        Defendants.

Civil Action No. 05-1432 (KAJ)

**FILED UNDER SEAL**

## NOTICE OF LODGING AND NOTICE OF FILING UNDER SEAL
## OF DEPOSITION TRANSCRIPT

PLEASE TAKE NOTICE that Plaintiff Ingenio, Filiale de Loto-Quebec, Inc. hereby lodges deposition transcript of Jack D. Grimes, Ph.D., a copy of which is attached hereto.

        THE BAYARD FIRM

        _/s/ Edmond D. Johnson_
        Edmond D. Johnson (No. 2257)
        Katharine V. Jackson (No. 4800)
        222 Delaware Avenue, Suite 900
        P.O. Box 25130
        Wilmington, DE 19801
        Telephone (302) 655-5000

OF COUNSEL:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
Telephone (202) 955-1500

Counsel for Plaintiff
Ingenio, Filiale De Loto-Quebec, Inc.

Dated : September 5, 2006

630267v1

CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 5th day of September, 2006, the attached document was electronically filed with the Clerk of the Court using CM/ECF and via hand delivery upon the parties listed below:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

I hereby also certify that on September 5, 2006, I have sent the following documents to the following non-registered participants:

Gary Hnath, Esq.
Goutam Patnaik, Esq.
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006

By: _____
Edmond D. Johnson (No. 2257)
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801

630267v1