# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INGENIO, FILIALE DE LOTO-QUEBEC,
INC.

        Plaintiff,

v.

        Civil Action No. 05-1432 (KAJ)

GAMELOGIC, INC. AND
SCIENTIFIC GAMES CORPORATION

        **FILED UNDER SEAL**

        Defendants.

## NOTICE OF LODGING AND NOTICE OF FILING UNDER SEAL
## OF DEPOSITION TRANSCRIPT

    PLEASE TAKE NOTICE that Plaintiff Ingenio, Filiale de Loto-Quebec, Inc. hereby

lodges deposition transcript of Nathalie Rajotte, a copy of which is attached hereto.

        THE BAYARD FIRM

        Edmond D. Johnson (No. 2257)
        Katharine V. Jackson (No. 4800)
        222 Delaware Avenue, Suite 900
        P.O. Box 25130
        Wilmington, DE  19801
        Telephone (302) 655-5000

OF COUNSEL:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W.; Suite 1200
Washington, DC  20006
Telephone (202) 955-1500

Counsel for Plaintiff
Ingenio, Filiale De Loto-Quebec, Inc.

Dated : September 5, 2006

630267v1

CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 5th day of September, 2006, the attached document was electronically filed with the Clerk of the Court using CM/ECF and via hand delivery upon the parties listed below:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

I hereby also certify that on September 5, 2006, I have sent the following documents to the following non-registered participants:

Gary Hnath, Esq.
Goutam Patnaik, Esq.
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006

By: _____
       Edmond D. Johnson (No. 2257)
       The Bayard Firm
       222 Delaware Avenue, Suite 900
       P.O. Box 25130
       Wilmington, DE 19801

630267v1