IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-1532 (KAJ) |
| v. | ) ) | |
| GAMELOGIC, INC. | ) ) ) | **FILED UNDER SEAL** |
| Defendant. | ) | |

## (PROPOSED) FINAL PRETRIAL ORDER

| | |
|---|---|
| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
| Edmond D. Johnson (No. 2257)<br>222 Delaware Ave.<br>Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000 | Richard L. Horwitz (No. 2246)<br>David E. Moore (No. 3983)<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>P.O. 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000 |
| OF COUNSEL:<br>Rodger L. Tate<br>Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, DC 20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br>Counsel for Plaintiff<br>Ingenio, Filiale De Loto-Quebec, Inc. | OF COUNSEL:<br>Gary M. Hnath<br>Goutam Patnaik<br>Timothy A. Molino<br>BINGHAM MCCUTCHEN LLP<br>1120 20th Street, NW<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 778-6150<br>Facsimile: (202) 778-6155<br>Counsel for Defendant GameLogic, Inc. |