## CERTIFICATE OF SERVICE

      I, Edmond D. Johnson, hereby certify that on the 5th day of September, 2006, the attached document was electronically filed with the Clerk of the Court using CM/ECF and via hand delivery upon the parties listed below:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951


      I hereby also certify that on September 5, 2006, I have sent the following documents to the following non-registered participants:

Gary Hnath, Esq.
Goutam Patnaik, Esq.
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006


By: _____
      Edmond D. Johnson (No. 2257)
      The Bayard Firm
      222 Delaware Avenue, Suite 900
      P.O. Box 25130
      Wilmington, DE 19801