# EXHIBIT B

1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF DELAWARE
3   ------------------------------x
4   INGENIO, FILIALE DE              :
5   LOTO-QUEBEC, INC.,               :
6           Plaintiff                :
7       v.                           :   Civil Action No.
8   GAMELOGIC, INC., and             :   04-1532-KAJ
9   SCIENTIFIC GAMES CORPORATION,    :
10          Defendants               :
11  ------------------------------x
12
13          H I G H L Y   C O N F I D E N T I A L
14  Videotaped Deposition of CHRISTOPHER LOCKTON BRANDIN
15              Washington, D.C.
16              Friday, March 24, 2006
17              9:15 a.m.
18
19
20  Job No:  1-75490
21  Pages 1 - 209
22  Reported by:  Jacquelyn C. Jarboe, R.P.R.

CONFIDENTIAL COPY



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

2

1      Videotaped deposition of CHRISTOPHER
2 LOCKTON BRANDIN, held at the offices of:
3
4      Bingham McCutchen, LLP
5      2020 K Street, Northwest
6      Suite 800
7      Washington, D.C. 20006-1806
8      (202) 373-6175
9
10
11
12      Pursuant to agreement, before Jacquelyn C.
13 Jarboe, Registered Professional Reporter and Notary
14 Public in and for the District of Columbia.
15
16
17
18
19
20
21
22

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

3

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

    BRIAN M. BUROKER, ESQUIRE

    Hunton & Williams, LLP

    1900 K Street, Northwest, Suite 1200

    Washington, D.C. 20006-1109

    (202) 955-1500


ON BEHALF OF DEFENDANT GAMELOGIC:

    GOUTAM PATNAIK, ESQUIRE

    Bingham McCutchen, LLP

    2020 K Street, Northwest

    Suite 1100

    Washington, D.C. 20006-1806

    (202) 373-6000


ALSO PRESENT:

    SCOTT FORMAN, Videographer

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

```
                                                      4

1                    C O N T E N T S

2    EXAMINATION OF CHRISTOPHER LOCKTON BRANDIN    PAGE

3        By Mr. Buroker                              6

4
                        E X H I B I T S

5
             (Attached to the Transcript)

6    EXHIBIT                                        PAGE

7    96    Expert Report of Christopher L. Brandin,

8          dated 1-15-06                             10

9    97    U.S. Patent No. 5,569,082                 43

10   98    U.S. Patent No. 5,709,603                 43

11   99    U.S. Patent No. 5,373,440                 82

12   100   U.S. Patent No. 5,377,975                 93

13   101   U.S. Patent No. 5,324,035                126

14   102   Prosecution File History Documents for

15         U.S. Patent No. 5,569,082, Bates

16         IN001377-IN001474                        127

17   103   Pages 700-86 and 700-87 from Manual of

18         Patent Examining Procedure              129

19   104   Second Expert Report of Christopher

20         Brandin, dated 2-14-06                  149

21   105   Collection of documents, Bates

22         GL6885-GL6891                           189
```

5

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER: Here begins tape number | 09:05:24 |
| 3 | 1 in the deposition of Christopher Brandin, in the | 09:14:44 |
| 4 | matter of Ingenio versus GameLogic, Inc., pending in | 09:14:47 |
| 5 | the U.S. District Court for the District of Delaware, | 09:14:51 |
| 6 | Case Number 04-1532-KAJ. | 09:14:55 |
| 7 | Today's date is March 24th, 2006. The time | 09:14:59 |
| 8 | is 9:15 a.m. | 09:15:02 |
| 9 | The video operator today is Scott Forman of | 09:15:03 |
| 10 | L.A.D. Reporting. | 09:15:06 |
| 11 | This video deposition is taking place at the | 09:15:09 |
| 12 | office of Bingham McCutchen, 2020 K Street, Northwest, | 09:15:10 |
| 13 | Washington, D.C. | 09:15:15 |
| 14 | Would the counsel please identify themselves | 09:15:16 |
| 15 | and state whom they represent. | 09:15:18 |
| 16 | MR. BUROKER: Brian Buroker from Hunton & | 09:15:21 |
| 17 | Williams, representing the plaintiff, Ingenio. | 09:15:22 |
| 18 | MR. PATNAIK: Goutam Patnaik of Bingham | 09:15:23 |
| 19 | McCutchen, representing defendant GameLogic, Inc. | 09:15:25 |
| 20 | THE VIDEOGRAPHER: The court reporter today | 09:15:29 |
| 21 | is Jackie Jarboe of L.A.D. Reporting. | 09:15:29 |
| 22 | Would the reporter please swear in the | 09:15:32 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

6

| # | Text | Time |
|---|------|------|
| 1 | witness. | 09:15:32 |
| 2 | Whereupon, | 09:15:32 |
| 3 | CHRISTOPHER LOCKTON BRANDIN | 09:15:43 |
| 4 | having been duly sworn, testified as follows: | 09:15:43 |
| 5 | EXAMINATION BY COUNSEL FOR THE PLAINTIFF | 09:15:32 |
| 6 | BY MR. BUROKER: | 09:15:44 |
| 7 | Q   Good morning, Mr. Brandin.  My name's Brian | 09:15:45 |
| 8 | Buroker, and I will be taking this deposition today on | 09:15:48 |
| 9 | behalf of Plaintiff Ingenio.  I'll just go over the | 09:15:51 |
| 10 | ground rules.  I'm sure you've heard them before. | 09:15:56 |
| 11 | Basically, my job today is to try to ask you | 09:15:58 |
| 12 | clear questions, and your job is to try to answer them | 09:16:01 |
| 13 | to the best of your ability and truthfully.  Do you | 09:16:03 |
| 14 | understand that? | 09:16:05 |
| 15 | A   Yes. | 09:16:06 |
| 16 | Q   And I will do the best to make my questions | 09:16:06 |
| 17 | clear, but if you do not understand one of my | 09:16:09 |
| 18 | questions I'll ask that you please let me know that | 09:16:12 |
| 19 | you don't understand it.  Is that acceptable? | 09:16:14 |
| 20 | A   Yes. | 09:16:17 |
| 21 | Q   If you could just for the record, please, | 09:16:18 |
| 22 | state your full name, please. | 09:16:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

106

1    Q    Okay.    12:11:43

2    A    I'm sorry, what was the --    12:11:43

3    Q    The question was, I believe you answered it,    12:11:48
4    that your opinion based upon Morris applies using    12:11:50
5    Ingenio's claim interpretations only?    12:11:57

6    A    Yes, that's what I have in the report.  I    12:12:02
7    did not analyze Morris.    12:12:06

8    Q    And that's true, also, for the '603 patent,    12:12:14
9    correct?  You confirm that by looking at page 31 of    12:12:14
10   your report, 31 of 32.    12:12:17

11   A    That looks correct.    12:12:29

12   Q    So if the court adopts GameLogic's and your    12:12:33
13   interpretation of the claims, you will not be offering    12:12:36
14   an opinion that Morris invalidates the claims alone?    12:12:40

15   A    Based on anticipation.    12:12:44

16   Q    Correct.    12:12:46

17   A    Correct.    12:12:46

18   Q    All right.    12:12:46

19   A    Well, no, I can't make that assertion.  I    12:12:48
20   haven't analyzed it.  But reading the report, I have    12:12:51
21   no intention of, you know, correcting it.    12:13:02

22   Q    Looking at the report and trying to    12:13:08

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

107

| | | |
|---|---|---|
| 1 | understand it, you have argued that some of the claims | 12:13:10 |
| 2 | of the '082 patent and the '603 patent would have been | 12:13:19 |
| 3 | obvious, correct? | 12:13:25 |
| 4 |     A    Some of the claims? | 12:13:30 |
| 5 |     Q    Correct. | 12:13:31 |
| 6 |     A    Okay. Yes. | 12:13:31 |
| 7 |     Q    Okay. For example, it's your opinion that | 12:13:34 |
| 8 | Claim 1 of the '082 patent would be obvious, correct? | 12:13:37 |
| 9 |     A    I'm not sure which analysis you're talking | 12:13:44 |
| 10 | about here. I'm -- | 12:13:46 |
| 11 |     Q    I'm just asking generally, is it your | 12:13:50 |
| 12 | opinion, based upon this report, that Claim 1 of the | 12:13:52 |
| 13 | '082 patent would have been obvious? | 12:13:56 |
| 14 |     A    In light of other patents? | 12:13:58 |
| 15 |     Q    Yes. | 12:14:01 |
| 16 |     A    Yes. | 12:14:02 |
| 17 |     Q    And where do you identify which combination | 12:14:03 |
| 18 | of patents renders Claim 1 obvious? | 12:14:05 |
| 19 |     A    Well, in this chart I don't. I mean, this | 12:14:23 |
| 20 | is one -- one patent cited, but if we go back to the | 12:14:27 |
| 21 | other -- | 12:14:31 |
| 22 |     Q    You can -- like, for example, the chart | 12:14:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

108

| | | |
|---|---|---|
| 1 | beginning on Claim 14, which is where Claim 1 of the | 12:14:37 |
| 2 | '082 patent is. | 12:14:40 |
| 3 | A   On page 14, you mean? | 12:14:41 |
| 4 | Q   Page 14, yes. Where do you identify which | 12:14:43 |
| 5 | specific combination you plan to opine renders Claim 1 | 12:14:46 |
| 6 | of the '082 patent obvious? | 12:14:54 |
| 7 | A   Which specific combination? | 12:14:57 |
| 8 | Q   Correct. | 12:15:00 |
| 9 | A   I do not. Well, except, I mean, it's by | 12:15:01 |
| 10 | inference, because it's in the chart. But I do not | 12:15:03 |
| 11 | specifically separate and combine them. | 12:15:08 |
| 12 | Q   And is it also true that you do not | 12:15:14 |
| 13 | specifically state anywhere in this report the basis | 12:15:18 |
| 14 | upon which you would -- that one of ordinary skill in | 12:15:22 |
| 15 | the art would be motivated to combine any two specific | 12:15:25 |
| 16 | references? | 12:15:29 |
| 17 | A   No, I only make a statement of motivation | 12:15:34 |
| 18 | that's general. So it's not specific, I'm -- | 12:15:38 |
| 19 | Q   So, for example, nowhere in this report is | 12:15:42 |
| 20 | there a statement as to why one of ordinary skill in | 12:15:44 |
| 21 | the art would have been motivated to modify the Cohen | 12:15:47 |
| 22 | reference in view of the Clapper reference | 12:15:51 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

109

1  specifically?  12:15:54
2      A   That's correct.  12:15:55
3      Q   And the same would be true for Cohen in view  12:15:56
4  of the Raha reference specifically, there's no  12:15:59
5  motivation stated in this report for that combination?  12:16:02
6      A   It's not stated as a motivation, but the  12:16:12
7  motivation to combine Raha and Cohen I believe is --  12:16:17
8  is stated.  12:16:23
9      Q   So you don't identify any two -- you don't  12:16:26
10 identify Cohen and Raha specifically as -- in the  12:16:29
11 context of why there's a motivation to modify?  That  12:16:38
12 was muddled, let me start over.  12:16:43
13          There's no statement in this report where  12:16:44
14 you state specifically why one of ordinary skill in  12:16:45
15 the art would be motivated to modify Cohen in view of  12:16:50
16 Raha, using those terms?  12:16:54
17     A   For example, for a particular claim, that's  12:16:57
18 correct.  12:17:00
19     Q   Looking at -- I mean, that's also true for  12:17:00
20 Cohen in view of either of the Troy patents, there's  12:17:03
21 no specific motivation for combining those references?  12:17:08
22     A   Well -- no.  12:17:14

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

110

| | | | |
|---|---|---|---|
| 1 | Q | Looking at the -- | 12:17:24 |
| 2 | A | That I've stated. There is a -- | 12:17:25 |
| 3 | Q | Well, that you've stated in this report. | 12:17:29 |
| 4 | A | Correct. | 12:17:32 |
| 5 | Q | Looking at page 15, there's a statement in the first box on the right column, "All video games do this, making it obvious," do you see that? The bottom of the right column. | 12:17:33 |
| 9 | A | Yes. | 12:17:47 |
| 10 | Q | You're not citing to any reference for that statement? | 12:17:48 |
| 12 | A | You mean is there a reference? No, there is none. | 12:17:58 |
| 14 | Q | And looking over at the top of page 17 -- | 12:18:12 |
| 15 | A | Yes. | 12:18:15 |
| 16 | Q | -- in the box that I believe is the second half of Claim 6, that's a statement, "Obvious card games have been around for thousands of years." | 12:18:14 |
| 19 | A | Yes. | 12:18:27 |
| 20 | Q | There's no citation to any particular reference for that. | 12:18:27 |
| 22 | A | No. | 12:18:31 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY - (800) 292-4789
HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHRISTOPHER LOCKTON BRANDIN
CONDUCTED ON FRIDAY, MARCH 24, 2006

111

| | | |
|---|---|---|
| 1 | Q   And there's not a particular citation for, | 12:18:31 |
| 2 | in column 9 -- excuse me, for Claim 9 in the second | 12:18:33 |
| 3 | column where it says "Obviously, the computer can be | 12:18:38 |
| 4 | connected to the Internet through an ISP, AOL for | 12:18:40 |
| 5 | example," right? | 12:18:47 |
| 6 | A   That's correct. | 12:18:48 |
| 7 | MR. BUROKER:  Now would be a good time for a | 12:19:00 |
| 8 | lunch break. | 12:19:01 |
| 9 | MR. PATNAIK:  Sure. | 12:19:03 |
| 10 | THE VIDEOGRAPHER:  We're going off the | 12:19:04 |
| 11 | record.  The time is 12:19 p.m. | 12:19:04 |
| 12 | (A luncheon recess was taken.) | 13:08:07 |
| 13 | THE VIDEOGRAPHER:  We're back on the record | 13:27:53 |
| 14 | the time is 1:28 p.m. | 13:28:50 |
| 15 | BY MR. BUROKER: | 13:28:52 |
| 16 | Q   Good afternoon, Mr. Brandin. | 13:28:54 |
| 17 | A   May I -- there's something I'd like to | 13:28:57 |
| 18 | clarify, because I think I was completely unclear | 13:29:01 |
| 19 | about it before, pertaining to one of your questions. | 13:29:04 |
| 20 | Q   What was that? | 13:29:06 |
| 21 | A   When you asked me what constitutes | 13:29:06 |
| 22 | encryption and you had related it to encoding, I would | 13:29:12 |