IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 04-1532-KAJ ) ) ) ) ) |

### ORDER

At Wilmington this **2nd** day of **October, 2006**,

IT IS ORDERED that the pretrial conference presently set for **October 5, 2006 at 4:30 p.m.** is hereby rescheduled to **October 12, 2006 at 12:30 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE