# THE BAYARD FIRM
## ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4227
ejohnson@bayardfirm.com

October 2, 2006

<u>VIA ELECTRONIC FILING</u>

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:   *Ingenio, Filiale De Loto-Quebec v. GameLogic, Inc.,*
           <u>*C.A. No. 04-1532*</u>

Dear Judge Jordan:

      Enclosed please find Ingenio's Special Verdict Form, Proposed Voir Dire, Joint Proposed Preliminary Jury Instructions, and Joint Proposed Final Jury Instructions for the above referenced matter in WordPerfect format.

Respectfully,

Edmond D. Johnson (#2257)

EDJ/kw
Enclosure
Cc:   Richard L. Horwitz, Esquire
         David E. Moore, Esquire
File No. 30389-2

637702v1