IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v | ) ) | C.A. No. 04-1532 (KAJ) |
| GAMELOGIC, INC. and SCIENTIFIC GAMES CORPORATION, | ) ) ) ) | |
| Defendants | ) | |

### DEFENDANT GAMELOGIC, INC.'S PROPOSED ADDITIONAL VOIR DIRE

Pursuant to the Court's Scheduling Order dated March 28, 2005, and Local Rule 47.1(a), Defendant GameLogic, Inc respectfully submits the following proposed additional voir dire questions, to be used in addition to Judge Jordan's standard voir dire questions, for the Court's consideration.

1. Have you ever played the lottery and, if so, when and how often?

2. Do you have any feelings or beliefs about playing the lottery or lottery-based games that would influence your decision in a case like this one?

3. Have you, or anyone you know, applied for or received a patent from the United States Patent and Trademark Office?

4. If the evidence persuades you that an issued U.S patent is not valid, even though the Patent and Trademark Office had previously issued that patent, would you have any reservations in rendering a verdict that reverses the Patent and Trademark Office's determination and invalidates the patent?

5. Do you personally know, or, as far as you are aware, does anyone close to you personally know the inventor of the patents-in-suit, Mr. Perry Kaye?

6. Do you personally know, or, as far as you are aware, does anyone close to you personally know the attorney involved in prosecuting the patents-in-suit, Mr. Martin Korn?

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Gary M. Hnath<br>Susan Baker Manning<br>Goutam Patnaik<br>Timothy A. Molino<br>BINGHAM MCCUTCHEN LLP<br>2020 K Street, NW, Suite 1100<br>Washington, DC  20006<br>(202) 778-6150<br><br>Dated:  October 2, 2006<br><br>753600/28749 | By:  */s/ David E. Moore*<br>       Richard L. Horwitz (#2246)<br>       David E. Moore (#3983)<br>       Hercules Plaza, 6th Floor<br>       1313 N. Market Street<br>       Wilmington, DE  19899-0951<br>       Tel:  (302) 984-6000<br>       rhorwitz@potteranderson.com<br>       dmoore@potteranderson.com<br><br>*Attorneys for Defendant GameLogic Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 2, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Edmond D. Johnson
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on October 2, 2006, I have Electronically Mailed the documents to the following:

Rodger L. Tate
Brian M. Buroker
Christopher J. Cuneo
Hunton & Williams LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006
rtate@hunton.com
bburoker@hunton.com
ccuneo@hunton.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672965