

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

October 2, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

   Re: Ingenio, Filliale de Loto-Quebec, Inc. v. GameLogic, Inc., et al.
     C.A. No. 04-1532 (KAJ)

Dear Judge Jordan:

  Enclosed are the submissions listed below, in triplicate with Diskette (WordPerfect and Word format), which were filed with the Court today:

  Defendant GameLogic Inc.'s Proposed Additional Voir Dire (D.I. 156); and

  Defendant GameLogic Inc.'s Proposed Special Verdict Form (D.I. 157).

       Respectfully,

       */s/ David E. Moore*

       David E. Moore

DEM/msb/753568

Enclosures
cc: Clerk of the Court (Via Hand Delivery)
   Edmond D. Johnson, Esquire (Via Hand Delivery and Email)
   Rodger L. Tate, Esquire (Via Email)
   Gary M. Hnath, Esquire (Via Email)
   Goutam Patnaik, Esquire (Via Email)