

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

October 19, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 North King Street
Room 6325
Lockbox 10
Wilmington, Delaware 19801

Re: *Ingenio, Filiale De Loto-Quebec, Inc. v. GameLogic, Inc.*
Civil Action No. 04-1532-KAJ

Dear Judge Jordan:

This letter is to inform the Court, pursuant to the pretrial conference conducted on October 12, 2006, that Defendant GameLogic, Inc. does not intend to pursue at trial its invalidity contentions based on double patenting. Thus, GameLogic will not be filing any briefing related to this issue.

Respectfully submitted,

/s/ David E. Moore

David E. Moore

DEM:nmt/756661/28749
cc: Clerk of the Court (via hand delivery)
    Edmond D. Johnson, Esq. (via email)
    Rodger L. Tate, Esq. (via email)
    Brian M. Buroker, Esq. (via email)