IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC., <br><br> Defendant. | Civil Action No. 04-1532 (KAJ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses or counter claims brought or which could have been brought, is hereby dismissed with prejudice, each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into under which the parties have filed the present stipulation.

STIPULATED AND AGREED TO:

/s/ Edmond D. Johnson

Edmond D. Johnson (No. 2257)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
tjohnson@byardfirm.com

Attorneys for Plaintiff
Ingenio, Filiale De Loto-Quebec, Inc.

/s/ David E. Moore

Richard L. Horwitz (No. 2246)
David E. Moore (No. 3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Defendant GameLogic, Inc.

2

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Rodger Tate<br>Brian Buroker<br>HUNTON & WILLIAMS LLP<br>1900 K Street NW<br>Washington, DC  20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202 778-2201 | Gary M. Hnath<br>Susan Baker Manning<br>Goutam Patnaik<br>BINGHAM McCUTCHEN LLP<br>2020 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 373-6000<br>Facsimile:  (202) 373-6001 |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge