IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC., <br><br> Defendant. | Civil Action No. 04-1532 (KAJ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses or counter claims brought or which could have been brought, is hereby dismissed with prejudice, each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into under which the parties have filed the present stipulation.

STIPULATED AND AGREED TO:

/s/ Edmond D. Johnson

Edmond D. Johnson (No. 2257)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
tjohnson@byardfirm.com

Attorneys for Plaintiff
Ingenio, Filiale De Loto-Quebec, Inc.

/s/ David E. Moore

Richard L. Horwitz (No. 2246)
David E. Moore (No. 3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Defendant GameLogic, Inc.

OF COUNSEL:

Rodger Tate
Brian Buroker
HUNTON & WILLIAMS LLP
1900 K Street NW
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202 778-2201

OF COUNSEL:

Gary M. Hnath
Susan Baker Manning
Goutam Patnaik
BINGHAM McCUTCHEN LLP
2020 K Street NW
Washington, DC 20006
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

SO ORDERED this 30th day of Oct., 2006.

_____
United States District Court Judge