IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOGIC, INC., <br><br> Defendant. | Civil Action No. 04-1532 (KAJ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses or counter claims brought or which could have been brought, is hereby dismissed with prejudice, each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into under which the parties have filed the present stipulation.

STIPULATED AND AGREED TO:

/s/ Edmond D. Johnson                         /s/ David E. Moore

Edmond D. Johnson (No. 2257)                  Richard L. Horwitz (No. 2246)
THE BAYARD FIRM                               David E. Moore (No. 3983)
222 Delaware Avenue, Suite 900                POTTER ANDERSON & CORROON LLP
Wilmington, Delaware 19801                    Hercules Plaza
Telephone: (302) 655-5000                     1313 North Market Street
Facsimile: (302) 658-6395                     Wilmington, DE 19801
tjohnson@byardfirm.com                        Telephone: (302) 984-6000
                                              Facsimile: (302) 658-1192
Attorneys for Plaintiff                       rhorwitz@potteranderson.com
Ingenio, Filiale De Loto-Quebec, Inc.         dmoore@potteranderson.com

                                              Attorneys for Defendant GameLogic, Inc.

OF COUNSEL:

Rodger Tate
Brian Buroker
HUNTON & WILLIAMS LLP
1900 K Street NW
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202 778-2201

OF COUNSEL:

Gary M. Hnath
Susan Baker Manning
Goutam Patnaik
BINGHAM McCUTCHEN LLP
2020 K Street NW
Washington, DC 20006
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

SO ORDERED this 30th day of Oct., 2006.

_____
United States District Court Judge