**REVIEWED**
**By Larisha Davis at 10:48 am, Jun 26, 2007**    CLOSED, MEDIATION, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01532-KAJ
## Internal Use Only

Ingenio Filiale De v. Gamelogic Inc., et al
Assigned to: Honorable Kent A. Jordan
Demand: $0
Case in other court:  USDC/DE, 04cv134KAJ
Cause: 35:271 Patent Infringement

Date Filed: 12/20/2004
Date Terminated: 10/30/2006
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Ingenio Filiale De Loto-Quebec Inc.**    represented by    **Edmond D. Johnson**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: bankserve@bayardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katharine V. Jackson**
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(302)778-7500
Email: kjackson@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Linda Elizabeth Beebe**
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
302-651-3138
Email: lbeebe@skadden.com
*TERMINATED: 05/23/2006*
*ATTORNEY TO BE NOTICED*

**Thomas Henry Kovach**
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6502
Fax: (302) 421-8390
Email: kovacht@pepperlaw.com
*TERMINATED: 01/27/2006*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gamelogic Inc.**                                          represented by   **Richard L. Horwitz**
                                                                             Potter Anderson & Corroon, LLP
                                                                             1313 N. Market St., Hercules Plaza, 6th Flr.
                                                                             P.O. Box 951
                                                                             Wilmington, DE 19899-0951
                                                                             (302) 984-6000
                                                                             Email: rhorwitz@potteranderson.com
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **David Ellis Moore**
                                                                             Potter Anderson & Corroon, LLP
                                                                             1313 N. Market St., Hercules Plaza, 6th Flr.
                                                                             P.O. Box 951
                                                                             Wilmington, DE 19899-0951
                                                                             (302) 984-6000
                                                                             Email: dmoore@potteranderson.com
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Edmond D. Johnson**
                                                                             (See above for address)
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Gary Hnath**
                                                                             Pro Hac Vice
                                                                             Email: gary.hnath@bingham.com
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Goutam Patnaik**
                                                                             Pro Hac Vice
                                                                             Email: goutam.patnaik@bingham.com
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Star-Shemah Bobatoon**
                                                                             Pro Hac Vice
                                                                             Email: star.bobatoon@bingham.com
                                                                             *TERMINATED: 01/31/2006*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Susan Manning**
                                                                             Pro Hac Vice
                                                                             Email: susan.manning@bingham.com
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Timothy A. Molino**
                                                                             Pro Hac Vice
                                                                             Email: timothy.molino@bingham.com
                                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Scientific Games Corporation**                           represented by   **Jack B. Blumenfeld**
*TERMINATED: 01/18/2006*                                                    Morris, Nichols, Arsht & Tunnell LLP
                                                                             1201 North Market Street
                                                                             P.O. Box 1347
                                                                             Wilmington, DE 19899
                                                                             (302) 658-9200
                                                                             Email: jbbefiling@mnat.com
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
(See above for address)
*TERMINATED: 01/10/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: rdsefiling@mnat.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 137372 (mwm) (Entered: 12/21/2004) |
| 12/20/2004 | | DEMAND for jury trial by Ingenio Filiale De (mwm) (Entered: 12/21/2004) |
| 12/20/2004 | | SUMMONS(ES) issued for Gamelogic Inc., Scientific Games (mwm) (Entered: 12/21/2004) |
| 12/21/2004 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. Re: 5,569,082, 5,709,603 (mwm) (Entered: 12/21/2004) |
| 12/23/2004 | 3 | RETURN OF SERVICE executed as to Gamelogic Inc. 12/22/04 Answer due on 1/11/05 for Gamelogic Inc. (dab) (Entered: 12/27/2004) |
| 12/23/2004 | 4 | RETURN OF SERVICE executed as to Scientific Games 12/22/04 Answer due on 1/11/05 for Scientific Games (dab) (Entered: 12/27/2004) |
| 12/29/2004 | 5 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 12/29/2004) |
| 01/10/2005 | 6 | STIPULATION with proposed order extending time to 1/24/05 for Defts to file an Answer or otherwise respond to the Complaint. (rwc) (Entered: 01/10/2005) |
| 01/10/2005 | | (Court only) **Added for Gamelogic Inc., Scientific Games attorney Richard L. Horwitz, Jack B. Blumenfeld per DI#6 (rwc) (Entered: 01/10/2005) |
| 01/10/2005 | | (Court only) **Terminated attorney Richard L. Horwitz for Scientific Games added in error. (rwc) (Entered: 01/10/2005) |
| 01/11/2005 | | So Ordered granting [6-1] stipulation reset Answer deadline to 1/24/05 for Scientific Games, for Gamelogic Inc. ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 01/11/2005) |
| 01/12/2005 | 7 | MOTION by Gamelogic Inc. with Proposed Order for Gary M. Hnath, Susan Baker Manning and Star-shemah Bobatoon to Appear Pro Hac Vice re: [7-1] motion (rwc) (Entered: 01/13/2005) |
| 01/13/2005 | | So Ordered granting [7-1] motion for Gary M. Hnath, Susan Baker Manning and Star-shemah Bobatoon to Appear Pro Hac Vice ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 01/13/2005) |
| 01/20/2005 | 8 | MOTION by Ingenio Filiale De with Proposed Order for Brian M. Buroker and Rodger L. Tate to Appear Pro Hac Vice re: [8-1] motion (rwc) (Entered: 01/21/2005) |
| 01/21/2005 | | So Ordered granting [8-1] motion for Brian M. Buroker and Rodger L. Tate to Appear |

| | | |
|---|---|---|
| | | Pro Hac Vice ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 01/21/2005) |
| 01/24/2005 | 9 | ANSWER to Complaint filed by Scientific Games; with jury demand (rwc) (Entered: 01/25/2005) |
| 01/24/2005 | 10 | Disclosure Statement pursuant to Rule 7.1 by Scientific Games (rwc) (Entered: 01/25/2005) |
| 01/24/2005 | 11 | ANSWER to Complaint filed by Gamelogic Inc.; with jury demand (rwc) (Entered: 01/25/2005) |
| 01/25/2005 | 12 | Letter dated 1/25/05 by Judge Jordan to parties enclosing a scheduling order form and requesting the parties contact the Court w/in 10-days to schedule a teleconference. (rwc) (Entered: 01/26/2005) |
| 01/31/2005 | 13 | Disclosure Statement pursuant to Rule 7.1 filed by Gamelogic Inc. (rwc) (Entered: 01/31/2005) |
| 02/11/2005 | 14 | ORDER, set Tele-Scheduling Conference for 3:30 3/10/05 ( signed by Judge Kent A. Jordan ) copies to: cnsl. (ntl) (Entered: 02/11/2005) |
| 03/07/2005 | 15 | ORDER, Resetting Scheduling Teleconference for 3/10/2005 at 09:30 AM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 3/7/05. (rwc, ) (Entered: 03/07/2005) |
| 03/07/2005 | 16 | Letter to Honorable Kent A. Jordon from Thomas H. Kovach regarding enclosing joint proposed scheduling order. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Kovach, Thomas) (Entered: 03/07/2005) |
| 03/08/2005 | 17 | MOTION for Summary Judgment *of non-infringement* - filed by Gamelogic Inc.. (Horwitz, Richard) (Entered: 03/08/2005) |
| 03/08/2005 | 18 | SEALED OPENING BRIEF in Support re 17 MOTION for Summary Judgment *of non-infringement* filed by Gamelogic Inc..Answering Brief/Response due date per Local Rules is 3/22/2005. (Horwitz, Richard) (Entered: 03/08/2005) |
| 03/08/2005 | 19 | SEALED DECLARATION re 17 MOTION for Summary Judgment *of non-infringement* by Gamelogic Inc.. (Horwitz, Richard) (Entered: 03/08/2005) |
| 03/08/2005 | 20 | SEALED APPENDIX re 17 MOTION for Summary Judgment *of non-infringement* by Gamelogic Inc.. (Horwitz, Richard) (Entered: 03/08/2005) |
| 03/09/2005 | | (Court only) ***Attorney Gary Hnath for Gamelogic Inc., Star-Shemah Bobatoon for Gamelogic Inc., Susan Manning for Gamelogic Inc. added. (rbe, ) (Entered: 05/23/2005) |
| 03/10/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Scheduling Teleconference held on 3/10/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 03/10/2005) |
| 03/10/2005  **VOID** | 21 | STENO NOTES for 3/10/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 03/10/2005) |
| 03/15/2005 | 22 | REDACTED VERSION of 18 Opening Brief in Support *of Its Motion for Summary Judgment of Non-Infringement* by Gamelogic Inc.. (Moore, David) (Entered: 03/15/2005) |
| 03/15/2005 | 23 | REDACTED VERSION of 19 Declaration *of Dow K. Hardy in Support of Defendant GameLogic, Inc.'s Motion for Summary Judgment of Non-Infringement* by Gamelogic Inc.. (Moore, David) (Entered: 03/15/2005) |
| 03/15/2005 | 24 | REDACTED VERSION of 20 Appendix *in Support of Defendant GameLogic, Inc.'s Motion for Summary Judgment of Non-Infringement* by Gamelogic Inc.. (Attachments: # 1 Appendix Appendix Part 2# 2 Appendix Appendix Part 3# 3 Appendix Appendix Part |

| 11/29/2005 | ● | ORDER, Set Briefing Schedule: Answering Brief due 11/30/2005 Re: Motion 53. Signed by Judge Kent A. Jordan on 11/29/05. (rwc, ) (Entered: 11/29/2005) |
|---|---|---|
| 11/30/2005 | ●62 | MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT - filed by Scientific Games Corporation. (Smith, Rodger) (Entered: 11/30/2005) |
| 11/30/2005 | ●63 | SEALED ANSWERING BRIEF in Opposition re 53 MOTION to Amend/Correct [1] Complaint - filed by Scientific Games Corporation. Reply Brief due date per Local Rules is 12/7/2005. (Smith, Rodger) Modified on 11/30/2005 (rwc, ). (Entered: 11/30/2005) |
| 11/30/2005 | ●64 | SEALED DECLARATION re 63 Answering Brief in Opposition, *Declaration of Steven Saferin* by Scientific Games Corporation. (Smith, Rodger) (Entered: 11/30/2005) |
| 11/30/2005 | ●65 | SEALED DECLARATION re 63 Answering Brief in Opposition, *Declaration of Rodger D. Smith II* by Scientific Games Corporation. (Smith, Rodger) (Entered: 11/30/2005) |
| 11/30/2005 | ●66 | ANSWERING BRIEF in Opposition re 53 MOTION to Amend/Correct [1] Complaint *(Defendant GameLogic, Inc.'s Opposition to Ingenio's Motion for Leave to File First Amended Complaint)* filed by Gamelogic Inc..Reply Brief due date per Local Rules is 12/7/2005. (Moore, David) (Entered: 11/30/2005) |
| 12/06/2005 | ●67 | REDACTED VERSION of 63 Answering Brief in Opposition *To Ingenio's Motion For Leave To File First Amended Complaint, And Its Opening Brief In Support Of Its Motion To Enforce The Parties' Settlement Agreement* by Scientific Games Corporation. (Smith, Rodger) (Entered: 12/06/2005) |
| 12/06/2005 | ●68 | REDACTED VERSION of 65 Declaration *Of Rodger D. Smith II* by Scientific Games Corporation. (Smith, Rodger) (Entered: 12/06/2005) |
| 12/06/2005 | ●69 | REDACTED VERSION of 64 Declaration *Of Steve Saferin* by Scientific Games Corporation. (Smith, Rodger) (Entered: 12/06/2005) |
| 12/09/2005 | ●70 | STIPULATION TO EXTEND TIME : Stipulated Order Extending Time for Briefing to December 12, 2005 - filed by Ingenio Filiale De Loto-Quebec Inc.. (Kovach, Thomas) (Entered: 12/09/2005) |
| 12/12/2005 | ● | SO ORDERED, re 70 STIPULATION TO EXTEND TIME - Reset Briefing Schedule: Answering Brief due 12/12/05;Reply Brief due 12/12/2005.. Signed by Judge Kent A. Jordan on 12/12/05. (rwc, ) (Entered: 12/12/2005) |
| 12/12/2005 | ●71 | BRIEF (Combined Answering and Reply) *FILED UNDER SEAL- Plaintiff Ingenio's Opposition to Defendant Scientific Game's Motion to Enforce the Parties' Settlement Agreement and Reply Brief in Further Support of Ingenio's Motion for Leave to file a First Amended Complaint* re62 MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT, 53 MOTION to Amend/Correct [1] Complaint filed by Ingenio Filiale De Loto-Quebec Inc..Reply Brief due date per Local Rules is 12/19/2005. (Kovach, Thomas) (Entered: 12/12/2005) |
| 12/12/2005 | ●72 | SEALED DECLARATION re 71 Brief (Combined Answering and Reply), Brief (Combined Answering and Reply), Brief (Combined Answering and Reply) */Declaration of Nathalie Rajotte* by Ingenio Filiale De Loto-Quebec Inc.. (Kovach, Thomas) (Entered: 12/12/2005) |
| 12/16/2005 | ●73 | DECLARATION re 72 Declaration *of Nathalie Rajotte (Redacted Version)* by Ingenio Filiale De Loto-Quebec Inc.. (Kovach, Thomas) (Entered: 12/16/2005) |
| 12/16/2005 | ●74 | REDACTED VERSION of 71 Brief (Combined Answering and Reply), Brief (Combined Answering and Reply), Brief (Combined Answering and Reply) by Ingenio Filiale De Loto-Quebec Inc.. (Kovach, Thomas) (Entered: 12/16/2005) |
| 12/19/2005 | ●75 | SEALED REPLY BRIEF re 62 MOTION TO ENFORCE THE PARTIES' |

| | | |
|---|---|---|
| | | SETTLEMENT AGREEMENT filed by Scientific Games Corporation. (Smith, Rodger) (Entered: 12/19/2005) |
| 12/19/2005 | 76 | SEALED DECLARATION *Of Steven Saferin (Second)* by Scientific Games Corporation. (Smith, Rodger) (Entered: 12/19/2005) |
| 12/19/2005 | 77 | SEALED DECLARATION *Of Rodger D. Smith II (Second)* by Scientific Games Corporation. (Smith, Rodger) (Entered: 12/19/2005) |
| 12/22/2005 | 78 | Letter to The Honorable Kent A. Jordan from Rodger D. Smith regarding Scientific Games requests the opportunity to present oral argument - re 62 MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT. (Smith, Rodger) (Entered: 12/22/2005) |
| 12/28/2005 | 79 | NOTICE of Service of Plaintiff's Notice of Deposition of Defendant Gamelogic, Inc. Pursuant to Rule 30(b)(6) by Ingenio Filiale De Loto-Quebec Inc. (Kovach, Thomas) (Entered: 12/28/2005) |
| 12/28/2005 | 80 | NOTICE of Service of Plaintiff's Notice of Deposition of Defendant Scientific Games Corporation Pursuant to Rule 30(b)(6) by Ingenio Filiale De Loto-Quebec Inc. (Kovach, Thomas) (Entered: 12/28/2005) |
| 12/29/2005 | 81 | ORDER - Setting Hearing on 62 MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT: Motion Hearing set for 1/23/2006 09:30 AM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 12/29/05. (rwc, ) (Entered: 12/29/2005) |
| 12/29/2005 | 82 | Letter to Judge Jordan from David E. Moore regarding requested additional topic for January 23, 2006 motion hearing - re 81 Order Setting Hearing on Motion. (Moore, David) (Entered: 12/29/2005) |
| 01/16/2006 | 83 | NOTICE OF SERVICE of 1) Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s Expert Report of William K. Bertram, Ph.D.; and 2) Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s Expert Report of Jack D. Grimes, Ph.D. by Ingenio Filiale De Loto-Quebec Inc.. (Beebe, Linda Elizabeth) (Entered: 01/16/2006) |
| 01/17/2006 | 84 | STIPULATION OF WITHDRAWAL OF PENDING MOTIONS by Scientific Games Corporation. (Smith, Rodger) (Entered: 01/17/2006) |
| 01/17/2006 | 85 | STIPULATION of Dismissal *Without Prejudice (w/Order)* by Scientific Games Corporation. (Smith, Rodger) (Entered: 01/17/2006) |
| 01/17/2006 | 86 | NOTICE OF SERVICE of Expert Report of Christopher L. Brandin by Gamelogic Inc.. (Moore, David) (Entered: 01/17/2006) |
| 01/18/2006 | 87 | SO ORDERED, re 85 Stipulation of Dismissal & 84 Stipulation for Withdrawal of claims. Party Scientific Games Corporation terminated. Signed by Judge Kent A. Jordan on 1/18/06. (rwc, ) (Entered: 01/18/2006) |
| 01/23/2006 *VOID* | 88 | STENO NOTES for 1/23/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 01/23/2006) |
| 01/23/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Motion Hearing held on 1/23/2006, re 49 MOTION to Amend/Correct 26 Scheduling Order and re 17 MOTION for Summary Judgment *of non-infringement* filed by Gamelogic Inc. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 01/23/2006) |
| 01/23/2006 | 89 | ORDER - denying w/out prejudice 17 Motion for Summary Judgment, denying w/out prejudice 49 Motion to Amend/Correct . Signed by Judge Kent A. Jordan on 1/23/06. (rwc, ) (Entered: 01/23/2006) |
| 01/23/2006 | 90 | TRANSCRIPT of Motion Hearing held on 1/23/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: |

| | | |
|---|---|---|
| | 🌐102 | Supplemental Objections and Responses to Defendant GameLogic, Inc.'s Interrogatories (Nos. 1-27) re 47 Notice of Service, by Ingenio Filiale De Loto-Quebec Inc.. Related document: 47 Notice of Service, filed by Ingenio Filiale De Loto-Quebec Inc.,.(Beebe, Linda Elizabeth) (Entered: 02/23/2006) |
| 03/02/2006 | 🌐103 | NOTICE OF SERVICE of Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s Supplemental Claim Construction Issue Identification Statement by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 Certificate Of Service)(Beebe, Linda Elizabeth) (Entered: 03/02/2006) |
| 03/02/2006 | 🌐104 | NOTICE OF SERVICE of GameLogic Inc.'s Supplemental Claim Construction Issue Identification Statement and Defendant GameLogic Inc.'s First Set of Requests For Admissions Directed to Plaintiff Ingenio, Filiale De Loto-Quebec, Inc. by Gamelogic Inc..(Moore, David) (Entered: 03/02/2006) |
| 03/09/2006 | 🌐105 | NOTICE OF SERVICE of Plaintiff Ingenio, Filiale de Loto-Quebec, Inc.'s Objections to Defendant Gamelogic, Inc.'s Notice of 30(b)(6) Deposition by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 Certificate of Service)(Beebe, Linda Elizabeth) (Entered: 03/09/2006) |
| 03/20/2006 | 🌐106 | NOTICE OF SERVICE of (1) Plaintiff Ingenio's Notice of Deposition of John N. Anastasi and (2) Plaintiff Ingenio's Notice of Deposition of Edward J. Russavage by Ingenio Filiale De Loto-Quebec Inc..(Beebe, Linda Elizabeth) (Entered: 03/20/2006) |
| 03/28/2006 | 🌐107 | NOTICE OF SERVICE of GameLogic Inc.'s First Supplemental Response to Ingenio Fifiale de Loto-Quebec, Inc.'s First Set of Interrogatories (Nos. 1-16) by Gamelogic Inc..(Moore, David) (Entered: 03/28/2006) |
| 04/03/2006 | 🌐108 | NOTICE OF SERVICE of Plaintiff Ingenio, Objections and Responses to Defendant GameLogic, Inc.?s First Set of Requests for Admissions by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) (Entered: 04/03/2006) |
| 04/03/2006 | 🌐109 | NOTICE OF SERVICE of Plaintiff Ingenio, Filiale de Loto-Qubec, Incs Third Supplemental Objections and Responses to Defendant GameLogic, Incs Interrogatories (Nos. 1-27) by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) (Entered: 04/03/2006) |
| 04/13/2006 | 🌐110 | STIPULATION [Stipulation and Order to Amend Scheduling Order] re 26 Scheduling Order,, by Ingenio Filiale De Loto-Quebec Inc., Gamelogic Inc.. (Moore, David) (Entered: 04/13/2006) |
| 04/17/2006 | 🌐 | SO ORDERED, re 110 Stipulation and Order to Amend Scheduling Order: claim construction chart 5/1/06; opening on case dispositive motions/claim construction 5/1/06; answering on case dispositive/claim construction 5/15/06; reply on case dispositive 5/22/06. Signed by Judge Kent A. Jordan on 4/17/06. (ntl, ) (Entered: 04/17/2006) |
| 04/17/2006 | 🌐 | Set/Reset Deadlines: Dispositive Motions due by 5/1/2006. (ntl, ) (Entered: 04/17/2006) |
| 04/17/2006 | 🌐111 | NOTICE OF SERVICE of GameLogic, Inc.'s Second Supplemental Claim Construction Issue Identification Statement by Gamelogic Inc..(Moore, David) (Entered: 04/17/2006) |
| 05/01/2006 | 🌐112 | MOTION for Partial Summary Judgment *of Infringement and Validity* - filed by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) (Entered: 05/01/2006) |
| 05/01/2006 | 🌐113 | SEALED MEMORANDUM in Support re 112 MOTION for Partial Summary Judgment *of Infringement and Validity* filed by Ingenio Filiale De Loto-Quebec Inc..Answering Brief/Response due date per Local Rules is 5/15/2006. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) (Entered: 05/01/2006) |
| 05/01/2006 | 🌐114 | CLAIM Construction Chart by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A# 2 Exhibit B (Part 1)# 3 Exhibit B (Part 2)# 4 Exhibit C (Part 1)# 5 Exhibit C (Part 2)# 6 Exhibit D (Part 1)# 7 Exhibit D (Part 2)# 8 Certificate of Service)(Johnson, Edmond) (Entered: 05/01/2006) |
| 05/01/2006 | 115 | MOTION for Summary Judgment *of Non-Infringement* - filed by Gamelogic Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) (Entered: 05/01/2006) |
| 05/01/2006 | 116 | SEALED OPENING BRIEF in Support re 115 MOTION for Summary Judgment *of Non-Infringement* filed by Gamelogic Inc..Answering Brief/Response due date per Local Rules is 5/15/2006. (Moore, David) (Entered: 05/01/2006) |
| 05/01/2006 | 117 | CLAIM CONSTRUCTION OPENING BRIEF filed by Gamelogic Inc.. (Attachments: # 1 Exhibit 1-3# 2 Exhibit 4-5)(Moore, David) (Entered: 05/01/2006) |
| 05/08/2006 | 118 | REDACTED VERSION of 116 Opening Brief in Support *[DEFENDANT GAMELOGIC, INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT]* by Gamelogic Inc.. (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5-6)(Moore, David) (Entered: 05/08/2006) |
| 05/08/2006 | 119 | MEMORANDUM in Support re 113 MEMORANDUM in Support, *of Its Motion for Partial Summary Judgment of Infringement and Validity [Public Version]* filed by Ingenio Filiale De Loto-Quebec Inc..Answering Brief/Response due date per Local Rules is 5/22/2006. (Attachments: # 1 Declaration of Brian M. Buroker# 2 Certificate of Service)(Johnson, Edmond) (Entered: 05/08/2006) |
| 05/09/2006 | 120 | Letter to Dr. Peter T. Dalleo (SEALED) from David E. Moore regarding correction of typographical error on page 21 of D.I. 116 - re 116 Opening Brief in Support. (Moore, David) (Entered: 05/09/2006) |
| 05/10/2006 | 121 | CORRECTED VERSION of 118 Redacted Document, *THIS CORRECTED DOCUMENT SHOULD REPLACE DOCKET 118. [DEFENDANT GAMELOGIC, INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT]* by Gamelogic Inc.. (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5-6)(Moore, David) Modified on 5/10/2006 (rwc, ). (Entered: 05/10/2006) |
| 05/15/2006 | 122 | SEALED ANSWERING BRIEF in Opposition re 115 MOTION for Summary Judgment *of Non-Infringement - Plaintiff Ingenio, Filiale De Loto-Quebec, Inc. Opposition to Defendant Gamelogic, Inc. Claim Construction Brief and Motion for Summary Judgment on Non-Infringement* filed by Ingenio Filiale De Loto-Quebec Inc..Reply Brief due date per Local Rules is 5/22/2006. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) (Entered: 05/15/2006) |
| 05/15/2006 | 123 | SEALED ANSWERING BRIEF in Opposition re 112 MOTION for Partial Summary Judgment *of Infringement and Validity AND Answering Brief on Claim Construction* filed by Gamelogic Inc..Reply Brief due date per Local Rules is 5/22/2006. (Dorsney, Kenneth) (Entered: 05/15/2006) |
| 05/22/2006 | 124 | REDACTED VERSION of 123 Answering Brief in Opposition, *[Defendant Gamelogic, Inc.'s Opposition to Plaintiff's Motion for Partial Summary Judgment of Infringement and Validity and Answering Brief on Claim Construction]* by Gamelogic Inc.. (Attachments: # 1 Exhibit 1)(Moore, David) (Entered: 05/22/2006) |
| 05/22/2006 | 125 | SEALED REPLY BRIEF *Plaintiff Ingenio, Filiale De Loto-Quebec, Inc Reply to Defendant Gamelogic, Inc. Opposition of its Motion for Partial Summary Judgment of Infringement and Validity* filed by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) (Entered: 05/22/2006) |
| 05/22/2006 | 126 | ANSWERING BRIEF in Opposition re 115 MOTION for Summary Judgment *of Non-Infringement - Plaintiff Ingenio, Filiale De Loto-Quebec Inc's Opposition to Defendant Gamelogic, Inc's Claim Construction Brief and Motion for Summary Judgment of Non-Infringement [REDACTED VERSION]* filed by Ingenio Filiale De Loto-Quebec Inc..Reply Brief due date per Local Rules is 5/30/2006. (Attachments: # 1 Certificate of |

| | | Service)(Johnson, Edmond) (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 🌐127 | SEALED REPLY BRIEF re 115 MOTION for Summary Judgment *of Non-Infringement [DEFENDANT GAMELOGIC, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT]* filed by Gamelogic Inc.. (Moore, David) (Entered: 05/22/2006) |
| 05/23/2006 | 🌐128 | NOTICE OF SUBSTITUTION OF COUNSEL re Gamelogic Inc.: Entry of appearance of attorney Edmond D. Johnson. Attorney Linda E. Beebe terminated. (Johnson, Edmond) (Entered: 05/23/2006) |
| 05/23/2006 | | (Court only) ***Attorney Katharine V. Jackson for Ingenio Filiale De Loto-Quebec Inc. added. Attorney Linda Elizabeth Beebe terminated by Docket Clerk per DI# 128. (rwc, ) (Entered: 05/23/2006) |
| 05/23/2006 | 🌐129 | ORDER, Markman / Summary Judgment Hearing reset for 6/7/2006 09:00 AM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 5/23/06. (rwc, ) (Entered: 05/23/2006) |
| 05/30/2006 | 🌐130 | REDACTED VERSION of 127 Reply Brief *[DEFENDANT GAMELOGIC, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT]* by Gamelogic Inc.. (Attachments: # 1 Exhibit 1)(Moore, David) (Entered: 05/30/2006) |
| 06/07/2006 | 🌐131 VOID | STENO NOTES of Markman/Summary Judgment hearing held on 6/7/2006 before Judge Jordan. Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (ntl, ) (Entered: 06/07/2006) |
| 06/07/2006 | 🌐 | Minute Entry for proceedings held before Judge Kent A. Jordan : Markman Hearing/ Summary Judgment Motion Hearing held on 6/7/2006 re 115 MOTION for Summary Judgment *of Non-Infringement* filed by Gamelogic Inc.; 112 MOTION for Partial Summary Judgment *of Infringement and Validity* filed by Ingenio Filiale De Loto-Quebec Inc. (Court Reporter B. Gaffigan.) (ntl, ) (Entered: 06/07/2006) |
| 06/09/2006 | 🌐132 | TRANSCRIPT of Claim Construction Hearing held on 6/7/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 06/09/2006) |
| 07/21/2006 | 🌐133 | MEMORANDUM OPINION {SEALED}. Signed by Judge Kent A. Jordan on 7/21/2006. (ntl, ) (Entered: 07/21/2006) |
| 07/21/2006 | 🌐134 | ORDER re claim construction and granting in part and denying in part 112 Motion for Partial Summary Judgment; denying 115 Motion for Summary Judgment . Signed by Judge Kent A. Jordan on 7/21/06. (ntl, ) (Entered: 07/21/2006) |
| 08/10/2006 | 🌐135 | ORDER - that the parties shall submit recommendations for a proposed redacted version of 133 Memorandum Opinion w/in 5-days. Signed by Judge Kent A. Jordan on 8/10/06. (rwc, ) (Entered: 08/10/2006) |
| 08/15/2006 | 🌐136 | Letter to The Honorable Kent A. Jordan from David E. Moore, Esquire regarding Proposed Redacted Version of the Court's July 21, 2006 Memorandum Opinion - re 133 Memorandum Opinion. (Attachments: # 1 Exhibit A)(Moore, David) (Entered: 08/15/2006) |
| 08/17/2006 | 🌐 | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference held on 8/17/2006. (Court Reporter Kevin Maurer.) (ntl, ) (Entered: 08/18/2006) |
| 08/18/2006 | 🌐137 | REDACTED MEMORANDUM OPINION re D.I. 133 dated 7/21/06 (ntl, ) (Entered: 08/18/2006) |
| 08/29/2006 | 🌐138 | NOTICE OF SERVICE of Defendant GameLogic, Inc.'s Supplemental Responses to Plaintiff Ingenio, Filiale De Loto-Quebec, Inc.'s, First Set of Interrogatories (Nos. 1 & 3-16) by Gamelogic Inc..(Moore, David) (Entered: 08/29/2006) |

| 09/05/2006 | 139 | NOTICE of Notice of Lodging and Notice of Filing Under Seal of Deposition Transcript (William Bertram Ph.D.) by Ingenio Filiale De Loto-Quebec Inc. (Johnson, Edmond) (Entered: 09/05/2006) |
|---|---|---|
| 09/05/2006 | 140 | NOTICE of Notice of Lodging and Notice of Filing Under Seal of Deposition Transcript (Christopher Lockton Brandin) by Ingenio Filiale De Loto-Quebec Inc. (Johnson, Edmond) (Entered: 09/05/2006) |
| 09/05/2006 | 141 | NOTICE of Notice of Lodging and Notice of Filing Under Seal of Deposition Transcript (Jack D. Grimes, Ph.D.) by Ingenio Filiale De Loto-Quebec Inc. (Johnson, Edmond) (Entered: 09/05/2006) |
| 09/05/2006 | 142 | NOTICE of Notice of Lodging and Notice of Filing Under Seal of Deposition Transcript (Dow K. Hardy) by Ingenio Filiale De Loto-Quebec Inc. (Johnson, Edmond) (Entered: 09/05/2006) |
| 09/05/2006 | 143 | NOTICE of Notice of Lodging and Notice of Filing Under Seal of Deposition Transcript (Steven N. Kane) by Ingenio Filiale De Loto-Quebec Inc. (Johnson, Edmond) (Entered: 09/05/2006) |
| 09/05/2006 | 144 | NOTICE of Notice of Lodging and Notice of Filing Under Seal of Deposition Transcript (Perry Kaye) by Ingenio Filiale De Loto-Quebec Inc. (Johnson, Edmond) (Entered: 09/05/2006) |
| 09/05/2006 | 145 | NOTICE of Notice of Lodging and Notice of Filing Under Seal of Deposition Transcript (Martin Korn) by Ingenio Filiale De Loto-Quebec Inc. (Johnson, Edmond) (Entered: 09/05/2006) |
| 09/05/2006 | 146 | NOTICE of Notice of Lodging and Notice of Filing Under Seal of Deposition Transcript (Nathalie Rajotte) by Ingenio Filiale De Loto-Quebec Inc. (Johnson, Edmond) (Entered: 09/05/2006) |
| 09/05/2006 | 147 | NOTICE of Notice of Lodging and Notice of Filing Under Seal of Deposition Transcript (Edward J. Russavage) by Ingenio Filiale De Loto-Quebec Inc. (Johnson, Edmond) (Entered: 09/05/2006) |
| 09/05/2006 | 148 | Proposed Pretrial Order *(PROPOSED) FINAL PRETRIAL ORDER (FILED UNDER SEAL)* by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 Certificate of Service) (Johnson, Edmond) (Entered: 09/05/2006) |
| 09/08/2006 | 149 | REDACTED VERSION of 148 Proposed Pretrial Order */(PROPOSED) FINAL PRETRIAL ORDER - REDACTED* by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 (Proposed) Final Pretrial Order (part 2)# 2 (Proposed) Final Pretrial Order (part 3)# 3 (Proposed) Final Pretrial Order (part 4)# 4 Exhibit A# 5 Exhibit B# 6 Certificate of Service)(Jackson, Katharine) (Entered: 09/08/2006) |
| 10/02/2006 | 150 | VERDICT SHEET by Ingenio Filiale De Loto-Quebec Inc. */PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM*. (Attachments: # 1 Certificate of Service) (Johnson, Edmond) (Entered: 10/02/2006) |
| 10/02/2006 | 151 | Proposed Voir Dire by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) (Entered: 10/02/2006) |
| 10/02/2006 | 152 | ORDER - Pretrial Conference reset for 10/12/2006 12:30 PM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 10/4/06. (rwc, ) (Entered: 10/02/2006) |
| 10/02/2006 | 153 | Proposed Preliminary Jury Instructions by Ingenio Filiale De Loto-Quebec Inc. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) Modified on 10/2/2006 (rwc, ). (Entered: 10/02/2006) |
| 10/02/2006 | 154 | Proposed Final Jury Instructions by Ingenio Filiale De Loto-Quebec Inc.. (Attachments: # 1 certificate of service)(Johnson, Edmond) Modified on 10/2/2006 (rwc, ). (Entered: |