OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

Jack B. Blumenfeld, ESQ.
Morris, Nichols, Arsht & Tunnell LLP
jbbefiling@mnat.com

RE: Ingenio Filiale De v. Gamelogic Inc., et al..
    Civ. No. 04-cv-1532-KAJ

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 63,64,65,76,75,77.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: [signature]

I hereby acknowledge receipt of the above mentioned documents

on July 31, 2007.

Michael S. Williams
Signature