OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August    , 2007

Richard L. Horwitz, ESQ.
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com

RE: <u>Ingenio Filiale De v. Gamelogic Inc., et al.</u>
    Civ. No. **04-cv-01532-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 18,19,20,116,120,123,127.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ___8/1/17___.

Signature: _____