OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2007

Edmond D. Johnson, ESQ.
The Bayard Firm
bankserve@bayardfirm.com

RE: <u>Ingenio Filiale De v. Gamelogic Inc., et al.</u>
Civ. No. <u>04-cv-01532-KAJ</u>

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 71,72,113,122,125,139,140,141,142,143,144,145,146,147,148.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: [signature]

I hereby acknowledge receipt of the above mentioned documents on 8/1/07.

Signature [signature]